FILED

JUL 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

MILTON E. HILL
4110 Belt Road
Capitol Heights, MD 20743

    Plaintiff (301) 568 4651

V.

DIRK KEMPTHORNE, Secretary
Department of the Interior

    Defendant

CASE NUMBER   1:06CV01233

JUDGE: John D. Bates

DECK TYPE: Employment Discrimination

DATE STAMP: 07/10/2006

JURY ACTION

COMPLAINT
JURY TRIAL DEMAND

1. This is action brought by an employee, Milton E. Hill, against his former employer, the United States Department of the Interior on the grounds that he was subject to discrimination on the basis of his race(African-American), sex(male), and reprisal for prior EEO activity.

2. This court has jurisdiction under Title 7 of 1964 Civil Rights Act, 42 USC 2000e-16(a) and the CivilRights Act of 1991, 42 USC 1981.

3. Plaintiff worked for the Defendant at its headquarters located on C Street NW and all discriminatory events happened at that location.

4. More than 180 days has passed since a formalcomplaint was filed at the EEOC and the agency has not yet issued a final decision.

5. Plaintiff was subjected to discrimination on the basis of race, sex, and EEO reprisal when:

(i) In january 2000, he was not selected for a Supervisory Personnel Specialist position, GS-14/15, advertised under Vacancy Announcement WO 99-015.

(ii) In November 1999, management officials refused to allow him to apply for career enhancing/growth training.

(iii) In September 1999, management officials allowed his co-workers and peers to have input on his performance appraisal.

(iv) In August 2000, management officials falsified and fabricated his personnel documents.

(v) Management officials refused to provide him travels vouchers and funds in order to perform his job and tasks.

(vi) In August 2000, management allowed other management officials, not in his chain of command, to negatively impact his career.

(vii) In December 1999 and July 2000, management officials assigned him non-career enhancing details and jobs, without his approval and without consulting him.

(viii) In December 1999, management officials deliberately attempted to steer him away from career enhancing assignments and into less visible and nonessential jobs.

(ix) In November 1999, management officials refused to submit his application for the position of Assistant Director, Eastern States Office.

6. WHEREFORE, in light of the foregoing, Plaintiff requests that this Court award damages for loss of salary (front and backpay), compensatory damages for emotional distress, punitive damages; all damages totalling the amount of $732,500.

*Milton E. Hill*
MILTON E. HILL

Pro Se

(301) 568-4651

This 7th Day of July 2006