IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MILTON HILL**
4110 Belt Road
Capital Heights MD 20743

    Plaintiff    )
                        )
**v.**                            )    1:06 cv 01233(JDB)
                            )
**DIRK KEMPTHORNE, Secretary**  )
U.S. Department of the    )
Interior

    Defendant

## RETURN OF SERVICE

Comes now Plaintiff, through counsel, and states as follows.

Pursuant to the Court's order of 1/3/07, attached are the returns of service in this case along with the documentation from the post office that the all service was complete as of 10/17/06.

It should be noted that Plaintiff fully complied with rule 4(i)(1) of the Federal Rules of Civil Procedure by the certified mailings to the Civil Process Clerk, Attorney

General and Secretary of the Interior. It should also be noted that service was completed within 120 days of filing of the original complaint.

Finally, Plaintiff requests that the Court not dismiss the action as it cannot be timely refiled. The Court should also be aware that Plaintiff has reserved the Civil Process Clerk and will file that return of service on or before January 25, 2007.


Milton Hill
By Counsel


_____
Stephen Scavuzzo ( 318279 )
380 Maple Avenue West
Suite 207
Vienna VA 22180
703 319 8770

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing was mailed to Civil Process Clerk, Office of the United States Attorney for the District of Columbia, 555 4th Street NW, Washington DC 20530 this 8th day of January 2007.

_____
Stephen Scavuzzo

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Milton Hill

V.

Dirk Kempthorne

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06 cv 01233 (JDB)

TO: (Name and address of Defendant)

Civil Process Clerk
Office of the United States Attorney
for the District of Columbia
555 4th Street NW
Washington DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Scavuzzo
380 Maple Avenue West
Suite 207
Vienna VA 22180
703 319 8770

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**            OCT 11 2006

CLERK                                     DATE

*Laura Chipley*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 1-5-06 |

| NAME OF SERVER (PRINT) Stephen Scavuzzo | TITLE Attorney for Plaintiff |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail to Civil Process Clerk, Office of the United States Attorney for the District of Columbia Sent 10/12/06 and received 10/17/06

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-5-06
              Date

Signature of Server

380 Maple Avenue West
Suite 207
Vienna VA 22180
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: OCT 17 2006 |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>Office of the United States Attorney<br>for the District of Columbia<br>555 4th Street NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0002 1448 3235 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.63 | 0241 |
| Certified Fee | $2.40 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | $1.85 | OCT 14 2006 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.88 | 10/14/2006 |

Sent To: Civil Process Clerk
Office of the US Attorney for the District of Columbia
Street, Apt. No.; or PO Box No.: 555 4th Street NW
City, State, ZIP+4: Washington DC 20530

Article number: 7002 2410 0002 1448 3235

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Milton Hill

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne

CASE NUMBER: 1:06 cv 01233 (JDB)

TO: (Name and address of Defendant)

Dirk Kempthorne, Secretary
U.S. Department of the Interior
1849 C Street NW
Washington DC 20240

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Scavuzzo
380 Maple Avenue West
Suite 207
Vienna VA 22180
703 319 8770

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                    OCT 11 2006

CLERK                                                             DATE

_Laura Chipley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-5-06 |
| NAME OF SERVER (PRINT) Stephen Scavuzzo | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail to Dirk Kempthorne sent 10/14/06 and received 10/17/06

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-5-06
            Date

Signature of Server

380 Maple Avenue West
Suite 207
Vienna VA 22180
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dirk Kempthorne, Secretary
    US Department of the Interior
    1849 C Street NW
    Washington DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  PBMurray       ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  PBMurray    C. Date of Delivery 10/19/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0002 1448 3228

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20240    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.63 | 0241 |
| Certified Fee | $2.40 | |
| Return Reciept Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.88 | 10/14/2006 |

Sent To: Dirk Kempthorne, Secretary US Department of the Interior
Street, Apt. No.; or PO Box No.: 1849 C Street NW
City, State, ZIP+4: Washington DC 20240

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0002 1448 3228

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hilton Hill

**SUMMONS IN A CIVIL CASE**

V.

DIRK Kempthorne

CASE NUMBER: 1:06 cv 01233 (JDB)

TO: (Name and address of Defendant)

Alberto Gonzalez
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Scavuzzo
380 Maple Avenue West
Suite 207
Vienna VA 22180
703 319 8770

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            OCT 11 2006

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-5-06 |
| NAME OF SERVER (PRINT) Stephen Scavuzzo | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail to Alberto Gonzalez sent 10/14/06 and received 10/17/06

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-5-06
          Date

Signature of Server

380 Maple Avenue West
Suite 207
Vienna VA 22180
*Address of Server*

OCT 11 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzalez
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent   ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  OCT 17 2006
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7002 2410 0002 1448 3242

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.63   0241 |
| Certified Fee | | $2.40 |
| Return Reciept Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.88   10/14/2006 |

Sent To: Alberto Gonzales Attorney General US Department of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Avenue NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

