UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON HILL ) <br> 4110 Belt Road ) <br> Capital Heights, MD 20743 ) <br> ) <br>        Plaintiff, ) <br> ) <br> ) <br> ) <br> DIRK KEMPTHORNE, Secretary ) <br> U.S. Department of the Interior. ) <br> ) <br>        Defendant. ) <br> _____ ) | Civil Action No. 06-1233 (JDB) <br> Electronic Case Filing |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)