UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON HILL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE )<br>    Defendant. ) | Civil Case No. 06-1233 (JDB) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant respectfully requests an extension of time to March 12, 2007, to file its Answer in this matter. Although it appears that plaintiff served his complaint by mail on October 17, 2006, the Civil Division has no record of receipt of the complaint in October 2006. The first record of receipt of the complaint is on January 10, 2007, when plaintiff re-served the United States Attorney's Office.

Therefore, defendant requests an extension of time to file its answer in this matter. This is the first extension requested. Plaintiff consents to this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970