UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MILTON HILL,                                    )
                                                )
                Plaintiff,                      )
                                                )        Civil Case No. 06-1233 (JDB)
        v.                                      )
                                                )
DIRK KEMPTHORNE                                 )
                                                )
                                                )
_____Defendant._____)

ORDER

        Upon consideration of the consent motion for an extension of time to March 12, 2007, in

which to answer plaintiff's complaint, it is hereby

        ORDERED, that the motion is GRANTED.

Date:                           _____
                                UNITED STATES DISTRICT JUDGE