**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MILTON HILL, Plaintiff,**

**v.**                                        **Civil Action No. 06-1233 (JDB)**

**DIRK KEMPTHORNE, Defendant.**


**ORDER**

The Court hereby establishes the following scheduling order in this matter :

Initial Disclosures shall be served by May 4, 2007**;**

Written Discovery shall be served by May 30, 2007;

All Discovery shall close on August 6, 2007;

Dispositive Motions shall be filed on or before September 14, 2007;

Oppositions shall be filed on or before October 15, 2007;

Replies, if any, shall be filed on or before October 29, 2007.

Date:                _____
                          UNITED STATES DISTRICT JUDGE