## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MILTON HILL,**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**DIRK KEMPTHORNE, Secretary,**<br>**U.S. Department of the Interior,**<br><br>    **Defendant.** | **Civil Action No.  06-1233 (JDB)** |

## <u>SCHEDULING ORDER</u>

Pursuant to the Initial Scheduling Conference with the Court on April 20, 2007, and the

Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1.     Initial disclosures shall be served by May 4, 2007.

2.     Written discovery shall be served by May 30, 2007.

3.     Discovery shall close on August 6, 2007.

4.     Dispositive motions shall be filed by not later than September 14, 2007.

5.     Oppositions shall be filed by not later than October 15, 2007.

6.     Replies, if any, shall be filed by not later than October 29, 2007.

7.     A status hearing is scheduled for August 30, 2007, at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.


                        _/s/ John D. Bates_____
                        JOHN D. BATES
                        United States District Judge

Date:   _April 20, 2007_