UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON HILL,

    Plaintiff,

    v.

DIRK KEMPTHORNE, Secretary,
U.S. Department of the Interior,

    Defendant.

Civil Action No. 06-1233 (JDB)

### ORDER

Pursuant to the status conference held on this date and the agreement of the parties, it is hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Facciola for the sole purpose of the facilitation of settlement discussions for a period of not more than forty-five (45) days; it is further

**ORDERED** that dispositive motions shall be filed by not later than October 15, 2007. Opposition briefs shall be filed by not later than November 15, 2007. Reply briefs shall be filed by not later than November 29, 2007; and it is further

**ORDERED** that plaintiff's oral motion for dismissal of Count 6 of the amended complaint is **GRANTED**.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date:  August 30, 2007