UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON HILL, )<br>　　Plaintiff, )<br>　　 )<br>v. )<br>　　 )<br>DIRK KEMPTHORNE )<br>　　Defendant. ) | Civil Case No. 06-1233 (JDB) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

Defendant respectfully requests an extension of time to October 29, 2007, to file dispositive motions in this matter. The dispositive motions currently are due on October 15, 2007.

The parties participated in a settlement conference on October 3, 2007, which was ended unsuccessfully. However, the parties seek to explore one final proposal concerning settlement prior to filing dispositive motions and responses. Therefore, defendant requests an extension of time to October 29, 2007. This is the first request for an extension pertaining to dispositive motions. Plaintiff consents to this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970