UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON HILL,  )<br>)<br>Plaintiff,  )<br>)<br>v.   )<br>)<br>DIRK KEMPTHORNE  )<br>)<br>)<br>_____Defendant._____) | Civil Case No. 06-1233 (JDB) |

ORDER

Upon consideration of the consent motion for an extension of time to October 29, 2007, in which to file dispositive motions, it is hereby

ORDERED, that the motion is GRANTED.

Date: _____    _____
UNITED STATES DISTRICT JUDGE