UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON HILL,
    Plaintiff,

v.

                                            Civil Action No. 06-1233 (JDB)

DIRK KEMPTHORNE,
    Defendant.

STATEMENT OF MATERIAL FACTS

Defendant respectfully submits this statement of material facts as to which there is no genuine issue.

    1.    Plaintiff did not receive his performance appraisal in September, 1998 for the period Oct. 1, 1997 to Sept. 30, 1998.  Hill 2007 Depo at p. 47- 48.

    2.  A performance appraisal for FY 1998 was prepared, which rated plaintiff as "achieved" in all critical results.  1998 Appraisal,  Ex. M   Both plaintiff and Mr. Doyle initialed/signed the appraisal on or about June 30, 1999.  *Id.*

    3.  Plaintiff made initial contact with the EEO concerning his performance evaluation by a letter dated October 12, 1999, which is date stamped as received on November 2, 1999.  ROI at p. 33.

    4.  In September 1999, plaintiff did not receive authorization to travel to the Black Chamber of Commerce meeting .   Hill 2002 Depo. at p. 168:22-169.

    5. Plaintiff arranged a detail for himself in the office of Dr. Taylor in the Office of Environmental Policy about doing environmental work.  ROI at p. 194.  In February 2000, Dr.

Taylor told plaintiff that "he had spoken with Bob Doyle to try to get some type of arrangement for me to stay there and then . . . he said he . . .talked with Warren Johnson and said that unless he was going to pick up . . . my salary and benefits and travel I couldn't do it." *Id*. at p. 199.

6. Dr. Taylor advised plaintiff that he could not pick up plaintiff's salary, benefits and travel. Hill 2007 Depo at p. 68. Plaintiff returned to doing solely his duties for BLM. Hill 2002 Depo at p. 239-240.

7. A notice of personnel action, effective 8/13/00, was issued reassigning plaintiff from the position Management Program Analyst, GS-0343-11, to Senior Business Management Specialist, GS-1101-14. SF-50 B effective date 8/13/00.

8. In December 1999, plaintiff was not promoted to Acting Group Manager. SupRog at p. 6, Paragraph 11 - Count 5 (Allegation 13).

9. Plaintiff was not selected for a supervisory Personnel Specialist position GS 15, advertised under vacancy announcement No. WO 99 015. Complaint at ¶ 13.

10. Management officials did not submit Plaintiff's application for the position of Assistant BLM Director Eastern States Office. Complaint at ¶ 14.

>Respectfully Submitted,
>
>_____/ s /_____
>JEFFREY A. TAYLOR, D.C. Bar #498610
>United States Attorney
>
>_____/s/_____
>RUDOLPH CONTRERAS, D.C. Bar #434122
>Assistant United States Attorney
>
>_____/s/_____
>RHONDA C. FIELDS
>Assistant United States Attorney
>Civil Division
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>202/514/6970
>
>Counsel for Defendant

OF COUNSEL
PHYLLIS LESLIE
Office of Solicitor
Division of General Law
U.S. Department of the Interior