UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON HILL,
    Plaintiff,

v.

                                              Civil Action No. 06-1233 (JDB)

DIRK KEMPTHORNE,
    Defendant.

ORDER

Upon consideration of defendant's motion for summary judgment, and plaintiff's response thereto, it is hereby

ORDERED that the defendant's motion is GRANTED and that plaintiff's complaint is DISMISSED.

Date: _____

                                      UNITED STATES DISTRICT COURT JUDGE