UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON HILL,
    Plaintiff,

v.

                            Civil Action No. 06-1233 (JDB)

DIRK KEMPTHORNE,
    Defendant.

ERRATA

Page four of defendant's memorandum of points and authorities has been corrected. The reference "11/4/1999 Hill memo to Fry" has been corrected to read "11/3/1999 Hill memo to Fry. The cited exhibits are attached herewith.


Respectfully Submitted,


_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

Counsel for Defendant