30 January 1999

Peter N.:

Glad you called me on Thur here at NDU. It was good hearing from you.

Regarding your concern of leave, I am planning on taking leave in mid-July, so put my name on the list for that time.

The school here is very strict on attendance, dress code, and leave. Thus far, I have not had to take any leave. I have avoided any colds or emergencies.

I have attached a copy of the National Defense University's leave and attendance policy so you can have it for your files.

Several of us are working on research projects, so we were here over the holidays. Also, we are generally here six days of the week so feel free to page me or call me if you need to contact me. If I'm in the library or research room, I will call you back ASAP. You also have my mailing address if you need to send me something via the mail.

Thanks for agreeing to provide assistance on the matters we discussed. I appreciate your willingness to help.

I need your assistance on two other matters also. I have not received my EPPR for FY 98. And, with all the innovations, accomplishments and hard work that was done in the acquisition and small business areas over the past 2 ½ years, I did not receive any compensation for that. If you could look into these matters to find out the status, I would be most appreciative.

Take care,

milton

EXHIBIT
1/30/99 lte