September 29, 1999

To:       John Berry

From:     Milton E. Hill

Subject:  Request for Meeting

Mr. Berry:

This is a request to meet with you in the near future regarding my future in the Bureau of Land Management (BLM). I recently graduated from the Industrial College of the Armed Forces (ICAF) where I obtained a Masters of Science in Natural Resource Strategy.

On Wednesday September 8, 1999, only one day prior to my scheduled return to the BLM, I was informed by my immediate supervisor, Peter Niebauer, that I had been placed "on a detail working with Bob Faithful", Director, Office of Small and Disadvantaged Business Utilization (OSDBU). I While I have no objections to this new assignment; I am disappointed however, that Mr. Niebauer nor any other BLM Management Official, informed me of this decision. I am very much concerned that I have been placed in a position just to "get rid of me". To use the terms of an old adage, "Out of sight, Out of mind". For example:

1. Mr. Niebauer never once counseled me as to how this detail might impact my career.

2. Mr. Niebauer didn't even have the courtesy of contacting me about this new assignment. I initiated the contact to find out where I was to report on September 9, 1999.

3. Although I have repeatedly informed BLM Management, at all levels, of my career goals and have repeatedly been denied my requests for assistance, BLM Management have been allowed to "kick me to the curb" and disregard my career goal.

4. I have been repeatedly denied the opportunity for career advancement. For example, I recently applied for two promotions, GS-15 positions within BLM. Less qualified employees were selected and/or granted interviews. I was not.

5. I successfully completed the MS Program in Natural Resource Strategy, yet none of my managers have so much as congratulated me on a job well done, much less try and assist me with my career goals. However, this is not the case with white employees (i.e. Kerwin Keith, Jan Gamby, Ray Brady, Nina Hatfield, Peter Ertman, Tony Danna, Gwen Mason, Bob Abbey, Kathy Eaton, Linda Sedbrook, etc.)



EXHIBIT
9/29/99
memo to Berry

Exh. 2

6. To date, my immediate supervisors, Peter Niebauer nor Roger Hildebeidel, still have not provided me with a 1998 EPPR (Performance Appraisal). Had this been done, I would have received accompanying awards for exceptional work performed during FY 1998. The appraisal was due in September 1998, over a year ago.

Mr. Berry, with all due respect, I feel that nothing has changed at BLM. Management Officials are still allowed to practice blatant racist and discriminatory management practices on a daily basis. These officials include Twinkle Thompson, Roger Hildebeidel, Peter Niebauer, Larry Hamilton, Les Rosenkrance, Nina Hatfield, Gwen Mason, etc.

It is most evident that the BLM officials have deliberately placed obstacles in my career paths and will do anything to prevent me from utilizing my full potential. Therefore, I would like to discuss the following positions I am interested in:

1. Associate State Director, Eastern States Office (BLM)

2. Deputy Assistant Director, Business and Fiscal Resources (BLM)

3. Re-invention Associate, National Performance Review Team

4. Deputy Director, Office of Environmental Policy and Compliance

5. Program Director, African/Caribbean/South American Initiative (New position. Would like to discuss)

I look forward to hearing from you regarding our meeting.

Thanking You in Advance,


Milton E. Hill