September 13, 1999

To:        Peter Niebauer

From:    Milton E. Hill

Subject:   Reminder

Just a reminder that the following are still needed by me to accomplish my work assignments:

- Office space w/telephone
- PC
- Printer
- Fax
- Scanner
- Note Pad
- Cell phone
- Pager
- External Zip Drive
- Email access
- Internet access

I need a travel authorization for my upcoming participation and presentations in several conferences. The first is to begin on 15 September.

I applied for the Group Manager position, vice Dave Brown, over six months ago. Would you please find out what happened with my application and let me know. Thanks.

Exhibit 7

EXHIBIT
9-13-99
memo to Niebauer