# FAX COVER SHEET

October 13, 1999

Milton E. Hill
P. O. Box 1021
Lanham, MD 20706
home: (301) 568-4651  work: (202) 208-7555

**EXHIBIT**
10-13-99 lte
Hill to Sarbanes

Senator Paul Sarbanes :

This is an appeal for assistance in the matter regarding the Department of the Interior- Bureau of Land Management (DOI-BLM) top-level Management Officials (Director, Tom Fry; Deputy Director, Nina Hatfield; Special Assistant, Twinkle Thompson; Assistant Director, Robert Doyle, Deputy Assistant Director, Roger Hildebiedel; Deputy Assistant Director, Peter Niebauer; and Assistant Director, Warren Johnson, etc.) and their assault on my career goals.

Over the past 10 years, Management officials have:

- attempted to degrade and demoralize me as a human being;
- constructed barriers to my career (denying enhancing training and assignments)
- subject me to an extremely hostile environment;
- consistently falsified my documents;
- made false statements against me;
- refused to provide me performance appraisals thereby denying me the opportunity to apply for positions outside BLM;
- refused to compensate me for exceptional job accomplishments;
- demeaned and demoralized me on a daily basis by denying me assignments and basic office necessities; and
- required me to pay for my own developmental training.

As a combat veteran and military officer in Vietnam, I participated in over 100 military missions and was willing to give my life for my country. Twenty five years later and now a retired Lieutenant Colonel in the U. S. Army Reserves, I am confronted with the same types of fascist traits that I fought against ( i.e.,oligarchical and centralized oppressive controls, abuse of power and authority, bigotry, and suppression of minorities).

Although I have overcome many barriers to my career, it is, however, impossible for me to overcome an entire agency [BLM] which utilizes its resources maliciously against me in an attempt to harm and discredit me.

I have used the "chain of command" in attempts to solicit a resolution and to address the millions of dollars that have been wasted by arrogant and dishonest managers who feel they are "above the law." To date, nothing has been done.

This is a desperate appeal for your immediate assistance in these matters. Thanks in advance.