November 3, 1999

To:        Tom Fry

From:    Milton E. Hill

Subject:    Current Detail and Request for Meeting

Dr. Willie Taylor, Director of the Office of Environmental Policy and Compliance, met with me on November 2, 1999 regarding a telephone call he received from Warren Johnson (on November 1) concerning my current detail to his office. Warren informed him that "...no one knew about your detail and it should be stopped immediately and get prior approval."

Warren is not only a liar but he has continued his membership in the "get Milton Hill at all costs club." First of all, my detail was approved and Management was aware. When Peter Niebauer informed me in September 1999 that he was detailing me to the Office of Small and Disadvantage Business Utilization (OSDBU) without my knowledge or consent "until he could place me in a position commensurate with my skills and training." I protested., informing Peter that I was not happy with the arrangement because I did not feel he was looking out for my best interest. The detail was not career enhancing, and he had not afforded me the courtesy of discussing this detail with me.

This disturbs me because Niebauer, as my immediate supervisor, should have known since July 1998, when I would be returning to the Bureau from the Industrial College of the Armed Forces (ICAF) and have known what jobs I was interested in and would be applying for. Again, I was treated like a third-class citizen. I informed Peter that I would go to the detail, but I would be pursuing other meaningful details and a permanent position within the BLM and/or the Department. Peter concurred and stated, "You must do what you have to do." He said he would inform Bob Doyle of the discussion and I told him I would inform the Chief, OSDBU of our discussion as well. In addition, Peter said he would handle the paperwork regarding this or other details I would be on. To date, I have received no paper work.

Peter also informed me that he would provide me with an office, telephone, e-mail, and office equipment for my detail. **To date, it has not been done!**

Before retiring, Peter informed me that Bob Doyle had instructed Warren to be sure to provide me an office, telephone, e-mail, and office equipment. It was never done. Both Warren and his Deputy (Connie Stewart) refused to provide these items, even after repeated calls from the Director, OSDBU. They promised me as well that they were working on the problem. I was therefore only able to do my work by using OSDBU workers computers who were on leave or in meetings. **This is demeaning and demoralizing and perpetuates the hostile environment I face at the BLM.**

It should be noted that Warren sat in on our meeting on Monday (Nov 1) when you instructed me to go through him to resolve any issues I may have if you could not be contacted. I updated Warren on my situation, including my detail in Dr. Taylor's office. Since I did not have a telephone, I gave him my pager number. He agreed to contact me if he had any questions and to give me an update on the two BLM positions I had applied for. He did neither.

If you had instructed me to use "the chain of command" and Warren to work with me, then why would Warren find it necessary to contact Dr. Taylor with some bogus conversation to deliberately cause



-1-

EXHIBIT 19

confusion, and not talk with me first to resolve any issues? It is interesting that Warren felt compelled to contact Dr. Taylor after I had successfully secured a meaningful job but provided no assistance or help while I was "floating around" for two months like a homeless person without a room or equipment and having to carry my stack of work documents around with me as I moved from office to office.

Remember, this is the same "Warren Johnson" whom you told me to work with when I contacted you in February 1999 regarding employment upon my return to the BLM. He did not assist me then and he NEVER provided me ANY assistance. Now, he is trying to adversely impact my career, after I was forced seek my own opportunities for career-enhancing assignments.

Warren is typical of his predecessors (C. Burrell and M. Johnson) appointed to the AD, HRM job - "handkerchief-head", "Clarence Thomas" Negroes with limited skills and visions, no backbone and without any moral fiber. His duties are basically a caretaker, non-decision maker and flunky who will do whatever he is told even if it is detrimental to employees, especially African-Americans and ultimately, the efficiency of the Federal Government.

In regard to your comment, "are you calling my Managers a lie because the numbers show a positive effort in diversity efforts." **(Reference Attachments 1-5)** The current dismal employment figures of African-Americans are "masked" by including them under the catch phrase of minorities. **(Reference Attachments 1 & 2)** In actuality, within the last six years, the number of African Americans employees has decreased. **(Reference Attachments 3 & 4)**

This is disheartening because during this period, as a result of downsizing, re-engineering, retirements, etc., **the total number of BLM employees decreased by about 3,500.** Even if the BLM had just maintained the same number of African-Americans during this period, there would have been a 23 percent increase as of FY 1999. **Basically what your Managers and the HRM have provided you is a "smoke screen" of their efforts in diversity. They have "muddied the waters" by classifying diversity activities as diversity accomplishments.**

Over the past ten years, there have been a myriad of studies, including the one in attachment 5, addressing and making recommendations on the issue of minority representation in the BLM and the Department. BLM knows what to do but has not shown the will, or courage, to do it. The role of the HRM must be to develop and incorporate a viable strategic diversity plan, get buy-in from the BLM managers, and hold everyone responsible and accountable for the results. **This has not been done.**

The current BLM "plan" of addressing the minority under representation by **entry-level hires** will not work. The attrition rate of new employees is high due to such reasons as better opportunities, unwillingness to deal with racist and sexist barriers, changes in career goals, changes in personal life, etc. Due to the uniqueness of the African-American workers' plight, the ultra-conservatism of the BLM and its unique culture, creative efforts must be developed to address the problem. An aggressive plan must be developed to target, separately, the GS 5 - 9, the GS 11-13, and the GS 14 and above groups.

As previously discussed in our meeting, I will contact your staff assistant to get on your calendar to discuss my decision.

Thanks,

*[signature]*
Milton E. Hill