

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

November 23, 1999

Mr. Milton E. Hill
P.O. Box 1021
Lanham, Maryland 20706

Dear Mr. Hill:

On October 13, 1999, you sent a letter to Senator Paul Sarbanes in which you appealed for his assistance in matters related to your career with the Bureau of Land Management (BLM). Senator Sarbanes has referred your letter to BLM, and has requested a review and a report on the matters you raised in your letter. At our November 1, 1999, meeting I asked you whether you had ever expressed the thought that I might be a racist. You told me you had not done so, nor did you indicate you had any problems with me. Yet, your October 13, 1999, letter clearly names me as a top-level management official that you believe has assaulted your career. Specifically, your allegations against BLM's management officials, including me, include the following allegations:

- We attempted to degrade and demoralize you as a human being;

- We constructed barriers to your career through denying enhancing training and assignments;

- We subjected you to an extremely hostile environment;

- We consistently falsified your documents;

- We made false statements against you;

- We refused to compensate you for exceptional job accomplishments; and

- We demanded and demoralized you on a daily basis by denying you assignments and basic office necessities.

This seems to be a clear contradiction to your expressions to me in the November 1, 1999 meeting.

EXHIBIT
11-23-99 He
Frg to Hill

2

In light of the fact that you were less than candid with me in our meeting, I fail to see any benefit to another meeting. Furthermore, your failure to be completely candid with me has led me to decide that under these circumstances, it would be unfair to me, and perhaps you, for me to be involved in any management decisions concerning your career. Therefore, I have decided to recuse myself from any decisions by BLM management that may affect your career.

                                                Sincerely,

                                                Tom Fry
                                                Acting Director