December 9, 1999

Milton E. Hill
P. O. Box 1021
Lanham, MD 20706
(301) 568-4651

Tom Fry, Acting Director
Department of the Interior
Bureau of Land Management
Room 5660, MIB
Washington, DC 20240

Mr. Fry:

I am in receipt of your November 23, 1999 correspondence which I have attached. In your letter you stated that you are unwilling to be involved in any matters concerning my career; nor are you interested in trying to resolve the serious matters of racial and age discrimination. The reason you provided was "your failure to be completely candid with me has led me to decide that under these circumstances, it would be unfair to me, and perhaps you, for me to be involved in any management decisions concerning you career."

You also accused me of calling you a racist in my October 13, 1999 letter to Senator Paul Sarbanes, yet the term "racist" was NOT mentioned one time. I have attached a copy for your review.

Regarding your letter to me, I now understand your defensiveness and hostility towards me in our meeting that included Warren Johnson. You never had any intentions of resolving my issues or the broader issues of the bureau-wide assault on African-American employees.

Your "calling me a racist" charge is clearly bogus; and, basically a smokescreen for your unwillingness to not do anything to correct the situation. How you interpreted me calling you a racist is beyond me. All I mentioned were the numerous barriers imposed upon me. Your actions remind me of the old adage, "where there is smoke there is usually fire."

Your AD, HRM's (Warren Johnson) response to the Senator is also attached.

Thank you for your time.

*[signature: Milton E. Hill]*

EXHIBIT
12-9-99 Hc
Hill to Fry