December 9, 1999

To: John Berry, Assistant Secretary

From: Milton E. Hill

Subject: Follow-up Meeting

This is a request for a meeting with you as soon as possible regarding my decision on the details with Dr. Taylor and/or "the Detroit proposal."

As you advised, I met with Tom Fry (and Bob Doyle) to resolve my issues and make a decision regarding my proposed IPA with the city of Detroit. Tom Fry stated "I could resolve your issues and make a decision, but the question is will I?" Subsequently, he instructed his support staff to not to put me on his calendar for a follow-up meeting. And, he refused to respond to my correspondences requesting his assistance in rendering a decision on my behalf. Assistant Director, Bob Doyle, refused to meet with me at all to attempt resolution in this matter although I used the proper change of command.

More disheartening is Tom Fry's false charge of me calling him a racist and therefore "he recuse" himself from assisting me. This is strictly bogus and a poor excuse for him not being willing to take aggressive actions to correct the wrongs perpetrated by managers in the BLM. I have attached the correspondence so you can review for yourself.

As you can note, both Tom Fry and the BLM Human Resource Director (Warren Johnson) have basically told me and the Senators and Congressional persons that they would continue to treat me and other African-American employees as third-class citizens; and, treat me (us) with disdain. And, if we had problems with their treatment of me (us), I (we) could file grievances because they would never willingly resolve the issues.

Thank you

*Milton E. Hill* [signature]

EXHIBIT
12-7-99
memo to Berry