

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

DEC 17 1999

Mr. Milton E. Hill
P.O. Box 1021
Lanham, Maryland 20706

Dear Mr. Hill:

This is in reply to your letter dated December 9, 1999, to Director Fry.

The Bureau of Land Management (BLM) has, and adheres to, a standing policy of "Zero Tolerance" for discrimination and harassment in the workforce. While your letter was not specific, if you feel that you have been subjected to discriminatory or unfair treatment in your employment with BLM, you may seek relief personal to you through either the Administrative Grievance Procedure or, as appropriate, the Equal Employment Opportunity (EEO) Program. The intent of either avenue of redress is to resolve employment related concerns.

For information on the administrative grievance procedure, you may contact Ms. Karen Ryan, Servicing Personnel Officer for the BLM Headquarters at (703) 440-1500. The EEO Program procedure information may be obtained from Ms. Michelle Stroman, Servicing EEO Officer for the BLM Headquarters, at (202) 452-7790.

Sincerely,

Warren Johnson, Jr.
Assistant Director
Human Resources Management

EXHIBIT
12-17-99 Hc
Johnson to Hill