# Department of the Interior

# Departmental Manual

**Effective Date**: 6/9/99

**Series**: Personnel Management

**Part 370**: Departmental Personnel Program

**Chapter 335**: Promotion and Internal Placement

**Originating Office**: Office of Personnel Policy

**370 DM 335**

1. **Purpose and Authority.** This chapter establishes the Department of the Interior's Merit Promotion Plan (Plan) for filling positions covered by merit promotion and implements 5 U.S.C. Chapter 33 and 5 CFR 335.

2. **Merit Promotion Policy.** Recruitment methods and selection procedures will be based solely on merit after fair and open competition, and will be made without regard to political, religious, or labor organization affiliation or nonaffiliation, marital status, race, color, sex, national origin, nondisqualifying physical handicap, sexual orientation or age.

A. **Scope.** The Plan applies to all competitive service positions in the Department. This chapter must be used in conjunction with the current Departmental Career Transition Assistance Plan.

B. **Areas of Consideration.** Managers will determine and extend areas of consideration to ensure the attraction of a diverse pool of highly qualified applicants in accordance with the Department Strategic Plan for Improving Diversity. Managers should ensure that their employees on approved extended absence receive appropriate consideration for vacancies under their immediate jurisdiction. An approved announcement system, as determined by the Department, will be used to advertise all competitive service vacancies with an area of consideration of Department wide or greater. For limited areas of consideration within a Bureau, local methods of announcing a vacancy may be employed.

C. **Factors to be Considered in Promotion or Placement.** All applicants will be evaluated to ensure that they meet the appropriate OPM qualification standards and time-in-grade requirements. Bureaus will establish, and publicize in the appropriate vacancy announcement, cut off dates for applicants to meet qualification standards and time-in-grade requirements for acceptance of applications. Qualitative, job-related distinctions must be made among promotion

and other competitive eligibles in terms of relative merit and ability and documented through the use of a crediting plan or other rating methodology. Consideration will be given to performance appraisals and incentive awards. The validity and propriety of selective and/or ranking factors must be clearly reflected and supported by a current position description of the job for which they are used.

D. **Selection Procedures.** The selecting official will have an opportunity to choose from among an adequate number of best qualified candidates. Methodology for determining cut off points for best qualified candidates will be left to Bureau discretion. Selecting officials have the right to select or not select from among candidates referred. They also have the right to select from other appropriate sources.

E. **Records.** Appropriate records to allow for reconstruction of the action must be maintained for a minimum of two years. In instances where some form of complaint has been filed concerning an action, these records will be maintained for a minimum of two years following resolution of the case.

3. **Application of Competitive Procedures.**

A. Competitive procedures apply to the following actions:

(1) Permanent promotion to a higher-graded position or to a position with a higher full performance level than previously held on a permanent basis in the competitive service.

(2) Temporary promotions for more than 120 days or details for more than 120 days to a higher-graded position or to a position with greater promotion potential than previously held on a permanent basis in the competitive service.

(3) Selection for training which is part of an authorized training agreement required before an employee may be considered for promotion.

(4) Reassignment, transfer or change to a lower-graded position with promotion potential greater than any position held on a permanent basis in the competitive service.

(5) Reinstatement to a permanent or temporary position at a higher grade or with a higher full performance level than any position previously held on a permanent basis in the competitive service.

(6) Promotions due to the addition of substantive, new and higher-graded duties when the new position is not a clear successor to the old position or there are other employees serving in similar or identical positions within the organizational unit to whom the new duties could have been assigned.

B. Competitive procedures do not apply to the following actions:

(1) Upgrading of a position due to application of a new classification standard without a significant change in duties.

(2) Upgrading of a position resulting from the correction of an initial classification error.

(3) A promotion resulting from an employee's position being classified at a higher grade (with no further promotion potential) because of additional duties and responsibilities, commonly known as accretion of duties. The noncompetitive upgrade requires the employee to continue to perform the same basic function in the new position that is a clear successor to and absorbs the duties of the old position. In addition, there are **no other employees** within the organizational unit to whom the additional duties and responsibilities could have been assigned.

