Case 1:06-cv-01233-JDB    Document 15-13    Filed 10/31/2007    Page 1 of 7



Interrogatory #3, 13, 17, 16



EXHIBIT
1997 + 1998
Perf. Appraisals



**EXHIBIT** F-1 '98 Appraisal (EPPR)

Form DI-2002
December 1997

# DEPARTMENT OF THE INTERIOR

## EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

| | |
|---|---|
| Employee's Name: Milton E. Hill | Rating Period: October 1, 1997 to September 30, 1998 |
| Title/Series/Grade: GS-0343-14 | Bureau/Office: WO-850 |
| Duty Location: Washington, DC 20240 | Social Security No.: 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 |

### PART I. PERFORMANCE PLAN

RESULTS (Enter: *Achieved or Not Achieved*)

**CRITICAL RESULTS** *(Lists no more than five)*

A. Provides clear, simple, useful, flexible policies and guidance for customers to implement laws (e.g., the Federal Acquisition Streamlining Act, the Small Business Act and the Federal Acquisition Reform Act) and improve processes related to acquisitions, grants and cooperative agreements. Policies and guidance are developed using a team approach by obtaining input from customers (internal/external) and other parties affected as appropriate.

*Achieved*

B. Provides professional staff advice to the BLM leaders and mangers and technical assistance to the field on the effective use and condition of the BLM's Business and Economic Development Program (BEDP). This requires effective communication, coordination and consultation with the Department, other agencies, and those who are impacted before changes are made.

*Achieved*

C. Assists in the implementation of the BLM Acquisition Redesign Report recommendations as approved by the Assistant Director, Business and Fiscal Resources. This includes working with assigned team leaders and Acquisition Redesign team members to develop target dates for each project and coordinate and work with them to achieve project goals and milestones. Serves as team leader, and team member as assigned.

*Achieved*

D. Participates in the Department's Quality in Contracting (GUIC) implementation team. Leads and coordinates the bureau's BEDP to increase contracts and agreements to small, disadvantaged and women-owned firms and with institutions of higher learning. Assists the BLM in meeting and exceeding BEDP goals and to promote positive working relationships between small and small disadvantaged businesses and the BLM. Assists in coordinating and developing the performance measurement and verification system to meet GPA requirements.

*Achieved*

E.

**PERFORMANCE INDICATORS.** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgment, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results

"...ed" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of amount of money or resources, or a breach of security.

Circle or underline the applicable critical result letter(s).

**QUALITY** | Apply to Critical Result(s):

| Criterion | Rating |
|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and/or expertise in areas of assigned responsibility. | (All) A B C D E |
| **Accuracy and Thoroughness of Work:** Plans, organizes, and executes work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | (All) A B C D E |
| **Soundness of Judgment and Decisions:** Assesses tasks objectively and researches and documents assignments carefully. Weighs alternative courses of action, considering long and short term implications. Makes and executes timely decisions. | (All) A B C D E |
| **Effectiveness of Written Documents:** Written work is clear, relevant, concise, well organized, grammatically correct, and appropriate to audience. | (All) A B C D E |
| **Effectiveness of Communications:** Presentation meets objectives, is persuasive, tactful, and appropriate to audience. Demonstrates attention, courtesy, and respect for other points of view. | (All) A B C D E |
| **Timeliness of Meeting Deadlines:** Completes work in accordance with established deadlines. | (All) A B C D E |
| **Effectiveness of Supervision:** Directs and coordinates activities of unit, assuring deadlines are met. Coaches, counsels, develops, and utilizes staff effectively, demonstrating a commitment to the workforce. | (All) A B C D E |
| **Other (specify):** | All A B C D E |

**TEAMWORK** | Apply to Critical Result(s):

| Criterion | Rating |
|---|---|
| **Participation:** Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | (All) A B C D E |
| **Team Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | (All) A B C D E |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | (All) A B C D E |
| **Other (specify):** | All A B C D E |

2

**RT IV. CERTIFICATION:** *(Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.)*

| Performance Plan: *(Sign when plan is established)* | Summary Rating: *(sign when rating is completed)* |
|---|---|
| _____  _____<br>Employee                                    Date | *[signed] Polit E Dyl*           6/30/99<br>Rating Official                              Date |
| _____  _____<br>Rating Official                            Date | _____  _____<br>Reviewing Official                         Date<br>(required for summary rating of "Results Not Achieved") |
| _____  _____<br>Reviewing Official                       Date<br>(when required by Bureau/Office) | *[signed]*                              6/7/99<br>Employee                                  Date |

**Privacy Act Notice:** Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.

4

Form DI-2002
September 1995



## U.S. DEPARTMENT OF THE INTERIOR
## EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

Employee's Name: Milton E. Hill  
Title/Series/Grade: GS-0345-14  
Duty Location: Washington, D.C. 20240  
Rating Period: October 1, 1996 to September 30, 1997  
Bureau/Office: WO-850  
Social Security No.: 

# PART I. PERFORMANCE PLAN
CRITICAL RESULTS *(List no more than five)*

RESULTS (Enter: *Achieved* or *Not Achieved*)

A. Provides clear, simple, useful, flexible policies and guidance for customers to implement laws (e.g. the Federal Acquisition Streamlining Act, the Small Business Act and the Federal Acquisition Reform Act) and improve processes related to acquisitions, grants and cooperative agreements. Policies and guidance are developed using a team approach by obtaining input from customers (internal/external) and other parties affected as appropriate.

ACHIEVED

B. Provides professional staff advice to the BLM leaders and managers and technical assistance to the field on the effective use and condition of the BLM's Acquisition Support System and re-engineering initiatives in carrying out the Strategic Plan and streamlining objectives. This requires effective communication, coordination and consultation with the Department, other agencies, and those who are impacted before changes are made.

