

| JOB DETAILS | ? HELP | 🏠 HOME |

| Exit to USAJobs | Exit to Customer Survey | Print Info |

Use BACK on your browser to return to Job Search Results.

```
USAJOBS                                    FEDERAL -- STATUS CANDIDATES
----------------------------------------------------CONTROL NO IC9323
HUMAN RESOURCES SPECIALIST, SUPERVISORY
                                    OPEN PERIOD 02/10/1999 - 03/11/1999
SERIES/GRADE: GS-0301-15/
SALARY: $ 80,658 TO $ 104,851, ANNUAL      PROMOTION POTENTIAL: GS-15
ANNOUNCEMENT NUMBER:   WO-99-15
DUTY LOCATIONS: 0001  WASHINGTON,   DC

HIRING AGENCY: INTERIOR, BUREAU OF LAND MANAGEMENT


REMARKS: AD, HUMAN RESOURCES MANAGEMENT, EXECUTIVE SERVICES/INITIATIVE GROUP
         ****GOVERNMENT WIDE****
         APPLICATIONS WILL BE ACCEPTED ONLY FROM CURRENT CAREER EMPLOYEES,
         CAREER CONDITION EMPLOYEES, OR PERSONS ELIGIBLE FOR TRANSFER OR
         REINSTATEMENT.


CONTACT:           BRANCH OF HUMAN SERVICES
                   PHONE: (703) 440-1500

                   BUREAU OF LAND MANAGEMENT
                   EASTERN STATES
                   SERVICING PERSONNEL OFFICE
                   7450 BOSTON BLVD
                   SPRINGFIELD, VA  22153
```

Full vacancy announcement follows. Please be sure to review for complete qualification and "How to Apply" information.

**1 of 71 Def. Response**

```
                    Vacancy Announcement
                DEPARTMENT OF THE INTERIOR

              INTERIOR, Bureau of Land Management


Vacancy Announcement Number: WO-99-15

Opening Date:  02/10/1999
Closing Date:  03/11/1999

Position:  SUPERVISORY HUMAN RESOURCES SPECIALIST
           GS-0301-15

Salary:  $80658 per year - $104851 per year
```

Promotion Potential:  GS-15

Duty Location:  WASHINGTON, DC  1 vacancy

Applications will be accepted from:
Federal Employees Eligible for Transfer or Reinstatement, or Persons Eligible
for Non-Competitive Appointment (VRA, Severely Physically Disabled, Returning
Peace Corp Volunteers, etc.)  Veterans who are preference eligibles or who
have been separated from the armed forces under honorable conditions after 3
or more years of continuous active service may apply.

Major Duties:  Incumbent serves as the Chief, Human Resources Management for
the Executive Services/Initiative Group, Assistant Director for Human
Resources Management.  The incumbent supervises, through subordinate team
leaders, the work of the Executive Services Team and the Executive Initiative
Team.  This includes position management identifying skills/personnel needs
recruits, evaluates employees, coaches, evaluates, rewards, mentors, and
disciplines employees, counsel employees on matter of performance, conduct,
and ethics, serves as the performance rating officials.  Allocated and
monitors the Group's operating budget.  Develops and maintains close working
relationships with internal and external entitles on program and policy
issues.  Serves as principal liaison for areas of program responsibility in
Washington with the Office of the Solicitor, other Federal bureaus and
agencies, interest groups, associations state agencies and the public.

Qualifications Required:  APPLICANT MUST HAVE (1) YEAR OF SPECIALIZED EXPERIENCE
EQUIVALENT TO THE NEXT LOWER GRADE LEVEL IN THE FEDERAL SERVICE. SPECIALIZED
EXPERIENCE: EXPERIENCE WHICH HAS EQUIPPED THE APPLICANT WITH THE
PARTICULAR KNOWLEDGE, SKILLS, AND ABILITIES TO SUCCESSFULLY PERFORM THE DUTIES
OF THE POSITION AND WHICH IS TYPICALLY IN OR RELATED TO THE WORK OF THE
POSITION TO BE FILLED. SUBMISSION OF KASOCS IS STRONGLY ENCOURAGED.
APPLICANTS MUST PROVIDE PROOF OF CTAP ELIGIBILITY IN ORDER TO RECEIVE CTAP
CONSIDERATION.

Knowledges, Skills, and
Abilities Required:  1. Mastery current knowledge of the principles, laws,
regulations and procedures of the Federal Personnel System and Federal
Strategic Personnel Initiatives.

2. Mastery knowledge of advanced management and organization principles and
practices along with a comprehensive knowledge of position management,
workforce planning and programming principles, in order to direct a Human
Resource Management organization involved with complex, controversial and/or
high visible/sensitive work products.

3. Ability to lead, supervise and direct the work of professional technical
and support personnel in order to foster an environment for creating a
healthier organization and the advancement of diversity initiative.

4. Extensive knowledge of evaluating the HRM Program functions, to make
program assessments and to modify managerial and programmatic procedures and
automated processes.

5. Ability to communicate effectively, written and orally with high ranking
officials of the Bureau, Department, other Federal agencies and outside
interest groups.

6. Expert knowledge of HRM automated information systems technology to plan,
organize, and direct automated human resources systems initiative, develops
applicable standards and guides to advise system planners on requirements and
to integrate implementation and operational efforts.

Other Information:  This position is subject to a suitability investigation as
defined in 5 CFR 731.302 and E.O. 10450.

 **THE DEPARTMENT OF THE INTERIOR IS AN EQUAL OPPORTUNITY EMPLOYER**
Selection for this position will be made solely on the basis of merit,
fitness, and qualifications.  All applicants will receive consideration

2 of 71  Def. Response

without regard to race, color, age, sex, marital status, religion, national origin, political affiliation, handicap, sexual orientation or other non-merit factors.

If appointed to this position, while a BLM employee you cannot hold an active real estate license, and you cannot have an interest in Federal lands, or hold stocks in firms that have interest in Federal lands.

Department of the Interior (DOI) Career Transition Assistance Plan (CTAP) procedures apply in filling this vacancy.  5 CFR 330, Career Transition Assistance for Surplus and Displaced Federal Employees requires the following order of selection for this position:
a) At Bureau option, personnel actions listed in 5 CFR 330.606 (b);
b) Any well-qualified SSP candidate who applies within the local commuting area (Surplus and displaced employees will be given equal consideration);
c) At Bureau option, personnel actions not subject to RPL;
d) Qualified RPL candidates in the local commuting area;
e) At Bureau discretion, any other former displaced well-qualified DOI employee, e.g. a well-qualified RPL candidate who applies from outside the local commuting area;
f) Well-qualified ICTAP applicants in the local commuting area;
g) Other outside applicants (other agencies, nonstatus, etc).
Well-qualified means an applicant who possesses the knowledge, skills, and abilities which clearly exceed the minimum qualification requirements for the position.

Veterans who are preference eligibles or who have been separated from the are armed forces under honorable conditions after 3 or more years of continuous active service may apply.

NOTE TO CAREER TRANSITION ASSISTANCE PROGRAM (CTAP) APPLICANTS:  IF YOU ARE CTAP OR ICTAP APPLICANT, YOU MUST BE DETERMINED TO BE DETERMINED TO BE WELL-QUALIFIED FOR THIS POSITION IN ORDER TO RECEIVE SPECIAL SELECTION PRIORITY.  TO BE WELL-QUALIFIED, YOU MUST MEET THE OPM QUALIFICATION REQUIREMENTS FOR THE POSITION PLUS RECEIVE AN EVALUATION OF AT LEAST 'ACCEPTABLE' OR EQUIVALENT ON ALL KASOCS.  IF YOU ARE APPLYING UNDER CTAP OR ICTAP, YOU MUST PROVIDE PROOF OF ELIGIBILITY FOR THIS PROGRAM WITH YOUR APPLICATION.

How to Apply:  All applicants must submit one of the following three documents:
-OF 612, Optional application for Federal employment
-SF 171, Application for Federal Employment
-Resume or other written format that involves the information identified in OF 510, Applying for a Federal Job
-A college transcript is required if your current job series is not  in the same job series as the position being advertised.
The following document(s) are optional:
-DI-1935, Applicant Background Survey Form.(To be used for statistical purposes only and is not used in the evaluation process or shared with the Selecting Official.) For each period of your employment in which you performed a mixture of duties, please indicate the approximate percent of time you spent performing each different type of work. All applications must be received in the Personnel Office by the closing  date of the announcement. Application materials should not be submitted in notebooks or binders and should not contain extraneous  materials such as training certificates or position descriptions. Only materials submitted with the application package for this vacancy will be used in the evaluation process. All  application materials submitted in response to this vacancy announcement will be  retained as part of the merit promotion file and cannot be returned  to the applicant. The use of the Government or envelopes to mail job  applications is a violation of OPM and Postal Service regulations.
Applications submitted in postage paid Government envelopes WILL NOT  BE CONSIDERED. Further, violators may be subject to disciplinary  action and a fine as prescribed by law. Applications submitted by FAX machine or in government postage/envelope will not be considered.
PRIVACY ACT REQUIREMENTS (PL 93-579): The application forms prescribed are used to determine qualifications for employment or promotion, and are authorized under Title 5, United States Code, Section 3302 and 3361. If you

**3 of 71 Def. Response**

3

make a false statement in any part of  your application, you may not be hired;
you may be fired after you  begin  work; or you may be fined or jailed.

Direct Deposit required as a condition of employment.
A smoke free environment is the policy of this office. Smoking will  be
permitted only in designated areas.

-SF 50, for non BLM Applicants, to show competitive civil service status.
-DD 214 or other proof for applicants claiming veterans preference.
 In addition, applicants claiming 10-point veterans preference also  must
submit an 'Applications for 10-point Veterans Preference,' SF-15  and other
proof requested by the SF-15.  'Veterans who are preference eligibles or who
have been separated from the armed forces under honorable conditions after 3
years or more of continous active service may apply.'


For More Information
Contact:                 BRANCH OF HUMAN SERVICES
                         7034401500
                         BUREAU OF LAND MANAGEMENT
                         EASTERN STATES
                         SERVICING PERSONNEL OFFICE
                         7450 BOSTON BLVD
                         SPRINGFIELD, VA    22153

The Federal Government is an Equal Opportunity Employer

---

**PRINT INFO:**

Most web browsers support an option to print the document that is displayed on
the screen. Simply choose the option to print the document (usually located
under the file option) and then choose the option to print. How the document
prints is dependent on the printer you are using.

If you are on a local area network (LAN) then you may need to select a printer
before you can print. An option to do this is normally available in the same area
that you choose to print a document.

You will also need to make sure that the printer is powered on, "on line", and
has paper available to print on.

TOP

**4 of 71 Def. Response**

*http://www.usajobs.opm.gov/wfjic/jobs/ID9797.HTM*

| | JOB DETAILS | | ? HELP 🏠 HOME |
|---|---|---|---|
| Current Job Openings<br>General Information<br>Online Application | Exit to USAJobs | Exit to Customer Survey | Print Info |

---

### Use BACK on your browser to return to Job Search Results.

---

```
USAJOBS                                    FEDERAL -- STATUS CANDIDATES
------------------------------------------------------CONTROL NO ID  97
SUPERVISORY PERSONNEL MANAGEMENT SPECIALIST
                                    OPEN PERIOD 04/19/1999 - 05/18/1999
SERIES/GRADE: GS-0201-15/
SALARY: $ 80,658 TO $ 104,851, ANNUAL       PROMOTION POTENTIAL: GS-15
ANNOUNCEMENT NUMBER: WO-99-27
DUTY LOCATIONS: 0001  WASHINGTON,   DC

HIRING AGENCY: INTERIOR, BUREAU OF LAND MANAGEMENT


REMARKS: APPLICATIONS WILL BE ACCEPTED ONLY FROM CURRENT CAREER EMPLOYEES,
         CAREER CONDITIONAL EMPLOYEES, OR PERSONS ELIGIBLE FOR TRANSFEROR
         REINSTATEMENT.  PRIORITY CONSIDERATION WILL BE GIVEN TO CANDIDATES
         ELIGIBLE UNDER THE CTAP AND I CTAP PLACEMENT PROGRAMS.  PRIORITY
         CONSIDERATION WILL BE GIVEN TO AGENCY EMPLOYEES ELIGIBLE UNDER THE
         CTAP PLACEMENT PROGRAM.

CONTACT:           HUMAN RESOURCES MANAGEMENT
                   PHONE: (703) 440-1500

                   BUREAU OF LAND MANAGEMENT
                   EASTERN STATES
                   BRANCH OF HUMAN RESOURCES
                   SPRINGFIELD, VA   22153
```

---

### Full vacancy announcement follows. Please be sure to review for complete qualification and "How to Apply" information.

5 of 71 Def. Response

```
                        Vacancy Announcement
                    DEPARTMENT OF THE INTERIOR
                 INTERIOR, BUREAU OF LAND MANAGEMENT


Vacancy Announcement Number: WO-99-27

Opening Date:  04/19/1999
Closing Date:  05/18/1999

Position:  SUPERVISORY PERSONNEL MANAGEMENT SPECIALIST
           GS-0201-15

Salary: $80658 per year - $104851 per year

Promotion Potential: GS-15
```

5

4/20/99 9:34 AM

Duty Location: 1 vacancy at WASHINGTON, DC

AD, Human Resources Management, Executive Services/Initiative Group

Applications will be accepted from:

Open to current Federal employees serving under a career or career conditional appointment, former Federal employees with reinstatement eligibility, or persons eligible for non-competitive appointment under
Special Authorities. Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 or more years of continuous active service may apply.

Governmentwide

Major Duties: Incumbent serves as the Chief, Human Resources Management for the Executive Services/Initiate Group, Assistant Director for Human Resources Management. The incumbent supervises, through subordinate team leaders, the work of the Executive Services Team and the Executive Initiative Team. This includes position management identifying skills/personnel needs recruits, evaluates employees, coaches, evaluates, rewards, mentors, and disciplines employees, counsel employees on matter of performance, conduct, and ethics, serves as the performance rating officials. Allocated and monitors the Group's operating budget. Develops and maintains close working relationships with internal and external entities on program and policy issues. Serves as principal liaison for areas of program responsibility in Washington with the Office of the Solicitor, other Federal bureaus and agencies, interest groups, associations state agencies and the public.

Qualifications Required:
Applicant must have one year of specialized experience equivalent to the next lower grade, which has equipped the aplicant with the paticular knowledge, skills, and abilities to successfully perform the duties of the position. Experience is typically in or relate to the work of the position described.

Knowledges, Skills and Abilities Required:
Candidates should submit a narrative statement on a separate page(s) with specific responses to the knowledge, skills, and abilities (KSAs) in this announcement. Failure to submit your narrative response to the KSAs for this job may negatively affect your eligibility and/or rating for this position.

1. Mastery current knowledge of the principles, laws, regulations and procedures of the Federal Personnel System and Federal Strategic Personnel Initiatives.

2. Mastery knowledge of advanced management and organization principles and practices along with a comprehensive knowledge of position management, workforce planning and programming principles, in order to direct a Human Resource Management organization involved with complex, controversial and/or high visible/sensitive work products.

3. Ability to lead, supervise and direct the work of professional technical and support personnel in order to foster and environment for creating a healthier organization and the advancement of diversity initiative.

4. Extensive knowledge of evaluating the HRM Program Functions, to make program assessments and to modify managerial and programmatic procedures and automated processes.

5. Ability to communicate effectively, written and orally with high ranking officials of the Bureau, Department, other Federal agencies and outside interest groups.

6. Expert knowledge of HRM automated information systems technology to plan, organize, and direct automated human resources systems initiative, develops

applicable standards and guides to advise system planners on requirements and to integrate implementation and operational efforts.

Basis of Rating:
For CTAP and ICTAP, well-qualified means that the applicant meets the qualification standard and eligibility requirements for the position, meets minimum educational and experience requirements, meets all selective factors where applicable, and is able to satisfactorily perform the duties of the position upon entry.

The information provided in the KSA responses will be heavily relied upon in the rating process. Applicants must prepare a concise narrative addressing EACH of the KSAs listed. Show how your experience and/or education provided you with that KSA. Responses must be separate from the application form.

Pay, Benefits and Work Schedule:
All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit.

Conditions of Employment:
Under Executive Order 11935, only United States citizens and nationals (residents of American Samoa and Swains Island) may compete for civil service jobs. Agencies are permitted to hire noncitizens only in very limited circumstances where there are no qualified citizens available for the position.

This is not a drug-testing designated position.

A background security investigation will be required for all new hires. Appointment will be subject to the applicant's successful completion of a background security investigation and favorable adjudication. Failure to successfully meet these requirements will be grounds for termination.

Some travel will be required.

Other Information:
Time in grade restrictions must be met by the closing date of the announcement.

If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be subject to fine, imprisonment, or other disciplinary action.

How To Apply:
Applications must be received by the closing date of the announcement to receive consideration.

All status candidates and reinstatement eligibles (current and former government employees) must submit a copy of their SF 50 showing career, career-conditional, or reinstatement eligibility.

Applications mailed using government postage and/or internal federal government mail systems are in violation of agency and postal regulations and will not be accepted.

    Please submit the following documents to the address provided in this announcement:

    (1) A written application for employment. You may use OF-612 (Optional Application for Federal Employment), a resume, or submit an alternative format. You must include all of the information specified in this vacancy announcement and all information listed in the Office of Personnel Management's brochure "Applying for a Federal Job (OF-510). Applications must be Typed or Printed clearly in dark ink.

    (2) Narrative assessment of your qualifications in terms of the Knowledge, Abilities, Skills and Other Characteristics (KASOCS) identified within this

announcement.  Describe experience (paid or unpaid), education, training and
self-development as related to the KASOCS.


All current Federal employees must provide a copy of their current Performance
Appraisal (must be within 15 months from the closing date of the
announcement).

Faxed materials will not be accepted.

Individuals who have special priority selection rights under the Agency Career
Transition Assistance Program (CTAP) or the Interagency Career Transition
Assistance Program (ICTAP) must be well qualified for the position to receive
consideration for special priority selection. See Basis for Rating for
definition of "well qualified".

    Federal employees seeking CTAP/ICTAP eligibility must submit proof that
they meet the requirements of 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for
ICTAP.   This includes a copy of the agency notice, a copy of their most recent
Performance Rating and a copy of their most recent SF-50 noting current
position, grade level, and duty location.  Please annotate your application to
reflect that you are applying as a CTAP or ICTAP eligible.


For additional information about this position please contact:
Contact:              HUMAN RESOURCES MANAGEMENT
                      7034401500
Please submit your application package to:
                      BUREAU OF LAND MANAGEMENT
                      EASTERN STATES
                      BRANCH OF HUMAN RESOURCES
                      SPRINGFIELD, VA    22153


The Federal Government is an Equal Opportunity Employer.

Selection for this position will be made without regard to political,
religious, or labor organization affiliation or non-affiliation, marital
status, race, color, sex, national origin, non-disqualifying handicapping
condition or age.

Selection will be made without regard to race, color, religion, sex, national
origin, political affiliation, marital status, physical handicap, age,
membership or non-membership in an employee organization, personal favoritism
or other non-merit factors.


--------------------------------------------------------

8 of 71  Def. Response

1 of 5

Form 1400—86(335)
(September 1982)

## UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

## VACANT POSITION APPLICATION

TO:＿＿ES-953＿＿＿＿＿＿＿＿＿＿＿　　　　　　　　TO BE COMPLETED BY APPLICANT
　　　(Servicing Personnel Office and Code)

FROM:　　　(Applicant's Name and Complete Mailing Address)
　　　　•　Concetta Stewart
　　　　　6510 Crickett Place
　　　　　Forestville, MD  20747


I wish to be considered for the position identified below.

