

Use BACK on your browser to return to Job Search Results.

```
USAJOBS                                              CONTROL NO IK1497
                                                                    FO
ASSOCIATE STATE DIRECTOR                OPEN PERIOD 04/10/2000 - 05/09/2000

SERIES/GRADE: GS-0340-14/15
SALARY: $ 71,954 TO $ 110,028, ANNUAL    PROMOTION POTENTIAL: GS-15
ANNOUNCEMENT NUMBER: ES-00-20

HIRING AGENCY: INTERIOR, BUREAU OF LAND MANAGEMENT
DUTY LOCATIONS: 0001 SPRINGFIELD, VA

REMARKS: SUBMISSION OF KSA'S ARE HIGHLY RECOMMENDED.



CONTACT:        HUMAN RESOURCES MANAGEMENT
                PHONE: (703) 440-1500

                BUREAU OF MANAGEMENT
                PERSONNEL OFFICE ES-953
                7450 BOSTON BLVD
                SPRINGFIELD, VA   22153
```

Full vacancy announcement follows. Please be sure to review for complete qualification and "How to Apply" information.

Download PDF file of Special Form - DI 1935

This announcement requires completion of a special form or forms. Please carefully review the vacancy announcement which follows for full "How to Apply" instructions. **To download a PDF file** of the form for mailing, click on Download PDF file.

After downloading the file, please complete the form (see announcement for instructions) and mail it to the address provided in the announcement.

Vacancy Announcement
DEPARTMENT OF THE INTERIOR
INTERIOR, BUREAU OF LAND MANAGEMENT



EXHIBIT
Eastern State
Vacancy
Announcement
op. 4-10-2000

Exh 1.

Vacancy Announcement Number: ES-00-20

Opening Date: 04/10/2000
Closing Date: 05/09/2000

Position: ASSOCIATE STATE DIRECTOR
GS-0340-14/15

Salary: $71954 per year - $110028 per year

Promotion Potential: GS-15

Duty Location: 1 vacancy at SPRINGFIELD, VA

Applications will be accepted from:

Open to all qualified persons.

Major Duties: Serves as full Assistant to the State Director. Shares the responsibility for and participates in a coordinated capacity in all technical and administrative functions and in management of all Bureau of Land Management activities. Responsibilities include the development and coordination of multiple-use resource related programs such as minerals, energy, land, range, watershed, recreation, wildlife, forestry, appraisal engineering, etc. to provide optimum use of these resources under the multiple-use land management policies respective of Bureau goals and objectives. Shares responsibility for maintenance of good public relations and making independent decisions within the scope of broad Bureau of Land Management policies. In the absence of the State Director, the incumbent assumes the full responsibility of the position. Develops long-range objectives and establishes guidance and direction to ensure the use of automation in mission accomplishment.

Qualifications Required:

All candidates must meet minimum requirements in accordance with OPM Qualifications Standards Handbook as summarized below. Candidates must have one year of specialized experience at least equivalent to the next lower grade level in the normal lines of progression for the occupation. Specialized experience is experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully in or related to the duties of the position that is typically in or related to the work of the position to be filled.

Knowledges, Skills and Abilities Required:
Candidates should submit a narrative statement on a separate page(s) with specific responses to the knowledge, skills, and abilities (KSAs) in this announcement. Failure to submit your narrative response to the KSAs for this job may negatively affect your eligibility and/or rating for this position.

1. Knowledge of natural resource program, law, regulations, and policy formulations governing or affecting management of public lands and resources.
2. Knowledge of and ability to implement and administer the law, regulations, executive orders, Secretarial order, etc. governing natural and cultural resources management programs.
3. Ability to present and discuss major program objectives before state and local governments, and other Federal agencies, private industry, special interest groups and public meetings which deal with sensitive issues.
4. Ability to direct a large, physically dispersed organization, delegating responsibility as necessary to accomplish organizational goals. Knowledge of personnel management and EEO policies, procedures and techniques and the ability to apply them to developing and motivating a workforce.

5. Knowledge of personnel management and EEO policies, procedures and techniques and the ability to apply them to developing and motivating a workforce.
6. Demonstrated ability to communicate (orally and writing) with high level officials of the Department, other federal and State agencies, Members of Congress, interest groups and individual users.

Basis of Rating:
For CTAP and ICTAP, well-qualified means that the applicant meets the qualification standard and eligibility requirements for the position, meets minimum educational and experience requirements, meets all selective factors where applicable, and is able to satisfactorily perform the duties of the position upon entry.

Applicants meeting basic eligibility requirements will be rated and ranked on the knowledges, skills and abilities, and other characteristics (KSA's) required to perform the duties of the position. Please review KSA's carefully. Include in the write-ups such things as experience in and out of Federal service that gave you the specific knowledge, skill or ability; objectives of your work; and evidence of your success (such as accomplishments, awards received, etc.)

Pay, Benefits and Work Schedule:
All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit.

This position will be filled on a full-time permanent basis. Upon completing any required probationary period, the position will be permanent.

Conditions of Employment:
Under Executive Order 11935, only United States citizens and nationals (residents of American Samoa and Swains Island) may compete for civil service jobs. Agencies are permitted to hire noncitizens only in very limited circumstances where there are no qualified citizens available for the position.

In accordance with Executive Order 12564, applicants selected for this position are required to submit to a drug test and receive a negative drug test result prior to appointment. In addition, this position is a drug-testing designated position subject to random testing for illegal drug use.

