COPY



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - -x
MILTON HILL, :
Plaintiff, :
vs. : Case No: 06-1233 (JDB)
KEMPTHORNE, :
Defendant. :
- - - - - - - - - - - - -x

Washington, D.C.
Friday, July 27, 2007

Deposition of:
GAIL GORDON,
the Deponent, called for examination by counsel for the Plaintiff, pursuant to notice and agreement as to time and place at 501 3rd Street, N.W. Washington, D.C., before Sean Williams, a Notary Public in and for the District of Columbia.



APPEARANCES:

On Behalf of the Plaintiff:
STEPHEN SCAVUZZO, ESQUIRE
380 Maple Avenue West
Vienna, Virginia 22180
(703) 319-8770

On Behalf of the Defendant:
RHONDA FIELDS
Assistant United States Attorney
U.S. Attorney's Office
501 3rd Street, N.W.
Washington, D.C. 20034
(202) 514-6970

I N D E X


| WITNESS: | EXAMINATION: | PAGE: |
|---|---|---|
| Gail Gordon | Direct - Mr. Scavuzzo | 3 |


E X H I B I T S

| EXHIBIT NO.: | DESCRIPTION: | PAGE: |
|---|---|---|
| None marked | | |



P R O C E E D I N G S
(10:15 a.m.)
(Whereupon,
GAIL GORDON
was called as a witness and after having been first duly sworn, was examined and testified as follows:)
DIRECT EXAMINATION
BY MR. SCAVUZZO:
Q. Ms. Gordon, good morning. My name is Steve Scavuzzo and I'm the attorney for Milton Hill. I'm here to ask you a couple of questions about matters that are related to an allegation in his complaint. Have you ever been deposed before?
A. Yes.
Q. So you're familiar with the process and you know that I ask you questions and that you answer them to the best of your ability. Of course, we're not on videotape. It is being recorded. It doesn't pick up if you nod or shake your head, so you'll have to answer yes or no or -- and then don't say um-hum or uh-huh because it's hard to describe.
If you've been deposed before, I'll get right into the questions that I want to ask you. I understand that you're presently retired, is that correct?
A. Yes. I work for the Western Governors Association.
Q. Okay. Now when did you retire from the federal



government?
A. June 2005.
Q. In June of '05, what was your position when you retired?
A. I was Bureau of Land Management Special Program Liaison.
Q. How long were you in that position?
A. From January 2002 until I retired.
Q. Okay, until June of '05?
A. Yes.
Q. Now prior to January of '02, what position did you hold?
A. State Director BLM Eastern States.
Q. Okay. Now I take it that BLM stands for the Bureau of Land Management?
A. Yes.
Q. Now the State Director for Eastern States, what jurisdiction does that encompass?
A. The 31 states east of and adjoining the Mississippi River.
Q. Okay. And how long were you -- and you said you were the director?
A. The state director.
Q. The state director, okay. And what does the designation state director mean? What's the significance of



EXHIBIT
tabbles
Gordon Dep

that?
A. I have responsibility for BLM operations in the geographic area I just described.
Q. Okay. And when did you say you were in that position, began in that position, State Director BLM Eastern States?
A. I'm sorry, I can't hear you. What did you say?
Q. Okay. When did you begin that position that you described, that is, the State Director BLM Eastern States?
A. Let's see, I believe it was in the fall of 1999. That's correct.
Q. Okay. Now in the fall of '99, did there come a -- become a vacancy for an Associate State Director of Eastern States that eventually Michael Ned (ph) got? Are you familiar with that position?
A. Yes. I'm not sure if it became -- the position became vacant in the fall of '99 or if it was in early 2000.
Q. Okay. Now when you say the fall of '99, would that be the -- would you remember whether that was the late fall, like around November '99, or the early fall of September '99?
A. I don't remember. I would have to go back to my --
Q. Okay, that's fine. Now the position -- I've been handed a document that I understand that you reviewed for this. It's signed by Michael Ned on July 17th of 2000. It has your signature June 13th of 2000, also, do you see that?



