NATIONAL DEFENSE UNIVERSITY
INDUSTRIAL COLLEGE OF THE ARMED FORCES
WASHINGTON, D.C. 20319-6000

FROM: M. Hom E. Hill           DATE: 10 May 1999

TO: EEO, Personnel

1. Most recent appraisal has not been done or received.

2. I have contacted my supervisor (Peter Niebauer, 202-208-4864) to forward you a copy ASAP.

3. I have enclosed my current appraisal.

/

## KSA – Supervisory Personnel Specialist, GS-201-15
(WO-99-27)

1. Mastery current knowledge of the principles, laws, regulations and procedures of the Federal Personnel System and Federal Strategic Personnel Initiatives.

As Technical Advisor, Federal Quality Institute (FQI), Director of Logistics (US Army Reserves), and Chief, Workforce Diversity, I utilized the Federal Personnel System and Strategic Initiatives in developing position descriptions, developing individual personnel evaluation systems, re-organized positions and office alignments to coincide with outsourcing efforts and transitioned organizational re-structuring from the old Federal Personnel Manual . As Technical Advisor, I worked on the team that successfully incorporated and/or eliminated much of the Personnel Manual as part of the National Performance Review (NPR) team and Office of Personnel Management (OPM) efforts in streamlining and improving the personnel process.

As Assistant Director, Personnel and Community Activities, I supervised both the military and civilian personnel offices which consisted of about 50 staffers. On a daily basis, personnel issues arose at the 8,500 person installation that required a comprehensive knowledge of personnel policies and regulations, and the ability to apply them to enhance the decisions of the managerial and executive level decision makers.

2. Mastery knowledge of advanced management and organization principles and practices along with a comprehensive knowledge of position management, workforce planning and programming principles, in order to direct a Human Resource Management organization involved with complex, controversial and/or high visible/sensitive work products.

As Chief, Force Management, and Assistant Director, Personnel, I inherited organizations that were filled with strife, weak work ethics, low morale, sexual and racial animosity, and severe tardiness. Within nine months of my arrival, each of the organizations productivity increased by over 150 per cent, suspenses were being met or exceeded, the customers were being satisfied, and confidence in the quality of work was restored with management officials. This was accomplished by identifying, and providing, training for employees, revising position descriptions, providing employees with "state-of-the-art" computer training, holding persons responsible and accountable for job assignments, developing a workable plan to satisfy customers' needs, eliminating the backlog of work, and giving employees the opportunities to use their creativity and make decisions.

I supplemented my managerial skills andknowledge with extensive training in all aspects of managerial (including Human Resources Management) and organizational practices and theorems with the completion of graduate studies at American and National Defense Universities, executive level managerial training in quality management, personnel management for executives and re-engineering concepts, and business processes at Howard University's School of Business.



EXHIBIT
Hill App See
WO-99-27
5-10-99

HILL, Milton E.

3. Ability to lead, supervise and direct the work of professional technical and support personnel in order to foster an environment for creating a healthier organization and the advancement of diversity initiative.

As Chief, Force Management and Assistant Director, Personnel, I successfully provided guidance and direction to 25 to 250 subordinate technical personnel in an effort to clarify project direction and improve overall understanding of managerial impetus. I improved working conditions and productivity while overseeing the overall attrition of personnel in my organizations. During these stints, I succeeded in hiring the first African-American supervisors, the first female group managers and the first female Hispanic supervisor in the history of the organizations.

As Chair, Program Redesign and as the Small Business Advisor, I led teams of three to ten persons, I provided guidance to technical personnel on projects which involved controversial issues (e.g., downsizing, attritions, restructuring of organizations, etc.), affected policy, had strong public interest, and required last minute changes to be negotiated with various organizations and managers. Supervision of these personnel involved persons with skills ranging from resource managers to personnel specialists, to program analysts to botanists.

4. Extensive knowledge of evaluating the HRM Program functions, to make program assessments and to modify managerial and programmatic procedures and automated processes.

