UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON HILL,
    Plaintiff,

v.                                                Civil Action No. 06-1233 (JDB)

DIRK KEMPTHORNE,
    Defendant.

DECLARATION OF

I, _Valerie Turner_, hereby declare and state:

1. I am the _Human Resources Specialist_. The information in this declaration is based on the official records of the Department of Interior (DOI).

2. The federal payroll records for the Bureau of Land Management (BLM) reflect that during the period 1999 through April 2000, Joseph Federline only received a temporary promotion to the GS-15 level as Deputy Assistant Director effective July 18, 1999 not to exceed (NTE) August 31, 1999. The records reflect no temporary promotions for Robert Donelson during that time period.

3. The agency's records also reflect that Gwen Mason, was serving in the position of Associate State Director, Eastern States, beginning in 8/16/98 to June 15, 2000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October, 2007.    _Valerie Turner_
    Name

**EXHIBIT**
HR Dec.