(4) Actions taken under Reduction in Force.

(5) Promotions without current competition when the employee competed earlier for an assignment intended to prepare the employee for the position being filled, and the intent was made a matter of record and made known to all potential candidates. These are commonly called career ladder promotions.

(6) Repromotion, permanent or temporary, to a grade previously held on a permanent basis in the competitive service.

(7) Promotion, reassignment, transfer, change to lower grade or reinstatement of an employee from a position with known promotion potential to another position having no higher promotion potential than any other position previously held on a permanent basis in the competitive service.

(8) Promotion to a position with a representative pay rate equal to or lower than that of any position previously held on a permanent basis in the competitive service.

(9) Details to higher-graded positions or temporary promotions not to exceed 120 days.

(10) Details made in 120 day increments up to one year to unclassified duties.

(11) Details made in 120 day increments to the same grade or lower-graded positions.

(12) Time-limited promotions made permanent when such a possibility was publicized in the original competition notice.

(13) Selection of a candidate not given proper consideration in a previous competitive promotion action.

4. **Grievances.** The Bureau Personnel/Human Resources Office shall respond promptly to questions about the merit promotion program or about a specific selection action. An employee of the Department may submit a grievance concerning merit promotion matters under the Department's grievance program (370 DM 771), or under a negotiated grievance procedure as

appropriate, unless otherwise excluded from either process. If bargaining unit employees wish to grieve any merit action, they must use the negotiated grievance procedures rather than the Department grievance procedures. Where this Plan conflicts with a negotiated agreement, the agreement prevails. However, nonselection from a list of properly ranked and certified applicants is not grievable under either process. Further, an employee cannot use the grievance procedures and the EEO complaint process at the same time for the same case.

6/9/99 #3264

Replaces 2/1/80 FPM-219

Click here to download in WordPerfect format

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D.C. 20240
http://www.blm.gov

February 8, 1999

In Reply Refer To:
1400-335 (700) P

EMS TRANSMISSION 02/17/99
Instruction Memorandum No. 99-066
Expires: 9/30/00

To:        ADs, SDs, and Center Directors
           Attn: Servicing Personnel Offices

From:      Assistant Director, Human Resources Management

Subject:   Accretion of Duties Promotion

This Instruction Memorandum provides the Bureau of Land Management's policy on accretion of duties promotion. This policy incorporates comments received from its review in draft form by all Field Offices as well as comments from the Office of Personnel Management. It serves to provide a more consistent basis for position management and duty assignment considerations leading to possible non-competitive promotions based on accretion of duties.

The attached policy is to be implemented immediately. Questions concerning application of the policy may be directed to your Servicing Personnel Office.

Signed by:                          Authenticated by:
Warren Johnson                      Robert M. Williams
Assistant Director                  Directives, Records
Human Resources Management              & Internet Group, WO540

2 Attachments
    1 - Policy on Accretion of Duties Promotion (3 pp)
    2 - Justification for Promotion Action Based on Accretion of Duties (1 p)

---

## POLICY OF ACCRETION OF DUTIES PROMOTION

**Purpose:**
The purpose of this policy is to outline the Bureau of Land Management's (BLM) requirements for permitting promotions outside of the normal competitive process. These types of actions are commonly referred to as accretion of duties promotions. This policy does not consider promotions that occur due to the application of new classification standards issued by the Office of Personnel Management (OPM)

nor as the result of classification appeal decisions. This policy outlines the criteria to be used by managers, supervisors, and servicing personnel offices in recommending and approving noncompetitive promotions based on the addition of new and higher-graded duties to an existing position.

**References:**
A. Department of the Interior Merit Promotion Plan, Human Resources Management
    Letter No. 95-6, dated June 13, 1995.
B. Human Resources Management Letter No. 96-1, dated February 8, 1996.
C. 5 CFR 335.103.

**Definition of Accretion of Duties Promotion:**
A noncompetitive promotion that occurs due to the addition of substantive new and higher graded duties and responsibilities to an existing position.