ACHIEVED

C. Assist in the implementation of the BLM Acquisition Redesign Report recommendations as approved by the Assistant Director, Business and Fiscal Resources. This includes working with assigned team leaders and Acquisition Redesign team members to develop target dates for each project and coordinate and work with them to achieve project goals and milestones. Serves as team leader, and team member, as assigned.

ACHIEVED

D. Leads and coordinates the BLM's pilot implementation of the Department's Quality In Contracting (QUiC) initiative in Denver(CO) and the development of a QUiC Handbook. Leads and coordinates the bureau's Business and Economic Development Program (BEDP) to increase contracts and agreements to small, disadvantaged and women-owned firms and with institutions of higher learning. Assists the BLM in meeting and exceeding BEDP goals and to promote positive working relationships between small and small disadvantaged businesses and the Bureau of Land Management(BLM). Assists in coordinating and developing the performance measurement and verification system to meet GPRA requirements..

ACHIEVED

EXHIBIT
FY '97
Appraisal

PERFORMANCE INDICATORS: *Circle or underline the applicable critical result letter(s).*

## QUALITY

Apply to Critical Result(s):

| | | | | | |
|---|---|---|---|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and expertise in areas of assigned responsibility. | (All) A | B | C | D | E |
| **Accuracy and Thoroughness of Work:** Plans, organizes, executes, work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | (All) A | B | C | D | E |

Form DI-2002
September 1995

| ...RS: (cont.) | Apply to Critical Result(s): | | | | | |
|---|---|---|---|---|---|---|
| ...ORK | | | | | | |
| ...pation: Willingly participates in group activities, performing in a thorough and complete fashion. ...municates regularly with team members. Seeks team consensus. | (All) | A | B | C | D | E |
| Leadership: Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | (All) | A | B | C | D | E |
| Cooperation: Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | (All) | A | B | C | D | E |
| Other (specify): | All | A | B | C | D | E |

### CUSTOMER SERVICE

| | Apply to Critical Result(s): | | | | | |
|---|---|---|---|---|---|---|
| Quality of Service: Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestions for improving service. | (All) | A | B | C | D | E |
| Timeliness of Service: Delivers quality products and services in accordance with time schedules agreed upon with customer. | (All) | A | B | C | D | E |
| Courtesy: Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | (All) | A | B | C | D | E |
| Other (specify): | All | A | B | C | D | E |

**PART II. PROGRESS REVIEWS:** *Date of review and initials of employee and Rating Official (R.O.)* <u>must</u> *also be provided for each review. A summary of comments is optional unless results are not being achieved.*

Date: 4/5/97
Emp. Initials: _mh_
R.O. Initials: _PGN_

Date: _____
Emp. Initials: _____
R.O. Initials: _____

**PART III. SUMMARY RATING:** (Enter: *Achieved* or *Not Achieved* on this line)   RESULTS: **ACHIEVED**
*Space is provided to summarize the basis for rating given. A "Results Not Achieved" rating requires documentation and explanation.*

**PART IV. CERTIFICATION:** (*Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form*).

Performance Plan: (*Sign when plan is established*)

_Milton E. Nil_ (Employee)   11/15/96 Date

_Peter J. Neubauer_ (Rating Official)   11/15/96 Date

Reviewing Official (when required by Bureau/Office)   Date

Summary Rating: (*Sign when rating is completed*)

_Peter W. Neubauer_ (Rating Official)   11/4/97 Date

Reviewing Official (required for summary of "Results Not Achieved")   Date

_Milton E. Nil_ (Employee)   11/4/97 Date

Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management

Form DI-2002
September 1995

...NCE INDICATORS: (cont.)

## ...WORK

Apply to Critical Result(s):

| Indicator | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| ...cipation: Willingly participates in group activities, performing in a thorough and complete fashion. ...mmunicates regularly with team members. Seeks team consensus. | (All) | A | B | C | D | E |
| Leadership: Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | (All) | A | B | C | D | E |
| Cooperation: Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | (All) | A | B | C | D | E |
| Other (specify): | All | A | B | C | D | E |

## CUSTOMER SERVICE

Apply to Critical Result(s):

| Indicator | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| Quality of Service: Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestions for improving service. | (All) | A | B | C | D | E |
| Timeliness of Service: Delivers quality products and services in accordance with time schedules agreed upon with customer. | (All) | A | B | C | D | E |
| Courtesy: Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | (All) | A | B | C | D | E |
| Other (specify): | All | A | B | C | D | E |

**PART II. PROGRESS REVIEWS:** *Date of review and initials of employee and Rating Official (R.O.)* must *also be provided for each review. A summary of comments is optional unless results are not being achieved.*

Date: 4/15/97
Emp. Initials: _[initials]_
R.O. Initials: _[initials]_

Date: _____
Emp. Initials: _____
R.O. Initials: _____

**PART III. SUMMARY RATING:** (Enter: *Achieved* or *Not Achieved* on this line)  RESULTS: ACHIEVED
*Space is provided to summarize the basis for rating given. A "Results Not Achieved" rating requires documentation and explanation.*

**PART IV. CERTIFICATION:** *(Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form).*

Performance Plan: *(Sign when plan is established)*

_[signature: Milton E. Hill]_   11/15/96
Employee                         Date

_[signature: Peter W. Neubauer]_   11/15/96
Rating Official                    Date

_____   _____
Reviewing Official (when required by Bureau/Office)   Date

Summary Rating: *(Sign when rating is completed)*

_[signature: Peter W. Neubauer]_   11/4/97
Rating Official                    Date

_____   _____
Reviewing Official (required for summary of "Results Not Achieved")   Date

_[signature: Milton R. Hill]_   11/4/97
Employee                        Date

Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management