All documents required in the vacancy announcement are enclosed ☐ Yes ☐ No *(if "No," explain)*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ | ＿＿＿＿＿＿ |
| (Signature of Applicant) | (Date) |

| ANNOUNCEMENT NO. | POSITION TITLE | SERIES/GRADE | LOCATION |
|---|---|---|---|
| WO-99-15 | Supervisory Human Resource Specialist | GS-201-15 | Washington, DC |

### BOTTOM PORTION TO BE COMPLETED BY SERVICING PERSONNEL OFFICE

The following action was taken with respect to your application for the position described above:

☐ You were rated among the *best qualified*. Your name was referred to the Selecting Official.

☐ You were rated as *qualified* but did not rank high enough for referral to the Selecting Official.

☐ You were rated as *qualified for placement other than promotion*. Your name was referred to the Selecting Official.

☐ You were rated as *not qualified*. You failed to meet the following requirements:
    ☐ Basic experience
    ☐ General experience
    ☐ Specialized experience
    ☐ Professional experience
    ☐ Other *(specify)*

☐ Your application was not considered because:
    ☐ It was received after the closing date/extension date of ＿＿＿＿＿＿＿＿＿＿＿.
    ☐ You were outside the area of consideration, which was＿＿＿＿＿＿＿＿＿＿＿.
    ☐ You lacked required appointable status.
    ☒ Other *(specify)*

Vacancy Announcement Cancelled   See Attached Vacancy Announcement

☐ You have been selected. You will be advised of the effective date and other details pertinent to your new assignment.

☐ You were not selected. The person selected for the position was

| Reviewed by *Anita Lancaster* | Date ＿＿＿＿＿ |

*Your interest in furthering your career goals with the Bureau of Land Management is appreciated.*

*(Instructions on reverse of last page)*

90-71 Def. Response

Form Approved
OMB No 3206-0219

MAR 7 RCD BY
PAS 

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

Job title in announcement  Supv HR Specialist

**2** Grade(s) applying for  GS-201-15

**3** Announcement number  WD-99-15

**4** Last name  Stewart,    First and middle names  Concetta B.

**5** Social Security Number ████

**6** Mailing address ████

**7** Phone numbers (include area code)
Daytime (202) 501-6723

City  Forestville,    State  MD    ZIP Code  20747

Evening (301) ████

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

**1)** Job title (if Federal, include series and grade)
Acting DAD, HRM, GS-301-14

Salary  $ GS-14    per  annum

Hours per week  40+

From (MM/YY)  10/95    To (MM/YY)  present

Supervisor's name and phone number
Carolyn Burrell/Warren Johnson

Employer's name and address
U. S. Dept. of the Interior, ELM, Office of Assistant Dir., HRM, Mail stop: 5628-MIB, 1849 C St., NW, Washington, DC 20240   202   501-6723

Describe your duties and accomplishments

**2)** Job title (if Federal, include series and grade)

From (MM/YY)    To (MM/YY)

Salary  $    per

Hours per week

Supervisor's name and phone number

Employer's name and address

Describe your duties and accomplishments

10 of 71  Def. Response

10

NSN 7540-01-351-9178

Optional Form 612 (September 1994)
U.S. Office of Personnel Management

50612-101

23

24

**A**

Dept. of the Interior, Bureau of Land Management
Office of Human Resources Management, MS-5628-MIB
1849 C Street, NW.
Washington,                          DC  20240

| | | | |
|---|---|---|---|
| 10/95 | present | 40+ | 9 |
| | annum | promotional opportunity | |
| GS-14 | annum | | |

Carolyn M. Burrell    (202) 501-6723

HRM Advisor
(Acting Deputy Asst. Dir., HRM)    GS-301-14 (7/21/96)

Details:

Due to the reorganization in the Bureau of Land Management, I was detailed to dual positions as Group Administrator, which was later called Group Manager,(7/96 to 11/96) and later the Deputy Assistant Director, HRM position (7/96 to present). As Deputy Assistant Director (DAD), HRM, I serve as the alter ego of the Assistant Director (AD), HRM, providing day to day supervision to an immediate staff of 9 employees and two group managers. Represents the Bureau on Departmental committees, provide technical advice to senior management officials and Office of the Solicitor attorneys on personnel related matters; provide advice and coordination between NHRMC and  immediate office; provide administrative and technical supervision of the immediate staff; review work products; assigned work; resolve complaints. evaluate performance and make recommendations for awards, prepare the directorate budget; serve as Field Committe represent for HRM; act in the absence of the AD, HRM.

Continued on a Separate Page

For Agency Use

**B**

Dept. of the Interior, Bureau of Land Management,
Executives Initiatives Team, 1849 C Street, NW

| | | | |
|---|---|---|---|
| 12/94 | 09/95 | 40+ | 0 |
| GS-13 | annum | Reorganization | |

Washington                          DC  20240

Personnel Management Spec.
Robert Hosenfeld                    (Acting Team Leader)    GS-13 12/94

Duties were basically the same as those performed  during 04/91 to 09/93.
As Acting Team Leader, duties were the same as those performed during 09/93 to 12/94.  These duties were performed upon the departure of my immediate supervisor from 10/95 through 7/96.

For Agency Use (skill codes, etc.)

Work Experience Continuation

STEWART, Concetta B.        A) Dept. of the Interior, Bureau of Land Management - Page 1


04-06-1998

Was detailed to the Group Administrator later called Group Manager position from 7/21/96 to 11/96. As Group Manager, provided administrative and technical supervision to the Executive Initiative Group which consisted of three specialists, one technician and one clerical. I reviewed work products of the staff, plannwd work to be accomplished including setting priorities and work schedules, assigned work, signed time and attendance reports and leave slips; resolved problems. I acted in the absence of the Assistant Director.

As HRM Advisor, I am responsible for the development of assigned programs. I develop personnel directives within the broad framework of OPM and Department rules and policies in such areas as staffing, recruitment, leave and pay, classification and application of ADP to assigned human resources management programs. I manage projects and studies associated with assigned functions to resolve controversial issues or to enhance current operations, serve as advisor to the Assistant Director and other senior management officials, identify human resources needs and problems, consult on human resources implications of management decisions, participates in meetings and conferences having bearing directly or indirectly on human resource mangement policy and procedures, coordinate activities with other components of the Bureau to provide for continuity in practices and program operations and to obtain information and data, provide advice and assistance on complex human resources issues and concerns, research a variety of human resources management and adminstrative issues that may be initiated by the Assistant Director or other high, ranking management officials, coordinate processing of sensitive actions of BLM senior management, prepare and assist in moving and tracking cases through clearance process, sign SF-50s on senior level officials, prepare budget for the office and for the Bureau wide HRM initiatives, serve as full member of the BLM Field Committee. I have delegated authority to sign procurement documents, budgetary documents and other financial obligations documents, ensure that expenditures are tracked and are in keeping with the budget of the office.

12 of 71   Def. Response

12

Continued on Next Page

**WORK EXPERIENCE** *If you have no work experience, write "NONE" in A below and go to 25 on page 3.*

| 23 | May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first | YES | NO |
|---|---|---|---|
| | | | X |

**24** READ **WORK EXPERIENCE** IN THE INSTRUCTIONS BEFORE YOU BEGIN.

- Describe your current or most recent job in Block A and work backwards, describing each job you held *during the past 10 years.* If you were unemployed for longer than **3 months** within the past 10 years, list the dates and your address(es) in an experience block.
- You may sum up in one block work that you did **more than 10 years ago.** But if that work is *related* to the type of job you are applying for, describe each related job in a separate block.
- INCLUDE VOLUNTEER WORK *(non-paid work).* **If the work** *(or a part of the work)* **is like the job you are applying for,** complete all parts of the experience block just as you would for a paying job. You may receive credit for work experience with religious, community, welfare, service, and other organizations.

- INCLUDE MILITARY SERVICE -You should complete all parts of the experience block just as you would for a non-military job, including supervisory experience. Describe each major change of duties or responsibilities in a separate experience block.
- IF YOU NEED MORE SPACE TO DESCRIBE A JOB-Use sheets of paper the same size as this page (be sure to include all information we ask for in A and B below). On each sheet show your name, Social Security Number, and the announcement number or job title.
- IF YOU NEED MORE EXPERIENCE BLOCKS, use the SF 171-A or a sheet of paper.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or sheet of paper as described above.

| **C** Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Dept. of the Interior, Bureau of Land Management, Div. of Personnel, Br. of Pers. Policy & Studies, 1849 C St.,NW Washington, D. C. 20240 | From 09/93   To 12/94 | 40+ | 5+ |
| | Salary or earnings | Your reason for leaving | |
| | Starting $      per annum | Headquarters office | |
| | Ending $      per annum | streamlined | |

| Your immediate supervisor | | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|---|
| Name | Area Code | Telephone No. | Supvy. Personnel Mgmt. Specialist | GM-201-14 |
| Robert Hosenfeld | 501 | -6724 | | |

Description of work. Describe your specific duties, responsibilities and accomplishments in this job, **including** the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

As Branch Chief of Personnel Policy and Studies, I provided technical and administrtive supervision of four personnel management specialist and two clerical employees. I had oversight of major personnel programs such as recruitment, selection and placement, reduction in force; position classification, position management, pay administration, personnel management evaluation, employee and labor relations, employee responsibilities and conduct, employee benefits, performance management and incentive awards. I provided advice to Bureau management including the Personnel Officer, field offices and program managers and staff personnel to resolve complex and controversial personnel management issues; monitored personnel programs ensuring servicing personnel offices were in compliance with applicable laws, regulations, policies and procedures; supervised the preparation of comments on proposed personnel regulations and legislation; supervised the development of Bureau-wide personnel guidelines, procedures and policy recommendations which were prepared in the form of Instruction Memoranda, Information Bulletins, Manual Releases and other formats.

( Continued on a separate sheet. )

For Agency Use (skill codes, et

| **D** Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| U. S. Depart of the Interior, Bureau of Land Management, Div. of Personnel Br. of Pers. Policy & Studies, 1849 C St., NW., Washington, DC | From 04/91   To 09/93 | 40+ | |
| | Salary or earnings | Your reason for leaving | |
| | Starting $GS-13 per annum | Reorganization of | |
| | Ending $GS-13 per annum | Washington office | |

| Your immediate supervisor | | | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|---|
| Name | Area Code | Telephone No. | Personnel Management Specialist | GS-201-13 |
| John Hoffa | | | | |

Description of work. Describe your specific duties, responsibilities and accomplishments in this job, **including** the job title(s) of any employees you supervised. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

As a Personnel Management Specialist assigned to the Branch of Personnel Policy and Studies, I developed Bureauwide personnel guidelines, procedures, policy recommendations in various areas of personnel management such as pay and leave administration, position classification and employee programs and benefits. I provided advisory services to field and headquarters employees on such personnel management areas as employment, performance management and incentive awards, employee relations, pay administration, hours of duty and leave, position management and position classification, employee benefits and employee programs.

Pay and Leave Administration: I interpreted and advised field and headquarters employees on pay rules and regulations; prepared comments on proposed regulations and legislation on the new Federal Pay Comparability Act (FEPCA) of 1990; developed Bureauwide guidelines in the form of Instruction Memorandums, Information Bulletins for field and headquarters employees

( Continued on a separate sheet. )

For Agency Use (skill codes, et

CONTINUATION SHEET
Page # 1

Stewart, Concetta B.                                              

CONTINUATION OF EXPERIENCE BLOCK  C

Dept. of the Interior, Bureau of Land          From:    09/93
Management, Div. of Personnel, Br. of          To:      12/94
Pers. Policy & Studies, 1849 C St.,NW
Washington, D. C. 20240
------------------------------

As supervisor, I reviewed work products of subordinates for acceptable level of quality and
quantity; planned work to be accomplished including setting priorities and work schedules;
assigned work to subordinates and evaluated their performance; provided advice to employees
concerning work and administrative matters; heard and resolved complaints.  I was delegated to
act in the absence of the Personnel Officer.

14 of 71  Def. Response

CONTINUATION SHEET
Page #

Stewart, Concetta B.

CONTINUATION OF EXPERIENCE BLOCK  D

| | | |
|---|---|---|
| U. S. Depart of the Interior, Bureau | From: | 04/91 |
| of Land Management, Div. of Personnel | To: | 09/93 |
| Br. of Pers. Policy & Studies, 1849 C | | |
| St., NW., Washington, DC | | |

on pay and leave administration; wrote Bureau manual chapters updating information as it pertained to new regulations regarding pay and leave; participated and/or represented the Bureau in meetings on pay and leave administration; responded to correspondence as it related to pay and leave; administered/coordinated various leave programs such as Leave Transfer Program, Reservist Leave Program, etc.; developed Bureauwide guidance for these programs; interpreted and advised BLM managers, supervisors, and employees on leave rules and regulations; reviewed requests from employees to participate in the various leave programs ensuring adherence to procedures and that request met criteria for approval; made determinations and/or recommendations for approval of requests; interpreted and advised field and headquarters officials on Fair Labor Standards Act (FLSA) provisions; responded to FLSA inquiries providing Bureauwide guidance; developed guidelines and provided guidance on flexible workplace program; reviewed requests from employees and supervisory recommendations on employees who wished to participate in the program to ensure criteria was met; recommended approval of participants; interpreted regulations and anwered questions regarding the program.

Classification and Position Management: Assisted management in determining appropriate grade patterns and position management techniques; ensured tht establishment of proposed positions were consistent with provisions of positions against appropriate standards and guidelines; analyzed, evaluated and classified positions; reviewed proposed position descriptions and, if necessary, conducted desk audits with employees and/or conducted supervisory interviews; wrote evaluation statements justifying title, series, and grade level of positions; took final classification action to officially establish proper pay system, title, series, and grade according to kind and level of work and qualifications required; recommended approval of proposed precedent setting classification actions; reviewed classification appeals; wrote classification appeal decisions; collected, compiled, and prepared comments and reports on draft classification standards to the Department for inclusion in Departmental comments to the Office of Personnel Management (OPM); provided position management advisory assistance and guidance ensuring that establishment of proposed positions are consistent with provisions of position and pay schedule.  I have delegated authority up to GS/GM-15.

Management Advisory Services: Provided advisory services to headquarters and field office employees in the areas of employment and it related to special emphasis programs; performance management and incentive awards as it related to the performance appraisal system, performance management and recognition system (PMRS), cash awards, incentive awards, employee relations as it relates to employee responsibilities and conduct, ethics, adverse actions and discipline, performance based actions, grievances, appeals, etc.; employee programs and benefits as it related to injury compensation/OWCP, unemployment compensation. This also included developing guidelines, procedures, training or policy recommendations in any of these areas; prepared comments on proposed regulations and legislation.

Other Personnel Related Matter: Participated and/or represented the Bureau at various

(Continued on next page.)

CONTINUATION SHEET
Page #

Stewart, Concetta B.                                                    

## CONTINUATION OF EXPERIENCE BLOCK  D

meetings; planned or assisted in planning meetings or study groups held with employees, personnelists, or subject matters experts of the Bureau; served as team member or member of special studies; participated in personnel management evaluations (PME) of field offices; provided advice and interpretation to field offices of rules and regulations, Bureau issuances and other personnel instructions.

# Standard Form 171-A – Continuation Sheet for SF 171

Form Approved
OMB No. 3206-001.2

• Attach all SF 171-A's to your application at the top of page 3.

| 1 Name *(Last, First, Middle Initial)* | 2. Social Security Number |
|---|---|
| Stewart, Concetta B. | |

| 3 Job Title or Announcement Number You Are Applying For | 4 Date Completed |
|---|---|
| | 01-24-1995 |

## ADDITIONAL WORK EXPERIENCE BLOCKS

### E

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Department of the Interior, Bureau of Land Mgmt., Branch of Pers Policy & Studies, 1849 C St., NW, Washington, D. C. 20240 | From 10/91   To 02/92 | 40+ | 5 |

| | Salary or earnings | Your reason for leaving |
|---|---|---|
| | Starting $52,406 per annum  Ending $54,607 per annum | temporary promotion |

| Your immediate supervisor | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|
| Name  Richard Harrison | Supvy. Personnel Mgmt Specialist | |
| Area Code 208 Telephone No. -3431 | | GM-201-14 |

Description of work   Describe your specific duties, responsibilities and accomplishments in this job, **including** the job title(s) of any employees you supervised   If you describe more than one type of work *(for example, carpentry and painting, or personnel and budget),* write the approximate percentage of time you spent doing each.

As Chief, Branch of Personnel Policy and Studies, I provided technical and administrative supervision of four personnel management specialist and one clerical employee.  I had oversight of major personnel programs such as recruitment, staffing, pay administration, reduction in force, position classification, position management, personnel management evaluation, employee relations, labor-management relations, hours of duty, absence and leave, employee responsibilities and conduct, ethics, employee benefits, performance management and incentive awards.  I provided advice and assistance to Bureau management officials including Personnel Officers, field office and program managers, staff personnel, and others to resolve complex and controversial personnel management issues; monitored personnel programs ensurng servicing personnel offices were in compliance with applicable laws, regulations, policies and procedures; supervised the preparation of comments on proposed personnel regulations and legislation; supervised the development of Bureau-wide personnel procedures, guidelines, and policy recommendations which were prepared in the form of Instruction Memorandums, Information Bulletins, Manual Releases and other formats.

( Continued on a separate sheet. )

For Agency Use (skill codes, e

### F

| Name and address of employer's organization *(include ZIP Code, if known)* | Dates employed *(give month, day and year)* | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| Department of the Interior, U. S. Fish and Wildlife Services, Div. of Pers. Mgmt., Br. of Hdqts Ops., Washington, DC 20240 | From 08/88   To 04/91 | 40+ | |

| | Salary or earnings | Your reason for leaving |
|---|---|---|
| | Starting $GS-12 per annum  Ending $GS-13 per annum | selected for another position |

| Your immediate supervisor | Exact title of your job | If Federal employment *(civilian or military)* list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|
| Name  John D. Kraus | Personnel Mgmt. Spec. | |
| Area Code 703 Telephone No. -358-174 | | GS-201-13 (03-12-89) |

Description of work   Describe your specific duties, responsibilities and accomplishments in this job, **including** the job title(s) of any employees you supervised.   If you describe more than one type of work *(for example, carpentry and painting, or personnel and budget),* write the approximate percentage of time you spent doing each.

As the **Senior Personnel Management Specialist** for the U. S. Fish and Wildlife Service (FWS), Branch of Headquarters Operations, I provided advisory services and performed duties in the areas of staffing and placement, position management and classification, employee relation/performance management, employee benefits and pay, and other personnel related activities.

**STAFFING AND PLACEMENT**: I performed the full range of recruitment and placement functions, i.e., consulted with operating officials to determine staffing needs and developed sources of recruitment for professional, technical, administrative and clerical positions; wrote vacancy announcements; analyzed position requirements by performing job analysis; established evaluation criteria; prepared basic crediting plans; reviewed applications and determined basic

(Continued on a separate sheet.)

For Agency Use (skill codes.

CONTINUATION SHEET
Page #

Stewart, Concetta B.

## CONTINUATION OF EXPERIENCE BLOCK ℰ

| | | |
|---|---|---|
| Department of the Interior, Bureau of Land Mgmt., Branch of Pers Policy & Studies, 1849 C St., NW, Washington, D. C. 20240 | From: | 10/91 |
| | To: | 02/92 |

------------------------------

As supervisor, I reviewed work products of subordinates for acceptable level of quality and quantity; planned work to be accomplished including setting priorities and work schedules; assigned work to subordinates and evaluated their performance; provided advice and counsel to employees concerning work and administrative matters; heard and resolved complaints; approved leave and travel.  I was delegated to act in the absence of the Personnel Officer.

18 of 71  Def. Response

# CONTINUATION SHEET
Page #

Stewart, Concetta B.                                    