A background security investigation will be required for all new hires. Appointment will be subject to the applicant's successful completion of a background security investigation and favorable adjudication. Failure to successfully meet these requirements will be grounds for termination.

Government facilities are required to provide a smoke free environment for their employees. Smoking will be permitted only in designated areas.

This is public trust position. Selectee will be required to be investigated under Federal Suitability guidelines for this position in accordance with EO10450 and CFR 731.302(b).

If appointed to this position, while a Bureau of Land Management (BLM) employee, you cannot hold an active real estate license, and you cannot have an interest in Federal lands, or hold stocks in firm that have interest in Federal lands; and you cannot own financial interests that conflict or appear to conflict with your duties (43 CFR 20.735. Subchapter B).

Other Information:
Time in grade restrictions must be met by the closing date of the announcement.

Identification of promotion potential in this position does not constitute a commitment or an obligation on the part of management to promote the employee

selected at some future date. Promotion will depend upon administrative approval and the continuing need for an actual assignment and performance of higher level duties.

If claiming 5 point veterans' preference, a DD-214 must be submitted. If claiming 10 point veterans' preference, both a DD-214 and SF-15 must be submitted.

Before being hired, you will be required to sign and certify the accuracy of the information in your application if you have not done this using an application form such as the OF-612.

If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be subject to fine, imprisonment, or other disciplinary action.

Employees who received a buyout and subsequently return to positions in Federal agencies, whether by re-employment or contracts for personal services, are generally obligated to repay the full amount of the buyout to the agency that paid it.

This is a managerial position. If appointed to this position you must serve a one year managerial probation period, unless you have already completed one as a manager.

Selectee will be required to complete a Confidential Financial Disclosure Report, OGE-450, prior to entering on duty and annually thereafter.

Department of the Interior (DOI) Career Transition Assistance Plan (CTAP) procedures apply in filling this vacancy. 5 CFR 330, Career Transition Assistance for Surplus and Displaced Federal Employees requires the following order of selection for this position:
a) At Bureau option, personnel actions listed in 5 CFR 330.606(b);
b) Any well-qualified SSP candidate who applies within the local commuting area (Surplus and displaced employees will be given equal consideration);
c) At Bureau option, personnel actions not subject to RPL;
d) Qualified RPL candidates in the local commuting area;
e) At Bureau discretion, any other former displaced well-qualified DOI employee, e.g. a well-qualified RPL candidate who applies from outside the local commuting area;
f) Well-qualified ICTAP applicants in the local commuting area;
g) Other outside applicants (other agencies, nonstatus, etc).

POSITION SENSITIVITY:   CRITICAL SENSITIVE

How To Apply:
Applications must be received by the closing date of the announcement to receive consideration.

Status applicants with career or career-conditional status or reinstatement eligibility must submit a copy of their most recent Notification of Personnel Action (Standard Form 50) showing tenure group and promotion potential (if any). To ensure full consideration, status applicants should submit a copy of current performance appraisal report. Non-status applicants claiming veteran preference or eligibility for Veterans Readjustment Appointment must submit a copy of their DD-214 and, if disabled, an SF-15 with letter from the Department of Veterans Affairs.

Status candidates who wish to be considered under both merit promotion and competitive procedures must submit two (2) complete applications or resumes. When only one (1) is received it will be considered under the merit promotion program only.

Applications mailed using government postage and/or internal federal government mail systems are in violation of agency and postal regulations and will not be accepted.

You may apply by submitting a Resume or an "Optional Application for Federal

Employment" (OF-612) for this vacancy announcement. Resumes must include the following information (in addition to specific information requested elsewhere in this vacancy announcement): announcement number, veteran's preference, and social security number. Applications should include all experience, education, training, self-development, awards, commendations, outside activities, or other information relevant to the announced vacancy.

Failure to submit all required documents and information requested by the closing date of this announcement may result in your not receiving full consideration. Applicant's qualifications will be evaluated solely on the information submitted in their applications.

Materials submitted as a part of your application will not be returned.

Faxed materials will not be accepted.

This is a multiple grade level recruitment. You are encouraged to identify specifically which grade level(s) for which you wish to be considered by indicating your choice(s) on your application package and addressing the appropriate KSA's for each individual grade level(s), if applicable.

For additional information about this position please contact:
Contact:            HUMAN RESOURCES MANAGEMENT
                    7034401500
Please submit your application package to:
                    BUREAU OF MANAGEMENT
                    PERSONNEL OFFICE ES-953
                    7450 BOSTON BLVD
                    SPRINGFIELD, VA   22153

The Federal Government is an Equal Opportunity Employer.

Selection for this position will be made without regard to political, religious, or labor organization affiliation or non-affiliation, marital status, race, color, sex, national origin, non-disqualifying handicapping condition or age.

This agency provides reasonable accommodation to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency.
The decision in granting reasonable accommodation will be on a case-by case basis.

----------------------------------------------------------------

**PRINT INFO:**

Most web browsers support an option to print the document that is displayed on the screen. Simply choose the option to print the document (usually located under the file option) and then choose the option to print. How the document prints is dependent on the printer you are using.

If you are on a local area network (LAN) then you may need to select a printer before you can print. An option to do this is normally available in the same area that you choose to print a document.

You will also need to make sure that the printer is powered on, "on line", and has paper available to print on.

TOP