A. I do not believe that I have that document.
Q. Okay. It says a Candidate Referral Notice for the Associate State Director Eastern States.
A. I do have that.
Q. All right. Now you, of course -- during this period of time, July and June of 2000, you're the Director of BLM for the Eastern States, correct?
A. Right.
Q. Now this position associate state director, obviously, that's under your supervision, but what does it do?
A. It complements the responsibilities that I had, so the responsibilities were not split between the state director and the associate director. They're the number two person in the Eastern states, so they did whatever I told them to do.
Q. All right. When you say they, were there more than one associate state director?
A. Yes, he did as directed.
Q. Okay, I missed that. Was there only one associate state director or were there several?
A. There was one in -- per eastern states.
Q. Okay. Now prior to this time, June-July of 2000, how long had you worked with Michael Ned?
A. Prior to selecting him for that position?
Q. Correct.
A. I had worked with him in my previous position.



Q. And which was what?
A. The Assistant Director for Information Resources Management.
Q. And that was the job that you held up until the fall of '99?
A. Right.
Q. All right. And then -- and how long had Mr. Ned either worked with you or under your supervision in that other job?
A. Since 1996, fall of 1996.
Q. Okay.
A. Well, no, actually -- I'm sorry, that's not correct. I had been in that job since fall of 1996 and I don't remember when I selected him for that position. I had several people acting in that position before he was selected, so it would have been in 1997.
Q. Okay. All right, now this selection report, of course, there's a couple of dates on it but there's one, 5/26/00 and July 17th and June 13th. Now did this vacancy become available because somebody was transferred or retired or was it a position that was created?
A. It was one that became available. Let me go back. I do have a copy of the signed one.
Q. Okay, I thought that -- all right.
A. It became available -- Gwen Mason was the associate



director when I took over that -- my state director job, and then she resigned from federal service.
Q. When did she resign?
A. I don't remember.
Q. All right. Now when she -- as a result of her resignation, this job became available?
A. Correct.
Q. Now it became available, obviously, sometime after the fall of '99, correct?
A. Right.
Q. But you're not sure of the precise month and year, correct?
A. No, I -- right, I'm not sure if it was late fall '99 or early winter 2000.
Q. All right. Now how is such a position advertised or disseminated in the BLM?
A. What do you mean, how is it advertised? It's advertised using the OPM procedures for advertising a job.
Q. Who does that?
A. The personnel office.
Q. The personnel office does that. The personnel office, do they prepare the -- what I guess you'd call the KSAs and who could be eligible for this job? Do you have any input into that?
A. I believe that I did have input into it. Generally,

the selecting person does have some input into it.
Q. All right. Now the -- okay, now in conjunction with that, there is a -- I don't know if it's the second page but, anyway, it's a document that's entitled Candidate Referral Roster, do you have that?
A. Yes.
Q. All right. Now these candidates responded to the vacancy announcement, is that correct?
A. I believe that that's correct.
Q. All right. Now -- and then on the bottom there are the candidates for the noncompetitive -- performance level, do you see that?
A. Yes.
Q. All right. There's two on it. Mr. Ned is one of them. What is the difference between those two groups, if any, in terms of who you might select?
A. I do not believe that there's any difference between the two groups.
Q. Both groups are eligible for this position, is that right?
A. Yes.
Q. Okay. Now did all of the people -- well, strike that.
As far as the noncompetitive placement goes, did Mr. Ned and Mr. Kopack (ph) have to supply, I mean, what I



call SF-171s, descriptions of their -- or otherwise documents which state the description of their knowledge, skills, and ability?
A. I believe so, although I don't know for sure. But I'm -- I --
Q. Well, it would be the usual protocol for that to be done, correct?
A. I don't know. I'm not a personnel specialist.
Q. All right. So you don't know if Mr. Ned submitted a 171 or not?
A. No, but I believe that he probably did.
Q. Okay. Is that in your possession?
A. No.
Q. All right. I'll ask your counsel after this deposition to produce that, if they have it or if it was done.
Now, so you don't recall precisely why you selected Mr. Ned among the group of these candidates, do you?
A. No, I do. I interviewed all of the candidates that were referred to me.
Q. And then why'd you select Mr. Ned?
A. Because after interviewing the candidates and reviewing their applications, I believed that he was the best candidate for the position.
Q. Now I notice that on these two groups Mr. Milton Hill is not on that -- the list of eligible candidates, is