As a Senior Management Analyst, I successfully drafted a plan that reconfigured the Bureau of Land Management-HRM organization and functions. I compiled workload data over a 3-year period and did position analyses that determined the number and types of persons needed to perform the duties and get the work done in an efficient and effective manner. Also, developed position descriptions for all jobs and incorporated budget needs of the office.

As Chief, Force Management and Assistant Director, Personnel, I was responsible for the administration and management of uniquely new assignments – new weapons testing directorates, updated positions and position descriptions for engineering and support positions, etc.. In order to perform these duties, I maintained a keen awareness of employee capabilities and effectively managed centralized computer operations within my directorates.

HILL, Milton E.

5. Ability to communicate effectively, written and orally with high ranking officials of the Bureau, Department, other Federal agencies and outside interest groups.

Throughout my careers as a military officer and civilian manager, I briefed senior level managers, congressional members, Administrative Judges, business executives, state and local government officials, etc., relative to program status, providing definitive analyses of potential problems and solutions, and provided overall program guidance on a myriad of programmatic and/or financial issues. I have composed key speeches and briefing papers, management and audit reports, composed technical regulations and directives, and given briefings at community and governmental functions.

6. Expert knowledge of HRM automated information systems technology to plan, organize, and direct automated human resources systems initiative, develops applicable standards and guides to advise systems planners on requirements and to integrate implementation and operational efforts.

I have effectively worked with Departmental and bureau Information Resources Management (IRM) offices/staffers where I managed systems and modified data base programs to facilitate information tracking and retrieval systems. As a result of my technical skills and awareness of organizational needs, many improvements to reporting systems were implemented.

As Director of Logistics, U. S. Army Reserves, I worked with the information technology and personnel offices over a seven year period of time where we successfully incorporated an automated personnel system that tracked, recorded, modified, etc., positions, employee skill mixes, and training where all personnel could be tracked to the installation personnel system. This greatly assisted the managers during the period of severe downsizing and re-engineering in tracking employee movements, management's skills "needs", and the number and type of employees available to perform essential and changing duties.

Title/Ann No: _Supv Personnel Management Specialist_
_GS-201-15 ; WO 99-27_

**MILTON E. HILL**
SSN: 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

P. O. BOX 1021         DOB: 2 Dec 1948           (301) 568-4651 H
LANHAM, MD 20706       Vet Pref: 5 points        (202) 685-4340 W

**SUMMARY OF SKILLS:**

Over 20 years of supervisory and responsible experiences with the Departments of Agriculture (USDA), Defense (DoD), and Interior (DOI) in the fields of auditing, budgeting, financial management, criminal investigations, natural resource management, human resource management, quality management (certified trainer/facilitator), re-engineering, management analysis, legislative administration, strategic planning, minority colleges and small business initiatives, logistics, and acquisition management. Computer literate: Power Point, Microsoft Word, WordPerfect, Freelance Plus. Typing: 55 wpm. Clearance: Top Secret

**EXPERIENCE:**

Jul 1998-Jul 1999; Student; National Defense University/Industrial College of the Armed Forces (ICAF), Ft. McNair, Washington, DC; (202) 685-3922. M. S., National Resource Strategies. Concentration: Environmental Studies and Organizational Management. Course satisfies Senior Executive Service (SES) training and educational requirements.

Via competitive process, was selected by the Dept of the Interior (DOI) to attend. ICAF is the nation's only educational institution that emphasizes the management of national resources to support national security strategy. The school prepares selected military and civilians for senior leadership positions by conducting postgraduate, executive level courses of study and associated research dealing with the resources component of national power. The academic program was specifically designed for a student body already highly experienced and successful in military and civilian professions devoted to the design and resourcing the different facets of national security. The major emphasis was on resources management. The curriculum consisted of interrelated courses presented in a balanced mix of seminars, lectures, and field studies (my field studies travels consisted of on-site reviews of governmental and private businesses' operations in the United States, Central America and South America). The teachings were structured to emphasize active learning. The curriculum employed the case study method, complemented by extensive student reading, research, written and oral presentations and examinations, classroom analysis, lectures by faculty members and prominent outside authorities, and a field study program.