**Position Management:**
Sound position management is essential in actions associated with controlling salary costs and efficiently managing the work of the BLM. Position management principles and techniques concerning assignment of duties and utilization of positions must be applied in a continuing and integrated fashion so as to achieve maximum utilization of available human resources in an organization structure designed for optimum efficiency and economy. Higher grade level enhancing work should not be distributed among multiple positions with the intent of upgrading several positions when the higher graded work can be performed in one position. Higher grade level work should be assigned to existing, higher graded positions whenever possible.

Applications of sound position management principles are required in all organizational activities involving position redesign. Managers and supervisors should work closely with their Servicing Personnel Offices in determining the options available for design of positions and assignment of duties to provide for meeting position management and organizational objectives.

Attachment 1-1

**Criteria:**
The following criteria must be met whenever an accretion of duties promotion is proposed:

    a. The new position retains the major duties of the old position and the old position is abolished.
    b. The new position is in the same organization and retains the same supervisor or leader as the old position.
    c. The new position does not involve the addition of project leader, group leader, team leader or supervisory duties to a formerly non-supervisory or non-leader type position.

**Documentation Procedure:**
The following documents must be included in each promotion record which was based on the addition

Case 1:06-cv-01233-JDB    Document 15-12    Filed 10/31/2007    Page 7 of 9

of higher graded duties:

- the original position description,
- the "accreted" position description,
- the evaluation statement for the new position, and
- the written justification from the supervisor indicating how the position came to be accreted, assurances that duties of the original position are included in the accreted position and that the original position will be abolished.

The following procedures must be followed when reviewing the appropriateness of a specific action proposed for an accretion of duties:

-Sufficient justification must be submitted which addresses the criteria in a, b, and c above. The reviewing office must ensure that there is a requisite amount (25% or more) of higher level work which is being performed.

-Accretion of duty promotions must not be based on projected duties but rather on the identified existence of higher level continuing duties in an existing position.

-Potentially grade enhancing work within a work unit must be competitively assigned if there is more than one employee assigned to the same position description, or if another employee(s) is performing essentially the same duties.

The attached format, Justification for Promotion Action Based on Accretion of Duties may serve as a useful tool in providing properly complete documentation of position management considerations associated with determining the basis for accretion of duties promotions.

Attachment 1-2

Although employee job performance is not an inherent criteria for reclassification of a position to a higher grade level, managers and supervisors must ensure that an employee has demonstrated satisfactory performance of higher level duties prior to consideration of a promotion action.

Attachment

Case 1:06-cv-01233-JDB    Document 15-12    Filed 10/31/2007    Page 8 of 9

.

Attachment 1-3

---

**Justification For Promotion Action Based on Accretion of Duties**
(Please type information on a separate attachment)

This is to request a noncompetitive promotion for _____
(Employee Name)

from the position of _____
(Title, Series, Grade, and Position Number)
in support of this action as provided on this attachment.

Case 1:06-cv-01233-JDB    Document 15-12    Filed 10/31/2007    Page 9 of 9

1. State what changes have occurred in the employee's duties. Specifically, address each of the following:

   a. What are the changes in the employee's duties and the reason(s) for each change?

   b. What position performed these duties in the past? If the duties were not performed in the past, what created the need for these duties to be performed now? (For example, further delegation of authority, new regulatory requirements., etc.).

   c. What are the reasons for assigning these duties to the position?

   - Are there any other employees in positions in the same series and grade as the individual being recommended for promotion who could have assumed these new duties? If so, why was the decision made to assign the duties to this position instead of one of those?

- What consideration was given if any, to assigning these new duties to an already established higher grade position?

. Does the new position absorb the major duties of the old position and will the old position be abolished?

. State whether the new position is in the same organization as the old position and if it retains the same supervisor as the old position.

. Does the new position involve the addition of the project leader, group leader, or supervisory duties to a formerly nonsupervisory position or involve addition of duties which identify the new position as a predecessor to a higher level supervisory position?

_____          _____
    (Date)                   (Signature of First-Level Supervisor)

Attachment 2