## CONTINUATION OF EXPERIENCE BLOCK    F

Dept. of the Interior, U. S.          From:    08/88
Fish and Wildlife Services, Div.      To:      04/91
of Pers. Mgmt., Br. Of Hdqts Ops.,
Washington, DC 20240

eligibility and qualifications for a variety of positions; convened
panels advising members of merit promotion procedures and
practices; compiled and issued certificates of eligibles to
selecting officials; reviewed and documented personnel actions in
compliance with FPM Supplement 296-33 and applicable rules,
regulations and/or procedures; reviewed Notification of Personnel
Actions (SF-50) for completion and compliance of format; compiled
Schedule C packages for submission and clearance of appointment;
advised all levels of management (headquarters and regional) on
merit promotion practices and procedures, recruitment and placement
rules, regulations and/or procedures; assisted regional personnel
and headquarters offices serviced in the use of regulations
governing recruitment and staffing by interpreting rules and
regulations and offering options, alternatives and recommendations.

**POSITION MANAGEMENT AND CLASSIFICATION**: Assisted management in
determining appropriate grade patterns and position management
techniques; ensured that establishment of proposed positions were
consistent with provisions of positions against appropriate
standards and internal guidelines; analyzed, evaluated and
classified positions; reviewed current and proposed position
descriptions and, if necessary, conducted desk audits with
employees and/or supervisory interviews; wrote evaluation
statements justifying title, series and grade level of a variety of
positions; wrote new and revised existing position descriptions;
took final classification action to officially establish proper pay
system, title, series and grade according to kind and level of work
and qualifications required; provided position management advisory
assistance ensuring that establishment of proposed positions are
consistent with the organizational structure and staffing needs as
well as consistent with provisions of position and pay schedule. I
had delegated classification authority up to grades GS/GM-15.

Stewart, Concetta B.
SSN: ▓▓▓▓▓▓▓▓

**EMPLOYEE RELATIONS/PERFORMANCE MANAGEMENT**: Assisted management officials and employees in resolving on-the-job problems or matters that may have developed into problems; performed fact finding and made recommendations to supervisors and managers concerning possible alternative solutions; provided advice on employee and management rights and obligations, disciplinary and corrective measures; assisted managers and supervisors in the drafting of disciplinary letters/memorandums; reviewed performance appraisals and ratings to ensure that documentation is appropriate for standards and elements and/or supports the ratings; provided information and interpretation of regulations governing the performance appraisal system; reviewed incentive awards recommendations ensuring that proper documentation had been provided and recommendations met required policies and procedures; ensured that certificates and monetary awards were processed using the appropriate internal procedures.

**EMPLOYEE PAY AND BENEFITS**: Provided advice to managers, supervisors and employees concerning pay related issues, e.g., setting pay, highest previous rate, grade and pay retention, FLSA/Title 5, special salary rates, etc.; provided interpretation of regulations governing pay; performed and assisted in computations of pay related issues; advised employees of all levels on applicable rules and regulations governing retirement, life insurance, health benefits in regards to coverage and qualifying requirements; reviewed voluntary and disability retirement packages to ensure completion and compliance with retirement regulations; provided retirement counseling to employees.

**OTHER PERSONNEL RELATED MATTERS**: Prepared recurring employment reports or special reports on assigned programs required by the Division, Department, or Office of Personnel Management; prepared responses to Congressional inquiries and requests from other agencies and the general public regarding personnel related matters and employment with FWS; conducted analytical studies that identified turnover trends, staffing needs, etc.; compiled information for analysis and planning purposes; collected and compiled pertinent staffing data, materials, etc., in order to coordinate and attend job fairs as a FWS recruiter. This included preparing documentation for disbursement of monies, attending meetings with serviced organizations to inform them of recruitment activities, attending meetings with vendors of job fairs, coordinating with the vendor to strategically assist FWS in setting up the recruitment booth, talking with the public regarding employment with FWS, collecting resumes and SF-171s, reviewing all resumes and SF-171 to make appropriate determinations as to where each application should be appropriately disseminated within FWS, responding to the numerous follow up calls from job fair applicants, coordinating efforts with the Office of Human

Stewart, Concetta B.
SSN: ███████████

Resources. I interpreted and advised serviced offices (headquarters and regional offices) on Federal Personnel Manual regulations, Code of Federal Regulations, internal personnel policies and practices, Comptroller General Decisions, etc. In the absence of my supervisor, I performed all the responsibilities of that position which included attending staff meetings, providing guidance and assistance to the staff composed of two specialists (GS-12), Supervisory Personnel Assistant (GS-9), three Personnel Assistants (two GS-7s and one GS-5), one Secretary (GS-6), and one Clerk-typist (GS-4); making and reviewing assignments of the staff; approving leave; signing SF-50s; making commitments for the Branch; meeting with management officials, responding to top level management on any operational personnel matter, etc.

Assistant Ethics Counselor for FWS
In addition to the responsibilities previously stated above, I served as the Assistant Ethics Counselor for the U. S. Fish and Wildlife Service from September 1990 to April 1991. I was responsible for administering the Ethics in Government Act of 1978. I advised all FWS employees (field and headquarters) on employee responsibilities and conduct; answered questions regarding financial reporting requirements; reviewed both field and headquarters financial interest forms (DI-212, SF-278 and DI-278) to ensure that financial disclosures adhered to existing policies and procedures; ensured that financial holdings were appropriate for the positions incumbered; ensured that their were no discrepancies on the forms filed by employees and requested additional information where necessary. I advised/counseled managers, supervisors and employees on outside employment, involvement in political activities regarding whether there was possible conflicts in interest; researched various laws found in the various Titles to resolve possible conflicts of interest; prepared quarterly ethics and conduct reports; wrote policy on new ethics regulations and rules which was disseminated to both the field and headquarters employees; responded to correspondence on ethics related issues as they related to FWS.

| | | | |
|---|---|---|---|
| U. S. Department of Agriculture<br>Farmers Home Administration, Personnel Div.<br>Staffing & Classification Ops. Branch,<br>Field Office Servicing Sect., Washington, DC | From 02/85  To 08/88 | | 40+ |
| | Salary or earnings<br>Beginning $ 34,781 annum<br>Ending $ 38,753 " | | Place of employment<br>City Washington, DC<br>State |
| Exact title of your position<br>Personnel Mgmt. Specialist | Name of immediate supervisor<br>LaVerne Robinson | Area Code 202  Telephone Number 382- 1172 | Number and kind of employees you supervised |
| Kind of business or organization manufacturing, accounting, social services etc.)<br>Personnel (Federal Govt.) | If Federal service civilian or military series grade or rank, and date of last promotion<br>GS-201-12 (4/81) | | Your reason for wanting to leave<br>To enhance my career opportunities |

Description of work (Describe your specific duties, responsibilities and accomplishments in this job.)

As a Personnel Management Specialist for Farmers Home Administration (FmHA), I provided advisory personnel management services to employees, supervisors, and managers in FmHA field offices. These services were provided in the areas of position management, classification, staffing and recruitment, performance management, employee pay and benefits, and other personnel related matters.

POSITION MANAGEMENT AND CLASSIFICATION: Assisted field office staff in determining appropriate grade patterns and position management techniques; ensured that establishment of proposed positions were consistent with provisions of positions against appropriate standards and internal guidelines; reviewed positions classified by field offices to ensure proper classification; provided assistance and guidance to field offices in performing maintenance reviews; wrote evaluation statements justifying title, series and grade level.

STAFFING AND RECRUITMENT:  Provided advice and assistance to supervisors and managers in assessing staffing needs and outlining recruitment efforts; wrote vacancy announcements; assisted in analyzing position requirements by performing job analysis; established evaluation criteria; reviewed applications and determined basic eligibility and qualifications for a variety of positions; monitored merit promotion procedures, regulations and administration of merit promotion and upward mobility programs; provided assistance in utilizing a variety of registers to fill positions; convened panels advising members of merit promotion procedures and regulations; compiled and issued certificates of eligibles to selecting officials; advised and assisted administrative personnel in the use of regulations governing recruitment and staffing by interpreting rules and regulations and offering options, alternatives and recommendations.

Continuation
Experience:    Department of Agriculture
Farmers Home Administration, Personnel Div.
Staffing & Class. Oprs. Br., Field Office
    Servicing Section

02/17/85 to 08/27/88

PERFORMANCE MANAGEMENT: Reviewed performance appraisals and
ratings to ensure that documentation is appropriate for
standards and elements and/or supports the ratings; reviewed
computations to ensure that they are correct; provided
information and interpretation of regulations governing the
performance appraisal system; forwarded merit pay
performance appraisals along with tentative ratings to
appropriate reviewing official for review and signature.

EMPLOYEE PAY AND BENEFITS: Provided advice to field office
employees, managers and supervisors concerning pay related
issues, e.g., setting pay, highest previous rate, grade and
pay retention, FLSA/Title 5, etc.; provided interpretation
of regulations governing pay; assisted in computations of
pay related issues; provided advice and assistance on health
and life insurance benefits.

OTHER PERSONNEL RELATED MATTERS: Prepared recurring Agency-
wide employment and classification reports or special
reports on assigned programs required by Office of Personnel
(USDA), Office of Personnel Management, or the Director or
Deputy Director of Personnel (FmHA); interpreted and advised
the field office personnel regarding FmHA instructions,
Departmental Personnel regulations, Code of Federal
Regulations, Comptroller General Decisions, Federal
Personnel Manual regulations; Executive Orders, etc.; served
as team member on State personnel management evaluations
reviewing and compiling personnel information on a variety
of personnel issues and providing recommendations for
correction of deficiencies in the personnel areas; advised
managers and supervisors on key personnel issues and
concerns; provided advice and assistance regarding incentive
awards; responded to a variety of correspondence; acted in
the absence of the supervisor.

23 of 71  Def. Response

| | | | | From 12/84 To 02/85 | | 40+ |
|---|---|---|---|---|---|---|
| Department of the Navy | | | | Salary or earnings | | Place of employment |
| Personnel Management Department | | | | Beginning $33603 per annum | | City Dahlgren |
| Personnel Mgmt. Advisory Division | | | | Ending $ " per " | | State Virginia |
| Naval Surface Weapons Ctr., Dahlgren, VA | | | | | | |

| Exact title of your position | Name of immediate supervisor | Area Code | Telephone Number | Number and kind of employees you supervised |
|---|---|---|---|---|
| Personnel Management Spec. | Bill Ferrara | 703 | 663-8051 | 1 Personnel Asst. |

| Kind of business or organization (manufacturing, accounting, social services, etc.) | If Federal service (civilian or military) series, grade or rank, and date of last promotion | Your reason for wanting to leave |
|---|---|---|
| Civilian Personnel, Federal Government | GS-201-12 | Commute was too costly & distance was too far to commute. |

Description of work (Describe your specific duties, responsibilities and accomplishments in this job)

I performed duties in the areas of staffing and placement
and classification and position management.  Specifically, I
performed the recruitment and placement functions for a
block of offices consulting with supervisors and managers to
determine staffing needs and developed sources for
scientific, professional, technical and clerical positions;
determined qualification eligibility of applicants; reviewed
and signed personnel actions and SF-50s ensuring actions
were complete and in compliance with applicable rules and
regulations which governed the military installation;
advertised professional vacancies in local newspapers and
professional magazines; reviewed organizational makeup to
ensure staffing needs were met and that there was no
overlapping of duties; provided position management advisory
assistance ensuring that establishment of proposed positions
were consistent with provisions of the pay; analyzed,
evaluated and classified a variety of civilian positions;
reviewed current and proposed position descriptions;
conducted desk audits with employees; consulted with
supervisors as to the duties of proposed positions; wrote
evaluation statements justifying title, series and grade
levels; signed final classification action to officially
establish proper pay system, title, series, and grade
according to kind and level of work being performed and the
qualifications required; performed other personnel duties as
assigned.

25 of 71   Def. Response

Office of the Secy., Branch of Personnel
Operations (A), 18th & C Sts., NW.,
Washington, DC  20240

| Salary or earnings | Place of employment |
| --- | --- |
| Beginning $ 22672 per annum | City Washington, DC |
| Ending  $ 33603 per annum | State |

| Exact title of your position | Name of immediate supervisor | Area Code | Telephone Number | Number and kind of employees you supervised |
| --- | --- | --- | --- | --- |
| Personnel Management Spec. | Kathleen Mealy | 202 | 343-5065 | 0 |

| Kind of business or organization (manufacturing accounting social services etc.) | If Federal service civilian or military series grade or rank and date of last promotion | Your reason for wanting to leave |
| --- | --- | --- |
| Personnel (Federal Govt.) | GS-201-12 (4/81) | |

I performed duties in the areas of staffing and placement,
position classification, employee relations, training, and
other personnel related activities.

STAFFING AND PLACEMENT:  I performed the full range of
recruitment and placement functions, i.e., consulted with
operating officials to determine staffing needs and
developed sources of recruitment for professional,
technical, and clerical positions; determined qualification
requirements for a variety of positions; determined
qualification and eligibility of applicants; convened panels
advising members of merit promotion procedures and
regulations; compiled and issued certificates of eligibles
to selecting officials; arranged reporting dates for
selectees; reviewed and documented personnel actions in
compliance with FPM Supplement 296-33 and applicable rules,
regulations and/or merit promotion procedures; reviewed SF-
50s for completion and compliance of format; compiled
Schedule C packages for submission and clearance of
appointment; advised all levels of management on merit
promotion practices and procedures, recruitment and
placement rules, regulations, or procedures.

POSITION CLASSIFICATION:  Analyzed, evaluated, and
classified positions; reviewed current and proposed
descriptions and conducted desk audits with employees and
supervisors; wrote new and revised existing position
descriptions; wrote evaluation statements justifying title,
series and grade level of a variety of positions; took final
classification action to officially establish proper pay
system, title, series,  and grade according to kind and
level of work and qualifications required; provided position
management advisory assistance ensuring that establishment
of proposed positions were consistent with the
organizational structure and staffing needs as well as
consistent with provisions of position and pay schedule.

EMPLOYEE RELATIONS: Assisted management officials and
employees in resolving on-the-job problems or matters that
may have developed into problems; performed fact finding and
made recommendations to supervisors and managers concerning
possible alternative solutions; provided advice on employee
and management rights and obligations, disciplinary and
corrective measures, and appeal rights; assisted managers
and supervisors in the drafting of disciplinary letters,
i.e., denial of within grades, suspensions, removals, etc.;
drafted responses to grievances and appeal actions ensuring

Stewart, Concetta B.

Continuation
Experience:           Department of the Interior
                      Office of the Secretary, Br. of Personnel
                         Operations (A)

                      08/80 - 12/84

all major points were covered and conformed to major
regulatory requirements, agency policies, practices and
procedures; wrote letters or memorandums regarding debt
complaints; reviewed incentive awards recommendations
ensuring that proper documentation had been provided and
recommendations met required policies; advised employees of
all levels on applicable rules and regulations governing
retirement, life insurance, health benefits in regards to
coverage and qualifying requirements; provided estimated
computations of retirement; prepared Reduction in Force
notices; compiled retention registers; computed severance
pay.

TRAINING: Reviewed and processed training requests assuring
appropriateness of training, compliance with departmental
training regulations and FPM Chapter 410; obtained approvals
of requests; advised managers and employees on training
related matters.

OTHER PERSONNEL ACTIVITIES: Provided technical advice to all
levels of management; drafted/wrote memorandums, letters,
reports on a variety of personnel matters; administered oath
of office to Schedule C and Senior Executive Service (SES)
employees; assisted Branch Chief in workload analysis,
special projects and assignments; provided advice and
assistance to supervisors and managers on the performance
appraisal system and merit pay, i.e., upon request,
explained merit pay computations and pay outs; reviewed
performance appraisal ratings for adherence to Departmental
procedures and regulations; advised managers and supervisors
of discrepancies of performance ratings in relation to
narratives provided by the supervisors; assisted other
personnel management specialists on the team.

26 of 71  Def. Response

ATTACH ANY ADDITIONAL FORMS AND SHEETS HERE

## EDUCATION

**25** Did you graduate from high school? *If you have a GED high school equivalency or will graduate within the next nine months answer "YES".*

YES [X] If "YES", give month and year graduated or received GED equivalency: **06-68**

NO [ ] If "NO", give the highest grade you completed

**26** Write the name and location (city and state) of the last high school you attended or where you obtained your GED high school equivalency.

**L. P. Jackson High School, Dendron, VA**

**27** Have you ever attended college or graduate school?   YES [X] If "YES", continue with 28.   NO [ ] If "NO", go to 31.

**28** NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. *If you expect to graduate within nine months, give the month and year you expect to receive your degree*

| Name | City | State | ZIP Code | Month and Year Attended From | To | Number of Credit Hours Completed Semester | Quarter | Type of Degree (e.g. B.A., M.A.) | Month and Year of Degree |
|---|---|---|---|---|---|---|---|---|---|
| 1) Virginia State University | Petersburg | VA | | 09-68 | 05-72 | 136 | | BA | 05/72 |
| 2) George Washington University | Washington | DC | | -77 | -79 | 33 | | | |
| 3) | | | | | | | | | |

**29**

| CHIEF UNDERGRADUATE SUBJECTS *Show major on the first line* | Number of Credit Hours Completed Semester | Quarter |
|---|---|---|
| 1) History | 33 | |
| 2) German | 15 | |
| 3) Education | | |

**30**

| CHIEF GRADUATE SUBJECTS *Show major on the first line* | Number of Credit Hours Completed Semester | Quarter |
|---|---|---|
| 1) Guidance and Counseling | 33 | |
| 2) | | |
| 3) | | |

**31** If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

| NAME AND LOCATION (city, state and ZIP Code) OF SCHOOL | Month and Year Attended From | To | Class Room Hours | SUBJECT(S) | Training Completed YES | NO |
|---|---|---|---|---|---|---|
| 1) School Name **Galludet University** City **Washington, DC** State ZIP Code | 05- | - 88 | | American Sign Language | X | |
| 2) School Name City State ZIP Code | | | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** Give the title and year of any honors, awards or fellowships you have received. List your special qualifications, skills or accomplishments that may help you get a job. Some examples are skills with computers or other machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies, patents or inventions; etc.

Special Achievement Award - 1982
    Skill using personal computer
Special Achievement Award - 1989
    Calculator

(Continued on a separate sheet.)

**33** How many words per minute can you TYPE? **70**  TAKE DICTATION? **80**

*Agencies may test your skills before hiring you.*

**34** List job-related licenses or certificates that you have, such as registered nurse, lawyer, radio operator, driver's, pilot's, etc

| LICENSE OR CERTIFICATE | DATE OF LATEST LICENSE OR CERTIFICATE | STATE OR OTHER LICENSING AGENCY |
|---|---|---|
| 1) Teacher Certification | 1972 | Virginia |
| 2) | | |

**35** Do you speak or read a language other than English (include sign language)? *Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.*   YES [ ]   NO [ ]   If "YES", list each language and place an "X" in each column that applies to you. If "NO", go to 36.

| LANGUAGE(S) | CAN PREPARE AND GIVE LECTURES Fluently | With Difficulty | CAN SPEAK AND UNDERSTAND Fluently | Passably | CAN TRANSLATE ARTICLES Into English | From English | CAN READ ARTICLES FOR OWN USE Easily | With Difficulty |
|---|---|---|---|---|---|---|---|---|
| 1) | | | | | | | | |
| 2) | | | | | | | | |

## REFERENCES

**36** List three people who are not related to you and are not supervisors you listed under 24 who know your qualifications and fitness for the kind of job for which you are applying. At least one should know you well on a personal basis.

| FULL NAME OF REFERENCE | TELEPHONE NUMBER(S) (Include Area Code) | PRESENT BUSINESS OR HOME ADDRESS (Number, street and city) | STATE | ZIP CODE |
|---|---|---|---|---|
| 1) Willistine Clark Asst. Dir., Exec. Sup. Staff | 202/616-0088 | Dept. of Justice Washington, DC | | |
| 2) Broadine Brown | 202/307-5422 | U. S. Marshall Serv. Washington, D.C. | | |
| 3) Jerome Butler | 202/208-3195 | U.S. Fish & Wildlife Svc.,Washington,DC | | 20240 |

CONTINUATION SHEET
Page #

Stewart, Concetta B.