that correct?
A. That's correct.
Q. Now do you know whether or not Mr. Hill applied for this position?
A. I have no knowledge of that.
Q. So you have no knowledge of whether or not Mr. Hill is qualified for this position, correct?
A. Correct.
Q. So you have no knowledge about whether or not Mr. Hill is equally as qualified, less qualified or more qualified than Mr. Ned, do you?
A. That's correct.
Q. You never saw his application?
A. Correct.
Q. When would the people on this list, this Candidate Referral list, when would they submit their -- what I'm going to call their KSAs or their applications for this position?
A. When it was posted, there would have been a closing date and they would have submitted them by that closing date.
Q. Would the vacancy announcement say that?
A. Yes.
Q. All right. I'll request that. Do you have in your possession a vacancy announcement for this position?
A. No.
Q. All right. What is the nature of this job? What



does the person do?
A. Do you have the vacancy announcement for it?
Q. I do not have the vacancy announcement. I have not seen it. The only thing I know as the description of it, it's --
A. Do you have the position description for the position?
Q. No. There was a -- the position description is separate from the vacancy announcement, correct, or would it be in the vacancy announcement?
A. I don't know how it was done.
Q. All right. Does the -- anyway, do you recall reading the position description?
A. I'm sure I did.
Q. Do you recall anything about the duties and responsibilities of this job?
A. I can -- the responsibilities for the job were to be the second person responsible for managing the operations of the eastern states and -- so that would be the programs of the eastern states.
Q. Would the candidate for this job have to have a substantial amount of management experience?
A. That would definitely be -- yes.
Q. All right. Now do you recall why Mr. Ned was selected in lieu of these other candidates on the referral

Page 13

roster?
A. Because he was the best qualified.
Q. When you say the best qualified, how was he the best qualified?
A. In terms of his demonstrated ability to meet the responsibilities of the position.
Q. Do you recall what the responsibilities of the position were?
A. I just repeated -- I just said those, the operational management -- assistant for the operational management of the eastern states.
Q. And what is that?
A. What do you mean, what was that?
Q. The question is what is that? What is the operational management of eastern states? What does that do?
A. Managing the programs under the responsibility of the eastern states.
Q. All right, Ms. Gordon, I have no further questions. The rules require that a witness fee be paid. I'm going to send that to you. I have your address. I need your ZIP code.
A. I don't need to be paid for this.
Q. Okay. I take it that you've waived it. Now the rules of a deposition also allow you to read this deposition and see it and make -- well, not make changes. You can either waive the reading or you could read the deposition, do you

Page 14

wish to waive the --
MS. FIELDS. She'll read.
WITNESS: I want to read the deposition.
MS. FIELDS. She'll read.
MR. SCAVUZZO. Okay. Well, thank you, Ms. Gordon. I'm done.
MS. FIELDS. Thank you, and we'll get that out to you.
WITNESS: Thank you.
MS. FIELDS. Okay, bye-bye.
COURT REPORTER. Still on the record.
MR. SCAVUZZO. No, let's leave it on for a second. I'll only be a second. What I'm requesting is that position description and Ned's 171.
MS. FIELDS. Didn't you request that in discovery?
WITNESS: Well, I asked her to bring it to the deposition -- that she prepared it.
MS. FIELDS. She's no longer --
MR. SCAVUZZO. Well, that was supposed to be -- well, anyway, that was supposed to be --
We're on the record, right?
This was supposed to be -- she said she did review it, so the deponent --
MS. FIELDS. No, she said that she reviewed -- today, but she -- so I gave it. She said that she had seen it

Page 15

but she was -- not that she reviewed it for her testimony today.
MR. SCAVUZZO. Well, that's right, but -- okay, so here's -- produced in their reflective evaluations, it says Michael Ned. That was supposed to be at the time she did it, not today, because she wasn't --
MS. FIELDS. She doesn't have possession of that. She's no longer an employee.
MR. SCAVUZZO. But it's in the -- anyway, it's in the possession of the agency, so, anyway, that's my request.
MS. FIELDS. We'll see.
(Signature not waived)
(Whereupon, at 10:30 a.m., on July 27, 2007, the deposition was concluded.)