Feb 1996-Jul 1998; Sr Technical Specialist, GS-343-14, DOI, Bureau of Land Management; Wash, DC. 60 hrs per week. Supervisor: Peter Niebauer, (202) 208-4864.

Developed guidance and policies that implemented Federal Acquisition and Reform laws and regulations improving business processes related to procurement, grants, and cooperative agreements. Was bureau's lead on the Business and Economic Development Program and the acquisition performance measurement program. Effectively increased outreach procurement efforts, and awards, to small, disadvantaged, and women-owned businesses and organizations by 70 percent and 30 percent, respectively. Worked as Sr Analyst on bureau and DOI teams that developed, and implemented, department-wide acquisition reorganizations/redesign initiatives and tracking systems. Led teams that conducted initial Procurement and organizational validation reviews. Approx cost svgs of efforts: $30 million.

1

HILL, Milton, E.

Oct 1994-Feb 1996, Legislative Assistant; US Congress; 1408 Longworth Bldg; Wash, DC. 65 hrs per week. Supervisor: Congressman Bennie G. Thompson (D-2nd MS), (202) 225-5876.

Awarded Congressional Fellowship by the American Political Science Association (APSA). Fellowship included training with the Congressional Research Service and congressional staffers on legislative operations and how the legislative, budgetary, and appropriation processes worked; and, cross-training in both Canada (to understand how that government operated) and in the Congressman's congressional district (to gain insight on field office operations). Served in the historic 104th Congress where I assisted in developing legislative strategies, reviewed and analyzed legislation that determined various programmatic impacts. I worked on legislation involving the appropriation and budgetary processes, procurement, education, empowerment zones, international trade, military base closing, health care, crime prevention, and veteran affairs. Successfully worked with the Departments of Justice and Education officials, respectively, in securing local law/enforcement ( COPS,Community Oriented Policing Services program) and educational funding for colleges in the congressman's district. Coordinated efforts of investors, state (MS) economic development officials and businesspersons in their efforts to secure private and governmental funds that increased businesses and jobs in the district. Worked with DoD officials and private enterprises in support of the Buy American Act. I also initiated several reports that resulted in positive affirmative action efforts being implemented in non-complying federal and state agencies.

Feb 1990-Oct 1994; Supv Mgmt Analyst; Analyst, Executives Initiative Ofc, Chief, Planning & Workforce Diversity, BLM; Staff Assistant, Ofc of the Secretary; Chair, Pgm Redesign; DOI, Wash, DC. 55 hrs per week. Supervisor: Robert Faithful, (202) 208-7555

Conducted analytical and management studies/reports, prepared and reviewed highly sensitive DOI briefing papers, and served as chief liaison with DOI on matters involving natural resource mgmt, personnel administration, budgeting, and sustainable development. Worked on several "first-time ever" projects that included: solo analyst that developed qualitative study that resulted in creation of the initial Correspondence Team/Staff, Sr. Analyst on team that did management study that converted NM resource ofc. into a district ofc.; development and implementation of the initial BLM Diversity Office, chaired the DOI's re-invention team that led to the successful streamlining and improvement of the Department's organizational structure, selected as technical evaluator for the Federal Quality Institute (FQI) awarding of nationwide quality management and re-engineering contract proposals; Sr. Analyst on team that developed management study that completely re-organized and restructured the Eastern States (VA) Field Office. Lead analyst on teams that: successfully recruited minority students for the bureau and did business with HBCU's(over $3 mil in in-inkind funds and approx.$.5 mil in actual funds), streamlined and reduced excessive bureaucracy in the acquisition and contract administration areas, re-engineered field offices and DOI directorates, developed/implemented innovative matching grant pgms that realized $30 mil in svgs;and, re-aligned DOI offices (including Ofc of the Solicitor) to increase efficiency. Was team member on the original nationwide DOI quality management review team. Approx. cost svgs/avoidances - $45 mil.