Question 32 - Skills, Accomplishments and Awards (Continued)
Special Achievement Award - 1990
Special Achievement Award - 1992
Completed Department's Manager Development Program - 1993 (Awarded    noncompetitive eligibility certificate which is good until 1996)
On the Spot Award - 1995
Special Achievement Award - 1996
Quality Step Increase - 1996

**YOU MUST SIGN THIS APPLICATION.**

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION**

48 SIGNATURE

*Concetta B Stewart*

49 DATE SIGNED (Month, day, year)

4-5-98

29

# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50-B
Rev. 7-91

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| STEWART, CONCETTA B | | | 07-25-50 | 01-04-9 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 894 | 5-B. Nature of Action PAY ADJ | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code QWM | 5-D. Legal Authority REG. 531.205 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code ZLM | 5-F. Legal Authority E.O.13071-12/29/97 | 6-E. Code | 6-F. Legal Authority |

| 7. FROM Position Title and Number | 15. TO Position Title and Number |
|---|---|
| | HUMAN RESOURCES MGMT. ADVISOR |

| 8.Pay Plan | 9.Occ. Code | 10.Grade Level | 11.Step Rate | 12.Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 14 | 05 | $73163 | PA |

| 16.Pay Plan | 17.Occ Code | 18.Grade Level | 19.Step Rate | 20.Salary Award | 21.Pay Basis |
|---|---|---|---|---|---|
| WO70000 -10048 | | | | | |
| GS | 0301 | 14 | 05 | $74956 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Pay | 12D. Other Pay |
|---|---|---|---|
| $68306 | $4857 | $73163 | $0 |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $69876 | $5080 | $74956 | $ |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>WASHINGTON, D.C. |

## EMPLOYEE DATA

| 23. Veterans Preference | |
|---|---|
| 1 | 1-None  3-10 Pt. Disab.  5-10 Pt. Other<br>2-5 Pt.  4-10 Pt. Comp.  6-10 Pt. 30% Comp. |

| 24. Tenure | 25. Agency Use | 26. Veterans Preference |
|---|---|---|
| 1 | 0-None  2-Conditional<br>1-Permanent  3-Indefinite | F SEX | YES X |

| 27. FEGLI | |
|---|---|
| R | BASIC + ADDL OPTION WITH 3 X PAY,<br>STAND OPTION AND FAMILY OPTION |

| 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|
| 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Between Pay Pe... |
|---|---|---|---|
| 1 CSRS | 04-01-73 | F FULL - TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit S... |
|---|---|---|---|
| 1 | 1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career Reserved | E  E-Exempt<br>N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA, DC |

| 40. Agency Data FUNC. | 41. VET-STAT. | 42. EDUC. LVL. | 43. SUPV. IND. | 44. POSITION-SENSITIVITY |
|---|---|---|---|---|
| CLS. 00 | N | 13 | 8 | CRITICAL-SENSITIVE |

45. Remarks

SALARY INCLUDES A GENERAL INCREASE OF 2.3 PERCENT AND A LOCALITY PAYMENT
(OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

| 46. Employing Department or Agency | 50. Signature Authentication and Title of Approving Officer A251868WAY8 |
|---|---|
| INT-BUREAU OF LAND MGMT | /s/ Karen Marie Ryan |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IN05 | 1868 | 01-03-98 |

Form 1400—86(335)
(September 1982)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

### VACANT POSITION APPLICATION

TO: _____ ES-953 _____                                     TO BE COMPLETED BY APPLICANT
        (Servicing Personnel Office and Code)

FROM:        (Applicant's Name and Complete Mailing Address)

      Milton Hill
      P. O. Box 1021
      Lanham, MD  20706

I wish to be considered for the position identified below.

All documents required in the vacancy announcement are enclosed  ☐ Yes  ☐ No *(if "No," explain)*

_____

| (Signature of Applicant) | | (Date) |
|---|---|---|

| ANNOUNCEMENT NO. | POSITION TITLE | SERIES/GRADE | LOCATION |
|---|---|---|---|
| WO-99-05 | Human Resources Specialist | GS-301-15 | Washington, D.C. |

### BOTTOM PORTION TO BE COMPLETED BY SERVICING PERSONNEL OFFICE

The following action was taken with respect to your application for the position described above:

☐ You were rated among the *best qualified*. Your name was referred to the Selecting Official.

☐ You were rated as *qualified* but did not rank high enough for referral to the Selecting Official.

☐ You were rated as *qualified for placement other than promotion*. Your name was referred to the Selecting Official.

☐ You were rated as *not qualified*. You failed to meet the following requirements:
    ☐ Basic experience
    ☐ General experience
    ☐ Specialized experience
    ☐ Professional experience
    ☐ Other *(specify)*

☐ Your application was not considered because:
    ☐ It was received after the closing date/extension date of _____.
    ☐ You were outside the area of consideration, which was _____.
    ☐ You lacked required appointable status.
    ☒ Other *(specify)*
Vacancy Announcement Cancelled   See Attached Vacancy Announcement

☐ You have been selected. You will be advised of the effective date and other details pertinent to your new assignment.

☐ You were not selected. The person selected for the position was

| Reviewed by | Date |
|---|---|
| *Anita Lancaster* | 4-21-99 |

*Your interest in furthering your career goals with the Bureau of Land Management is appreciated.*

*... on reverse of last page)*

3/171 Def. Response

Title/Ann No: *Human Resources Specialist, Spvy*
*GS-301-15    WO-99-15*

**MILTON E. HILL**
**SSN:** ■■■■■■

| | | |
|---|---|---|
| **P. O. BOX 1021** | **DOB: 2 Dec 1948** | **(301) 568-4651 H** |
| **LANHAM, MD 20706** | **Vet Pref: 5 points** | **(202) 685-4340 W** |

## SUMMARY OF SKILLS:

Over 20 years of supervisory and responsible experiences with the Departments of Agriculture (USDA), Defense (DoD), and Interior (DOI) in the fields of auditing, budgeting, financial management, criminal investigations, natural resource management, human resource management, quality management (certified trainer/facilitator), re-engineering, management analysis, legislative administration, strategic planning, minority colleges and small business initiatives, logistics, and acquisition management. Computer literate: Power Point, Microsoft Word, WordPerfect, Freelance Plus. Typing: 55 wpm. Clearance: Top Secret/SCSI

## EXPERIENCE:

<u>Jul 1998-Jul 1999; Student; National Defense University/Industrial College of the Armed Forces (ICAF),</u> Ft. McNair, Washington, DC; (202) 685-3922. M. A., National Resources Strategies. Concentration: Environmental Studies and Organizational Management. Course satisfies Senior Executive Service (SES) training requirements.

Via competitive process, was selected by the Dept of the Interior (DOI) to attend. ICAF is the nation's only educational institution that emphasizes the management of national resources to support national security strategy. The school prepares selected military and civilians for senior leadership positions by conducting postgraduate, executive level courses of study and associated research dealing with the resources component of national power. The academic program was specifically designed for a student body already highly experienced and successful in military and civilian professions devoted to the design and resourcing the different facets of national security. The major emphasis was on resources management. The curriculum consisted of interrelated courses presented in a balanced mix of seminars, lectures, and field studies (my field studies travels consisted of on-site reviews of governmental and private businesses' operations in the United States, Central America and South America). The teachings were structured to emphasize active learning. The curriculum employed the case study method, complemented by extensive student reading, research, written and oral presentations and examinations, classroom analysis, lectures by faculty members and prominent outside authorities, and a field study program.

<u>Feb 1996-Jul 1998; Sr Technical Specialist, GS-343-14.</u> DOI, Bureau of Land Management; Wash, DC, 60 hrs per week. Supervisor: Peter Niebauer, (202) 208-4864.

Developed guidance and policies that implemented Federal Acquisition and Reform laws and regulations improving business processes related to procurement, grants, and cooperative agreements. Was bureau's lead on the Business and Economic Development Program and the acquisition performance measurement program. Effectively increased outreach procurement efforts, and awards, to small, disadvantaged, and women-owned businesses and organizations by 70 percent and 30 percent, respectively. Worked as Sr Analyst on bureau and DOI teams that developed, and implemented, department-wide acquisition reorganizations/redesign initiatives and tracking systems. Led teams that conducted initial Procurement and organizational validation reviews. Approx cost svgs of efforts: $30 million.

HILL, Milton, E.

<u>Oct 1994-Feb 1996, Legislative Assistant; US Congress; 1408 Longworth Bldg; Wash. DC.</u> 65 hrs per week.  Supervisor: Congressman Bennie G. Thompson (D-2nd MS), (202) 225-5876.

Awarded Congressional Fellowship by the American Political Science Association (APSA).  Fellowship included training with the Congressional Research Service and congressional staffers on legislative operations and how the legislative, budgetary, and appropriation processes worked; and, cross-training in both Canada (to understand how that government operated) and in the Congressman's congressional district (to gain insight on field office operations).  Served in the historic 104th Congress where I assisted in developing legislative strategies, reviewed and analyzed legislation that determined various programmatic impacts.  I worked on legislation involving the appropriation and budgetary processes, procurement, education, empowerment zones, international trade, military base closing, health care, crime prevention, and veteran affairs.  Successfully worked with the Departments of Justice and Education officials, respectively,  in securing local law enforcement ( COPS, Community Oriented Policing Services program) and educational funding for colleges in the congressman's district.  Coordinated efforts of investors, state (MS) economic development officials and businesspersons in their efforts to secure private and governmental funds that increased businesses and jobs in the district.  Worked with DoD officials and private enterprises in support of the Buy American Act.  I also initiated several reports that resulted in positive affirmative action efforts being implemented in non-complying federal and state agencies.

<u>Feb 1990-Oct 1994;  Supv Mgmt Analyst;  Analyst, Executives Initiative Ofc.  Chief, Planning & Workforce Diversity, BLM; Staff Assistant, Ofc of the Secretary; Chair, Pgm Redesign; DOI,</u> Wash. DC. 55 hrs per week.  Supervisor: Robert Faithful, (202) 208-7555

Conducted analytical and management studies/reports, prepared and reviewed highly sensitive DOI briefing papers, and served as chief liaison with DOI on matters involving natural resource mgmt, personnel administration, budgeting, and sustainable development.  Worked on several "first-time ever " projects that included development and implementation of the initial BLM Diversity Office, chaired the DOI's re-invention team that led to the successful streamlining and improvement of the Department's organizational structure, selected as technical evaluator for the Federal Quality Institute awarding of nationwide quality management and re-engineering contract proposals, lead analyst on teams that: successfully hired/recruited minority students for the bureau, streamlined and reduced excess bureaucracy in the acquisition and contract administration areas, re-engineered field offices and DOI directorates, and re-aligned DOI offices  (including Ofc of the Solicitor) to increase efficiency.  Was team member on the original nationwide DOI quality management review team.  Approx. cost svgs/avoidances - $35 mil.

<u>May 1984-Feb 1990; Chief, Force Mgmt; Chief, Mgmt Engineering; Ass't Dir, Personnel &Community Services; Chief, Resource Mgmt</u> GM-343-13; White Sands Missile Range (WSMR), NM; DoD; 55 hrs per week; Supervisor: Earl Shepard, (505) 523-2892.

Was technical expert in manpower and organizational management for an 8,500 person installation and an operating budget of $175 mil. Inherited an office filled with, "ineptness, severe sexual and racial problems, incompetence, and strife." Within eight months of my arrival, the office was fully functional and operational; and the majority of the problems resolved. This was done by giving employees good directions and training, holding them accountable and responsible for taskings, removing or transferring persons who refused to work, and treating them like professional. Supervised 25 to 300 military, civilian, and contract employees. Planned, organized, and coordinated all directorate activities involving human resource mgmt., contract administration, and community and support services. Completed first-ever installation-wide study and restructuring of WSMR, was first installation to submit the initial DoD-wide manpower documentation data , completed/implemented the only Congressionally  mandated privatization study, I increased personnel authorizations and budget funds by over 13 percent despite decreases of resources to WSMR that exceeded 25 percent.  I realized in excess of $26 million in cost svgs/avoidances during this period by utilizing quality mgmt and re-engineering initiatives, re-aligning organizational structure to increase efficiency, implemented and upgraded "state of the art" ADP technology, retrained over 60 per cent of the employees, implemented innovative and sound contract administration practices, reassigned personnel to

HILL, Milton, E.

positions that matched their skills and abilities, updated employee position descriptions to fit changing job requirements, transferred or terminated non-productive employees, eliminated over 40 per cent of middle mgmt positions, and empowered more employees to make decisions at the lowest organizational levels.

Jun 1970-May 1984: Auditor; Criminal Inverstigator; Budget Analyst; Management Analyst; Manpower Development Specialist; Budget Officer. GS (510,142,1811, 560,343) 5 thru 13. USDA, USDA-Forest Service, Office of Inspector General. Wash, DC; Hyattsville, MD; Milwaukee, WI; Broomall, PA.

50 per cent to 90 per cent travel. Considered expert in food stamp fraud, commercial licenses, grants administration, and peanut growers commodities programs. Worked with Departments of Justice, Agriculture, and Treasury law enforcement and legal officials in prosecuting fraud, waste, and abuse criminal cases. Tasks included undercover investigative work, testifying in Federal and District courts, and reviewing tax and business records. Accomplishments during the period included: arrest and conviction of persons involved in the second largest food stamp fraud case in USDA history, submission of first-ever USDA-FS congressional budget ahead of schedule, realized budgetary and financial cost savings and avoidances that ranged from $.5 mil to $27 mil., developed and implemented tracking system that coordinated budget and program accomplishments, selected to work as financial mgmt expert on President Reagan's Grace Commission (government-wide study that identified ways to improve government efficiency and reduce waste. Study identified over $300 million in cost savings/avoidances), served as USDA-FS's first budget officer of its Young Adult Conservation Corps (YACC) Program where I revamped its budget and procurement systems. As a Budget Analyst and Budget Officer, I prepared budgets that ranged from $118 million to $2 billion. Provided advice, guidance, and assistance to managers, directors, and congressional staffers in all phases of the formulation, justification, presentation, review, and execution of the USDA-FS's budget. I analyzed the impact and significance of the budget on legislation, program requirements, and policies; and, recommended modifications, as appropriate.

**MILITARY:**

1970-1972, U. S. Army (via R.O.T.C.). Transportation Corps, Ft. Eustis, VA; First Lieutenant, Cargo Officer, Railway and Bridge Supervisor, Instructor (Cargo Handling, Stevedoring), Convoy Cmdr, Platoon Leader, Property Book Ofcr, Executive Officer; 100 combat missions in Vietnam (DaNang and Phu Bai).

 1972-1998, U. S. Army Reserves. Lieutenant Colonel, LTC (Retired), Worked as: Logistician. Director of Logistics, Installation Transportation Officer, Operations Officer, Logistics Officer. Served in: Ft. Belvoir (VA), Ft Huachuca ( AZ), Dep Chief of Staff for Logistics (DCSLOG), Pentagon; Milw, WI, Phil, PA, Scotland, Panama, England, Honduras; Ft. Sheridan, IL. Served as Instructor (Marine Engineering), USAR School, Riverdale, MD and as an Adjunct Professor, Logistics Management College. Ft. Lee, VA.

**EDUCATION:**

M. A., National Resources Strategies; National Defense University/Industrial College of the Armed Forces; Ft. McNair, Wash, DC. 1999

M. P. A., Governmental Management/Finance; American University; Wash, DC; 1975.

B. S., Accounting, Virginia State University; Petersburg, VA. 1970

Certificate, International Trade and Business Development; Howard University; Wash, DC; 1997.

Certificate, Advanced Resource Management; Syracuse University; Syracuse, NY; 1989.

Diploma, Management; Command and General Staff Officers College; Ft. Leavenworth, KS; 1990

Diploma, Logistics; Logistics Management College; Ft. Lee, VA; 1988.

34 of 71 Def. Response

34

HILL, Milton, E.

## EXECUTIVE LEVEL MANAGEMENT TRAINING:

National Defense University;  Wash, DC (Meets the SES developmental tng and educational requirements)
Executive Development Seminar; OPM; Aurora, CO(Meets the SES dev tng and educational requirements)
Personnel Management for Executives; OPM; Albuquerque, NM
National Resource Management for Executives; OPM; Oak Ridge, TN
Logistics Executive Development Course; Ft. Lee, VA
Management and Force Management for Managers; Ft. Lee, VA
Director of Logistics Course; Ft. Lee, VA
Installation Management; Ft. Lee, VA
Advanced Comptrollership Program; Ft. Harrison, IN
Equal Employment Opportunity for Managers; Wash, DC
Total Quality  Management for Managers; Wash, DC

## OTHER TRAINING:

| Mo/Yr Completed | HRS | Subject | Location |
|---|---|---|---|
| 11/73 | 24 | Appraising and Counseling | Wash, DC |
| 1/73 | 24 | Clear Writing | Wash, DC |
| 8/73 | 40 | Audit Survey Techniques | Wash, DC |
| 9/75 | 40 | Auditing the Budget | Wash, DC |
| 5/76 | 780 | Kaufman-Cades CPA Course | Wash, DC |
| 1/77 | 40 | Equal Employment Opportunity Tng | Milw, WI |
| 2/78 | 40 | Pgm Evaluation in the Management Process | Phil,   PA |
| 4/79 | 40 | Budget Formulaton | Wash, DC |
| 10/80 | 40 | Systems Management | Arlgtn,VA |
| 2/81 | 48 | Basic Personnel Management | Den,   CO |
| 6/81 | 40 | Budget Execution | Wash, DC |
| 10/81 | 40 | Statistics for Management | Wash, DC |
| 11/81 | 40 | Budget Presentation and Justification | Wash, DC |
| 12/82 | 40 | Budget Estimating Techniques | Wash, DC |
| 8/83 | 40 | Government Organizational Theory | Wash, DC |
| 2/84 | 40 | Budget Analysis Workshop | Wash, DC |
| 4/84 | 40 | Congressional Operation Institute | Wash, DC |
| 7/84 | 40 | Commercial Activities Mgmt Studies (A-76) | Ft. Lee, VA |
| 2/85 | 168 | Force Integration Course | Ft Lev, KS |
| 8/85 | 40 | Force Management Managers Course | Ft Lee, VA |
| 10/85 | 40 | Position Management Course | WSMR, NM |
| 11/88 | 80 | Lotus 1-2-3, Dbase III, Wang Tng | WSMR, NM |
| 4/90 | 40 | Total Quality Management for Supervisors | Wash, DC |
| 10/90 | 40 | Equal Employment Opportunity for Supervisors | Ft.Hua, AZ |
| 6/91 | 80 | TQM Team Leader and Facilitator Training | Wash, DC |
| 7/91 | 80 | Emergency Pgm Mgr & Hazardous Materials | Emtbg, MD |
| 10/91 | 40 | Manager as Facilitator | Wash, DC |
| 4/92 | 40 | Total Quality Government | Wash, DC |
| 7/92 | 40 | TQM for Mid-Level Managers | Albq, NM |
| 7/93 | 40 | National Symposium on Quality (Advanced) | Ft Mitcll, KY |
| 3/93 | 80 | Management and Leadership Tng | Co Sprgs, CO |
| 9/96 | 40 | Government Contract Law | Wash, DC |
| 10/96 | 40 | Affirmative Civil Enforcement (Procurement) | Wash, DC |
| 1/97 | 40 | Construction Contracting | Wash, DC |
| 3/97 | 40 | Governmental Contracting | Wash, DC |

35 of 71  Def. Response

HILL, Milton, E.