Page 16

CERTIFICATE

I, SEAN WILLIAMS, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, GAIL GORDON, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes and is a true record of the testimony given by the foregoing witness.

I further certify that I am not employed by or related to any party to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this 13th day of August, 2007.

/S/
Sean Williams
Notary Public in and for the
District of Columbia

My commission expires:
March 14, 2012

- '' -
'02 [1] 4:11
'05 [2] 4:3 4:9
'99 [8] 5:12 5:17 5:18 5:20 5:20 7:5 8:9 8:13

---
-x [2] 1:4 1:10

-0-
06-1233 [1] 1:7

-1-
10:30 [1] 15:13
13th [3] 5:25 7:19 16:12
171 [2] 10:10 14:14
17th [2] 5:24 7:19
1996 [3] 7:10 7:10 7:13
1997 [1] 7:16
1999 [1] 5:10

-2-
2000 [6] 5:17 5:24 5:25 6:6 6:21 8:14
2002 [1] 4:8
20034 [1] 2:13
2005 [1] 4:2
2007 [2] 1:13 15:13
2007. [1] 16:12
2012 [1] 16:21
202 [1] 2:14
22180 [1] 2:5
27 [2] 1:13 15:13

-3-
31 [1] 4:19
319-8770 [1] 2:6
380 [1] 2:4

-5-
5/26/00 [1] 7:19
514-6970 [1] 2:14

-7-
703 [1] 2:6

-A-
ability [3] 3:17 10:3 13:5
accurate [1] 16:5
acting [1] 7:15
action [1] 16:9
address [1] 13:20
adjoining [1] 4:19
advertised [3] 8:15 8:17 8:18
advertising [1] 8:18
agency [1] 15:10
agreement [1] 1:19
allegation [1] 3:12
allow [1] 13:23
among [1] 10:17
amount [1] 12:22
announcement [7] 9:8 11:20 11:23 12:2 12:3 12:9 12:10
answer [2] 3:16 3:19
anyway [5] 9:4 12:12 14:20 15:9 15:10
APPEARANCES [1] 2:1
application [1] 11:13
applications [2] 10:22 11:17
applied [1] 11:3
area [1] 5:3
assistant [3] 2:10 7:2 13:10
associate [7] 5:13 6:3 6:9 6:13 6:16 6:18 7:25
Association [1] 3:24
attorney [2] 2:10 3:10
Attorney's [1] 2:11
August [1] 16:12
available [5] 7:20 7:22 7:23 8:6 8:8
Avenue [1] 2:4

-B-
B [1] 2:22
became [6] 5:16 5:17 7:22 7:25 8:6 8:8
become [2] 5:13 7:20
began [1] 5:5
begin [1] 5:8
Behalf [2] 2:2 2:8
best [5] 3:16 10:22 13:2 13:3 13:3
between [3] 6:12 9:15 9:17
BLM [7] 4:13 4:14 5:2 5:5 5:9 6:6 8:16
blood [1] 16:9
bottom [1] 9:10
bring [1] 14:16
Bureau [2] 4:5 4:14
bye-bye [1] 14:10

-C-
candidate [5] 6:2 9:4 10:23 11:15 12:21
candidates [7] 9:7 9:11 10:17 10:18 10:21 10:25 12:25
Case [1] 1:7
CERTIFICATE [1] 16:1
certify [2] 16:3 16:8
changes [1] 13:24
closing [2] 11:18 11:19
code [1] 13:20
Columbia [3] 1:2 1:22 16:18
commission [1] 16:20
complaint [1] 3:12
complements [1] 6:11
concluded [1] 15:14
conjunction [1] 9:2
copy [1] 7:23
correct [18] 3:23 5:11 6:7 6:24 7:12 8:7 8:9 8:12 9:8 9:9 10:7 11:1 11:2 11:7 11:8 11:12 11:14 12:9
counsel [2] 1:18 10:14
couple [2] 3:11 7:18
course [3] 3:17 6:5 7:18
COURT [2] 1:1 14:11
created [1] 7:21