May 1984-Feb 1990; Chief, Force Mgmt; Chief, Mgmt Engineering; Ass't Dir, Personnel & Community Services; Chief, Resource Mgmt. GM-343-13; White Sands Missile Range (WSMR), NM; DoD; 55 hrs per week; Supervisor: Earl Shepard, (505) 523-2892.

Was technical expert in manpower and organizational management for an 8,500 person installation and an operating budget of $175 mil. Inherited an office filled with, "ineptness, severe sexual and racial problems, incompetence, and strife." Within eight months of my arrival, the office was fully functional and operational; and the majority of the problems resolved. This was done by giving employees good directions and training, holding them accountable and responsible for taskings, removing or transferring persons who refused to work, and treating them like professional. Supervised 25 to 300 military, civilian, and contract employees. Planned, organized, and coordinated all directorate activities involving human resource mgmt., contract administration, and community and support services. Completed first-ever installation-wide study and restructuring of WSMR, was first installation to submit the initial DoD-wide manpower documentation data , completed/implemented the only Congressionally mandated privatization study, I increased

2

personnel authorizations and budget funds by over 13 percent despite decreases of resources to WSMR that exceeded 25 percent. I realized in excess of $26 million in cost svgs/avoidances during this period by utilizing quality mgmt and re-engineering initiatives, re-aligning organizational structure to increase efficiency, implemented and upgraded "state of the art" ADP technology, retrained over 60 per cent of the employees, implemented innovative and sound contract administration practices, reassigned personnel to positions that matched their skills and abilities, updated employee position descriptions to fit changing job requirements, transferred or terminated non-productive employees, eliminated over 40 per cent of middle mgmt positions, and empowered more employees to make decisions at the lowest organizational levels.

Jun 1970-May 1984; Auditor; Criminal Inverstigator; Budget Analyst; Management Analyst; Manpower Development Specialist; Budget Officer. GS (510,142,1811, 560,343) 5 thru 13. USDA, USDA-Forest Service, Office of Inspector General. Wash, DC; Hyattsville, MD; Milwaukee, WI; Broomall, PA.

50 per cent to 90 per cent travel. Considered expert in food stamp fraud, commercial licenses, grants administration, and peanut growers commodities programs. Worked with Departments of Justice, Agriculture, and Treasury law enforcement and legal officials in prosecuting fraud, waste, and abuse criminal cases. Tasks included undercover investigative work, testifying in Federal and District courts, and reviewing tax and business records. Accomplishments during the period included: arrest and conviction of persons involved in the second largest food stamp fraud case in USDA history, submission of first-ever USDA-FS congressional budget ahead of schedule, realized budgetary and financial cost savings and avoidances that ranged from $.5 mil to $27 mil., developed and implemented tracking system that coordinated budget and program accomplishments, selected to work as financial mgmt expert on President Reagan's Grace Commission (government-wide study that identified ways to improve government efficiency and reduce waste. Study identified over $300 million in cost savings/avoidances), served as USDA-FS's first budget officer of its Young Adult Conservation Corps (YACC) Program where I revamped its budget and procurement systems. As a Budget Analyst and Budget Officer, I prepared budgets that ranged from $118 million to $2 billion. Provided advice, guidance, and assistance to managers, directors, and congressional staffers in all phases of the formulation, justification, presentation, review, and execution of the USDA-FS's budget. I analyzed the impact and significance of the budget on legislation, program requirements, and policies; and, recommended modifications, as appropriate.

**MILITARY:**

1970-1972, U. S. Army (via R.O.T.C.). Transportation Corps, Ft. Eustis, VA; First Lieutenant, Cargo Officer, Railway and Bridge Supervisor, Instructor (Cargo Handling, Stevedoring), Convoy Cmdr, Platoon Leader, Property Book Ofcr, Executive Officer; 100 combat missions in Vietnam (DaNang and Phu Bai).