**OTHER TRAINING** (con't)

| | | | |
|---|---|---|---|
| 7/97 | 40 | Small, Disadvantaged,and Women-owned Businesses Procurement and Contracting | Alex, VA |
| 3/98 | 40 | Acquisiton Reform and Gov't Contracting | Albq, NM |

**SPECIAL SKILLS, AWARDS:**

Graduate Fellowship –American University, 1973
American Political Science Association Congressional Fellowship, 1994
Special Act Award – 1976, 1980, 1986, 1987, 1993, 1996, 1997
Certificate of Merit – 1978, 1981, 1983, 1984, 1985,

**REFERENCES:**

| | | |
|---|---|---|
| Alfred Rucks | (505) 524-2906 | 1415 North Paxton ; Las Cruces, NM |
| Thelma Ferguson | (703) 590-4562 | 4529 Kingston Rd; Dale City, VA |
| Millard Mitchell | (713) 363-0669 | 14 Hornsilver Pl; The Woodlands, TX |

**MEMBERSHIPS:**

National Contract Management Association

National Association of Black Procurement Professionals (Life)

Association of Government Accountants

American Society of Public Administration

American Management Association

Association for Quality and Participation

American Political Science Association

International Military Club Executive Association

Club Managers Association of America

American Association for Budget and Program Analysis

Reserve Officers Association (Life)

Association of the United  States Army

National Resources Defense Council

The Association for the Study of Afro-American Life (Life)

36 of 71  Def. Response

HILL, Milton, E.

**MEMBERSHIPS** (con't):

Association for the Study of Classical African Civilization

The American Legion

Veterans of Foreign Wars

American University Alumni Association

Virginia State University Alumni Association (Life)

The Urban League (Life)

National Association for the Advancement of Colored People (Life)

Industrial College of the Armed Forces Alumni Association

**MISCELLANEOUS:**

An active participant in community affairs, I have been involved in community efforts wherever my jobs have taken me. These volunteer efforts required working with diverse groups of persons and organizations; and, working together as a team to come up with recommendations and solutions for difficult situations. These endeavors have included the Big Brothers Association (VA, PA); Fairfax County (VA), Virginia Housing Authority, Board member; Coordinator, County voter registration (WI,NM,VA); Boy Scouts of America and Explorers Club (MD); Male Enhancement program (MD), math and English tutor for boys aged 13-18 yrs old; Hopkins House Project (VA), math tutor for pre-teenagers; Vann Ness Elementary School, tutor, mathematics and reading, boys and girls 7 to 9 years old; Committee of 100 (MD), board member, selected by the Governor, per the nomination of the school board members (Prince Georges County ) to review, analyze, and make recommendations to the court desegregation plan and magnet schools' initiatives. After three years, all desegregation plans and magnet schools recommendations were accepted and being implemented.; Vice-President, National Association for the Advancement of Colored People (WI, NM); Volunteer, Presidential Inauguration Committee (Presidents Nixon and Clinton); Volunteer, Election Campaign for Douglas Wilder for Governor of Virginia.

I certify that all of the statements made by me are true, complete and correct to the best of my knowledge and belief and are made in good faith.

Milton E. Hill

11 March 1999

Date

37 of 71  Def. Response

**KSA – Human Resources Specialist, Supervisory, GS-301-15**

1. Mastery current knowledge of the principles, laws, regulations and procedures of the Federal Personnel System and Federal Strategic Personnel Initiatives.

As Technical Advisor, Federal Quality Institute (FQI), Director of Logistics (US Army Reserves), and Chief, Workforce Diversity, I utilized the Federal Personnel System and Strategic Initiatives in developing position descriptions, developing individual personnel evaluation systems, re-organized positions and office alignments to coincide with outsourcing efforts and transitioned organizational re-structuring from the old Federal Personnel Manual

2. Mastery knowledge of advanced management and organization principles and practices along with a comprehensive knowledge of position management, workforce planning and programming principles, in order to direct a Human Resource Management organization involved with complex, controversial and/or high visible/sensitive work products.

As Chief, Force Management, and Assistant Director, Personnel, I inherited organizations that were filled with strife, weak work ethics, low morale, sexual and racial animosity, and severe tardiness. Within nine months of my arrival, each of the organizations productivity increased by over 150 per cent, suspenses were being met or exceeded, the customers were being satisfied, and confidence in the quality of work was restored with management officials. This was accomplished by identifying, and providing, training for employees, holding persons responsible and accountable for job assignments, developing a workable plan to satisfy customers' needs and eliminating the backlog of work, and giving employees the opportunities to use their creativity and make decisions. I supplemented my knowledge with extensive training in all aspects of managerial and organizational practices with the completion of graduate studies at American and National Defense Universities, executive level managerial training in quality management and re-engineering concepts, and business processes at Howard University's School of Business.

3. Ability to lead, supervise and direct the work of professional technical and support personnel in order to foster an environment for creating a healthier organization and the advancement of diversity initiative.

As Chief, Force Management and Assistant Director, Personnel, I successfully provided guidance and direction to 25 to 250 subordinate technical personnel in an effort to clarify project direction and improve overall understanding of managerial impetus. I improved working conditions and productivity while overseeing the overall attrition of personnel in my organizations. During these stints, I succeeded in hiring the first African-American supervisors, the first female group managers and the first female Hispanic supervisor in the history of the organizations. As Chair, Program Redesign and as the Small Business Advisor, I led teams of three to ten persons, I provided guidance to technical personnel on projects which involved controversial issues (e.g., downsizing, attritions, restructuring

HILL, Milton

of organizations, etc.), affected policy, had strong public interest, and required last minute changes to be negotiated with various organizations and managers.

4. Extensive knowledge of evaluating the HRM Program functions, to make program assessments and to modify managerial and programmatic procedures and automated processes.

As a Senior Management Analyst, I successfully drafted a plan that reconfigured the Bureau of Land Management-HRM organization and functions. I compiled workload data over a 3-year period and did position analyses that determined the number and types of persons needed to perform the duties and get the work done in an efficient and effective manner. As Chief, Force Management and Assistant Director, Personnel, I was responsible for the administration and management of uniquely new assignments. In order to perform these duties, I maintained a keen awareness of employee capabilities and effectively managed centralized computer operations within my directorates.

5. Ability to communicate effectively, written and orally with high ranking officials of the Bureau, Department, other Federal agencies and outside interest groups.

Throughout my careers as a military officer and civilian manager, I briefed senior level managers, congressional members, Administrative Judges, business executives, state and local government officials, etc., relative to program status, providing definitive analyses of potential problems and solutions, and provided overall program guidance on a myriad of programmatic and/or financial issues. I have composed key speeches and briefing papers, management and audit reports, composed technical regulations and directives, and given briefings at community and governmental functions.

6. Expert knowledge of HRM automated information systems technology to plan, organize, and direct automated human resources systems initiative, develops applicable standards and guides to advise systems planners on requirements and to integrate implementation and operational efforts.

I have effectively worked with Departmental and bureau Information Resources Management (IRM) offices/staffers where I managed systems and modified data base programs to facilitate information tracking and retrieval systems. As a result of my technical skills and awareness of organizational needs, many improvements to reporting systems were implemented.

39 of 71 Def. Response



# THE AMERICAN UNIVERSITY

WASHINGTON, D.C. 20016

## ACADEMIC RECORD

40 of 71 Def. Response

| NAME | SEC. NO. | BIRTHDATE | SEX |
|---|---|---|---|
| | | 12 02 48 | M |

PRINT DATE: 05/26/75
PAGE: 1 OF 1

| CRSE NO. | COURSE TITLE | TOTAL PASSED | COURSE VALUE | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|
| | FALL 1973 MSTR SGPA 0431 | | | | |
| .680 | THE URBAN POLITY | | 503.00 | B | 9.0 |
| | SPRING 1974 MSTR SGPA 0431 | | | | |
| .610 | MANAGEMENT THEORY | | 503.00 | B | 9.0 |
| .663 | RESEARCH P LA IN PUB EMPLMT | | 503.03 | A | 12.0 |
| .670 | AMERICAN PUBLIC POLICY | | 503.00 | B | 9.0 |
| .540 | PRIN OF PUBLIC RELATIONS | | 503.00 | B | 9.0 |
| | SUMMFR 1974 MSTR SGPA 0431 | | | | |
| .550 | PUBLCTY & AUDIO-VIS MEDIA | | 503.00 | A | 12.0 |
| .544 | PUBL RELATIONS & GOVT | | 503.00 | B | 9.0 |
| | FALL 1974 MSTR SGPA 0431 | | | | |
| | MANAGING | | C00.50 | L | -- |
| .601 | INSIGHT TRAINING | | C00.50 | L | -- |
| .611 | ORG PLANNING & CONTROL | | 503.00 | A | 9.0 |
| .615 | MANPOWER UTILIZATION | | 503.00 | B | 9.0 |
| .618 | GOVERNMENTAL BUDGETING | | 503.00 | C | 6.0 |
| | SPRING 1975 MSTR SGPA 0431 | | | | |
| | TENNIS II | | C00.50 | L | -- |
| .715 | OCN SYMPOSIUM IN GOVT MANAGMT | | 503.00 | B | 9.0 |
| .556 | PUB REL FCR NON-PROFIT ORGS | | 503.00 | B | 9.0 |
| | COMP EXAMS PASSED | | .06 | ** | |
| | GOVERNMENTAL MANAGEMENT SAT | | .08 | ** | |
| | MPA IN PUBLIC ADMINISTRATION | | .07 | ** | |

| COURSE NO. | COURSE TITLE | COURSE VALUE | GRADE | QUALITY POINTS |
|---|---|---|---|---|
| 4930 | D GREE GRANTED MAY 18, 1975 | .09 | A | |
| 4940 | MSTR OF PUBLIC ADMINISTRATION | .10 | | |

### GRADE POINT AVERAGE (COURSE UNITS EXPRESSED IN EQUIVALENT CREDITS)

| PREVIOUS CUMULATIVE | | | LAST TERM | | | CUMULATIVE TO DATE | | |
|---|---|---|---|---|---|---|---|---|
| CALCULATING CREDITS | QUALITY POINTS | GRADE POINT AVG. | CALCULATING CREDITS | QUALITY POINTS | GRADE POINT AVG. | CALCULATING CREDITS | QUALITY POINTS | GRADE POINT AVG. |
| | | | .06 | 18.0 | 3.00 | | | |

### SUMMARY OF CREDITS PASSED (COURSE UNITS EXPRESSED IN EQUIVALENT CREDITS)

| | LAST TERM | | | CUMULATIVE TO DATE | | |
|---|---|---|---|---|---|---|
| | CALCULATING PASSED | NON-CALCULATING PASSED | TOTAL PASSED | CALCULATING PASSED | NON-CALCULATING PASSED | TOTAL PASSED |
| ADVANCED STANDING | | | | | | |

AUSP 20 18 1 REV 8-74 JDM 56843 SRC

VIRGINIA STATE COLLEGE, Petersburg, Virginia

OFFICE OF THE REGISTRAR

HILL, MILTON EARL

309 Madison Street

County ........ Virginia

City ........ mouth

School: I. C. Norcom High, Ports- mouth Virginia, June 1966

Residence of birth Norfolk, Virginia

Date of Birth, December 2, 1948

4.01.71. Def. Response

1. Bachelor of Science, Accounting, May 31, 1970

Degrees Earned at Other Colleges:

| Course Number | DESCRIPTIVE TITLE | Number of Weeks | Sem. Hrs. Carried | Sem. Hrs. Passed(t) | Grade | Quality Points |
|---|---|---|---|---|---|---|
| | | SEM/SESS | | FALL 1966-67 | | |
| 9866 | BASIC MATH | 3 | 3 | | C- | 6 |
| 12 | FUND OF COMP | | | | S | |
| 16 | BIO SCIENCE | 4 | 4 | | A- | 8 |
| 26M | FUND OF PHY ED | 1 | 1 | | A | 4 |
| 00 | ORIENTATION | | | | C+ | |
| 55 | TYPEWRITING 1 | 2 | 2 | | C | 4 |
| 10 | BASIC M S | 2 | 2 | | U | 4 |
| 55 | BUS PRINCIPLES | 3 | 3 | | B | 9 |
| | | 15* | 15* | | | 35* |
| | | SEM/SESS | | SPRING 1966-67 | | |
| 19866 | | | | | | |
| 25 | PER COM HEALTH | 2 | 2 | | A | 8 |
| 11 | BASIC M S | 2 | 2 | | A | 8 |
| 10B | COMM SKILLS | 3 | 3 | | B | 9 |
| 17 | BIO SCIENCE | 4 | 4 | | B- | 8 |
| 29 | SWIMMING | 1 | 1 | | C | 2 |
| 56 | BUS FINANCE | 3 | 3 | | C | 6 |
| 22 | MAT BUS STUDNT | 3 | 3 | | D- | 3 |
| | | 18* | 18* | | | 44* |
| | | SEM/SESS | | FALL 1967-68 | | |
| 19866 | | | | | | |
| 12 | BASIC M S | 3 | 3 | | A | 9 |
| 22 | U S HISTORY | 3 | 3 | | B | 9 |
| 11H | COMM SKILLS | 3 | 3 | | C+ | 6 |
| 24 | INTRO TO PSY | 3 | 3 | | D+ | 3 |
| 56 | PRIN ECON | 3 | 3 | | C | 6 |
| 55 | ELEM ACCTG 1 | 3 | 3 | | C+ | 6 |
| | | 17* | 17* | | | 38* |
| | | SEM/SESS | | SPRING 1967-68 | | |
| 19866 | | | | | | |
| 20 | LIT WEST WORLD | 3 | 3 | | C- | 6 |
| 57 | PRIN ECON | 3 | 3 | | C- | 6 |
| 13 | BASIC M S | 3 | 3 | | C- | 6 |
| 23 | U S HISTORY | 3 | 3 | | C | 6 |
| 161 | BUSINESS LAW | 3 | 3 | | C | 6 |
| 56 | ELEM ACCTG | 3 | 3 | | C+ | 6 |
| | | 17* | 17* | | | 44* |

| DEPT. | Course Number | DESCRIPTIVE TITLE | Phys. Ed. | Chem. | Dist. | Number of Weeks | Sem. Hrs. Carried | Total | Exam. Cond'd. | Sem. Hrs. Passed(t) | Grade | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VSC | | | | | | SEM/SESS | | | FALL 1968-69 | | | |
| G E | 19866 | ADV COMM SKILL | | | | 3 | 3 | | | 3 | C- | 6 |
| MAT | 1108 | MAT OF FINANCE | | | | 3 | 3 | | | 3 | C | 6 |
| ACT | 120 | INTMD ACCTG | | | | 3 | 3 | | | 3 | C | 6 |
| BAD | 255 | FED INC TAX | | | | 3 | 3 | | | 3 | B | 9 |
| M S | 110 | ADVANCED M S | | | | 3 | 3 | | | 3 | A | 12 |
| | | | | | | 18* | 18* | | | 18* | | 48* |
| VSC | 19866 | | | | | SEM/SESS | | | SPR 1968-69 | | | |
| ACT | 256 | FED INC TAX | | | | 3 | 3 | | | 3 | B- | 9 |
| M S | 111 | ADVANCED M S | | | | 3 | 3 | | | 3 | A | 12 |
| BAD | 121 | MONEY AND BANK | | | | 3 | 3 | | | 3 | B | 9 |
| MAT | 167 | INTMD OF FINANCE | | | | 3 | 3 | | | 3 | C | 6 |
| BAD | 156 | PRIN INSURANCE | | | | 3 | 3 | | | 3 | B | 9 |
| | | | | | | 18* | 18* | | | 18* | | 51* |
| | 19866 | | | | | SEM/SESS | | | FALL 69-70 | | | |
| VSC | 257 | COST ACCTG | | | | 3 | 3 | | | 3 | C | 6 |
| ACT | 112 | ADVANCED M S | | | | 3 | 3 | | | 3 | C | 6 |
| M S | 357 | COMPUTR CNCPTS | | | | 3 | 3 | | | 3 | C | 6 |
| BAD | 155 | PRIN INSURANCE | | | | 3 | 3 | | | 3 | D | 6 |
| MAT | 167 | MONEY AND BANK | | | | 3 | 3 | | | 3 | C | 6 |
| ACT | 159 | AUDITING | | | | 3 | 3 | | | 3 | C | 6 |
| ACT | 259 | SEP CONT ACCT | | | | 3 | 3 | | | 3 | B | 6 |
| | | | | | | 21* | 21* | | | 21* | | 51* |
| | 19866 | | | | | SEM/SESS | | | SPR 1969-70 | | | |
| VSC | 160 | CCST ACCTG | | | | 3 | 3 | | | 3 | C | 9 |
| ACT | 113 | ADVANCED M S | | | | 3 | 3 | | | 3 | C | 9 |
| ACT | 258 | AUDITING | | | | 3 | 3 | | | 3 | C | 9 |
| ACT | | ADVANCEE ACT | | | | 3 | 3 | | | 3 | B- | 3C* |
| STAT | 210 | STATISTICS | | | | 3 | 3 | | | 3 | D- | 9 |
| | | | | | | 12* | 12* | | | 15* | | 39* |

Satisfied English Proficiency Requirements

C Average in C E, 10, 11 and 110

AUG 12, 1971

Milton C. Morganstarcle

ASST. REGISTRAR

* In this column indicates a course required to remove an Entrance Deficiency.
College Credit.

STATUS
Standing: [ ]
Dropped for Poor Scholarship: [ ]
...ation for Poor Scholarship [ ]
Attendance [ ]
See the University
Permanently [ ]
Under Suspension [ ]

DEFINITIONS

Credit: The point of credit is the semester hour which is defined as ...'s of class work or its equivalent, pursued for a period of eighteen ...'s. two hours of laboratory work are regarded as the equivalent of ... lecture.

Grading System: A, Exceptional; B, Superior; C, Average; D, Passing; ... Values: A-4; B-3; C-3; D-1; E, 1 or F-0 (for each hour ... ... are 60 minutes in length following 3 minutes for change of cl...

Form 1400—86(335)
(September 1982)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

### VACANT POSITION APPLICATION

TO: _____ ES-953 _____

(Servicing Personnel Office and Code)

TO BE COMPLETED BY APPLICANT

FROM:        (Applicant's Name and Complete Mailing Address)

Concetta Stewart
6510 Crickett Place
Forestville, MD 20748

I wish to be considered for the position identified below.

All documents required in the vacancy announcement are  enclosed ☐ Yes  ☐ No *(if "No," explain)*

_____

| (Signature of Applicant) | (Date) |

| ANNOUNCEMENT NO. | POSITION TITLE | SERIES/GRADE | LOCATION |
|---|---|---|---|
| WO-99-27 | Supv. Personnel Management Specialist | GS-0201-15 | Washington, DC |

### BOTTOM PORTION TO BE COMPLETED BY SERVICING PERSONNEL OFFICE

The following action was taken with respect to your application for the position described above:

☒ You were rated among the *best qualified*.  Your name was referred to the Selecting Official.

☐ You were rated as *qualified* but did not rank high enough for referral to the Selecting Official.

☐ You were rated as *qualified for placement other than pro-motion*. Your name was referred to the Selecting Official.

☐ You were rated as *not qualified*.  You failed to meet the following requirements:

☐ Basic experience
☐ General experience
☐ Specialized experience
☐ Professional experience
☐ Other *(specify)*

☐ Your application was not considered because:

☐ It was received after the closing date/extension date of _____.
☐ You were outside the area of consideration, which was _____.
☐ You lacked required appointable status.
☐ Other *(specify)*

☐ You have been selected.  You will be advised of the effective date and other details pertinent to your new assignment.

☐ You were not selected.  The person selected for the position was *Congratulations*

| Reviewed by | Date |

*Your interest in furthering your career goals with the Bureau of Land Management is appreciated.*

*(Instructions on reverse of last page)*

Form 1400—86(335)
(September 1982)

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

## VACANT POSITION APPLICATION

TO:_____ES-953_____          **TO BE COMPLETED BY APPLICANT**

(Servicing Personnel Office and Code)

FROM:        (Applicant's Name and Complete Mailing Address)

Milton E. Hill
P.O. Box 1021
Lanham, MD  20706

I wish to be considered for the position identified below.

All documents required in the vacancy announcement are  enclosed ☐ Yes  ☐ No *(if "No," explain)*

_____        _____
(Signature of Applicant)                                              (Date)

| ANNOUNCEMENT NO. | POSITION TITLE | SERIES/GRADE | LOCATION |
|---|---|---|---|
| WO-99-27 | Supvy. Personnel Management Specialist | GS-0201-15 | Washington, DC |

### BOTTOM PORTION TO BE COMPLETED BY SERVICING PERSONNEL OFFICE

The following action was taken with respect to your application for the position described above:

☒ You were rated among the *best qualified.*  Your name was referred to the Selecting Official.