-D-
D.C [3] 1:12 1:20 2:13
date [3] 11:19 11:19 16:4
dates [1] 7:18
Defendant [2] 1:9 2:8
definitely [1] 12:23
demonstrated [1] 13:5
deponent [2] 1:18 14:23
deposed [2] 3:12 3:21
deposition [8] 1:16 10:15 13:23 13:23 13:25 14:3 14:17 15:14
describe [1] 3:20
described [2] 5:3 5:9
description [7] 2:23 10:2 12:4 12:6 12:8 12:13 14:14
descriptions [1] 10:1
designation [1] 4:25
difference [2] 9:15 9:17
Direct [2] 2:20 3:7
directed [1] 6:17
director [19] 4:13 4:17 4:22 4:23 4:24 4:25 5:5 5:9 5:13 6:3 6:6 6:9 6:12 6:13 6:16 6:19 7:2 8:1 8:1
discovery [1] 14:15
disseminated [1] 8:16
District [4] 1:1 1:2 1:21 16:18
document [3] 5:23 6:1 9:4
documents [1] 10:1
doesn't [2] 3:18 15:7
done [4] 10:7 10:15 12:11 14:6
duly [2] 3:5 16:4
during [1] 6:5
duties [1] 12:15

-E-
early [3] 5:17 5:20 8:14
east [1] 4:19
eastern [14] 4:13 4:17 5:5 5:9 5:13 6:3 6:7 6:14 6:20 12:19 12:20 13:11 13:15 13:17
either [2] 7:8 13:24
eligible [3] 8:23 9:19 10:25
employed [1] 16:8
employee [1] 15:8
encompass [1] 4:18
entitled [1] 9:4
equally [1] 11:10
evaluations [1] 15:4
eventually [1] 5:14
examination [3] 1:18 2:19 3:7
examined [1] 3:6
EXHIBIT [1] 2:23
experience [1] 12:22

-F-
fall [11] 5:10 5:12 5:17 5:18 5:19 5:20 7:4 7:10 7:13 8:9 8:13
familiar [2] 3:15 5:14
far [1] 9:24
federal [2] 3:25 8:2
fee [1] 13:19
FIELDS [10] 2:9 14:2 14:4 14:7 14:10 14:15 14:18 14:24 15:7 15:11
fine [1] 5:22
first [1] 3:5
follows [1] 3:6
foregoing [3] 16:3 16:5 16:7
Friday [1] 1:13

-G-
Gail [4] 1:17 2:20 3:4 16:4
Generally [1] 8:25
geographic [1] 5:3
given [1] 16:6
goes [1] 9:24
good [1] 3:9
Gordon [7] 1:17 2:20 3:4 3:9 13:18 14:5 16:4
government [1] 4:1
Governors [1] 3:24
group [1] 10:17
groups [4] 9:15 9:18 9:19 10:24
guess [1] 8:22
Gwen [1] 7:25

-H-
H [1] 2:22
hand [1] 16:11
handed [1] 5:23
hard [1] 3:20
head [1] 3:19
hear [1] 5:7
held [1] 7:4
hereby [1] 16:3
hereunto [1] 16:11
Hill [6] 1:5 3:10 10:25 11:3 11:6 11:10

hold [1] 4:12

-I-

indicated [1] 16:4
Information [1] 7:2
input [3] 8:24 8:25 9:1
interested [1] 16:10
interviewed [1] 10:18
interviewing [1] 10:21

-J-

January [2] 4:8 4:11
JDB [1] 1:7
job [11] 7:4 7:9 7:13 8:1 8:6 8:18 8:23 11:25 12:16 12:17 12:21
July [5] 1:13 5:24 6:6 7:19 15:13
June [6] 4:2 4:3 4:9 5:25 6:6 7:19
June-July [1] 6:21
jurisdiction [1] 4:18

-K-

KEMPTHORNE [1] 1:8
knowledge [4] 10:2 11:5 11:6 11:9
Kopack [1] 9:25
KSAs [2] 8:23 11:17

-L-

Land [2] 4:5 4:15
late [2] 5:19 8:13
leave [1] 14:12
less [1] 11:10
level [1] 9:11
Liaison [1] 4:6
lieu [1] 12:25
list [3] 10:25 11:15 11:16
longer [2] 14:18 15:8