1972-1998, U. S. Army Reserves. Lieutenant Colonel, LTC (Retired), Worked as: Logistician, Director of Logistics, Installation Transportation Officer, Operations Officer, Logistics Officer. Served in: Ft. Belvoir (VA), Ft Huachuca (AZ), Dep Chief of Staff for Logistics (DCSLOG), Pentagon; Milw, WI, Phil, PA, Scotland, Panama, England, Honduras; Ft. Sheridan, IL. Served as Instructor (Marine Engineering), USAR School, Riverdale, MD and as an Adjunct Professor, Logistics Management College, Ft. Lee, VA.

**EDUCATION:**

M. S., National Resources Strategies; National Defense University/Industrial College of the Armed Forces; Ft. McNair, Wash, DC. 1999.

M. P. A., Governmental Management/Finance; American University; Wash, DC; 1975.

B. S., Accounting, Virginia State University; Petersburg, VA. 1970

Certificate, International Trade and Business Development; Howard University; Wash, DC; 1997.

3

HILL, Milton E.

**EDUCATION ( con't)**

Certificate, Advanced Resource Management; Syracuse University; Syracuse, NY; 1989.

Diploma, Management; Command and General Staff Officers College; Ft. Leavenworth, KS; 1990

Diploma, Logistics; Logistics Management College; Ft. Lee, VA; 1988.

**EXECUTIVE LEVEL MANAGEMENT TRAINING:**

National Defense University; Wash, DC (Meets the SES developmental tng and educational requirements)
Executive Development Seminar; OPM; Aurora, CO(Meets the SES dev tng and educational requirements)
Personnel Management for Executives; OPM; Albuquerque, NM
National Resource Management for Executives; OPM; Oak Ridge, TN
Logistics Executive Development Course; Ft. Lee, VA
Management and Force Management for Managers; Ft. Lee, VA
Director of Logistics Course; Ft. Lee, VA
Installation Management; Ft. Lee, VA
Advanced Comptrollership Program; Ft. Harrison, IN
Equal Employment Opportunity for Managers; Wash, DC
Total Quality Management for Managers; Wash, DC

**OTHER TRAINING:**

| Mo/Yr Completed | HRS | Subject | Location |
|---|---|---|---|
| 11/73 | 24 | Appraising and Counseling | Wash. DC |
| 1/73 | 24 | Clear Writing | Wash. DC |
| 8/73 | 40 | Audit Survey Techniques | Wash, DC |
| 9/75 | 40 | Auditing the Budget | Wash, DC |
| 5/76 | 780 | Kaufman-Cades CPA Course | Wash, DC |
| 1/77 | 40 | Equal Employment Opportunity Tng | Milw, WI |
| 2/78 | 40 | Pgm Evaluation in the Management Process | Phil. PA |
| 4/79 | 40 | Budget Formulaton | Wash. DC |
| 10/80 | 40 | Systems Management | Arlgtn, VA |
| 2/81 | 48 | Basic Personnel Management | Den, CO |
| 6/81 | 40 | Budget Execution | Wash. DC |
| 10/81 | 40 | Statistics for Management | Wash, DC |
| 11/81 | 40 | Budget Presentation and Justification | Wash, DC |
| 12/82 | 40 | Budget Estimating Techniques | Wash, DC |
| 8/83 | 40 | Government Organizational Theory | Wash, DC |
| 2/84 | 40 | Budget Analysis Workshop | Wash, DC |
| 4/84 | 40 | Congressional Operation Institute | Wash, DC |
| 7/84 | 40 | Commercial Activities Mgmt Studies (A-76) | Ft. Lee, VA |
| 2/85 | 168 | Force Integration Course | Ft Lev, KS |
| 8/85 | 40 | Force Management Managers Course | Ft Lee, VA |
| 10/85 | 40 | Position Management Course | WSMR, NM |
| 11/88 | 80 | Lotus 1-2-3, Dbase III, Wang Tng | WSMR, NM |
| 4/90 | 40 | Total Quality Management for Supervisors | Wash, DC |
| 10/90 | 40 | Equal Employment Opportunity for Supervisors | Ft.Hua, AZ |
| 6/91 | 80 | TQM Team Leader and Facilitator Training | Wash, DC |
| 7/91 | 80 | Emergency Pgm Mgr & Hazardous Materials | Emtbg, MD |
| 10/91 | 40 | Manager as Facilitator | Wash, DC |

4

HILL, Milton E.