☐ You were rated as *qualified* but did not rank high enough for referral to the Selecting Official.

☐ You were rated as *qualified for placement other than pro-motion.*  Your name was referred to the Selecting Official.

☐ You were rated as *not qualified.*  You failed to meet the following requirements:

   ☐ Basic experience
   ☐ General experience
   ☐ Specialized experience
   ☐ Professional experience
   ☐ Other *(specify)*

☐ Your application was not considered because:

   ☐ It was received after the closing date/extension date of _____.
   ☐ You were outside the area of consideration, which was_____.
   ☐ You lacked required appointable status.
   ☐ Other *(specify)*

☐ You have been selected.  You will be advised of the effective date and other details pertinent to your new assignment.

☒ You were not selected.  The person selected for the position was  *Concetta Stewart*

Reviewed by _____        Date _____

*Your interest in furthering your career goals with the Bureau of Land Management is appreciated.*

*(Instructions on reverse of last page)*

43 of 71 Def. Response

Form (400.94(135))
February 1980)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## APPLICANT LOG AND QUALIFICATIONS RATING SHEET

Vacancy Announcement Number  1010 99 2-7
Title, Series, and Grade  Suvy Personnel Mgnt Spec

| NAME OF APPLICANT | TITLE, SERIES, AND GRADE | PRESENT LOCATION | STATUS | QUALIFYING EXPERIENCE AND EDUCATION | | | | | | QUALIFIED | | RATER INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL | | | SPECIALIZED | | | | | |
| | | | | FROM | TO | YEARS | FROM | TO | YEARS | YES | NO | |
| Clutch Dan ✓ | Personnel Mgmt Specialist GS-201-14 | Arlington Va. | Yes | | | 3/95 | present | | ✓ | | | PAS |
| Dwivedy ✓ Prabhakardiva GS-0110-14 | Senior Economist | Wash DC | | | | | | | | | ✓ | PAS |
| Fox Ronald ✓ | Deputy State Director GS-341-14 | Springfield Va | Yes | | | 2/89 | 11/96 | | ✓ | | | PAS |
| Glaser Charles | Asst Human Resources Director GS-201-14 | Wash DC | Yes | | | 9/95 | present | | ✓ | | | PAS |
| Gleich ✓ Cynthia | Sup Admin Spec Tech Asst GS-02335 | Reston md | Yes | | | 7/96 | present | | ✓ | | | PAS |
| Hill ✓ Multon | GS-0345-14 | Wash DC | | | | 2/10 | 10/94 | | ✓ | | | PAS |
| Howard ✓ Shirley | Personnel Staffing Specialist GS-712-13 | Alex Va | Yes | | | 8/90 | 7/94 | | ✓ | | | PAS |
| Jenkins Teresa | Sup Personnel Spec GS-0201-15 | Arlington Va | Yes | | | | | | | | | PAS |

### INSTRUCTIONS

For use by Personnel or Administrative Office. For status column, indicate promotion, reassignment, reinstatement, or transfer eligibility. When evaluating specialized and general experience, the rater need only document on this form the inclusive dates of that experience or substitutable education which is qualifying for the job being filled. When completed, form is to be filed with required documents.

Def. Response 'L'

44

Form 1469-94(335)
February 1988

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT

## APPLICANT LOG AND QUALIFICATIONS RATING SHEET

Vacancy Announcement Number

Title, Series, and Grade

| NAME OF APPLICANT | TITLE, SERIES, AND GRADE | PRESENT LOCATION | STATUS | QUALIFYING EXPERIENCE AND EDUCATION GENERAL | | | SPECIALIZED | | | QUALIFIED | | RATER INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM | TO | YEARS | FROM | TO | YEARS | YES | NO | |
| Johnson | Sup Personnel Mgmt Spec | Wash DC | | | | | | | | | | PAS |
| Gerilyn | GS-201-14 | | | | | | | | | | | |
| Jones Sue Ann | Sup Personnel Mgmt Spec | Arlington Va | yes | | | 5/92 | 8/95 | | | ✓ | | PAS |
| | GS-14 | | | | | | | | | | | |
| Palgutz | Sup Personnel Mgmt Spec | Wash DC | | | | 3/47 | 4/93 | | | ✓ | | PAS |
| | GS-201-14 | | | | | | | | | | | |
| Shaara | Sup Personnel Mgmt Spec | Wash DC | | | | | | | | ✓ | | PAS |
| POTLUCK | GS-201-15 | | | | | | | | | | | |
| Lovinda | Sup Personnel Mgmt Spec | Southern Md | | | | 10/84 | 7/90 | | | ✓ | | PAS |
| | GS-201-14 | | | | | | | | | | | |
| Schexnerhorn | Sup Personnel Mgmt Spec | Wash DC | | | | 3/93 | present | | | ✓ | | PAS |
| | GS-201-14 | | | | | | | | | | | |
| Roger | Program Analyst | Silver Spring Md | | | | | | | | ✓ | | PAS |
| | GS-0343-14 | | | | | | | | | | | |
| Shin Chung | Program Analyst | Wash DC | | | | | | | | ✓ | | PAS |
| | GS-201-15 | | | | | | | | | | | |
| Birkel Sandy | Personnel Mgmt Spec | Wash DC | | | | | | | | | | |
| | GS-0201-13 | | | | | | | | | | | |
| Swanberg Mary | Personnel Spec GS-0201-13 | | | | | | | | | | | |

### INSTRUCTIONS

For use by Personnel or Administrative Office. For status column, indicate ... motion, reassignment, reinstatement, or transfer eligibility. When evaluating specialized and general experience, the rater need only document on this form the inclusive dates of that experience or substitutable education which is qualifying for the job being filled. When completed, form is to be re... ...with all required documents.

45

Form 1400-94(315)
February 1988)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

## APPLICANT LOG AND QUALIFICATIONS RATING SHEET

Vacancy Announcement Number

Title, Series, and Grade

| NAME OF APPLICANT | TITLE, SERIES, AND GRADE | PRESENT LOCATION | STATUS | QUALIFYING EXPERIENCE AND EDUCATION | | | | | | | | QUALIFIED | | RATER INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GENERAL | | | SPECIALIZED | | | | | | | |
| | | | | FROM | TO | YEARS | FROM | TO | YEARS | YES | NO | YES | NO | |
| Ward, Paul ✓ | Personnel Officer | Reno NV | | | | | | | | | | | | |
| Stewart, Colette B. ✓ | Personnel Mgmt. Spec. GS-201- | DOI-Bln Wash, DC. | yes | | | | | | | | | | | |
| Sterling, Madeline ✓ | Negotiation/... Supvy PMS GS-201-14 | Dept & Plans Wash DC | yes | | | | | | | | | | | |
| | Supvy PMS GS-201-14 | FDIC | yes | | | | | | | | | | | |
| Burker, Judith ✓ | Supvy. Admin. Officer GG-201-14 | Arlington VA | yes | | | | | | | | | | | |
| McKay, Phyllis ✓ | Safety Spec. GS-235-14 | DOI-BLM Wash. | yes | | | | | | | | | | | |

## INSTRUCTIONS

For use by Personnel or Administrative Office. For status column, indicate promotion, reassignment, reinstatement, or transfer eligibility. When evaluating specialized and general experience, the rater need only document on this form the inclusive dates of that experience or substitutable education which is qualifying for the job being filled. When completed, form is to be placed on top of all other required documents.

46

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | 1. Agency Position No. |
|---|---|

| 2. Reason for Submission ☐ Redescription ☒ New | 3. Service ☒ Hdqtrs. ☐ Field | 4. Employing Office Location Washington D.C. | 5. Duty Station Washington, D.C. | 6. OPM Certification No. |
|---|---|---|---|---|

Explanation (Show any positions replaced)

| 7. Fair Labor Standards Act ☒ Exempt ☐ Nonexempt | 8. Financial Statements Required ☐ Executive Personnel ☐ Employment and | 9. Subject to IA Action ☐ Yes ☐ No |
|---|---|---|

| 10. Position Status ☐ Competitive ☐ Excepted (Specify in Remarks) ☐ SES (Gen.) ☐ SES | 11. Position is: ☐ Supervisory ☒ Managerial ☐ Neither | 12. Sensitivity ☒ 1-Non Sensitive ☐ 2-Noncritical Sensitive ☐ 3-Critical Sensitive ☐ 4-Special Sensitive | 13. Competitive Level Code |
|---|---|---|---|
| | | | 14. Agency Use |

| 15. Classified/Graded by | Official Title of Position (CA) | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | *Supervisory Personnel Management Specialist* | GS | 201 | 15 | *mw* | 4-9-99 |
| d. First Level Review | Supervisory Human Resource Specialist | GS | 301 | 15 | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

| 16. Organizational Title of Position (if different from official title) | 17. Name of Employee (if vacant, specify) |
|---|---|

| 18. Department, Agency, or Establishment  Dept. of the Interior | c. Third Subdivision |
|---|---|
| a. First Subdivision   Bureau of Land Management | d. Fourth Subdivision |
| b. Second Subdivision | e. Fifth Subdivision |

| 19. Employee Review—This is an accurate description of the major duties and responsibilities of my position | Signature of Employee (optional) |
|---|---|

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is* made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor Warren Johnson AD-Human Resources | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| Signature *W. S. [signature]*   Date 4/9/99 | Signature   Date |

| 21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly,* | 22. Position Classification Standards Used in Classifying/Grading Position  *OPM PCS GSSG dated 01-91* |
|---|---|
| Typed Name and Title of Official Taking Action ~~Melissa Dukes~~ *Mark Whitsell* Personnel Management Specialist | Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on class... application, grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management. |
| Signature *M al whitsell*   Date 4-9-99 | |

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major duties and Responsibilities (See Attached)

*47*

NSN 7540-00-634-4265  Previous Edition Usable    5008-106    OF 8 (Rev. 1-85)

**SUPERVISORY HUMAN RESOURCES SPECIALIST**
**GS-301-15**

## I    INTRODUCTION

This position is located on the Executive Services/Initiatives Group, Assistant Director for Human Resources Management. The incumbent supervises, through subordinate team leaders, the work of the Executive Services Team and the Executive Initiatives Team.

The primary role of the Executive Services Team is to provide personnel services and support to the Director, the Deputy Director, the Assistant Directors, the State Directors, all other Senior Executive Service employees, and all Schedule C Employees. The team leader also facilitates and serves as technical advisor to the National Personnel Management Committee.

The primary role of the Executive Initiatives Team is counsels and advises the AD on HR program initiatives from OPM, and the Department, develop HR initiatives to meet the Bureau's long-term goals and objectives, participates on inter/intra-agency working groups or committees for the purpose of discussing, evaluating, and/or recommending policy or regulatory changes, and provide organizational development consultation and services to the Bureau. The team also provide program policy and direction on employee development and training, ethics, and IAS.

The group is also responsible for coordinating national HRM related initiatives (e.g. freezes, early-out) that require WO coordination, troubleshooting human resources that come from Congress or the White House, and reviewing and obtaining approval for awards that require Bureau or higher level approvals.

## II    MAJOR DUTIES

Supervises the group including position management, identifying skills/personnel needs, recruits, evaluates, and terminates employees; coaches, evaluates, rewards, mentors, and disciplines employees; counsels employees on matters of performance, conduct, and ethics; serves as the performance rating official. Manages the workflow of the organization through the subordinate team leaders.

Allocates and monitors the Group's operating budget, and approves overtime and compensatory time, travel, and training. Assures adequate resources are available to accomplish the work of the Group by maintaining the administrative and programmatic records.

Develops and maintains close working relationships with internal and external entities on program and policy issues, serving as principal liaison for areas of program responsibility in Washington with the Office of the Soliciter, other Federal bureau and agencies, interest groups, associations, state agencies and the public.

48 of 71  Def. Response

Participates in strategic and tactical planning; provides input to the BLM budget group on long-range program and fund acquisition strategies.

## III    FACTOR LEVELS

**Factor 1** - Knowledge Required by the Position

Comprehensive knowledge of the principles, laws, regulations, and procedures of the Federal Personnel System and Equal Employment Opportunity System.

Comprehensive knowledge of advanced management and organizational principles and practices, along with a comprehensive knowledge of planning and programming principles, in order to direct a human resources management organization involved with complex, controversial, and/or highly visible work products.

Knowledge of the substantive nature of Bureau programs and activities as well as agency missions, policies, and objectives.

General knowledge of current human resources management principles, practices, and techniques in the public and private sector.

Ability to effectively communicate with individuals at all levels throughout the Bureau, Department, other Federal agencies and in private organizations to establish and maintain effective working relationships.  Skill in delivering formal presentations/briefing to all levels of the Department

Willingness to support the goals and objectives of the equal employment opportunity program.

**Factor 2** - Supervisory Controls

Works under the general supervision of the Assistant, Director, Human Resources Management. The AD-HRM provides guidance regarding overall Department and Bureau policies and issues. The incumbent has the responsibility for independently planning, designing, and carrying out programs, projects, studies related to major HRM issues within the Bureau.  Results of the work are considered technically authoritative and are normally accepted without significant change.

**Factor 3** - Guidelines

Guidelines include policies, regulations, practices, and methods of NRM as carried out in a Federal government organizational environment.  Methods are adapted to fit the conditions and requirements of the Department and the Bureau and the nature of personnel program areas involved.  Written guidelines in the form of manuals, supplements, instructions, decisions, etc. are present for major program components, while other dimensions of the work represent unique

2

49 of 71 Def. Response

and precedent setting situations for which no guidelines exist. The incumbent, and the staff, must utilize an extreme degree of judgement in recommending changes to the HRM processes of the Bureau.

**Factor 4 -** Complexity

The work of the organization is complicated by a number of factors. The primary operational customers are the Director, the Deputy Director, the Assistant Directors, the State Directors, all other Senior Executive Service employees, and all Schedule C Employees. Because of the significant impact these positions have on the Bureau's ability to function, management advisory services are more difficult, complex, and responsible than traditional operating personnel offices.

The staff also responds to sensitive inquiries raised by the Department, Congress, or the White House regarding human resources issues within the Bureau. This may requiring obtaining information from a large number of offices within the Bureau and coordinating a single response.

Additionally, the Executive Initiatives Group is tasked with developing HR initiatives to meet the Bureau's long-term goals and objectives, requiring a high degree of creativity and innovation.

**Factor 5 -** Scope and Effect

The work performed, services provided, and initiatives implemented affect the entire human resources management community within the Bureau and may influence policy decisions at the Department level.

**Factor 6 -** Personal Contacts

Contacts are with managers at all levels of the Bureau and with senior officials at the Department and OPM, well as individuals from other Federal agencies and from the private sector.

**Factor 7 -** Purpose of Contacts

The purposes of contacts is to provide services and advice to senior BLM management officials, influence the future direction of human resources management with the Bureau, the Department, and OPM.

**Factor 8 –** Physical Demands

The work is primarily sedentary, although some slight physical effort may be required.

**Factor 9 -** Work Environment

Work is in an office setting. Travel will be required.

3

50 of 71  Def. Response

# POSITION EVALUATION SUMMARY

P.D.#_____          DATE FORM COMPLETED 4-1-99

**EVALUATOR:**                              **ORGANIZATION LOCATION:**
Name Mark Whitesell _____        • Agency    DOI _____
Title Pers Mgmt Specialist      Bureau/Command_____
Org  Intronc _____        Office_____

---

DEPUTY/ASST CHIEF POSITION_____ (Y or N)
NEW POSITION  N  (Y or N)
                          **OR**
                          CURRENT GRADE_____

BASIS FOR CURRENT GRADE:
SGEG  X    OR  Other STD_____

---

**PROPOSED:**
Pay Category GS    Series Code 301    Grade 15
Title Supervisory Human Resource Specialist

| FACTOR | LEVEL | POINTS | REMARKS |
|---|---|---|---|
| 1. SCOPE & EFFECT | 1- 4 | 775 | |
| 2. IMPORTANCE (REPORTING LEVEL) | 2- 2 | 250 | |
| 3. AUTHORITY/ RESPONSIBILITY | 3- 3b | 775 | |
| 4. CONTACTS: A. NATURE & | 4A- 3 | 75 | |
| B. PURPOSE | 4B- 3 | 100 | |
| 5. DIFFICULTY (BASE WORK) | 5- 8 | 1030 | |
| 6. ADDITIONAL CONDITIONS | 6- 6 | 1325 | |
| TOTAL POINTS ASSIGNED: 4330 | | | GRADE: GS-15 |

FINAL CLASSIFICATION: Supervisory Personnel Management Specialist
                        GS-201-15

51 of 71  Def. Response

**UNITED STATES** *(faded)*
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
*(Announcement Number)*

**Roster Number**

**Position** *(Title, Series, Grade and Vacancy*

Supervisory Personnel MGMT. Specialist
GS-0201-15

**CANDIDATE REFERRAL NOTICE**
**PERSONAL - USE BLUE ENVELOPE**

WO-99-27

---

**Issuing Office**
Office of Human Resources
Eastern States - Code 953

**Location**
AD-Human Resources
Washington, D.C.

**Issued in duplicate to**

Warren Johnson

**Date prepared by SPO**

6/7/99

**SF-52 Number**

**Return to**
Attention: Philesa Spencer
Office of Human Resources ES-953

**Copies sent to**

EEO

Eligible candidates for promotion and other placement consideration are
alphabetically listed on the enclosed Candidate Referral Roster (From 1400-68a).
Indicate your selection below. Return
original of both forms to this office.

| Signature of Responsible Official | Title | Date |
|---|---|---|
| *Philesa D. Spencer* | Personnel Mgmt. Spec. | 6/7/99 |

**Instructions to Selecting Official:**

1. Action on this roster **must** be completed in 60 calendar days from the date of receipt.
2. You **may** make tentative job offer(s) only.  Reporting date(s) will be arranged in coordination with Servicing Personnel Office only after all required concurrences and approvals have been made.
3. Other *(specify)*

Def. Response

---

**SELECTION REPORT**

**Name of candidate selected:**

*Connie M. Stewart*

**Proposed reporting date**

52 71

**Signature of Selecting Officer**

*W. S. [signature]*

**Date** 8/23/99

52

Form 1400—68a(335)
(March 1984)

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT**

### CANDIDATE REFERRAL ROSTER



#### CANDIDATE(S) FOR PROMOTION

*(For position with promotion potential, this section will also
include any candidate who has competed through the panel process.)*

GS-15

| NAME | TITLE AND GRADE | LOCATION |
|---|---|---|
| *Wallace, Carl*  Clutch, Dan B. | Personnel Mgmt. Spec.  GS-0201-14 | Defense Human Resources  Arlington, Va |
| Fox, Ron R. | Deputy State Director  GS-0341-14 | DOI/BLM/Eastern States  Springfield, Va |
| Gleich, Cynthia  *Dup* | Supv. Admin. Tech. Spec.  NT-0233-05 | Naval Warfare Cenger  Indian Head, MD |
| Hill, Milton E. | Mgmt. & Program Analyst  GS-0343-14 | DOI/BLM/Washington Office  Washington, DC |
| Jimmerson -Howard, Shirley | Personnel Staffing Specialist  GS-212-13 | Depart. Of Army  Alexandria, Va |
| Potucek, Lorinda S. | Supv. Personnel Mgmt. Spec.  GS-0201-14/6 | Bureau Of The Census  Suitland, MD |
| Schermerhon, Roger L. | Supv. Personnel Mgmt. Spec.  GM-0201-14 | Pentagon  Washington, DC |
| Sterling, Maxcine | Depart. Worklife Program Mgr.  GS-0201-14 | Depart. Of Transportation  Washington, DC |
| Stewart, Concetta B.  *Dup* | Supv. Personnel Mgmt. Spec.  GS-0201-15/3 | DOI/BLM/Assist. Human Resources  Washington, DC |
| *Dup*  Ward, Paul J. | Personnel Officer  GS-0201-13 | DOI/BLM/Nevada State Office  Reno, NV |

LATERAL **CANDIDATE(S) FOR NON-COMPETITIVE PLACEMENT INTO THE FULL PERFORMANCE LEVEL**

| NAME | TITLE AND GRADE | LOCATION |
|---|---|---|
| Baker, Judith K. | Supv. Admin. Officer  GS-0341-15/4 | U.S. Department Of Agriculture  Lincoln, Nebraska |
| Jenkins, Teresa M. | Supv. Personnel Mgmt. Spec.  GS-0201-15 | Depart. of Defense Education Act.  Alexandria, Va |
| Johnson, Gerilyn | Supv. Personnel Mgmt. Spec.  GS-0201-14 | Pentagon  Washington, DC |
| Pasputa, Shaaron | Supv. Personnel Mgmt. Spec.  GS-0201-15 | U.S. Customs Service  Washington, DC |
| Soto, Joyce I. | Personnel Officer  GS-0201-15 | U.S. Secret Service  Washington, DC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| *Supervisory Personnel Mgmt. Spec.* | GS-15 | WO-99-27 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| STEWART | Concetta B. | ▓▓▓▓▓▓ |

| 6 Mailing address | | | 7 Phone numbers (include area code) |
|---|---|---|---|
| ▓▓▓▓ ▓▓▓▓ Place | | | Daytime (202) 501-6723 |
| City | State | ZIP Code | |
| Forestville | MD | 20747 | Evening (301) ▓▓▓▓ |

## WORK EXPERIENCE

8  Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)

**Acting Supervisory Personnel Management Specialist, GS-201-15**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 02/14/99 | present | $ GS-15 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U.S. Dept. of the Interior, Bureau of Land Management, Office of the Assistant Director, Human Resources Management, MS-5628-MIB, 1849 C St., NW, Washington, DC 20240 | Warren Johnson, Jr. (202) 501-6723 |

Describe your duties and accomplishments

As the Acting Group Manager, Executives Services/Initiatives Group, I supervise with the assistance of Team Leaders, the work of the group. This includes providing personnel services to the Director, Deputy Director, their staffs, political appointees (Schedule C employees), Senior Executives Services employees, senior level management officials, and some of their subordinate staff members. I am responsible for overseeing the work of the Executive Initiatives staff which is responsible for providingng counsel and advice to the Assistant Director and other senior management officials on personnel/human resource management initiatives from the Department and the Office of Personnel Management (OPM); develops and reviews policy; participates in Departmental, other bureaus and other agency work groups; provides progam policy and directions on ethics, employee development and training, employee programs and initiatives such family friendly and quality of life, etc.