-M-

management [7] 4:5 4:15 7:3 12:22 13:10 13:11 13:15
managing [2] 12:18 13:16
Maple [1] 2:4
March [1] 16:21
marked [1] 2:24
marriage [1] 16:9
Mason [1] 7:25
matter [1] 16:10
matters [1] 3:11
mean [4] 4:25 8:17 9:25 13:13
meet [1] 13:5
Michael [4] 5:14 5:24 6:22 15:5
might [1] 9:16
Milton [3] 1:5 3:10 10:24
missed [1] 6:18
Mississippi [1] 4:19
month [1] 8:11
morning [1] 3:9

-N-

N.W [2] 1:20 2:12
name [1] 3:9
nature [1] 11:25
Ned [12] 5:14 5:24 6:22 7:7 9:14 9:25 10:9 10:17 10:20 11:11 12:24 15:5
Ned's [1] 14:14
need [2] 13:20 13:21
never [1] 11:13
nod [1] 3:18
noncompetitive [2] 9:11 9:24
None [1] 2:24
Notary [3] 1:21 16:2 16:17
notes [1] 16:6
notice [3] 1:19 6:2 10:24
November [1] 5:20
now [25] 3:25 4:11 4:14 4:17 5:12 5:18 5:22 6:5 6:9 6:21 7:17 7:19 8:5 8:8 8:15 9:2 9:2 9:7 9:10 9:22 10:16 10:24 11:3 12:24 13:22
number [1] 6:13

-O-

obviously [2] 6:10 8:8
office [4] 2:11 8:20 8:21 8:22
one [7] 6:16 6:18 6:20 7:18 7:22 7:23 9:14
operational [3] 13:10 13:10 13:15
operations [2] 5:2 12:18
OPM [1] 8:18
otherwise [1] 10:1
outcome [1] 16:10

-P-

page [3] 2:19 2:23 9:3
paid [2] 13:19 13:21
party [1] 16:9
people [3] 7:14 9:22 11:15
per [1] 6:20
performance [1] 9:11
period [1] 6:5
person [4] 6:13 9:1 12:1 12:18
personnel [4] 8:20 8:21 8:21 10:8
ph [2] 5:14 9:25
pick [1] 3:18
place [1] 1:20
placement [1] 9:24
Plaintiff [3] 1:6 1:19 2:2
position [29] 4:3 4:7 4:11 5:5 5:5 5:8 5:15 5:16 5:22 6:9 6:23 6:25 7:14 7:15 7:21 8:15 9:19 10:23 11:4 11:7 11:17 11:23 12:6 12:7 12:8 12:13 13:6 13:8 14:13
possession [4] 10:12 11:23 15:7 15:10
posted [1] 11:18
precise [1] 8:11
precisely [1] 10:16
prepare [1] 8:22
prepared [1] 14:17
presently [1] 3:23
previous [1] 6:25
procedures [1] 8:18
process [1] 3:15
produce [1] 10:15
produced [1] 15:4
Program [1] 4:5
programs [2] 12:19 13:16
protocol [1] 10:6
Public [3] 1:21 16:3 16:17
pursuant [1] 1:19

-Q-

qualified [7] 11:7 11:10 11:10 11:11 13:2 13:3 13:4
questions [4] 3:11 3:16 3:22 13:18

-R-

read [5] 13:23 13:25 14:2 14:3 14:4
reading [2] 12:13 13:25
record [3] 14:11 14:21 16:6
recorded [1] 3:18
referral [4] 6:2 9:4 11:16 12:25
referred [1] 10:19
reflective [1] 15:4
related [2] 3:11 16:8
remember [4] 5:19 5:21 7:13 8:4
repeated [1] 13:9
report [1] 7:17
Reporter [2] 14:11 16:2
request [3] 11:22 14:15 15:10
requesting [1] 14:13
require [1] 13:19
resign [1] 8:3
resignation [1] 8:6
resigned [1] 8:2
Resources [1] 7:2
responded [1] 9:7
responsibilities [6] 6:11 6:12 12:16 12:17 13:6 13:7
responsibility [2] 5:2 13:16
responsible [1] 12:18
result [1] 8:5
retire [1] 3:25
retired [4] 3:23 4:4 4:8 7:20
review [1] 14:22
reviewed [3] 5:23 14:24 15:1
reviewing [1] 10:22
RHONDA [1] 2:9
right [26] 3:21 6:5 6:8 6:15 7:6 7:7 7:17 7:24 8:5 8:10 8:13 8:15 9:2 9:7 9:10 9:14 9:20 10:9 10:14 11:22 11:25 12:12 12:24 13:18 14:21 15:3
River [1] 4:20
roster [2] 9:5 13:1
rules [2] 13:19 13:23