## OTHER TRAINING (con't)

| | | | |
|---|---|---|---|
| 4/92 | 40 | Total Quality Government | Wash, DC |
| 7/92 | 40 | TQM for Mid-Level Managers | Albq, NM |
| 7/93 | 40 | National Symposium on Quality (Advanced) | Ft Mitcll, KY |
| 3/93 | 80 | Management and Leadership Tng | Co Sprgs, CO |
| 9/96 | 40 | Government Contract Law | Wash, DC |
| 10/96 | 40 | Affirmative Civil Enforcement (Procurement) | Wash, DC |
| 1/97 | 40 | Construction Contracting | Wash, DC |
| 3/97 | 40 | Governmental Contracting | Wash, DC |
| 7/97 | 40 | Small, Disadvantaged, and Women-owned Businesses Procurement and Contracting | Alex, VA |
| 3/98 | 40 | Acquisiton Reform and Gov't Contracting | Albq, NM |

## SPECIAL SKILLS, AWARDS:

Graduate Fellowship – American University, 1973
American Political Science Association Congressional Fellowship, 1994
Special Act Award – 1976, 1980, 1986, 1987, 1993, 1996, 1997
Certificate of Merit – 1978, 1981, 1983, 1984, 1985,

## REFERENCES:

| | | |
|---|---|---|
| Alfred Rucks | (505) 524-2906 | 1415 North Paxton ; Las Cruces, NM |
| Thelma Ferguson | (703) 590-4562 | 4529 Kingston Rd; Dale City, VA |
| Millard Mitchell | (713) 363-0669 | 14 Hornsilver Pl; The Woodlands, TX |

## MEMBERSHIPS:

National Contract Management Association

National Association of Black Procurement Professionals (Life)

Association of Government Accountants

American Society of Public Administration

American Management Association

Association for Quality and Participation

American Political Science Association

International Military Club Executive Association

Club Managers Association of America

American Association for Budget and Program Analysis

5

HILL, Milton E.

## MEMBERSHIPS (con't)

Reserve Officers Association (Life)

Association of the United States Army

National Resources Defense Council

The Association for the Study of Afro-American Life (Life)

Association for the Study of Classical African Civilization

The American Legion

Veterans of Foreign Wars

American University Alumni Association

Virginia State University Alumni Association (Life)

The Urban League (Life)

National Association for the Advancement of Colored People (Life)

Industrial College of the Armed Forces Alumni Association

## MISCELLANEOUS:

An active participant in community affairs, I have been involved in community efforts wherever my jobs have taken me. These volunteer efforts required working with diverse groups of persons and organizations; and, working together as a team to come up with recommendations and solutions for difficult situations. These endeavors have included the Big Brothers Association (VA, PA); Fairfax County (VA), Virginia Housing Authority, Board member; Coordinator, County voter registration (WI,NM,VA); Boy Scouts of America and Explorers Club (MD); Male Enhancement program (MD), math and English tutor for boys aged 13-18 yrs old; Hopkins House Project (VA), math tutor for pre-teenagers; Vann Ness Elementary School, tutor, mathematics and reading, boys and girls 7 to 9 years old; Committee of 100 (MD), board member, selected by the Governor, per the nomination of the school board members (Prince Georges County) to review, analyze, and make recommendations to the court desegregation plan and magnet schools' initiatives. After three years, all desegregation plans and magnet schools recommendations were accepted and being implemented.; Vice-President, National Association for the Advancement of Colored People (WI, NM); Volunteer, Presidential Inauguration Committee (Presidents Nixon and Clinton); Volunteer, Election Campaign for Douglas Wilder for Governor of Virginia.