Continued on a Separate Page

2) Job title (if Federal, include series and grade)

**Acting Deputy Assistant Director, Human Resources Management , GS-301-14  (Human Resources Management Advisor)**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 12/97 | present | $ GS-14 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U. S. Dept. of the Interior, Bureau of Land Management, Office of the Assistant Director, Human Resources Mgmt., MS-5628-MIB, 1849 C Street, NW, Washington, DC 20240 | Warren Johnson (202) 501-6723 |

Describe your duties and accomplishments

I am responsible for the development of assigned programs. I develop personnel directives within the broad framework of OPM and Department rules and policies in such areas as staffing, recruitment, leave, pay, classification and a application of ADP to assigned human resources management programs. I manage projects and studies associated with assigned functions to resolve controversial issues or to enhance current operations, serve as advisor to the Assistant Director and other senior management officials, identify human resources needs and problems, consult on human resources implications of management decisions, participates in meetings and conferences having bearing directly or indirectly on human resources management policy and procedures, coordinate activities with other components of the Bureau to provide for continuity in practices and program operations and to obtain information and data, provide advice and assistance on complex human resources  issues and concerns, research a variety of human resources and administrative issues that may be initiated by the Assistant Director or

Continued on a Separate Page

54 of 71 Def. Response D

50612-101                          NSN 7540-01-351-9178                    Optional Form 612 (September 1994)



I am also responsible for providing advice and assistance to the National Personnel Management Committee (NPMC); serve as Executive Secretary to the NPMC; review requests submitted by the field and headquarters offices for positions at GS-13 through GS-15, including developmental programs for the same grade level. Work with the Office of the Solicitor on sensitive and controversial cases, mange projects whch fall within the areas of work of the group, serve as advisor to the Assistant Director on work related issues/matters. provide advice and assistance to senior level management on human resource management related matters, work with the Department and other bureaus on personnel related areas, develops and monitors the office budget (both AD's immediate office and the group) ensuring expenditures are appropriate, provide technical and adminstrative supervision to the group which includes reviewing work of the staff members, making assignments, setting priorities when necessary, resolving complaints, disciplining emloyees when necessary, evaluating performance, making recommendations and preparing awards, review and sign time and attendance reports, sign travel authorizations and travel vouchers, counsel employees. Serve as a full Field Committee member where I am a member of the HRM subcommittee and the Budget subcommittee. As a Field committee representative, I am afforded the opportunity to interact with field office employees, learning about their states offices needs and responsibilities, their differences and similarities and how they all contribute to the Bureau's mission and goals.

This is a temporary promotion not to exceed 120 days.

Work Experience Continuation

Acting Deputy Assistant Director, Human Resources Management , GS-301-14  (Human Resources Management ~~~~~~~ - Page

other high ranking management officials, coordinate processing of sensitive actions of BLM senior management, prepare and assist in moving and tracking cases through clearance process, sign SF-50s on senior level officials, prepare budget for the office and for the Bureau wide HRM initiatives, serves as the full member of the BLM Field Committee.  I have delegated authority to sign procurement documents, budgetary documents and other financial obligation documents, ensures that expenditures are tracked and are in keeping with the budget of the office.  I am presently serving as Executive secretary to the National Personnel Management Committee which is a group of senior level Bureau officials who review and decide of personnel actions which affect the Bureau's senior level positions, GS-13 through GS-15.  I review and prepare requests from Bureau officials on such actions as recruitments, promotions, reassignments, Departmental training programs, etc. I record decision and disseminate information to requestors and the other senior level officials.  I request additional information as needed and discuss actions with requestors to ensure that information is provided to the committee.

Due  to the reorganization in the Bureau of Land Management, I was detailed to dual positions as Group Administrator, which was later called Group Manager (7/96 to 11/96) and to the Deputy Assistant Director, Human Resources Management (DAD, HRM), 7/96 to present.  As the Group Administrator/Group Manager, I provided administrative and technical supervision to the Executive Initiative Group which consisted of three specialists, one technician, and one clerical.  I reviewed work products of the staff, planned work to be accomplished includng setting priorities and work schedules, assigned work, signed time and attendance reports and leave slips, resolved problems.  I acted in the absence of the Assistant Director.  As Deputy Assistant Director, Human Resources Management (DAD,HRM), I serves as the alter ego of the Assistant Director, HRM, providing day to day supervision to an immediate staff of 9 employees and two group managers.  Represents the Bureau on Departmental committees, provide technical advice to senior management officials and Office of the Solicitor attorneys on personnel related matters, provide advice and coordination between the National Human Resources Management Center (NHRMC) and immediate office, provide administrative and technical supervision to immediate staff, review work products, assign work, resolve complaints, evaluate performance, make recommendations and prepare awards, prepare the directorate budget, serves as Field Committee member, act in the absence of the Assistant Director.

I am presently detailed to the position of Group Manager, Executive Initiatives/Services Group. 2/14/99 to present.  In addition to the duties of DAD, HRM, I perform the duties of the Group Manager which includes supervision of an additional seven employees.

ADDITIONAL WORK EXPERIENCES

STEWART, Concetta B.

3)  Job title (if Federal, include series and grade)

**Acting Deputy Assistant Director, GS-301-14**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10/95 | 12/97 | $ GS-14 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U.S. Dept. of the Interior, Bureau of Land Management, Office of the Assistant Director, Human Resources Management, MS-5628-MIB, 1849 C St., NW, Washington, DC 20240 | Carolyn Burrell  (202) 501-6723 |

Describe your duties and accomplishments

Same as duties under 12/97 to present with the exception of the work performed with the NPMC.

Due to the reorganization of the BLM headquarters offices, I was detailed to dual positions which were previously occupied by GS-15 employees. These positions were Group Administrator, which later became Group Manager (7/96 to 11/96) and to the Deputy Assistant Director (DAD), HRM (7/96 to present). As the Group Administrator/Group Manager, I provided adminstrative and technical supervision to the Executive Initiatives Group which consisted of three specialists, one technician, and one clerical. I reviewed work products of the staff, planned work to be accomplished including setting priorities and work schedules, assigned work, signed time and attendance reports and leave slips, resolved problems. I acted in the absence of the Assistant Director. As DAD, HRM, I provide day to day supervision to an immediate staff of nine employees and two groups managers. Represent the Bureau on Departmental matters, provide advice and coordination between the National Human Resources Management Center (NHRMC) and the immediate office, provide technical advice to senior management officials and the Office of the Solicitor attorneys on personnel related matters, provide administrative and technical supervision to immediate staff, review work, assign work, resolve complaints, evaluate performance, make recommendations and prepare

Continued on a Separate Page

4)  Job title (if Federal, include series and grade)

**Personnel Management Specialist (Acting Team Leader), GS-201-13**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 12/94 | 09/95 | $ GS-13 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U.S. Dept. of the Interior, Bureau of Land Management, Executives Initiatives Team, MS:5628-MIB, 1849 C Street, N.W., Washington, D.C. 20240 | Robert Hosenfeld  (202) 501-6723 |

Describe your duties and accomplishments

Duties were basically the same as those performed during 4/91 to 9/93. As Acting Team Leader, duties were the same as those performed during 9/93 to 12/94. These duties were perfomed upon the departure of my immediate supervisor (GS-14) from 10/95 through 7/96.

57 of 71  Def. Response

Work Experience Continuation

STEWART, Concetta B.    3) Acting Deputy Assistant Director, GS-301-14 – Page 1 

awards, develop and prepare the directorate budget, serves as Field Committee member, act in the absence of the Assistant Director.

58 of 71  Def. Response



ADDITIONAL WORK EXPERIENCES

STEWART, Concetta B.

5) Job title (if Federal, include series and grade)

**Supervisory Personnel Management Specialist, GM-201-14**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 09/93 | 12/94 | $ GS-14 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U.S. Dept. of the Interior, Bureau of Land Management, Div. of Personnel, Branch of Personnel Policy &Studies, 1849 C St., N.W., Washington, D.C. 20240 | Robert Hosenfeld (202) 501-6724 |

Describe your duties and accomplishments

As Branch Chief of Personnel Policy and Studies, I provided technical and administrative supervision of four personnel management specialists and two clerical employees. I had oversight of major personnel program such as recruitment, selection and placement, reduction in force, position classification, position management, pay administration, personnel management evaluation, employee and labor relations, employee responsibilities and conduct, employee benefits, performance management and incentive awards. I provided advice to Bureau management including the Personnel Officer, field offices and program managers and staff personnel to resolve complex and controversial personnel management issues; monitored personnel programs ensuring servicing personnel offices were in compliance with applicable laws, regulations, policies and procedures; supervised the preparation of comments on proposed laws, regulations and legislation; supervised the development of Bureau wide personnel guidelines, procedures and policy recommendations which were prepared in the form of Instruction Memoranda, Information Bulletins, Manual Releases and other formats.  As supervisor, I reviewed work products of subordinates for acceptable level of quality and quantity; planned work to be accomplished including setting priorities and work schedules; assigned work to subordinates and evaluated their performance; provided advice to employees concerning work and administrative matters; heard and resolved complaints.  I was delegated to act in the absence of the Personnel Officer.

3) Job title (if Federal, include series and grade)

**Personnel Management Spec., GS-201-13**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 04/91 | 09/93 | $ GS-13 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U.S. Dept. of the Interior, Bureau of Land Management, Div. of Personnel, Br. of Personnel Policies & Studies, 1849 C St., NW, Washington, DC 20240 | John Hoffa retired |

Describe your duties and accomplishments

As a Personnel Management assigned to the Branch of Personnel Policy and Studies, I developed Bureau wide personnel guidelines, procedures, policy recommendations in various areas of personnel management such as pay and leave administration, position classification and employee programs and benefits.  I provided advisory services to field and headquarters employees on such personnel management areas as employment, performance management and incentive awards, employee relations, pay administration, hours of duty and leave, position management and position classification, employee benefits and employee programs.

Pay and Leave Administration: I interpreted and advised field and headquarters employees on pay rules and regulations; prepared comments on proposed regulations and legislation on the new Federal Pay Comparability Act (FEPCA) of 1990; developed Bureau wide guidelines in the form of Instruction Memoranda, Information Bulletins for field and headquarters employees on pay and leave administration; wrote Bureau manual chapters updating information as it pertained to new regulations regarding pay and leave; participated and/or represented the Bureau in meetings on pay and leave administration; responded to correspondence as it related to pay and leave; administered/coordinated various leave programs such as Leave Transfer Program, Reservist Leave Program, etc.; developed Bureau wide guidance for these programs; interpreted and advised Bureau managers, supervisors, and employees on leave rules and regulations; reviewed requests from employees to participate in the various leave programs ensuring adherence to procedures and that requests met criteria for approval; made determinations and/or recommendations for approval of requests; interpreted and advised field and headquarters officials on

Continued on a Separate Page



Fair Labor Standards Act (FLSA) provisions; responded to FLSA inquiries providing Bureau wide guidance; developed guidelines and provided guidance on flexible work place program; reviewed requests from employees and supervisory recommendations on employees who wished to participate in the program to ensure criteria was met; recommended approval of participants; interpreted regulations and answered questions regarding the program.

Classification and Position Management: Assisted management in determining appropriate grade patterns and position management techniques; ensured that establishment of proposed positions were consistent with provisions of positions against appropriate standards and guidelines; analyzed, evaluated and classified positions; reviewed proposed position descriptions and, if necessary, conducted desk audits with employees and/or conducted supervisory interviews; wrote evaluations statements justifying title, series, and grade level of positions; took final classification action to officially establish proper pay system, title, series, and grade according to kind and level of work and qualifications required; recommended approval of proposed precedent setting classification actions; reviewed classification appeals; wrote classification appeal decisions; collected, compiled and prepared comments and report on draft classification standards to the Department for inclusion in Departmental comments to the Office of Personnel Management (OPM); provided position management advisory assistance and guidance ensuring that establishment of proposed positions are consistent with provisions and position and pay schedule. I have delegated authority up to GS/GM-15.

Management Advisory Services: Provided advisory services to headquarters and field office employees in the areas of employment and its related special emphasis programs; performance management and incentives awards as it related to performance appraisal system, performance management and recognition system (PMRS), cash awards, incentive awards, employee relations as it relates to employee responsibilities and conduct, ethics, adverse actions and discipline, performance based actions. grievances, appeals, etc.; employee programs and benefits as it relates to injury compensation/OWCP, unemployment compensation. This also included developing guidelines, procedures, training or policy recommendations in any of these areas; prepared comments on proposed regulations and legislation.

Other Personnel Related Matters: Participated and/or represented the Bureau at various meetings; planned or assisted in planning meetings or study groups held with employees, personnelists, or subject matter experts of the Bureau; served as team leader or member of special studies; participated in personnel management evaluations (PME) of the field offices; provided advice and interpretation to field offices of rules and regulations, bureau issuances and other personnel instructions.

ADDITIONAL WORK EXPERIENCES

STEWART, Concetta B.

7) Job title (if Federal, include series and grade)

Supervisory Personnel Management Spec., GM-201-14

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10/91 | 02/92 | $ GS-14 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U. S. Dept. of the Interior, Bureau of Land Management, Branch of Personnel Policy & Studies, 1849 C Street, N.W., Washington, D. C. 20240 | Richard Harrison (202) 208-3431 (retired) |

Describe your duties and accomplishments

As Chief, Branch of Personnel Policy and Studies, I provided technical and administrative supervision of four personnel management specialist and one clerical employee. I had oversight of major personnel programs such as recruitment, staffing, pay administration, reduction in force, position management, position classification, personnel management evaluation, employee relations, labor-management relations, hours of duty, absence and leave, employee responsibilities and conduct, ethics, employee benefits, performance management and incentive awards. I provided advice and assistance to Bureau management officials including Personnel Officers, field office and program managers, staff personnel, and employees to resolve complex and controversial personnel management issues; monitored personnel programs ensuring servicing personnel offices were in compliance with applicable laws, regulations, policies and procedures; supervised the development of Bureau wide personnel procedures, guidelines, and policy recommendations which were prepared in the form of Instructions Memorandums, Information Bulletins, Manual Releases and other formats. As supervisor, I reviewed work products of subordinate staff for acceptable levels of quality and quantity; planned work to be accomplished including setting priorities and work schedules; assigned work to subordinates and evaluated their performance; provided advice and counsel to employees concerning work and administrative matters; heard and resolved complaints; approved leave and travel. I was delegated to act in the absence of the Personnel Officer.

8) Job title (if Federal, include series and grade)

Personnel Management Specialist, GS-201-13

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 08/88 | 04/91 | $ GS-13 | annum | 40+ |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| U. S. Department of the Interior, Fish and Wildlife Service, Div. of Pers. Mgmt., Br. of Headquarters Operations, Washington, D.C. 20240 | John D. Kraus (703) 358-1740 |

Describe your duties and accomplishments

As the senior Personnel Management Specialist for the U.S. Fish and Wildlife Service (FWS), Branch of Headquarters Operations, I provided advisory services and performed duties in the areas of staffing and placement, position management and classification, employee relations/performance management, employee benefits and pay, and other personnel related activities.

Staffing and Placement: I performed the full range of recruitment and placement functions; i.e., consulted with operating officials to determine staffing needs and developed sources of recruitment for professional, technical, administrative and clerical positions; wrote vacancy announcements; analyzed position requirements by performing job analysis; established evaluation criteria; prepared crediting plans; reviewed applications and determined basic eligibility and qualifications for a variety of positions; convened panels advising members of merit promotion procedures and practices; compiled and issued certificates of eligibles to selecting officials; reviewed and documented personnel actions in compliance with FPM Supplement 296-33 and applicable rules, regulations and/or procedures; reviewed Notification of Personnel Actions (SF-50) for completion and compliance of format; compiled Schedule C packages for submission and clearance of appointment; advised all levels of management (headquarters and regional) on merit promotion practices and procedures; assisted regional personnel and headquarters offices serviced in the use of regulations governing recruitment and staffing by interpreting rules and regulations and offering options, alternatives and recommendations.

Position Management and Classifications: Assisted management in determining appropriate grade patterns and position

Continued on a Separate Page

Def. Response 61 of 71



management techniques; ensured that establishment of proposed positions were consistent with provisions of positions against appropriate standards and internal guidelines; analyzed, evaluated, and classified positions; reviewed current and proposed position descriptions and, if necessary, conducted desk audits with employees and/or supervisory interviews; wrote evaluation statements justifying title, series, and grade level of a variety of positions; wrote new and revised existing positions descriptions; took final classification action to officially establish proper pay system, title, series, and grade according to kind and level of work and qualifications required; provided position management advisory assistance ensuring that establishment of proposed positions were consistent with the organizational structure and staffing needs as well as consistent with provisions of position and pay schedule.  I had delegated classification authority up to grades GS/GM-15.

Employee Relations/Performance Management: Assisted management officials and employees in resolving on-the-job problems or matters that may have developed into problems; performed fact finding and made recommendations to supervisors and managers concerning possible alternative solutions; provided advice on employee and management rights and obligations, disciplinary and corrective measures; assisted managers and supervisors in the drafting of disciplinary letters/memorandums; reviewed performance appraisals and ratings to ensure that documentation was appropriate for standards and elements and/or supported the ratings; provided information and interpretation of regulations governing the performance appraisal system; reviewed incentive awards recommendations ensuring that proper documentation had been provided and recommendations met required policies and procedures; ensured that certificates and monetary awards were processed using the appropriate internal procedures.