-S-

saw [1] 11:13
says [2] 6:2 15:4
Scavuzzo [9] 2:3 2:20 3:8 3:9 14:5 14:12 14:19 15:3 15:9
Scan [3] 1:21 16:2 16:16
second [4] 9:3 12:18 14:12 14:13
see [5] 5:10 5:25 9:12 13:24 15:11
select [2] 9:16 10:20
selected [4] 7:14 7:15 10:16 12:25
selecting [2] 6:23 9:1
selection [1] 7:17
send [1] 13:20
separate [1] 12:9
September [1] 5:20
service [1] 8:2
set [1] 16:11
several [2] 6:19 7:14
SF-171s [1] 10:1
shake [1] 3:18
Shorthand [1] 16:2
signature [2] 5:25 15:12
signed [2] 5:24 7:23
significance [1] 4:25
skills [1] 10:2
sometime [1] 8:8
sorry [2] 5:7 7:12
Special [1] 4:5
specialist [1] 10:8
split [1] 6:12
stands [1] 4:14
state [15] 4:13 4:17 4:23 4:24 4:25 5:5 5:9 5:13 6:3 6:9 6:12 6:16 6:19 8:1 10:2
states [17] 1:1 2:10 4:13 4:17 4:19 5:6 5:9 5:14 6:3 6:7 6:14 6:20 12:19 12:20 13:11 13:15 13:17
stenographic [1] 16:6
STEPHEN [1] 2:3
Steve [1] 3:9
Still [1] 14:11

**Street** [2] 1:20 2:12
**strike** [1] 9:22
**submit** [1] 11:16
**submitted** [2] 10:9 11:19
**substantial** [1] 12:22
**such** [1] 8:15
**supervision** [2] 6:10 7:8
**supply** [1] 9:25
**supposed** [4] 14:19 14:20 14:22 15:5
**sworn** [2] 3:6 16:4

-T-

**T** [1] 2:22
**terms** [2] 9:16 13:5
**testified** [1] 3:6
**testimony** [2] 15:1 16:6
**thank** [3] 14:5 14:7 14:9
**thought** [1] 7:24
**today** [3] 14:25 15:2 15:6
**took** [1] 8:1
**transcription** [1] 16:5
**transferred** [1] 7:20
**true** [2] 16:5 16:6
**two** [5] 6:13 9:14 9:15 9:18 10:24

-U-

**U.S** [1] 2:11
**under** [3] 6:10 7:8 13:16
**understand** [2] 3:22 5:23
**United** [2] 1:1 2:10
**up** [2] 3:18 7:4
**using** [1] 8:18
**usual** [1] 10:6

-V-

**vacancy** [9] 5:13 7:19 9:8 11:20 11:23 12:2 12:3 12:9 12:10
**vacant** [1] 5:17
**videotape** [1] 3:17
**Vienna** [1] 2:5
**Virginia** [1] 2:5

-W-

**waive** [2] 13:25 14:1
**waived** [2] 13:22 15:12
**Washington** [3] 1:12 1:20 2:13
**West** [1] 2:4
**Western** [1] 3:24
**whereof** [1] 16:11
**why'd** [1] 10:20
**Williams** [3] 1:21 16:2 16:16
**winter** [1] 8:14
**wish** [1] 14:1
**witness** [9] 2:19 3:5 13:19 14:3 14:9 14:16 16:3 16:7 16:11
**worked** [3] 6:22 6:25 7:8

-Y-

**year** [1] 8:11

-Z-

**ZIP** [1] 13:20