I certify that all of the statements made by me are true, complete and correct to the best of my knowledge and belief and are made in good faith.

_____  _____
Milton E. Hill              10 May 1999
                            Date

6



Form DI-2002
September 1995

# U.S. DEPARTMENT OF THE INTERIOR
## EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

Employee's Name: Milton E. Hill
Title/Series/Grade: GS-0345-14
Duty Location: Washington, D.C. 20240

Rating Period: October 1, 1996 to September 30, 1997
Bureau/Office: WO-850
Social Security No.: _____

## PART I. PERFORMANCE PLAN
CRITICAL RESULTS (*List no more than five*)

RESULTS (Enter: *Achieved or Not Achieved*)

A. Provides clear, simple, useful, flexible policies and guidance for customers to implement laws (e.g. the Federal Acquisition Streamlining Act, the Small Business Act and the Federal Acquisition Reform Act) and improve processes related to acquisitions, grants and cooperative agreements. Policies and guidance are developed using a team approach by obtaining input from customers (internal/external) and other parties affected as appropriate.

ACHIEVED

B. Provides professional staff advice to the BLM leaders and managers and technical assistance to the field on the effective use and condition of the BLM's Acquisition Support System and re-engineering initiatives in carrying out the Strategic Plan and streamlining objectives. This requires effective communication, coordination and consultation with the Department, other agencies, and those who are impacted before changes are made.

ACHIEVED

C. Assist in the implementation of the BLM Acquisition Redesign Report recommendations as approved by the Assistant Director, Business and Fiscal Resources. This includes working with assigned team leaders and Acquisition Redesign team members to develop target dates for each project and coordinate and work with them to achieve project goals and milestones. Serves as team leader, and team member, as assigned.

ACHIEVED

D. Leads and coordinates the BLM's pilot implementation of the Department's Quality In Contracting (QUiC) initiative in Denver(CO) and the development of a QUiC Handbook. Leads and coordinates the bureau's Business and Economic Development Program (BEDP) to increase contracts and agreements to small, disadvantaged and women-owned firms and with institutions of higher learning. Assists the BLM in meeting and exceeding BEDP goals and to promote positive working relationships between small and small disadvantaged businesses and the Bureau of Land Management(BLM). Assists in coordinating and developing the performance measurement and verification system to meet GPRA requirements.

ACHIEVED

PERFORMANCE INDICATORS: *Circle or underline the applicable critical result letter(s).*

## QUALITY

Apply to Critical Result(s):

| Indicator | | | | | |
|---|---|---|---|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and expertise in areas of assigned responsibility. | (All) | A | B | C | D | E |
| **Accuracy and Thoroughness of Work:** Plans, organizes, executes, work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | (All) | A | B | C | D | E |

PERFORMANCE INDICATORS: (cont.)

Form DI-2002
September 1995

## TEAMWORK

Apply to Critical Result(s):

| Indicator | All | A | B | C | D | E |
|---|---|---|---|---|---|---|
| **Participation:** Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | (All) | A | B | C | D | E |
| **Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | (All) | A | B | C | D | E |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | (All) | A | B | C | D | E |
| Other (specify): | All | A | B | C | D | E |

## CUSTOMER SERVICE

Apply to Critical Result(s):

| Indicator | All | A | B | C | D | E |
|---|---|---|---|---|---|---|
| **Quality of Service:** Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestions for improving service. | (All) | A | B | C | D | E |
| **Timeliness of Service:** Delivers quality products and services in accordance with time schedules agreed upon with customer. | (All) | A | B | C | D | E |
| **Courtesy:** Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | (All) | A | B | C | D | E |
| Other (specify): | All | A | B | C | D | E |

---

**PART II. PROGRESS REVIEWS:** *Date of review and initials of employee and Rating Official (R.O.) must also be provided for each review. A summary of comments is optional unless results are not being achieved.*