Employee Pay and Benefits: Provided advice to managers, supervisors, and employees concerning pay related issues; e.g., setting pay, highest previous rate, grade and pay retention, FLSA/Title 5, special salary rate, etc.; provided interpretation of regulations governing pay; performed and assisted in computation of pay related issues; advised employees of all levels on applicable rules and regulations governing retirement, life insurance, health benefits in regards to coverage and qualifying requirements; reviewed voluntary and disability retirement packages to ensure completion and compliance with retirement regulations; provided retirement counseling to employees.

Other Personnel Related Matters: Prepared recurring employment reports or special respots on assigned programs required by the Division, Department, or Office of Personnel Management; prepared responses to Congressional inquiries and requests from other agencies and the general public regarding personnel related matters and employment with FWS; conducted analytical studies that identified turnover trends, staffing needs, etc.; compiled information for analysis and planning purposes; collected and compiled pertinent staffing data, materials, etc., in order to coordinate and attend job fairs as a FWS recruiter. This included preparing documentation for disbursement of monies, attending meetings with serviced organizations to inform them of recruitment activities, attending meetings with vendors of job fairs, coordinating with the vendor to strategically assist FWS in setting up the recruitment booth, talking with the public regarding employment with FWS, collecting resumes and SF-171s, reviewing all resumes and SF-171s to make appropriate determinations as to where each application should appropriately disseminated within FWS, responding to numerous follow up calls from the job fair applicants, coordinating efforts with the Office of Human Resources.  In interpret and advised serviced offices (headquarters and regional offices) on Federal Regulations, internal personnel policies and practices, Comptroller General Decisions, etc.  In the absence of my supervisor, I performed all the responsibilities of that position which included attending staff meetings, providing guidance and assistance to the staff composed of two specialists, Supervisory Personnel Assistant, three assistants, one secretary and one clerk-typist; making and reviewing assignments of the staff; approving leaving; signing SF-50s; making commitments for the Branch; meeting with management officials; responding to top level management on any operational matter, etc.

Assistant Ethic Counselor for FWS: I served as the Assistant Ethic Counselor for FWS from 9/90 to 4/91.  I was responsible for administering the Ethics in Government Act of 1978.  I advised all FWS employees (field and headquarters) on employee responsibilities and conduct; answered questions regarding financial reporting requirements; reviewed both field and headquarters financial interest forms (DI-212, SF-278 and DI-278) to ensure that financial disclosures adhered to existing policies and procedures; ensured that financial holdings were appropriate for the positions incumbered; ensured that their were no discrepancies on the forms filed by employees and requested additional information when necessary.  I advised/counseled managers, supervisor, and employees on outside employment, involvement in political activities regarding whether there was possible conflict of interest; researched various laws found in the various U.S. Codes to resolve possible conflicts of interest; prepared quarterly ethics and conduct reports; wrote policy on new ethics regulations and rules which was disseminated to both the field and headquarters employees; responded to correspondence on ethics related issues as they related to FWS.

## ADDITIONAL WORK EXPERIENCES

**STEWART, Concetta B.**

9)  Job title (if Federal, include series and grade)

**see below various positions occupied**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| | | $ | | |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| | |

Describe your duties and accomplishments

Personnel Management Spec., GS-201-12, U. S. Department of Agriculture, Washington, DC, 02/85 - 08/88
  Serviced field State offices , providing advice and assistance on all areas of personnel related matters, make assistance visits when necessary.

Personnel Management Spec., GS-201-12, Department of the Navy, Dahlgren, VA, 12/84 - 02/85 (Field Office)
  Provided personnel services to civilian field office, implemented, interpreted, and provided advice to field employee on all personnel related areas from headquarters.

Personnel Management Spec., GS-201-12, Department of the Interior, Office of the Secretary, Washington, DC, 08/80 - 12/84
  Provide advisory and operational personnel management services to headquarters employees .

Various positions, GS-3 through GS-11, Office of Personnel Management, Washington, DC, 04/73 - 08/80
  (positions included Administrative intern, Employee Development Specialist, Employee Relations and Development Specialist)

10)  Job title (if Federal, include series and grade)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| | | $ | | |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| | |

Describe your duties and accomplishments

YES [ x ]  NO [    ]  ▶ If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10  Mark highest level completed.  Some HS [    ]  HS/GED [    ]  Associate [    ]  Bachelor + [ x ] Master [    ]  Doctoral [    ]

11  Last high school (HS) or GED school   Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

**L. P. Jackson High School, Dendron, VA 1968**

12  Colleges and universities attended.  Do not attach a copy of your transcript unless requested.

| Name | | | | Total Credits Earned | | Major(s) | Degree - Year (if any) Received | |
|---|---|---|---|---|---|---|---|---|
| | | | | Semester | Quarter | | | |
| 1) Virginia State University | | | | | | History | | |
| City Petersburg | | State VA | ZIP Code | 130 | | Education | BA | 1972 |
| 2) George Washington University | | | | | | | | |
| Washington | | DC | | 33 | | Guidance & Counseling | | |
| 3) | | | | | | | | |

## OTHER QUALIFICATIONS

13  Job-related training courses (give title and year).  Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.).  Job-related certificates and licenses (current only).  Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards).  Give dates, but do not send documents unless requested.

Special Achievement Award - 1982
Special Achievement Award - 1989
Special Achievement Award - 1990
Special Achievement Award - 1992
Completed Department's Manager Development Program - 1993
On the spot award - 1996
Special Act Award - 1995
Quality Step Increase - 1996
STAR Award - 1997
STAR Award - 1998

## GENERAL

Def. Response 9

Are you a U.S. citizen?    YES [ x ] NO [    ]  ▶ Give the country of your citizenship.

Do you claim veterans' preference?  NO [ x ] YES [    ]  ▶ Mark your claim of 5 or 10 points below.

5 points [    ]  ▶ Attach your DD 214 or other proof.  10 points [    ]  ▶ Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required

Were you ever a Federal civilian employee?

| | | Series | Grade | From (MM/YY) | To (MM/YY) |
|---|---|---|---|---|---|
| NO [    ] YES [ x ] ▶ For highest civilian grade give: | | GS-201 | 15 | 02/99 | present |

Are you eligible for reinstatement based on career or career-conditional Federal status?

NO [    ] YES [ x ] ▶ If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith.  I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment.  I understand that any information I give may be investigated.

SIGNATURE                                    DATE SIGNED
*Concetta B. Stewart*                        5/18/99

Form DI-2002
December 1997

**U.S. DEPARTMENT OF THE INTERIOR**
**EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT**

| | |
|---|---|
| Employee's Name: Concetta B. Stewart | Rating Period: 02/01/98 - 09/30/98 |
| Title/Series/Grade: Acting DAD, HRM (Human Resources Mgmt. Advisor, GS-301-14 | Bureau/Office: BLM/HRM (WO-700) |
| Duty Location: Washington, D.C. | Social Security No.: |

| PART I. PERFORMANCE PLAN<br><br>CRITICAL RESULTS *(List no more than five)* | RESULTS (Enter:<br>*Achieved or Not Achieved*) |
|---|---|
| A. HRM Advisory Services: Provides technically sound advice, guidance and assistance to BLM senior managers (i.e., those who hold Senior Executive Service (SES), Presidential , and Schedule C positions) on subjects within the Human Resources Management area. Serves as the point of contact on policies related to staffing, classification, pay, and other HRM areas as needed. | "Achieved" |
| B. Budget: Effectively and efficiently plans and administers budget allocation in the administration of the Directorate's objectives and goals, while maintaining accountability of expenditures. | "Achieved" |
| C. Leadership and Supervision: Provides effective managerial leadership to a group of Personnel/HRM specialist in the administration of the Bureau's HRM policy and senior level personnel operations activities. Plans, monitors, control, and ensures the completion of the groups' activities. | "Achieved" |
| D. Special Projects: Leads or assists in carrying out special projects assigned to the Directorate. Develops policy for the Bureau. Reviews and comments on proposed changes to policies, regulations, procedures, and programs from the Department and/or OPM. Works on national/special initiatives. Prepares special (non-recurring) reports and/or position papers for senior level management officials. | "Achieved" |
| E. Ensures equal opportunity for all employees within the organization, in training, promotion, recognition and other career development opportunities. Actively supports and fosters commitments to Equal Opportunity and BLM's Affirmative Employment Program goals. | "Achieved" |

**PERFORMANCE INDICATORS.** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgment, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results Not Achieved" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of a great amount of money or resources, or a breach of security.

Def. Response

*Circle or underline the applicable critical result letter(s).*

| QUALITY | Apply to Critical Result(s): |
|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and/or expertise in areas of assigned responsibility. | All  A  B  C  D  E |
| **Accuracy and Thoroughness of Work:** Plans, organizes, and executes work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | All  A  B  C  D  E |
| **Soundness of Judgment and Decisions:** Assesses tasks objectively and researches and documents assignments carefully. Weighs alternative courses of action, considering long and short term implications. Makes and executes timely decisions. | All  A  B  C  D  E |
| **Effectiveness of Written Documents:** Written work is clear, relevant, concise, well organized, grammatically correct, and appropriate to audience. | All  A  B  C  D  E |
| **Effectiveness of Communications:** Presentation meets objectives, is persuasive, tactful, and appropriate to audience. Demonstrates attention, courtesy, and respect for other points of view. | All  A  B  C  D  E |
| **Timeliness of Meeting Deadlines:** Completes work in accordance with established deadlines. | All  A  B  C  D  E |
| **Effectiveness of Supervision:** Directs and coordinates activities of unit, assuring deadlines are met. Coaches, counsels, develops, and utilizes staff effectively, demonstrating a commitment to the work force. | All  A  B  C  D  E |
| **Other (specify):** | |

| TEAMWORK | Apply to Critical Result(s): |
|---|---|
| **Participation:** Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | All  A  B  C  D  E |
| **Team Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | All  A  B  C  D  E |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | All  A  B  C  D  E |
| **Other (specify):** | All  A  B  C  D  E |

| CUSTOMER SERVICE | Apply Critical Result(s): |
|---|---|
| **Quality of Service:** Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestion for improving service. | All  A  B  C  D  E |
| **Timeliness of Service:** Delivers quality products and service, in accordance with time schedules agreed upon with customer. | All  A  B  C  D  E |
| **Courtesy:** Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | All  A  B  C  D  E |
| **Other (specify):** | All  A  B  C  D  E |

66 of 71  Def. Response

**PART II. PROGRESS REVIEWS:** *Date of review and initials of employee and Rating Official (R.O.) must also be provided for each review. A summary of comments is optional unless results are not being achieved.*

| | Date:<br>Emp. Initials:<br>R.O. Initials: |
|---|---|
| | Date:<br>Emp. Initials:<br>R.O. Initials: |

**PART III. SUMMARY RATING:** (Enter: *Achieved or Not Achieved* on this line) **RESULTS** *Achieved* – –
*Space is provided to summarize the basis for rating given. A "Results Not Achieved" rating requires explanation; if more space is needed, provide additional comments as an attachment.*

Ms. Steward has been the anchor for the office during some very difficult times. She has stepped in to provide needed services and support to keep the entire Bureau Human Resources mangement office on track and functioning. She deserves an opportunity to advance.

**PART IV. CERTIFICATION:** *(Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.)*

| Performance Plan: *(Sign when plan is established)* | | Summary Rating: *(Sign when report is completed)* | |
|---|---|---|---|
| Employee:<br>*Concetta B Stewart* | Date:<br>*2/1/98* | Rating Official:<br>*Warren Howze* | Date:<br>*12/10/98* |
| Rating Official:<br>*Warren Howze* | Date:<br>*2/1/98* | Reviewing Official *(required for summary of "Results Not Achieved")* | Date: |
| Reviewing Official: *(when required by Bureau Office)* Date: | | Employee:<br>*Concetta B Stewart* | Date:<br>*12/10/98* |

Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.

67 of 71  Def. Response

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| STEWART, CONCETTA B | | 07/25/50 | 02/14/99 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action |
| 002 | CORRECTION | 703 | PROMOTION NTE 05-13-99 |
| 5-C. Code | 5-D. Legal Authority | 6-C Code | 6-D. Legal Authority |
| | | N8M | REG 335.102 EXCEPT TO COMP |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| HUMAN RESOURCES MGMT. ADVISOR | SUPVY PERSONNEL MGMT SPEC |
| WO70000      0100480 | WO70000      0000004288 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16.Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 14 | 06 | $ 79999 | PA | GS | 0201 | 15 | 03 | $ 86034 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 74162 | $ 5837 | $ 79999 | $ 0 | $ 79757 | $ 6277 | $ 86034 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| WASHINGTON OFFICE, BUR OF LAND ASST DIR. HUMAN RESOURCES MGMT | WASHINGTON OFFICE, BUR OF LAND ASST DIR. HUMAN RESOURCES MGMT |
| WASHINGTON, DC | WASHINGTON, DC |

### EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 - None  2 - 5-Point | 3 - 10-Point/Disability  4 - 10-Point Compensable | 5 - 10-Point Other  6 - 10-Point/Compensable/30% | 1  0 - None  1 - Permanent  2 - Conditional  3 - Indefinite | F  SEX | YES   NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| R  BASIC + ADDL OPT WITH 3 X PAY + STD OPT + FAM OPT | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 04/01/73 | F  FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 - Competitive Service  2 - Excepted Service  3 - SES General  4 - SES Career Reserved | E  E - Exempt  N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS   00 | N | 13 | 8 | CRITICAL-SENSITIVE |

### 45. Remarks

CORRECTS ITEM NUMBER #15 FROM SUPVY HUMAN RESOURCES SPEC
CORRECTS ITEM NUMBER #17 FROM 0301

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | *Thelesa B. Spencer* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | AUTHORIZING OFFICIAL |
|---|---|---|---|
| IN05 | 1868 | 05/04/99 | 990794908 |

68 of 71 Def. Respons

Stewart, Concetta B.                                    KSAs
WO-99-15, Supervisory Human Resources Specialist
WO-99-27, Supervisory Human Resources Specialist


1.  Mastery current knowledge of the principles, laws, regulations and procedures of the Federal Personnel System and Federal Strategic Personnel initiatives.

As the Acting Deputy Assistant Director, HRM and senior specialist in the Office of Human Resources Management, I work very closely with the Bureau senior level officials, the Department, the Office of the Solicitor as well as with Bureau managers and supervisor both Washington and the field providing advice and assistance in the area of personnel. I research the appropriate laws, regulations, current procedures to provide accurate advice and assistance on very complex and sensitive issues.  I work with the Office of the Solicitor on highly sensitive cases which require my knowledge of personnel management and interpretation of rules and regulations in order to provide advice and assistance to the assigned attorney.  My work in the HRM office with the program leads who lead special initiatives have provide me with the knowledge of the strategic personnel initiatives. My 20+ years in personnel management has afforded me with the knowledge and experience to deal with many areas of personnel management and to work the Federal personnel system.

I worked with the Department at the conception of the Department's HRM strategic plan when all Bureaus were asked to attend a special meeting in Shephardstown, West Virginia.  We brainstorms and discussed those areas we wanted to see the Department work in to move the agency into the 21st century.  I have worked on the Bureau Strategic plan when each directorate was asked to develop their area for the plan.  I was a part of the first group to come up with the goals and measures for the HRM portion of the Bureau's strategic plan.  I have assisted the present Assistant Director, HRM in working on portions of the Creating a Healthy Organization plan which is the road map for the Bureau in the HRM area.

Cross reference: Experience block 1 through 7.

2.  Mastery knowledge of advance management and organization principles and practices along with comprehensive knowledge of position management, workforce planning and programing principles, in order to direct a Human Resources Management organization involved with complex, controversial and/or high visible/sensitive work products.

My present and past experiences in the Human Resources Management area have afforded me with a mastery knowledge of the above stated areas. Due to the organizations serviced, the work performed in the headquarters office where I am located is of a very sensitive, political and controversial nature.  I deal with cases that have high visibility to the Director, Deputy Director, and to the Assistant Secretary.  My experience as acting manager and/or supervisor has provided



me with vast knowledge of organizational and program planning. I work very closely with the Director's political appointees providing advice and assistance on personnel, position management, workforce planning issues/concerns. My present work with the Bureau's National Personnel Management Committee has provide me the opportunity to deal with very visible and sensitive issues as they relate to the workforce of the organization.

Cross reference: Experience 1 through 5.

3. Ability to lead, supervise and direct the work of professional, technical and support personnel in order to foster an environment for creating a healthier organization and the advancement of diversity initiatives.

I have vast experience working with and coordinating work of others with varying backgrounds. I provide guidance and administrative review of personnel human resources work for the staff as well as act in the absence of my supervisor. I assign and review work of the staff, if needed, prioritize the work of technical staff members, counsel employee, have formal and informal meetings with employees in order to improve communication within the organization. I evaluate performance, sign time and attendance reports, prepare performance standards and elements, reward employees.

I was also a candidate of the Department's Manager Development Program which provide me with experience as the Deputy to the Director of EEO in Fish and Wildlife Service. I provide supervision to four first line supervisors who directed and oversaw EEO programs.

Cross reference: Experience blocks 1 - 5 and 7

4. Extensive knowledge of evaluating the HRM Program Functions, to make program assessments and to modify managerial and programmatic procedures and automated processes.

I have extensive knowledge and experience of all disciplines of HRM which including supervising and/or managing various HRM programs. I write and interpret Bureau policy, assess the needs of the various HRM programs, work with the Department on various HRM programs which is used for the entire agency, work with groups who evaluate automated HRM programs. My vast years of experience which include operational and policy experience, has afforded me with these knowledges. I have worked for both civilian and military agencies both at headquarters and field levels. In all positions, I was required to be knowledges of rules, regulations, procedures and practices of HRM in order to perform the duties of the positions.

70 of 71  Def. Response



{

5. Ability to communicate effectively, written and orally with high ranking officials of the bureau, Department, other Federal agencies and outside interest groups.

I provide advisory assistance to both headquarters and field employees on various personnel related matters. I work closely with high ranking officials within the Bureau and the Department. I work with outside groups on various topics. In past positions, I have presented briefings and training sessions to headquarters and field employees on such topics and leave and hours of work, qualifications analysis, staffing, retirement rules and regulations, recruitment, merit promotion plans, etc. I have also conducted orientation for new employees, conducted workshops on various topics. Sizes of classes, workshops, and briefing sessions varied. I have spoken in my church for various programs. I have taken colleges courses and government training classes which have enhanced my communication skills. I prepare Bureau wide personnel guidance on various areas of personnel management. I prepare comments on proposed regulations and legislation, prepare Information Bulletins, Instruction Memorandums, and responses to correspondence. In past positions, I wrote Bureau manual chapters updating information as it pertained to areas of personnel management, wrote evaluation statements justifying grade, series, title; wrote classification appeal decisions; wrote option papers; prepared pamphlets; developed lesson plans; etc.

Cross Reference: Experience blocks - all

6, Expert knowledge of HRM automated information systems technology to plan, organize, and direct automated human resources systems initiative, develops applicable standards and guides to advise system planners on requirements and to integrate implementation and operational efforts.

I have worked with a variety of automated systems. I worked with groups who have evaluated these systems. I have worked on automated systems such as FPPS (automated personnel and payroll system); USAJOBs (vacancy announcement system), COHO (automated classification system), Chinook (automated employee relation and EEO system). I am responsible for working with the IRM advisor on automated systems in order to improve the services of the Bureau. I am working with the Department on looking at staffing in an effort to automate this area to assist Departmental offices in becoming more efficient and effective in their everyday work. I have worked with the office in order to improve the work of the staff by procuring Personnet, an automated systems which provides online information in the personnel management/EEO areas; FRB, an automated retirement calculation systems, which is an upgrade of the present system which the office has. I have employees from the staff who are participants of workgroups who are looking at automation for the future. I am also a member of the Department's User Transition Team (UTT).

71