Date: 4/5/97
Emp. Initials: *[initials]*
R.O. Initials: *[initials]*

Date: _____
Emp. Initials: _____
R.O. Initials: _____

---

**PART III. SUMMARY RATING:** (Enter: *Achieved* or *Not Achieved* on this line)    RESULTS: ACHIEVED
*Space is provided to summarize the basis for rating given. A "Results Not Achieved" rating requires documentation and explanation.*

---

**PART IV. CERTIFICATION:** *(Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form).*

| Performance Plan: *(Sign when plan is established)* | | Summary Rating: *(Sign when rating is completed)* | |
|---|---|---|---|
| *Milton E. Nily* | 11/15/96 | *Peter W. Neubauer* | 11/4/97 |
| Employee | Date | Rating Official | Date |
| *Peter J. Neubauer* | 11/15/96 | | |
| Rating Official | Date | Reviewing Official *(required for summary of "Results Not Achieved")* | Date |
| | | *Milton E. Nily* | 11/4/97 |
| Reviewing Official *(when required by Bureau/Office)* | Date | Employee | Date |

Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

May 3, 1999

Dear Applicant:

You recently applied to vacancy announcement WO-99-15. This announcement was canceled. We have enclosed a similar, but not identical vacancy announcement. You must reapply under this enclosed vacancy announcement to be considered.

If you have any questions, please feel free to call me on (202) 452-5072.

Sincerely,

LaShawn M. Barber
Philesa A Spencer
              t Specialist

Current Job Openings | General Information | On-line Application | JOB DETAILS | Exit to USAJobs | Exit to Customer Survey | Print Info | HELP | HOME

Use BACK on your browser to return to Job Search Results.

```
                                                         CONTROL NO ID9797
USAJOBS                                                             -FM
-----------------------------------------------------------------------
SUPERVISORY PERSONNEL MANAGEMENT SPECIALIST
                                    OPEN PERIOD 04/19/1999 - 05/18/1999
SERIES/GRADE: GS-0201-15/
SALARY: $ 80,658 TO $ 104,851, ANNUAL   PROMOTION POTENTIAL: GS-15
ANNOUNCEMENT NUMBER: WO-99-27

HIRING AGENCY: INTERIOR, BUREAU OF LAND MANAGEMENT
DUTY LOCATIONS: 0001   WASHINGTON,   DC

REMARKS:  APPLICATIONS WILL BE ACCEPTED ONLY FROM CURRENT CAREER EMPLOYEES,
          CAREER CONDITIONAL EMPLOYEES, OR PERSONS ELIGIBLE FOR TRANSFEROR
          REINSTATEMENT.  PRIORITY CONSIDERATION WILL BE GIVEN TO CANDIDATES
          ELIGIBLE UNDER THE CTAP AND I CTAP PLACEMENT PROGRAMS.  PRIORITY
          CONSIDERATION WILL BE GIVEN TO AGENCY EMPLOYEES ELIGIBLE UNDER THE
          CTAP PLACEMENT PROGRAM.

CONTACT:         HUMAN RESOURCES MANAGEMENT
                 PHONE: (703) 440-1500

                 BUREAU OF LAND MANAGEMENT
                 EASTERN STATES
                 BRANCH OF HUMAN RESOURCES
                 SPRINGFIELD, VA  22153
```

Full vacancy announcement follows. Please be sure to review for complete qualification and "How to Apply" information.

Download PDF file of Special Form - DI 1935

This announcement requires completion of a special form or forms. Please carefully review the vacancy announcement which follows for full "How to Apply" instructions. **To download a PDF file** of the form for mailing, click on Download PDF file.

After downloading the file, you must complete the form (see announcement for instructions) and mail it to the address provided in the announcement.

```
                      Vacancy Announcement
                    DEPARTMENT OF THE INTERIOR
                  INTERIOR, BUREAU OF LAND MANAGEMENT
```