## Page 1

```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - -x

MILTON HILL                :

        Plaintiff,         :

   vs.                     :  Case No: 06-1233 (JDB)

KEMPTHORNE                 :

        Defendant.         :

- - - - - - - - - - - - - -x


                    Washington, D.C.

                    Friday, July 27, 2007


Deposition of:

              WARREN JOHNSON, JR.,

the Deponent, called for examination by counsel for Defendant,

pursuant to notice and agreement as to time and place at 501

3rd Street, N.W., Washington, D.C., before Sean Williams, a

Notary Public in and for the District of Columbia.
```

## Page 2

```
APPEARANCES:

        On Behalf of the Plaintiff:

        STEPHEN DOMENIC SCAVUZZO, ESQUIRE

        180 Maple Avenue West

        Vienna, Virginia 22180

        (703) 319-8770


        On Behalf of the Defendant:

        RHONDA FIELDS

        Assistant United States Attorney

        U.S. Attorney's Office

        501 3rd Street, N.W.

        Washington, D.C. 20530


                   I N D E X

WITNESS:         EXAMINATION:              PAGE:

Warren Johnson, Jr.   Direct - Mr. Scavuzzo      3

                      Cross - Ms. Fields        40
```

EXHIBIT

Johnson Depo

## Page 3

### PROCEEDINGS

(10:15 a.m.)

(Whereupon,

WARREN JOHNSON, JR.

was called as a witness and after having been first duly sworn, was examined and testified as follows:)

DIRECT EXAMINATION

BY MR SCAVUZZO:

Q. Mr. Johnson, good morning. My name is Steve Scavuzzo. I'm Mr. Milton Hill's attorney.

A. Greetings to you.

Q. And this is a deposition where -- a process where I ask you questions about matters related to his case. Have you ever been deposed before?

A. Yes.

Q. So you're familiar with the process in the earlier depositions. You know that I ask you questions and you respond to those by speaking words. If I ask you a question that requires a yes or no, say it like that versus uh-uh or um-hum, because it doesn't pick up. And also, we're not on videotape, so it doesn't pick up if you nod or shake your head, do you understand that?

A. Yes.

Q. Okay. And by the way, is it Warren Johnson or Junior? It doesn't say. Are you junior?

## Page 4

A. Yes.

Q. Oh, okay. Some of the papers say Warren Johnson, others say Warren Johnson, Jr. You are junior?

A. Correct.

Q. All right. And your father doesn't work for the Department of the Interior?

A. That's correct.

Q. Okay. Now but you did at one time and are now retired, correct?

A. That's correct.

Q. When did you retire?

A. August '02.

Q. August '92, okay. Now prior to -- is that correct?

A. End of August --

Q. August '02, okay. Whatever date it was when you went out, what was your position?

A. I was in the position of Director of EEO and Affirmative Employment.

Q. Okay. Is that different than Human Resources?

A. Yes.

Q. All right. So your title was not Director of Human Resources, you were Director of EEO and --

A. Affirmative Employment.

Q. -- Affirmative Employment? Is that a division of the Human Resources Department?

## Page 5

1 A. Yes.
2 Q. Okay. Do you remember, how many divisions are there
3 in Human Resources?
4 A. Five.
5 Q. Five? So each of these divisions has a separate
6 director?
7 A. I don't understand the question.
8 Q. These five divisions which you said --
9 A. Each one -- each division has a director.
10 Q. All right, that's what I mean. Okay, now did the
11 Human Resources office have what I'm going to call a
12 congressional liaison?
13 A. No.
14 Q. You know, for example, I mean if somebody wrote a
15 letter to a congressman, do they have a separate office to
16 respond to those congressional inquiries?
17 A. No.
18 Q. Okay. Now when you left in August of '02, you said
19 you were the director, right?
20 A. Director of EEO and Affirmative Employment.
21 Q. Right. Okay, were you ever the assistant director?
22 A. Yes.
23 Q. And when --
24 A. The Assistant Director for Human Resources.
25 Q. Oh, I see, okay. When were you the Assistant

## Page 6

1 Director for Human Resources?
2 A. June of 1998 until March of '02.
3 Q. Okay. And then you went to being the Director of
4 EEO and Affirmative Employment?
5 A. Yes.
6 Q. And you held that position until you retired?
7 A. Yes.
8 Q. All right. I'm going to show you three documents.
9 I have them marked as Plaintiff's 1, 2, 3.
10 MS. FIELDS. These documents?
11 MR. SCAVUZZO. I was going to -- yeah, they're --
12 okay. I'm going to mark -- can we copy them after the end of
13 this? Those are yours, Rhonda, but -- okay.
14 MS. FIELDS. These are for me?
15 MR. SCAVUZZO. Yes, those are all for you.
16 So what I'll do is mark them now and copy them at
17 the end of the deposition, okay?
18 BY MR. SCAVUZZO:
19 Q. All right, Mr. Johnson, do you recognize those
20 letters that have been marked as Plaintiff's 1, 2, and 3?
21 A. Yes.
22 Q. And did -- were you the person that drafted those
23 letters?
24 A. Yes.
25 Q. Now had you ever in your position as Assistant

## Page 7

1 Director of Human Resources responded to letters from senators
2 or representatives before?
3 A. Yes.
4 Q. Why would it be that you would respond to this
5 letter versus the EEO department or division of the Department
6 of the Interior?
7 A. The EEO office came under the Assistant Director for
8 Human Resources.
9 Q. All right. And what -- and was one of the duties
10 and responsibilities of your position as assistant director to
11 respond to these type of congressional inquiries?
12 A. Only if they've been coordinated through the
13 Congressional Affairs office.
14 Q. I see. There was a Congressional Affairs office?
15 A. For the Bureau.
16 Q. For the Bureau?
17 A. But not for the HR office. Congressional -- would
18 come in, go to the Congressional Affairs office.
19 Congressional Affairs office will ask the appropriate office
20 to respond.
21 Q. I see. Was it the usual protocol for the
22 Congressional Affairs office to respond to congressional
23 inquiries?
24 A. I don't know the -- I can't speak for the
25 Congressional Affairs office.

## Page 8

1 Q. I see. All right. Now from the letters, these
2 letters that you wrote, can you determine if Mr. Hill did in
3 fact contact the respective senators and respective --
4 A. Can I tell if he contacted them?
5 Q Let me ask you this: Do you remember writing these
6 letters?
7 A. Yes.
8 Q. Okay. Do you remember why you wrote them?
9 A. As a response to a letter to the Bureau's
10 Congressional Affairs office that was forwarded to my office
11 for reply.
12 Q. All right. And what -- it says that -- in one of
13 these letters that -- we're speaking about the first two,
14 Plaintiff's 1 and 2. They were written in October of '99, and
15 the second one, the inquiry -- the third one, the inquiry was
16 in November?
17 A. Okay.
18 Q. Is that correct?
19 A. Two are dated November 4, 1999, and the third is
20 dated November 29th, 1999.
21 Q. So that's when the letters from the senator or the
22 representative, that's when they wrote to BLM, correct?
23 A. No, those are the dates that have been stamped on
24 here as the date that we sent them out.
25 Q. You sent out the responses? Oh, okay.

Page 9

1    A. Right.
2    Q. All right. So prior to that, there was a
3  congressional inquiry, correct?
4    A. Correct.
5    Q. All right. Now when you get this congressional
6  inquiry, does the congressional inquiry say -- does it enclose
7  a copy of the letter that the constituent wrote, or in this
8  case do you remember seeing the letter that Mr. Hill wrote?
9    A. I don't remember but I must have because I'm saying
10  in the letter here thank you for your letter of, date, on
11  behalf of your constituent, but I can't remember any detail
12  about an incoming letter.
13    Q. Okay. Well, now, however, would it be fair to say
14  that you knew from these responses that you wrote that
15  Mr. Hill had made a discrimination complaint with those two
16  senators and the representative?
17    A. I cannot tell if Mr. Hill had filed a discrimination
18  complaint. There's a procedure for doing so.
19    Q. That's correct, but -- that's right. That's a point
20  we might get to, but that wasn't my question. The question
21  was were you aware -- is it obvious from the context of these
22  letters that Mr. Hill had complained about discrimination at
23  BLM to these senators and Representative Witt (ph)?
24    A. Yes.
25    Q. Okay. And that's why you mentioned the zero

Page 10

1  tolerance policy about discrimination, correct?
2    A. Yes.
3    Q. Now, so as of this time frame, as stated in this
4  letter, you were aware that Mr. Hill was -- had
5  discrimination allegations against the Bureau of Land
6  Management, correct?
7    A. I was -- I had no personal knowledge of Mr. Hill's
8  case.
9    Q. Correct, but that wasn't my question. The question
10  was that he had made these allegations of discrimination with
11  the different representatives and you were aware of that,
12  correct?
13    A. The only time I became aware is when the letters
14  came in from the congressional --
15    Q. Correct. Okay, so that was the first time you
16  became aware?
17    A. Right.
18    Q. Now, and the letters, you said they went to the
19  congressional -- what did you call it? What office?
20    A. Congressional Affairs.
21    Q. Congressional Affairs, who forwarded it to the who?
22    A. They forwarded it to the Assistant Director -- no,
23  the deputy director, and the deputy director's office
24  forwarded it to the appropriate office for response.
25    Q. I see. And that's how you ended up with it?

Page 11

1    A. Yes.
2    Q. Now who else -- do you recall discussing Mr. Hill's
3  letters to the representatives with anyone else?
4    A. Who do you mean by representatives?
5    Q. In these three exhibits, and they would be -- I
6  don't remember the exhibit numbers. They would be Senator
7  Sarbanes, Senator Warner, and Representative Witt. Do you
8  recall discussing with BLM people Mr. Hill's letters that he
9  had written to those representatives?
10    A. No.
11    Q. So you would not discuss that with anyone at BLM?
12    A. No, because the letters come through Congressional
13  Affairs to the deputy director's office, and they forward them
14  to the appropriate assistant director for response, with the
15  concurrence of the Congressional Affairs or -- I would not go
16  back and discuss anything on the letter -- Congressional
17  Affairs would close the case in terms of haven't been
18  responded to.
19    Q. I see. Would you think it was appropriate to let
20  the EEO division know that someone was complaining about
21  discrimination at BLM?
22    A. I'm sure -- the EEO office helps me in terms of the
23  drafting of these because it's all a part of the same office.
24    Q. I see. Okay. So you did discuss it -- discussed
25  them with the EEO office, right?

Page 12

1    A. Yes.
2    Q. Okay. And would the EEO office discuss these
3  letters with any of Mr. Hill's managers or with Mr. Hill?
4    A. I cannot answer that.
5    Q. You don't know?
6    A. I don't know.
7    Q. All right. But you said you did discuss these --
8    A. With EEO.
9    Q. You discussed it with EEO?
10    A. EEO office --
11    Q. And you would have done this, is it fair to say,
12  sometime in October of 1999?
13    A. Yes, that's fair to say, because they are dated in
14  November of '99.
15    Q. Okay. Let's set these aside because that was the
16  questions I want to remember when I photocopy them.
17      MS. FIELDS. I thought you were going to give them
18  to the court reporter.
19      MR. SCAVUZZO. Yeah, I'm going to -- okay, don't
20  leave out of here until we copy them, okay?
21      BY MR. SCAVUZZO:
22    Q. Do you recall Mr. Hill being detailed to the
23  Industrial War College?
24    A. Yes.
25    Q. And do you -- would you recall the month and year

Deposition of                                CondenseIt™                              Warren Johnson

Page 13

1 that that ended?
2    A. I cannot recall the month or date.
3    Q. All right. How would you be familiar with
4 Mr. Hill's detail to, let's say, the War College?
5    A. I recommended him.
6    Q. Oh, I see. And you did that in your capacity as
7 Assistant Director of Human Resources?
8    A. Correct.
9    Q. All right. All right, now -- okay, I don't
10 understand that. How would the Assistant Director of Human
11 Resources have responsibility over that type of a detail? In
12 other words, how would that be part of your duties and
13 responsibilities?
14    A. Let's go to detail first. Mr. Hill asked me if I
15 would support him for nomination to the college, and I told
16 him yes.
17    Q. And, obviously, he had to have done that sometime
18 before he went, right?
19    A. Correct.
20    Q. Okay.
21    A. And I called -- I wrote a memo to the Assistant
22 Secretary supporting Mr. Hill's request to go to the college.
23    Q. And would that Assistant Secretary be John Berry?
24    A. No, this was Pat Shea, who is the Assistant
25 Secretary for the Bureau of Land Management.

Page 14

1    Q. All right. All right. continue. if you would.
2 Okay, my question. though. is that Mr. Hill came to you
3 sometime before he went to the War College and said he wanted
4 to be considered, correct? Is that how it worked or was it
5 some other way?
6    A. No, he came to visit me and asked if I would support
7 his request to go, and I said yes. I had just gotten to the
8 organization and I said yes.
9    Q. I see. When did you come to the organization?
10    A. In June of '98.
11    Q. June of '98. all right. Now wouldn't the usual
12 protocol be that you would direct that type of an inquiry to
13 your supervisor?
14    A. Well, that's where I thought Mr. Hill was going, was
15 getting some support to take to his supervisor, to go through
16 the nomination process.
17    Q. I see.
18    A. And my recommendation was not a recommendation to
19 the department and it was not a nomination. It would support
20 Mr. Hill in terms of his request to be considered for the
21 college.
22    Q. Who makes the decision that he's actually permitted
23 to go to, in this case, the War College?
24    A. Well, it would have to start with his supervisor.
25    Q. I see. Do you recall who his supervisor was in June

Page 15

1 of '98?
2    A. No. No, I don't.
3    Q. Do you recall at this time Mr. Hill expressing any
4 concern about discrimination at the BLM to you?
5    A. Not to me.
6    Q. All right. Now -- all right. Eventually, he was
7 selected to go -- well, he went to the War College, correct?
8    A. Correct.
9    Q. And did -- and that arrangement ended, correct? He
10 came back at some point?
11    A. He completed the War College.
12    Q. All right. Well, do you recall when he completed
13 it?
14    A. I don't know. I can't recall. It's a year-long
15 program.
16    Q. A year-long -- all right. Now do you recall when he
17 came back from the War College what his positions were or what
18 his details were?
19    A. No.
20    Q. Do you recall him being detailed to the Office of
21 the Secretary? One moment.
22       Office of Environmental Policy?
23    A. I do not recall him being detailed there. I do
24 recall him -- do recall he was trying to broker a detail to
25 that office.

Page 16

1    Q. I see. So after his return from the War College, he
2 was attempting to arrange a detail to that office, you recall
3 that?
4    A. Yes.
5    Q. All right. Do you recall that detail being
6 terminated?
7    A. No, because it was never a detail.
8    Q. I see. Now why was it never a detail?
9    A. Because Mr. Hill's supervisor had no knowledge and
10 had not approved it.
11    Q. I see. So it's your testimony that he assigned
12 himself to this detail, without -- strike that.
13       It's your knowledge that he became involved in this
14 detail, if at all, without his supervisor's approval?
15    A. That's the way I understand it.
16    Q. Who was his supervisor at the time?
17    A. I don't know. I know his second-level supervisor
18 was Mr. Bob Doyle.
19    Q. All right. And that's -- the basis of your
20 knowledge about this comes from Mr. Doyle, correct?
21    A. Yes.
22    Q. All right. Now you said that the detail wasn't
23 terminated because, basically, it never legitimately started,
24 correct? Is that accurate?
25    A. Yes. You can't terminate a detail if one never

Free State Reporting, Inc.  (410) 974-0947                              Page 13 - Page 16

Page 17

1  starts.
2      Q. All right. Now you don't have any personal
3  knowledge of that? This is what Mr. Doyle told you, correct?
4      A. Told me what?
5      Q. That the detail was never approved by Mr. Hill's
6  supervisor?
7      A. Correct.
8      Q. All right.
9      A. And Mr. Doyle asked me to talk to Dr. Taylor in the
10 environmental office regarding what arrangements, because he
11 was under the impression that the -- Dr. Taylor's office
12 wanted to pay for the proposed detail.
13     Q. I see. The proposed detail, Mr. Hill proposed the
14 detail, correct?
15     A. To the best of my knowledge, yes.
16     Q. All right. And your knowledge is really coming from
17 Mr. Doyle?
18     A. Yes.
19     Q. Now did you say that Dr. Taylor was supposed to fund
20 the detail?
21     A. No. In fact, when I went to see Dr. Taylor,
22 Dr. Taylor was under the impression that Mr. Hill's supervisor
23 or office was going to pay for the detail.
24     Q. I see.
25     A. Mr. Doyle, who's the second-level supervisor of

Page 18

1  Mr. Hill, assumed that Mr. Taylor was going to pay for --
2      Q. Okay. Now you went to see personally Dr. Taylor,
3  correct?
4      A. Correct.
5      Q. And you also discussing this situation with
6  Mr. Doyle, correct?
7      A. Yes, sir.
8      Q. All right. Now do you recall when you were
9  conducting these discussions, what time frame, what month and
10 year?
11     A. No, I cannot recall the --
12     Q. All right. Now I showed you those letters,
13 Plaintiff's 1, 2, and 3, and then the time frame in here.
14 Would it be before you got these letters or would it have been
15 after you got these letters?
16     A. I don't know.
17     Q. You have no recollection of that?
18     A. I have no recollection of the time frame. I
19 cannot -- to answer with any other activities.
20     Q. Would it have been considerate, in your view,
21 unusual -- strike that.
22        Do you know how long Mr. Hill had worked for BLM
23 prior to the fall of '99?
24     A. No.
25     Q. All right. Did you view those charges that he was

Page 19

1  making unusual or significant in any way?
2      A. I viewed them as being significant. That's why they
3  were coordinated with the EEO office.
4      Q. I see. But you just can't recall whether or not the
5  discussions about the detail to the Office of Secretary, with
6  Dr. Taylor and Robert Doyle, you can't recall whether they
7  happened before you responded to this letter or after?
8      A. No.
9      Q. All right. Now you go to Dr. Taylor, discuss this
10 with him. You've discussed this with Mr. Doyle. What
11 happened after that with respect to this detail?
12     A. Dr. Taylor said he didn't have the money to fund the
13 request for detail, and Mr. Doyle said that he had work for
14 Mr. Hill to perform, and that was the end of it.
15     Q. I see. Do you remember where Mr. Hill went after
16 that or what responsibility he was detailed to after that?
17     A. No.
18     Q. Okay. Do you recall attending a meeting with
19 Mr. Hill, yourself, and Mr. Frye (ph)?
20     A. Yes. I arranged the meeting per Mr. Hill's request.
21     Q. I see. Now why would Mr. Hill -- why did Mr. Hill
22 request a meeting?
23     A. He wanted to debrief the deputy director regarding
24 his experiences with the Industrial College.
25     Q. I see. So this was after he came back from the

Page 20

1  Industrial College?
2      A. Yes.
3      Q. Was it before or after you received these letters?
4      A. I can't recall. I don't know what time frame the
5  meeting was, but now I know what time frame these letters but
6  I cannot recall the time frame of the meeting.
7      Q. All right. Now what was Mr. Frye's position again?
8      A. Deputy director.
9      Q. Deputy director, and Hill wanted to tell the
10 deputy director about what he did at the War College. is that
11 right or --
12     A. Yes.
13     Q. I see. And that was the only purpose of the
14 meeting?
15     A. That was the purpose of the meeting, and Mr. Hill
16 asked me if I would arrange the meeting.
17     Q. I see. So you arranged the meeting on that purpose?
18     A. Yes.
19     Q. Okay. Do you recall the date of the meeting?
20     A. No.
21     Q. But you recall the meeting?
22     A. Yes.
23     Q. Did Mr. Hill bring up different matters at the
24 meeting other than just what he did at the War College?
25     A. The only thing I can recall is he talked about the --

Page 21

1  - where he had traveled and what he had done and the people he
2  had met, the project he worked on.
3     Q. I see. At the War College?
4     A. Yes.
5     Q. Okay. So that's all you remember being discussed?
6     A. Yes.
7     Q. I'm going to mark this as Complainant's 4.
8        MR. SCAVUZZO. You have it, Rhonda. I'll show it
9  to you.
10        BY MR. SCAVUZZO:
11     Q. All right, showing you what's been marked as
12  Complainant's 4, have you ever seen that letter before?
13     A. I don't have any -- from the language in here, I
14  don't recall, so I cannot -- I don't have any recollection of
15  having seen this.
16     Q. Well, you haven't seen the letter, but do you recall
17  being in attendance at a meeting where Mr. Hill raised these
18  charges with -- that Mr. Frye is talking about here? Let me
19  ask you this: Do you recall being at a meeting where Mr. Hill
20  discussed with Mr. Frye allegations of racism at BLM?
21     A. No.
22     Q. All right. Do you recall at this or any other
23  meeting Mr. Hill discussing an application for the assistant -
24  - for a vacancy of a position, the Assistant Director of
25  Eastern States?

Page 22

1     A. No.
2     Q. Okay.
3        MR. SCAVUZZO. Do you have the ROI with you?
4        MS. FIELDS. No. I don't.
5        MR. SCAVUZZO. All right.
6        BY MR. SCAVUZZO:
7     Q. All right, I'm going to show you the Report of
8  Investigation in this case and I'd like you to take a look at
9  what's been marked as Exhibit 17 and Exhibit 16, and ask you
10  if you recognize those two exhibits?
11        MS. FIELDS. 16 and 17?
12        MR. SCAVUZZO. Right.
13        WITNESS. Does that include this letter?
14        BY MR. SCAVUZZO:
15     Q. Well, the exhibit includes it, but my question was
16  do you recognize those vacancy announcements?
17     A. Okay. The vacancy announcement, yes. I don't
18  recognize this cover letter.
19     Q. All right. Now with respect to the vacancy
20  announcement, are they for the same positions or different
21  ones?
22     A. It's the same position.
23     Q. All right. Now directing your attention to
24  Exhibit 17, what was the date of that vacancy announcement?
25     A. Opening on February 10, '99, and closing March 11,

Page 23

1  '99.
2     Q. All right. Now directing your attention to
3  Exhibit 16, what was the opening date of that vacancy
4  announcement?
5     A. April 19th, '99, closing May 18th, '99.
6     Q. All right. Now are these the same positions or
7  different ones?
8     A. The same.
9     Q. The same position?
10     A. Right, correct.
11     Q. Now let's go back prior to February 10th, '99, which
12  is the date of the first vacancy announcement, Exhibit 17.
13  Were you the selecting official for this position?
14     A. Yes.
15     Q. All right. Who would generate these vacancy
16  announcements?
17     A. The servicing personnel office.
18     Q. The personnel office?
19     A. Personnel office.
20     Q. Now how would they know that this position is a
21  requirement of the department or has become vacant?
22     A. Due to a manning or staffing roster, I should say.
23     Q. All right. At this point in time, you are the
24  Assistant Director of Human Resources?
25     A. Correct.

Page 24

1     Q. All right. Would you become involved in all these
2  types of selections?
3     A. All of what type of selections?
4     Q. Let me strike that. Why was it -- how did this
5  particular job come under your jurisdiction of your duties and
6  responsibilities?
7     A. It was in my immediate office.
8     Q. The Human Resources office?
9     A. Yeah. Assistant Directorate for Human Resources,
10  which is a policy office.
11     Q. So would you be the selecting official for all the
12  positions, the year -- did that get --
13     A. For all of the supervisors, yes..
14     Q. With a supervisor?
15     A. Yes.
16     Q. All right. Now have you compared the first vacancy
17  announcement to the second one?
18     A. Yes.
19     Q. All right. Is it fair to say that there aren't any
20  changes in the body of it?
21     A. There are boilerplate changes, but there are no
22  changes as relates to his skills, knowledge, ability, and
23  duties.
24     Q. Identify, please, the boilerplate changes that you
25  just referred to.

Page 25

1       MS. FIELDS.  Would it be helpful if we took it
2 apart?
3       WITNESS.  Yes.
4       MR. SCAVUZZO.  I'll put it back together
5 eventually.  Thank you.
6       MS. FIELDS.  Why don't you mark this?
7       COURT REPORTER.  15?
8       MR. SCAVUZZO.  No, it'll be 5 and 6.
9       Okay, now that's confusing.  That one ought to be 5
10 because that's the first one.
11       BY MR. SCAVUZZO:
12       Q.  You said that there were boilerplate-type changes,
13 what were they?
14       MS. FIELDS.  You want him to mark this?
15       MR. SCAVUZZO.  Well, identify it somehow.  You can
16 mark them if you like.  Identify them somehow.
17       MS. FIELDS.  Why don't you bracket --
18       MR. SCAVUZZO.  Bracket them?  Okay.
19       BY MR. SCAVUZZO:
20       Q.  Now that one you've just bracketed, what is the
21 difference?
22       A.  Supervisor of Human Resources Specialist was not a
23 occupation title at that time, human resources, and that's why
24 I have the 301 designation --
25       Q.  I didn't ask you about the series designation, but

Page 26

1 what I'm -- my question was that you bracketed language which
2 is exactly the same in both documents, isn't it?  Doesn't 5
3 say Supervisory Personnel Management Specialist and 6 says
4 Supervisory Human Resources Specialist?
5       A.  That's not the same.
6       Q.  Okay, that's not the same.
7       A.  You asked me to bracket the changes.
8       Q.  All right.  Okay, and you did, and one has the
9 language specialist, correct?
10       A.  Both have the language specialist.
11       Q.  All right.  So 6 has the words management specialist
12 and 5 has the words human resources instead of management,
13 correct?  Is that the change?
14       A.  No.  6 has personnel management and 5 has human
15 resources.
16       Q.  Okay.  All right.  Now this is a little confusing:
17 it confused me.  6 was the first vacancy announcement,
18 correct?
19       A.  No.
20       Q.  6 was the second?  Okay.  5 was the first vacancy
21 announcement, correct?
22       A.  Yes.
23       Q.  In February of '99?
24       A.  Yes.
25       Q.  Okay.  And then 6 is the second one?

Page 27

1       A.  Yes.
2       Q.  In April of '99?
3       A.  Correct.
4       Q.  All right.  Okay, what are the other changes?
5       Now what was it that you just circled?
6       A.  Hiring agency.
7       Q.  I see.
8       A.  And it says Interior Bureau of Land Management.
9       Q.  Okay.  Was that different than 5?
10       A.  Yes.  This is a boilerplate change, added the hiring
11 agency.
12       Q.  Okay.  What is the change that you just circled now?
13       A.  5 says "Application will be accepted from federal
14 employees eligible for transfer or reinstatement or persons
15 eligible for noncompetitive appointments:  BRA, severely
16 physically disabled, returning Peace Corps volunteers, et
17 cetera.  Veterans who are preference-eligible or who have been
18 separated from the Armed Forces under honorable conditions
19 after three or more years of continuous service may apply."
20 That's 5, and --
21       Q.  What's the change in 6?
22       A.  And on 6 it says "Applications will be accepted only
23 from current career employees and career-conditional employees
24 or persons for eligible for transfer, reinstatement.  Priority
25 consideration will be given -- under the CTAP and ITAP --

Page 28

1 priority consideration will be given to agency employees also
2 under the CTAP placement."
3       Q.  So that change made the scope of the -- or the pool
4 of the people that were eligible smaller?
5       A  No
6       Q.  Made it bigger?
7       MS. FIELDS.  Excuse me one more time.
8       BY MR. SCAVUZZO:
9       Q.  All right.  And my question was did the change --
10 well, what you circled, did the pool of eligible candidates
11 become greater or less when -- as a result of that change?
12 That was my question.
13       A.  No change.
14       Q.  All right, so it's not a change anyway.  What you
15 circled --
16       A.  It's just different language.
17       Q.  Different language.  Are the pool of candidates the
18 same thing?  Is there any change?
19       A.  The pool of candidates would be the same.
20       Q.  All right.  Okay, are there any other changes?
21       A.  The format is different.  The format of the
22 announcement is different.  The next major heading under 5 is
23 Major Duties and the --
24       Q.  Besides the format, are the major duties the same?
25       A.  The major duties are the same.

Deposition of                          CondenseIt™                          Warren Johnson

Page 29

1    Q. All right. Is the change that you just circled
2  related to drug testing?
3    A. This is -- in no. 6 it says "This is not a drug
4  testing designated station."
5    Q. All right. Is that a change because the other one
6  doesn't have that language?
7    A. I was looking at it in terms of where it was located
8  in the announcement --
9        Okay, this is not a drug testing designated position
10  in 6, which the language doesn't appear to be in 5.
11    Q. Okay, that was added.
12    A. Some travel will be required in no. 6, which --
13    Q. And 5 doesn't have that?
14    A. And 5 doesn't have that.
15    Q. All right. Well, let me -- I want to stop you right
16  there and I want to go back to the first change. I want to
17  ask you a couple of questions about that.
18    A. Okay.
19    Q. All right. Now in preparation for this deposition,
20  I understand that you reviewed your statement that you
21  previously gave to the EEO investigator in this case, is that
22  correct?
23    A. Yes.
24    Q. All right. Let me show you -- now on page 6 of the
25  statement, at the bottom, it says "Tell me the name of the

Page 30

1  person that you selected." Your response was "Concetta
2  Steward," do you see that?
3    A. Yes.
4    Q. And then it says "Why did you select Ms. Steward?"
5  Answer: "If you go back and look at the position write-up, it
6  was dealing with human resources automation, human resources
7  policy, and the recency of HR issues," do you see that?
8    A. Yes.
9    Q. All right. Now the first vacancy announcement, as
10  shown by Exhibit 5, called for a human resources specialist,
11  is that right?
12    A. Correct.
13    Q. Now that was changed in 6 to a personnel management
14  specialist, isn't that correct?
15    A. Yes.
16    Q. And isn't it true that a personnel management
17  specialist is different than a human resources specialist?
18    A. No.
19    Q. Well, then why would it be called something
20  different if it isn't something different?
21    A. Because at the time of this announcement, human
22  resources did not have a -- there was no occupational title --
23  occupational code for human resources, although we had a human
24  resources office, had human resources people. The
25  occupational code is 201, which is personnel management.

Page 31

1    Q. I'm going to ask you about the codes in a moment,
2  but my question was in the job title you do agree that a human
3  resource specialist is a different title than a personnel
4  management specialist, correct?
5    A. Correct.
6    Q. All right. So that in a human resources specialist,
7  you will be looking for someone with primarily experience in
8  human resources, correct?
9    A. In human resources, yes.
10    Q. All right. Whereas, a personnel management
11  specialist is a broader position, encompasses more duties,
12  doesn't it, than a human resource specialist?
13    A. In the human resources field, they are on and the
14  same. The term is used interchangeably, because human
15  resources/personnel is going through a transition at that
16  time. We refer to everybody in the personnel shop as human
17  resources.
18    Q. But a specialist versus management, isn't there?
19  One contains the term a management specialist and the other
20  says human resources specialist. So your testimony is that
21  there's -- that that's the same term?
22    A. Yes.
23    Q. All right. Now who made that -- the specific change
24  I'm referring to is the change in the job type, who made that
25  change?

Page 32

1    A. The Director of Human Resources for the Department
2  of Interior.
3    Q. Did you have any input into that?
4    A. Yes.
5    Q. Okay. And what -- I mean, what type of input did
6  you have? How were you involved in the making of that change?
7    A. The Director of Human Resources for the Department
8  called and said that they want us to advertise the position as
9  supervisory human resources specialist because there's no
10  designated occupational series for it at that time, and
11  announce for that supervisory personnel management.
12    Q. All right. So you were -- okay, but that's not
13  your -- I mean, you -- well, wait a minute. That is what --
14  my question was -- you said you had input. Now my question
15  was what was your input, and your answer was someone called
16  you and told you to make the change?
17    A. Yes. What do you mean by my input?
18    Q. Well, I thought you said -- I referred to the change
19  of the job title, and my question was did you have input into
20  that change?
21    A. Yes.
22    Q. I thought your answer was yes?
23    A. Yes.
24    Q. Okay.
25    A. I made the change.

Page 33

1  Q. Oh, I see. But -- well, you made the change based
2  upon a call from somebody else?
3  A. Correct.
4  Q. All right. This is Exhibit 19 to the ROI, and I'm
5  going to show it to you. What it is is a list of series for
6  the different occupations. Now the 300 series, there are
7  several jobs under the 300 series?
8  A. Yes.
9  Q. All right. One of them is a management specialist,
10  correct?
11  A. Are you referring to 343?
12  Q. I was referring to program management, which I
13  believe is 340.
14  A. Okay, 340.
15  Q. All right. Now isn't the 300 series supposed to be
16  for managers?
17  A. Not necessarily.
18  Q. Is that another situation where they use those terms
19  interchangeably?
20  A. Not the 300 series. You've got 301, miscellaneous
21  administration program; 334, computer specialist.
22  Q. Well, let's be specific. Exhibit -- excuse me,
23  Exhibit 5 --
24  MS. FIELDS. Excuse me. He was answering your
25  question. Let him complete his answer, please.

Page 34

1  WITNESS. The whole 300 series is not for
2  management. You've got 360, equal opportunity compliance;
3  362, electric accounting machine; project planning.
4  BY MR. SCAVUZZO:
5  Q. Okay. So let's be -- let's forget about the whole
6  series and talk about 301, which is Complainant's 5.
7  A. Okay.
8  Q. That's a management position, isn't it?
9  A. Yes.
10  Q. All right. Now --
11  A. Let me say again this was a 301 because there was no
12  occupational title or code for human resources at that time,
13  so it was a miscellaneous occupation title, 301.
14  Q. Now the second announcement was a 201, that's
15  Exhibit 6, is that correct?
16  A. Correct.
17  Q. All right. What kind of position is that, according
18  to the GSA schedule?
19  A. This is a supervisory position.
20  Q. It's a supervisory position?
21  A. Correct.
22  Q. Were both positions supervisory positions?
23  A. There's only one position. There were two
24  announcements.
25  Q. All right. Now the one position, was it a

Page 35

1  supervisory position?
2  A. Yes.
3  Q. All right. Then how was it your determination that
4  experience in human resources automation is more important
5  that supervisory experience?
6  A. I didn't say it was more important.
7  Q. Okay, you didn't say it was more important, but you
8  told the EEO investigator that was the reason why you selected
9  Ms. Steward, correct?
10  A. But that was one of the reasons.
11  Q. All right, that was only -- that was one of the
12  reasons.
13  MS. FIELDS. Do you know the date of this document
14  you just identified?
15  MR. SCAVUZZO. It's ROI Exhibit 19 and it says in
16  the summary it's undated, so the answer is I don't know the
17  date.
18  BY MR. SCAVUZZO:
19  Q. All right. Now -- I'll get it back from you.
20  All right. In response to my discovery request, the
21  agency submitted -- I'm going to show you three pages with
22  regard to this. Okay, do you recognize that?
23  A. Do I recognize what?
24  Q. I'm sorry, what I've marked as Exhibit 7.
25  A. I recognize the language here. The document appears

Page 36

1  to be out of a -- from a part of a classification standard or
2  part of a --
3  Q. Well, my question was --
4  A. -- position for the office.
5  Q. Oh, I see. Well, my question was isn't that the
6  duties and responsibilities for the human resources specialist
7  that was originally advertised in -- as Exhibit 5? Isn't
8  that --
9  A. Yes.
10  Q. Okay. All right. Now were you going to say
11  something?
12  A. Yes. This is part of a position description. This
13  is a part of a position description that was probably part of
14  the original position description for this job.
15  Q. Okay, it probably was. Now --
16  A. Which would've been changed after we went back and
17  changed the --
18  Q. Okay. Well, okay, there you go. Now isn't this --
19  Plaintiff's 7 corresponds with the original vacancy
20  announcement in Plaintiff's 5, correct?
21  A. Okay.
22  Q. Is that correct?
23  A. Yes.
24  Q. All right. Now in 6, the change several months
25  later, was there another job description?

Page 37

1    A. The personnel office would have changed the job
2 description, yes, to correspond --
3    Q. I see.
4    A. -- to correspond with the vacancy announcement.
5    Q. The new one?
6    A. The new one, yes.
7    Q. Because I thought you said that those jobs were the
8 same?
9    A. They are the same.
10    Q. Okay. So if they were the same, why is it necessary
11 to issue another job description?
12    A. Because of the title change.
13    Q. So then the only change would be the title?
14    A. Correct.
15    Q. Okay. So if I obtained the job description for the
16 second vacancy announcement, the only change would be the
17 title?
18    A. Correct.
19    Q. All right.
20    A. As it relates to the major duties and the skills,
21 knowledge, and ability.
22    Q. When was the last time you saw it?
23    A. 1999.
24    Q. All right. So you wouldn't have any independent
25 recollection of what it said, would you?

Page 38

1    For the record, what I'm referring to is the job
2 description, along with the KSAs, for the second vacancy
3 announcement. You don't have any recollection specifically of
4 what it says, sitting here today, do you?
5    A. They're listed here, so yes. They're listed here in
6 this Exhibit 5.
7    Q. Well, let me ask you this: Is everything in
8 Exhibit 7 stated in Exhibit 5?
9    A. Everything is not included in here because these are
10 two different documents. This is a vacancy announcement.
11 Exhibit 5, which is only going to capture the SKAs, skills,
12 knowledge, and abilities, for -- this is a classification --
13 part of a classification document here.
14    Now everything -- they're both not identical but
15 they -- when you start talking about the duties in the
16 introduction, yes.
17    Q. Would it be fair to say that 7 has a more complete
18 job description than 5?
19    A. Yes.
20    Q. Okay. And that's just how the paperwork is
21 generated, right?
22    A. Exactly. On a vacancy announcement, you're not
23 going to put the entire classified position description.
24    Q. Which the entire position description is stated in
25 Exhibit 7 for that vacancy announcement, correct?

Page 39

1    A. I don't know. I don't know what it --
2    Q. Oh, I see.
3    A. I don't know if this is a part of the classified --
4 of this particular job. Like I said, I don't have anything to
5 support this. I don't see a specified signature, I don't see
6 a title page on this.
7    Q. All right. Now for the second vacancy announcement,
8 as set forth in 6, would that vacancy announcement have
9 another position description similar to 7?
10    A. Yes.
11    Q. I see. That's the third thing. I'll talk to your
12 counsel about that later.
13    I'm showing you what's been marked Plaintiff's
14 Exhibit 8. That was produced in discovery from the
15 government. On Government 6, the second vacancy announcement,
16 supervisory personnel management specialist on 6, do you see
17 that?
18    A. Yes.
19    Q. Okay. That is the exact same title that Concetta
20 Steward had, isn't that correct?
21    A. Yes.
22    Q. All right. And that was changed from the original
23 announcement, isn't that correct?
24    A. Correct.
25    Q. All right.

Page 40

1    MR. SCAVUZZO. I have no further questions.
2    You have -- I want to know whether you waive or --
3    MS. FIELDS. Excuse me. I might have some
4 questions.
5    (Off the record)
6    (On the record)
7        CROSS-EXAMINATION
8 BY MS. FIELDS:
9    Q. I'm going to show you what's been marked as Exhibit
10 No. 9, and this contains the pages that you previously
11 discussed with Mr. Scavuzzo that he identified as ROI Exhibit
12 No. 19, is that correct?
13    A. Yes.
14    Q. Okay. And looking at the full document, could you
15 take your time and look at it, please?
16    A. Okay, I've reviewed it.
17    Q. Now looking at that, can you tell us what that
18 document is?
19    A. This is a qualifications standard for General
20 Schedule, which is a GS position in the administrative and
21 management.
22    Q. And what agency puts this out?
23    A. The Office of Personnel Management.
24    Q. And looking at the last page, is there a date
25 indicated when this document was created?

Page 41

1    A. 22 March '99.
2    Q. And when is this in relation to this vacancy
3  announcement that you were looking at, Exhibits No. 5 and 6?
4    A. No. 5 -- Exhibit 5, this vacancy was closed in
5  March 11th, '99.
6    Q. Okay. And looking at these occupational codes which
7  you discussed with Mr. Scavuzzo, can you tell us whether or
8  not the -- your agency at that point in time had any policies
9  concerning these types of occupational codes?
10   A. The policy from the departmental human resources
11  office, Carolyn Cohen, as that we were not going to embrace
12  the human resources designation at that time.
13   Q. That's the GS-201?
14   A. As the designation of human resources as 201.
15   Q. And why was that, if you know?
16   A. I do not know.
17   Q. And what was her position?
18   A. Director of Human Resources, Department of Interior.
19   Q. That's above you?
20   A. Correct.
21   Q. Okay.
22     COURT REPORTER.  Can you repeat that name?  Is it
23  Carolyn --
24     WITNESS.  Carolyn Cohen, C-o-h-e-n.
25   BY MS. FIELDS:

Page 42

1    Q. Now I'm directing your attention to what's been
2  marked as Exhibit 7, have you seen this document before?
3    A. No.
4    Q. When you were testifying concerning it, were you
5  testifying concerning what it appeared to be to you?
6    A. Yes.
7    Q. Okay, what does it appear to be to you?
8    A. It appears to be part of a classification document
9  for a job classification.
10   Q. Now you indicated that with the new position
11  description, which was used in Exhibit No. 6, that there would
12  have been a classification document in relation to that
13  vacancy announcement, is that correct?
14   A. Yes.
15   Q. Okay. Do you at this point in time remember seeing
16  that classification document in relation to the new vacancy
17  announcement, No. 6?
18   A. No.
19   Q. Okay. And do you know whether in fact it was
20  changed in any manner?
21   A. No.
22   Q. Okay. So is your testimony an assumption as to what
23  should have occurred?
24   A. Yes.
25   Q. Thank you.

Page 43

1     MR. SCAVUZZO.  I don't have any further questions.
2     COURT REPORTER.  Off the record?
3     MS. FIELDS.  He's going to read, which means --
4     You can go off the record.
5     (Signature not waived)
6     (Whereupon, at 12:06 p.m., on July 27, 2007, the
7  deposition was concluded.)

Page 44

1              CERTIFICATE
2     I, SEAN WILLIAMS, a Shorthand Reporter and a Notary
3  Public, do hereby certify that the foregoing witness,
4  WARREN JOHNSON, JR., was duly sworn on the date indicated, and
5  that the foregoing is a true and accurate transcription of my
6  stenographic notes and is a true record of the testimony given
7  by the foregoing witness.
8     I further certify that I am not employed by or related to
9  any party to this action by blood or marriage and that I am in
10 no way interested in the outcome of this matter.
11    In witness whereof, I have hereunto set my hand this
12 13th day of August, 2007.
13
14
15              /S/
16  _____
17  Sean Williams
18  Notary Public in and for the
19  District of Columbia
20 My commission expires:
21 March 14, 2012
22
23
24
25

**-'-**

'02 [4]    4:12    4:15
5:18    6:2
'92 [1]    4:13
'98 [3]    14:10    14:11
15:1
'99 [12]    8:14    12:14
18:23    22:25    23:1
23:5    23:5    23:11
26:23    27:2    41:1
41:5

**---**

-x [2]    1:4    1:10

**-0-**

06-1233 [1]    1:7

**-1-**

12:06 [1]    43:6
13th [1] 44:12
19 [3]    33:4    35:15
40:12
1998 [1] 6:2
1999 [4] 8:19    8:20
12:12    37:23
19th [1] 23:5

**-2-**

20034 [2]    2:13
2007 [2] 1:14    43:6
2007. [1]    44:12
201 [3]    30:25    34:14
41:14
2012 [1] 44:21
22 [1]    41:1
22180 [1]    2:5
27 [2]    1:14    43:6

**-3-**

300 [5]    33:6    33:7
33:15    33:20    34:1
301 [5]    25:24    33:20
34:6    34:11    34:13
319-8770 [1]    2:6
334 [1]    33:21
340 [2]    33:13    33:14
343 [1]    33:11
360 [1]    34:2
362 [1]    34:3
380 [1]    2:4

**-4-**

40 [1]    2:20

**-7-**

703 [1]    2:6

**-A-**

abilities [1]    38:12
ability [2]    24:22
37:21
above [1]    41:19
accepted [2]    27:13
27:22
according [1]    34:17
accounting [1] 34:3
accurate [2]    16:24
44:5
action [1]    44:9
activities [1]    18:19
added [2]    27:10
29:11
administration [1]
33:21
administrative [1]
40:20
advertise [1]    32:8
advertised [1]    36:7
Affairs [7]    7:13
7:14    7:18    7:19
7:22    7:25    8:10
10:20    10:21    11:13
11:15    11:17
again [2]    20:7
34:11
against [1]    10:5
agency [6]    27:6
27:11    28:1    35:21
40:22    41:8
agree [1] 31:2
agreement [1]    1:20
allegations [3]    10:5
10:10    21:20
along [1]    38:2
announce [1]    32:11
announcement [27]
22:17    22:20    22:24
23:4    23:12    24:17
26:17    26:21    28:22
29:8    30:9    30:21
34:14    36:20    37:4
37:16    38:3    38:10
38:22    38:25    39:7
39:8    39:15    39:23
41:3    42:13    42:17
announcements [3]
22:16    23:16    34:24
answer [7]    12:4
18:19    30:5    32:15
32:22    33:25    35:16
answering [1] 33:24
anyway [1]    28:14
apart [1] 25:2
appear [2]    29:10
42:7
APPEARANCES [1]
2:1
appeared [1]    42:5
application [2] 21:23

27:13
Applications [1]
27:22
apply [1]    27:19
appointments [1]
27:15
appropriate [4] 7:19
10:24    11:14    11:19
approval [1]    16:14
approved [2]    16:10
17:5
April [2]    23:5
27:2
Armed [1]    27:18
arrange [1]    16:2
20:16
arranged [2]    19:20
20:17
arrangement [1]
15:9
arrangements [2]
17:10
aside [1] 12:15
assigned [1]    16:11
assistant [18]    2:10
5:21    5:24    5:25
6:25    7:7    7:10
10:22    11:14    13:7
13:10    13:21    13:23
13:24    21:23    21:24
23:24    24:9
assumed [1]    18:1
assumption [1] 42:22
attempting [1]    16:2
attendance [1]    21:17
attending [1]    19:18
attention [3]    22:23
23:2    42:1
attorney [2]    2:10
3:10
Attorney's [1]    2:11
August [6]    4:12
4:13    4:14    4:15
5:18    44:12
automation [2] 30:6
35:4
Avenue [1]    2:4
aware [3]    9:21
10:4    10:11    10:13
10:16

**-B-**

based [1]    33:1
basis [1] 16:19
became [3]    10:13
16:16    16:13
become [3]    23:21
24:1    28:11
behalf [3]    2:2
2:8    9:11
Berry [1]    13:23
best [1]    17:15

bigger [1]    28:6
BLM [8]    8:22
9:23    11:8    11:11
11:21    15:4    18:22
21:20
blood [1]    44:9
Bob [1]    16:18
body [1] 24:20
boilerplate [3]    24:21
24:24    27:10
boilerplate-type [1]
25:12
bottom [1]    29:25
BRA [1] 27:15
bracket [3]    25:17
25:18    26:7
bracketed [2]    25:20
26:1
bring [1]    20:23
broader [1]    31:11
broker [1]    15:24
Bureau [5]    7:15
7:16    10:5    13:25
27:8
Bureau's [1]    8:9

**-C-**

C-o-h-e-n [1]    41:24
candidates [3]    28:10
28:17    28:19
cannot [7]    9:17
12:4    13:2    18:11
18:19    20:6    21:14
capacity [1]    13:6
capture [1]    38:11
career [1]    27:23
career-conditional [1]
27:23
Carolyn [3]    41:11
41:23    41:24
case [8]    1:7    3:13
9:8    10:8    11:17
14:23    22:9    29:21
CERTIFICATE [1]
44:1
certify [2]    44:3
44:8
cetera [1]    27:17
change [26]    26:13
27:10    27:12    27:21
28:3    28:9    28:11
28:13    28:14    28:18
29:1    29:5    29:16
31:23    31:24    31:25
32:6    32:16    32:18
32:20    32:25    33:1
36:24    37:12    37:13
37:16
changed [6]    30:13
36:16    36:17    37:1
39:22    42:20
changes [8]    24:20
24:21    24:22    24:24

25:12    26:7    27:4
28:20
charges [2]    18:25
21:18
circled [5]    27:5
27:12    28:10    28:15
29:1
classification [7]
36:1    38:12    38:13
42:8    42:9    42:12
42:16
classified [2]    38:23
39:3
close [1] 11:17
closed [1]    41:4
closing [1]    22:25
23:5
code [3] 30:23    30:25
34:12
codes [3]    31:1
41:6    41:9
Cohen [1]    41:11
41:24
college [16]    12:23
13:4    13:15    13:22
14:3    14:21    14:23
15:7    15:11    15:17
16:1    19:24    20:1
20:10    20:24    21:3
Columbia [1]    1:2
1:22    44:18
coming [1]    17:16
commission [1] 44:20
compared [1]    24:16
Complainant's [3]
21:7    21:12    34:6
complained [1] 9:22
complaining [1]
11:20
complaint [2]    9:15
9:18
complete [2]    33:25
38:17
completed [2]    15:11
15:12
compliance [1] 34:2
computer [1]    33:21
concern [1]    15:4
concerning [5] 41:9
42:4    42:5
Concetta [2]    30:1
39:19
concluded [1]    43:7
concurrence [1]
11:15
conditions [1]    27:18
conducting [1]    18:9
confused [1]    26:17
confusing [2]    25:9
26:16
congressional [22]
5:12    5:16    7:11
7:13    7:14    7:17

7:18    7:19    7:22
7:22    7:25    8:10
9:3    9:5    9:6
10:14    10:19    10:20
10:21    11:12    11:15
11:16
**congressman** [1]
5:15
**considerate** [1] 18:20
**consideration** [2]
27:25    28:1
**considered** [2] 14:4
14:20
**constituent** [2] 9:7
9:11
**contact** [1]    8:3
**contacted** [1]    8:4
**contains** [2]    31:19
40:10
**context** [1]    9:21
**continue** [1]    14:1
**continuous** [1] 27:19
**coordinated** [2] 7:12
19:3
**copy** [4] 6:12    6:16
9:7    12:20
**Corps** [1]    27:16
**correct** [59]    4:4
4:7    4:9    4:10
4:13    8:18    8:22
9:3    9:4    9:19
10:1    10:6    10:9
10:12    10:15    13:8
13:19    14:4    15:7
15:8    15:9    16:20
16:24    17:3    17:7
17:14    18:3    18:4
18:6    23:10    23:25
26:9    26:13    26:18
26:21    27:3    29:22
30:12    30:14    31:4
31:5    31:8    33:3
33:10    34:15    34:16
34:21    35:9    36:20
36:22    37:14    37:18
38:25    39:20    39:23
39:24    40:12    41:20
42:13
**correspond** [2] 37:2
37:4
**corresponds** [1]
36:19
**counsel** [2]    1:19
39:12
**couple** [1]    29:17
**court** [5] 1:1    12:18
25:7    41:22    43:2
**cover** [1]    22:18
**created** [1]    40:25
**Cross** [1]    2:20
**CROSS-EXAMINATION** [1]
40:7
**CTAP** [2]    27:25
28:2
**current** [1]    27:23

**-D-**

**D.C** [3]    1:13    1:21
2:13
**date** [12] 4:15    8:24
9:10    13:2    20:19
22:24    23:3    23:12
35:13    35:17    40:24
44:4
**dated** [3]    8:19
8:20    12:13
**dates** [1] 8:23
**dealing** [1]    30:6
**debrief** [1]    19:23
**decision** [1]    14:22
**Defendant** [3]    1:9
1:19    2:8
**department** [9] 4:6
4:25    7:5    7:5
14:19    23:21    32:1
32:7    41:18
**departmental** [1]
41:10
**Deponent** [1]    1:19
**deposed** [1]    3:14
**deposition** [5]    1:17
3:12    6:17    29:19
43:7
**depositions** [1] 3:17
**deputy** [7]    10:23
10:23    11:13    19:23
20:8    20:9    20:10
**description** [13]36:12
36:13    36:14    36:25
37:2    37:11    37:15
38:2    38:18    38:23
38:24    39:9    42:11
**designated** [3]    29:4
29:9    32:10
**designation** [4] 25:24
25:25    41:12    41:14
**detail** [22]    9:11
13:4    13:11    13:16
15:24    16:2    16:5
16:7    16:8    16:12
16:14    16:22    16:25
17:5    17:12    17:13
17:14    17:20    17:23
19:5    19:11    19:13
**detailed** [4]    12:22
15:20    15:23    19:16
**details** [1]    15:18
**determination** [1]
35:3
**determine** [1]    8:2
**difference** [1]    25:21
**different** [16]    4:19
10:11    20:23    22:20
23:7    27:9    28:16
28:17    28:21    28:22
30:17    30:20    30:20
31:3    33:6    38:10
**direct** [3]    2:19
3:7    14:12

**directing** [3]    22:23
23:2    42:1
**director** [28]    4:17
4:21    4:22    5:6
5:9    5:19    5:20
5:21    5:24    6:1
6:3    7:1    7:7
7:10    10:22    10:23
11:14    13:7    13:10
19:23    20:8    20:9
20:10    21:24    23:24
32:1    32:7    41:18
**director's** [2]    10:23
11:13
**Directorate** [1]    24:9
**disabled** [1]    27:16
**discovery** [2]    35:20
39:14
**discrimination** [8]
9:15    9:17    9:22
10:1    10:5    10:10
11:21    15:4
**discuss** [6]    11:11
11:16    11:24    12:2
12:7    19:9
**discussed** [7]    11:24
12:9    19:10    21:5
21:20    40:11    41:7
**discussing** [4]    11:2
11:8    18:5    21:23
**discussions** [2] 18:9
19:5
**District** [4]    1:1
1:2    1:22    44:18
**division** [4]    4:24
5:9    7:5    11:20
**divisions** [3]    5:2
5:5    5:8
**document** [10]    35:13
35:25    38:13    40:14
40:18    40:25    42:2
42:8    42:12    42:16
**documents** [4]    6:8
6:10    26:2    38:10
**doesn't** [10]    9:20
3:21    3:25    4:5
26:2    29:6    29:10
29:13    29:14    31:12
**DOMENIC** [1] 2:3
**done** [3] 12:11    13:17
21:1
**Doyle** [10]    16:18
16:20    17:3    17:9
17:17    17:25    18:6
19:6    19:10    19:13
**drafted** [1]    6:22
**drafting** [1]    11:23
**drug** [3] 29:2    29:3
29:9
**Due** [1]    23:22
**duly** [2] 3:5    44:4
**duties** [11]    7:9
13:12    24:5    24:23
28:23    28:24    28:25
31:11    36:6    37:20

38:15

**-E-**

**Eastern** [1]    21:25
**EEO** [16]    4:17
4:22    5:20    6:4
7:5    7:7    11:20
11:22    11:25    12:2
12:8    12:9    12:10
19:3    29:21    35:8
**electric** [1]    34:3
**eligible** [5]    27:14
27:15    27:24    28:4
28:10
**embrace** [1]    41:11
**employed** [1]    44:8
**employees** [4]    27:14
27:23    27:23    28:1
**Employment** [5]
4:18    4:23    4:24
5:20    6:4
**enclose** [1]    9:6
**encompasses** [1]
31:11
**end** [4]    4:14    6:12
6:17    19:14
**ended** [2]    10:25
13:1    15:9
**entire** [2]    38:23
38:24
**environmental** [2]
15:22    17:10
**equal** [1]    34:2
**eventually** [2] 15:6
25:5
**everybody** [1] 31:16
**exact** [1]    39:19
**exactly** [2]    26:2
38:22
**examination** [3]
1:19    2:18    3:7
**examined** [1]    3:6
**example** [1]    5:14
**excuse** [4]    28:7
33:22    33:24    40:3
**exhibit** [26]    11:6
22:9    22:9    22:15
22:24    23:3    23:12
30:10    33:4    33:22
33:23    34:15    35:15
35:24    36:7    38:6
38:8    38:9    38:8
38:25    39:14    40:9
40:11    41:4    42:2
42:11
**exhibits** [2]    11:5
22:10    41:3
**experience** [3]    31:7
35:4    35:5
**experiences** [1] 19:24
**expressing** [1] 15:3

**-F-**

**fact** [3]    8:3    17:21
42:19
**fair** [5]    9:13    12:11
12:13    24:19    38:17
**fall** [1]    18:23
**familiar** [2]    3:16
13:3
**father** [1]    4:5
**February** [3]    22:25
23:11    26:23
**federal** [1]    27:13
**field** [1] 31:13
**Fields** [18]    2:9
2:20    6:10    6:14
12:17    22:4    22:11
25:1    25:6    25:14
25:17    28:7    33:24
35:13    40:3    40:8
41:25    43:3
**filed** [1] 9:17
**first** [11] 3:5    8:13
10:15    13:14    23:12
24:16    25:10    26:17
26:20    29:16    30:9
**five** [3]    5:4    5:5
5:8
**follows** [1]    3:6
**Forces** [1]    27:18
**foregoing** [2]    44:3
44:5    44:7
**forget** [1]    34:5
**format** [1]    28:21
28:21    28:24
**forth** [1] 39:8
**forward** [1]    11:13
**forwarded** [4]    8:10
10:21    10:22    10:24
**frame** [7]    10:3
18:9    18:13    18:18
20:4    20:5    20:6
**Friday** [1]    1:14
**Frye** [3] 19:19    21:18
21:20
**Frye's** [1]    20:7
**full** [1]    40:14
**fund** [2] 17:19    19:22

**-G-**

**General** [1]    40:19
**generate** [1]    23:15
**generated** [1]    38:21
**given** [3]    27:25
28:1    44:6
**good** [1] 3:9
**government** [2] 39:15
39:15
**greater** [1]    28:11
**Greetings** [1]    3:11
**GS** [1]    40:20
**GS-201** [1]    41:13
**GSA** [1] 34:18

## -H-

hand [1] 44:11
head [1] 3:22
heading [1] 28:22
held [1] 6:6
helpful [1] 25:1
helps [1] 11:22
hereby [1] 44:3
hereunto [1] 44:11
Hill [28] 1:5 8:2
  9:8 9:15 9:17
  9:22 10:4 12:3
  12:22 13:14 14:2
  14:14 14:20 15:3
  17:13 18:1 18:22
  19:14 19:15 19:19
  19:21 19:21 20:9
  20:15 20:23 21:17
  21:19 21:23
Hill's [11] 3:10
  10:7 11:2 11:8
  12:3 13:4 13:22
  16:9 17:5 17:22
  19:20
himself [1] 16:12
hiring [2] 27:6
  27:10
honorable [1] 27:18
HR [2] 7:17 30:7
human [46] 4:19
  4:21 4:25 5:3
  5:11 5:24 6:1
  7:1 7:8 13:7
  13:10 23:24 24:8
  24:9 25:22 25:23
  26:4 26:12 26:14
  30:6 30:6 30:10
  30:17 30:21 30:23
  30:23 30:24 31:2
  31:6 31:8 31:9
  31:12 31:13 31:14
  31:16 31:20 32:1
  32:7 32:9 34:12
  35:4 36:6 41:10
  41:12 41:14 41:18

## -I-

identical [1] 38:14
identified [2] 35:14
  40:11
identify [3] 24:24
  25:15 25:16
immediate [1] 24:7
important [2] 35:4
  35:6 35:7
impression [2] 17:11
  17:22
include [1] 22:13
included [1] 38:9
includes [1] 22:15
incoming [1] 9:12
independent [1]
  37:24

indicated [3] 40:25
  42:10 44:4
Industrial [3] 12:23
  19:24 20:1
input [6] 32:3
  32:5 32:14 32:15
  32:17 32:19
inquiries [3] 5:16
  7:11 7:23
inquiry [6] 8:15
  8:15 9:3 9:6
  9:6 4:12
instead [1] 26:12
interchangeably [2]
  31:14 33:19
interested [1] 44:10
Interior [5] 4:6
  7:6 27:8 32:2
  41:18
introduction [1]
  38:16
Investigation [1]
  22:8
investigator [2] 29:21
  35:8
involved [3] 16:13
  24:1 32:6
issue [1] 37:11
issues [1] 30:7
it'll [1] 25:8
ITAP [1] 27:25

## -J-

JDB [1] 1:7
job [13] 24:5 31:2
  31:24 32:19 36:14
  36:25 37:1 37:11
  37:15 38:1 38:18
  39:4 42:9
jobs [2] 33:7 37:7
John [1] 13:23
Johnson [9] 1:18
  2:19 3:4 3:9
  3:24 4:2 4:3
  6:19 44:4
Jr [5] 1:18 2:19
  3:4 4:3 44:4
July [2] 1:14 43:6
June [4] 6:2 14:10
  14:11 14:25
junior [3] 3:25
  3:25 4:3
jurisdiction [1] 24:5

## -K-

KEMPTHORNE [1]
  1:8
kind [1] 34:17
knew [1] 9:14
knowledge [10] 10:7
  16:9 16:13 16:20
  17:3 17:15 17:16
  24:22 37:21 38:12

KSAs [1] 38:2

## -L-

Land [3] 10:5 13:25
  27:8
language [9] 21:13
  26:1 26:9 26:10
  28:16 28:17 29:6
  29:10 35:25
last [2] 37:22 40:24
leave [1] 12:20
left [1] 5:18
legitimately [1] 16:23
less [1] 28:11
letter [15] 5:15
  7:5 8:9 9:7
  9:8 9:10 9:10
  9:12 10:4 11:16
  19:7 21:16 21:16
  22:13 22:18
letters [20] 6:20
  6:23 7:1 8:1
  8:2 8:6 8:13
  8:21 9:22 10:13
  10:18 11:3 11:8
  11:12 12:3 18:12
  18:14 18:15 20:3
  20:5
liaison [1] 5:12
list [1] 33:5
listed [2] 38:5
  38:5
located [1] 29:7
look [3] 22:8 30:5
  40:15
looking [7] 29:24
  31:7 40:14 40:17
  40:24 41:3 41:6

## -M-

machine [1] 34:3
major [5] 28:22
  28:23 28:24 28:25
  37:20
makes [1] 14:22
management [22]
  10:6 13:25 26:3
  26:11 26:12 26:14
  27:8 30:13 30:16
  30:25 31:4 31:10
  31:18 31:19 32:11
  33:9 33:12 34:2
  34:8 39:16 40:21
  40:23
managers [2] 12:3
  33:16
manner [1] 42:20
manning [1] 23:22
Maple [1] 2:4
March [5] 6:2
  22:25 4:1 41:5
  44:21
mark [6] 6:12 6:16
  21:7 25:6 25:14

25:16
marked [8] 6:9
  6:20 21:11 22:9
  35:24 39:13 40:9
  42:2
marriage [1] 44:9
matter [1] 44:10
matters [2] 3:13
  20:23
may [2] 23:5 27:19
mean [6] 5:10
  5:14 11:4 32:5
  32:13 32:17
means [1] 43:3
meeting [15] 19:18
  19:20 19:22 20:5
  20:6 20:14 20:15
  20:16 20:17 20:19
  20:21 20:24 21:17
  21:19 21:23
memo [1] 13:21
mentioned [1] 9:25
met [1] 21:2
might [2] 9:20
  40:3
Milton [2] 1:5
  3:10
minute [1] 32:13
miscellaneous [2]
  33:20 34:13
moment [2] 15:21
  31:1
money [1] 19:12
month [2] 12:25
  13:2 18:9
months [1] 36:24
morning [1] 3:9
must [1] 9:9

## -N-

N.W [2] 1:21 2:12
name [3] 3:9
  29:25 41:22
necessarily [1] 33:17
necessary [1] 37:10
never [5] 16:7
  16:8 16:23 16:25
  17:5
new [4] 37:5 37:6
  42:10 42:16
next [1] 28:22
nod [1] 3:21
nomination [3] 13:15
  14:16 14:19
noncompetitive [1]
  27:15
Notary [3] 1:22
  44:2 44:17
notes [1] 44:6
notice [1] 1:20
November [4] 8:16
  8:19 8:20 12:14

now [61] 4:8 4:8
  4:13 5:10 5:18
  6:16 6:25 8:1
  9:5 9:13 10:3
  10:18 11:2 13:9
  14:11 15:6 15:16
  16:8 16:22 17:2
  17:19 18:2 18:8
  18:12 19:9 19:21
  20:5 20:7 22:19
  22:23 23:2 23:6
  23:11 23:20 24:16
  25:9 25:20 26:16
  27:5 27:12 29:19
  29:24 30:9 30:13
  31:23 32:14 33:6
  33:15 34:10 34:14
  34:25 35:19 36:10
  36:15 36:18 36:24
  38:14 39:7 40:17
  42:1 42:10
numbers [1] 11:6

## -O-

obtained [1] 37:15
obvious [1] 9:21
obviously [1] 13:17
occupation [2] 25:23
  34:13
occupational [7]
  30:22 30:23 30:25
  32:10 34:12 41:6
  41:9
occupations [1] 33:6
occurred [1] 42:23
October [2] 8:14
  12:12
off [3] 40:5 43:2
  43:4
office [43] 2:11
  5:11 5:15 7:7
  7:13 7:14 7:17
  7:18 7:19 7:19
  7:22 7:25 8:10
  8:10 10:19 10:23
  10:24 11:13 11:22
  11:23 11:25 12:2
  12:10 15:20 15:22
  15:25 16:2 17:10
  17:11 17:23 19:3
  19:5 23:17 23:18
  23:19 24:7 24:8
  24:10 30:24 36:4
  37:1 40:23 41:11
official [2] 23:13
  24:11
one [24] 4:8 5:6
  7:9 8:12 8:15
  8:15 15:21 16:25
  24:17 25:9 25:10
  25:20 26:8 26:25
  28:7 29:5 31:19
  33:9 34:23 34:25
  35:10 35:11 37:5
  37:6
ones [2] 22:21 23:7
opening [2] 22:25

23:3
opportunity [1] 34:2
organization [2]
  14:8  14:9
original [3]        36:14
  36:19  39:22
originally [1]      36:7
ought [1]           25:9
outcome [1]         44:10

—P—

p.m [1]             43:6
page [4] 2:18       29:24
  39:6  40:24
pages [2]           35:21
  40:10
papers [1]          4:2
paperwork [1]       38:20
part [10] 11:23     13:12
  36:1  36:2        36:12
  36:13  36:13      38:13
  39:3  42:8
particular [2]      24:5
  39:4
party [1] 44:9
Pat [1]   13:24
pay [3] 17:12       17:23
  18:1
Peace [1]           27:16
people [4]          11:8
  21:1  28:4        30:24
per [1]  19:20
perform [1]         19:14
permitted [1]       14:22
person [2]          6:22
  30:1
personal [2]        10:7
  17:2
personally [1]      18:2
personnel [15]      23:17
  23:18  23:19  26:3
  26:14  30:13  30:16
  30:25  31:3  31:10
  31:16  32:11  37:1
  39:16  40:23
persons [2]         27:14
  27:24
ph [1]  9:23        19:19
photocopy [1]       12:16
physically [1]      27:16
pick [2] 3:20       3:21
place [1]           1:20
placement [1]       28:2
Plaintiff [2]       1:6
  2:2
Plaintiff's [7]     6:9
  6:20  8:14        18:13
  36:19  36:20      39:13
planning [1]        34:3
point [5]9:19       15:10
  23:23  41:8       42:15
policies [1]        41:8

policy [5]          10:1
  15:22  24:10      30:7
  41:10
pool [4] 28:3       28:10
  28:17  28:19
position [2]        4:16
  4:17  6:6         6:25
  7:10  20:7        21:24
  22:22  23:9       23:13
  23:20  29:9       30:5
  31:11  32:8       34:8
  34:17  34:19      34:20
  34:23  34:25      35:1
  36:4  36:12       36:13
  36:14  38:23      38:24
  39:9  40:20       41:17
  42:10
positions [6]       15:17
  22:20  23:6       24:12
  34:22  34:22
preference-eligible
  [1]        27:17
preparation [1] 29:19
previously [2]      29:21
  40:10
primarily [1]       31:7
priority [2]        27:24
  28:1
procedure [1]       9:18
process [2]         3:12
  3:16  14:16
produced [1]        39:14
program [3]         15:15
  33:12  33:21
project [2]         21:2
  34:3
proposed [3]        17:12
  17:13  17:13
protocol [2]        7:21
  14:12
Public [1]          1:22
  44:3  44:17
purpose [3]         20:13
  20:15  20:17
pursuant [1]        1:20
put [2] 25:4        38:23
puts [1] 40:22

—Q—

qualifications [1]
  40:19
questions [7]       3:13
  3:17  12:16       29:17
  40:1  40:4        43:1

—R—

racism [1]          21:20
raised [1]          21:17
read [1] 43:3
really [1]          17:16
reason [1]          35:8
reasons [2]         35:12

received [1]        20:3
recency [1]         30:7
recognize [7]       6:19
  22:10  22:16      22:18
  35:23  35:23      35:25
recollection [5]18:17
  18:18  21:14      37:25
  38:3
recommendation [2]
  14:18  14:18
recommended [1]
  13:5
record [6]          38:1
  40:5  40:6        43:2
  43:4  44:6
refer [1] 31:16
referred [2]        24:25
  32:18
referring [4]       31:24
  33:11  33:12      38:1
regard [1]          35:22
regarding [2]       17:10
  19:23
reinstatement [1]
  27:14  27:24
related [3]         3:13
  29:2  44:8
relates [2]         24:22
  37:20
relation [3]        41:2
  42:12  42:16
remember [11]       5:2
  8:5  8:8          9:8
  9:9  19:15        21:5
  12:16  19:15      21:5
repeat [1]          41:22
reply [1]8:11
Report [1]          22:7
reporter [5]        12:18
  25:7  41:22       43:2
  44:2
representative [4]
  8:22  9:16        9:23
  11:7
representatives [5]
  7:2  10:11        11:3
  11:4  11:9
request [7]         13:22
  14:7  14:20       19:13
  19:20  19:22      35:20
required [2]        29:12
requirement [1]23:21
requires [1]        3:19
resource [2]        31:3
  31:12
resources [43]      4:19
  4:22  4:25        5:3
  5:11  5:24        6:1
  7:1  7:8          13:7
  13:11  23:24      24:8
  24:9  25:22       25:23
  26:4  26:12       26:15
  30:6  30:6        30:10
  30:17  30:22      30:23

30:24  30:24        31:6
  31:8  31:9        31:13
  31:17  31:20      32:1
  32:7  32:9        34:12
  35:4  36:6        41:10
  41:12  41:14      41:18
resources/personnel
  [1]        31:15
respect [2]         19:11
  22:19
respective [2]      8:3
  8:3
respond [6]         3:18
  5:16  7:4         7:11
  7:20  7:22
responded [3]       7:1
  11:18  19:7
response [5]        8:9
  10:24  11:14      30:1
  35:20
responses [1]       8:25
  9:14
responsibilities [4]
  7:10  13:13       24:6
  36:6
responsibility [2]
  13:11  19:16
result [1]        · 28:11
retire [1]          4:11
retired [2]         4:9
  6:6
return [1]          16:1
returning [1]       27:16
reviewed [2]        29:20
  40:16
Rhonda [3]          2:9
  6:13  21:8
right [92]          4:5
  4:21  5:10        5:19
  5:21  6:8         6:19
  7:9  8:1          8:12
  9:1  9:2          9:5
  9:19  10:17       11:25
  12:7  13:3        13:9
  13:9  13:18       14:1
  14:1  14:11       15:6
  15:6  15:12       15:16
  16:5  16:19       16:22
  17:2  17:8        17:16
  18:8  18:12       18:25
  19:9  20:7        20:11
  21:11  21:22      22:5
  22:7  22:12       22:19
  22:23  23:2       23:6
  23:10  23:15      23:23
  24:1  24:16       24:19
  26:8  26:11       26:16
  27:4  28:9        28:14
  28:20  29:1       29:5
  29:15  29:15      29:19
  29:24  30:9       30:11
  31:6  31:10       31:23
  32:12  33:4       33:9
  33:15  34:10      34:17
  34:25  35:3       35:11
  35:19  35:20      36:10
  36:24  37:19      37:24

38:21  39:7         39:22
  39:25
Robert [1]          19:6
ROI [4]  22:3       33:4
  35:15  40:11
roster [1]          23:22

—S—

Sarbanes [1]        11:7
saw [1]  37:22
says [11]8:12       26:3
  27:8  27:13       27:22
  29:3  29:25       30:4
  31:20  35:15      38:4
Scavuzzo [30]       2:3
  2:19  3:8         3:10
  6:11  6:15        6:18
  12:19  12:21      21:8
  21:10  22:3       22:5
  22:6  22:12       22:14
  25:4  25:8        25:11
  25:15  25:18      25:19
  28:8  34:4        35:15
  35:18  40:1       40:11
  41:7  43:1
schedule [2]        34:18
  40:20
scope [1]           28:3
Scan [3] 1:21       44:2
  44:16
second [9]          8:15
  24:17  26:20      26:25
  34:14  37:16      38:2
  39:7  39:15
second-level [2]
  16:17  17:25
Secretary [5]       13:22
  13:23  13:25      15:21
  19:5
see [36]  5:25      7:14
  7:21  8:1         10:25
  11:19  11:24      13:6
  14:9  14:17       14:25
  16:1  16:8        16:11
  17:13  17:21      17:24
  18:2  19:4        19:15
  19:21  19:25      20:13
  20:17  21:3       27:7
  30:2  30:7        33:1
  36:5  37:3        39:2
  39:5  39:5        39:11
  39:16
seeing [1]          9:8
  42:15
select [1]          30:4
selected [3]        15:7
  30:1  35:8
selecting [2]       23:13
  24:11
selections [2]      24:2
  24:3
senator [3]         8:21
  11:6  11:7
senators [4]        7:1
  8:3  9:16         9:23

sent [2]  8:24        8:25
separate [2]          5:5
5:15
separated [1]         27:18
series [9]            25:25
32:10   33:5   33:6
33:7   33:15   33:20
34:1   34:6
service [1]           27:19
servicing [1]         23:17
set [3]   12:15   39:8
44:11
several [2]           33:7
36:24
severely [1]          27:15
shake [1]             3:21
Shea [1] 13:24
shop [1] 31:16
Shorthand [1]         44:2
show [7] 6:8          21:8
22:7   29:24   33:5
35:21   40:9
showed [1]            18:12
showing [2]           21:11
39:13
shown [1]             30:10
signature [2]         39:5
43:5
significant [2]       19:1
19:2
similar [1]           39:9
sitting [1]           38:4
situation [2]         18:5
33:18
SKAs [1]              38:11
skills [3]            24:22
37:20   38:11
smaller [1]           28:4
someone [3]           11:20
31:7   32:15
sometime [3]          12:12
13:17   14:3
sorry [1] 35:24
speak [1]             7:24
speaking [2]          3:18
8:13
specialist [23]       25:22
26:3   26:4   26:9
26:10   26:11   30:10
30:14   30:17   30:17
31:3   31:4   31:6
31:11   31:12   31:14
31:19   31:20   32:9
33:9   33:21   36:6
39:16
specific [2]          31:23
33:22
specifically [1] 38:3
specificed [1]        39:5
staffing [1]          23:22
stamped [1]           8:23
standard [2]          36:1
40:19

start [2] 14:24       38:15
started [1]           16:23
starts [1]            17:1
statement [2]         29:20
29:25
States [3]            1:1
2:10   21:25
station [1]           29:4
stenographic [1]
44:6
STEPHEN [1]  2:3
Steve [1]             3:9
Steward [4]           30:2
30:4   35:9   39:20
stop [1]  29:15
Street [2]            1:21
2:12
strike [3]            16:12
18:21   24:4
submitted [1]         35:21
summary [1]           35:16
supervisor [12] 14:13
14:15   14:24   14:25
16:9   16:16   16:17
17:6   17:22   17:25
24:14   25:22
supervisor's [1]
16:14
supervisors [1] 24:13
supervisory [10]
26:3   26:4   32:9
32:11   34:19   34:20
34:22   35:1   35:5
39:16
support [5]           13:15
14:6   14:15   14:19
39:5
supporting [1] 13:22
supposed [2]          17:19
33:15
sworn [2]             3:6
44:4

-T-

Taylor [9]            17:9
17:19   17:21   17:22
18:1   18:2   19:6
19:9   19:12
Taylor's [1]          17:11
term [3] 31:14   31:19
31:21
terminate [1]         16:25
terminated [2]        16:6
16:23
terms [5]             11:17
11:22   14:20   29:7
33:18
testified [1]         3:6
testifying [2]        42:4
42:5
testimony [4]         16:11
31:20   42:22   44:6
testing [3]           29:2

29:4    29:9
thank [3]             9:10
25:5    42:25
they've [1]           7:12
third [3] 8:15        8:19
39:11
thought [5]           12:17
14:14   32:18   32:22
37:7
three [4] 6:8         11:5
27:19   35:21
through [4]           7:12
11:12   14:15   31:15
title [13] 4:21       25:23
30:22   31:2   31:3
32:19   34:12   34:13
37:12   37:13   37:17
39:6    39:19
today [1]             38:4
together [1]          25:4
tolerance [1]         10:1
took [1] 25:1
transcription [1]
44:5
transfer [2]          27:14
27:24
transition [1]        31:15
travel [1]            29:12
traveled [1]          21:1
true [3]  30:16   44:5
44:6
trying [1]            15:24
two [6]  8:13   8:19
9:15   22:10   34:23
38:10
type [6]  7:11        13:11
14:12   24:3   31:24
32:5
types [2]             24:2
41:9

-U-

U.S [1]   2:11
undated [1]           35:16
under [9]             7:7
17:11   17:22   24:5
27:18   27:25   28:2
28:22   33:7
understand [5] 3:22
5:7   13:10   16:15
29:20
United [2]            1:1
2:10
unusual [2]           18:21
19:1
up [4]    3:20        3:21
10:25   20:23
used [2] 31:14   42:11
usual [2]             7:21
14:11

-V-

vacancy [26]          21:24
22:16   22:17   22:19
22:24   23:3   23:12
23:15   24:16   26:17
26:20   30:9   36:19
37:4   37:16   38:2
38:10   38:22   38:25
39:7   39:8   39:15
41:2   41:4   42:13
42:16
vacant [1]            23:21
versus [1]            3:19
7:5   31:18
Veterans [1]          27:17
videotape [1]         3:21
Vienna [1]            2:5
view [2] 18:20        18:25
viewed [1]            19:2
Virginia [1]          2:5
visit [1] 14:6
volunteers [1]   27:16

-W-

wait [2] 32:13
waive [1]             40:2
waived [1]            43:5
War [11] 12:23        13:4
14:3   14:23   15:7
15:11   15:17   16:1
20:10   20:24   21:3
Warner [1]            11:7
Warren [7]            1:18
2:19   3:4   3:24
4:2   4:3   44:4
Washington [3] 1:13
1:21   2:13
West [1] 2:4
Whereas [1]           31:10
whereof [1]           44:11
whole [1]             34:1
34:5
Williams [3]          1:21
44:2   44:16
without [2]           16:12
16:14
witness [9]           2:18
3:5   22:13   25:3
34:1   41:24   44:3
44:7   44:11
Witt [1]  9:23        11:7
words [4]             3:18
13:12   26:11   26:12
worked [1]            14:4
18:22   21:2
would've [1]          36:16
write-up [1]          30:5
writing [1]           8:5
written [2]           8:14
11:9
wrote [8]             5:14
8:2   8:8   8:22
9:7   9:8   9:14
13:21

-Y-

year [3] 12:25        18:10
24:12
year-long [2]         15:14
15:16
years [1]             27:19
yourself [1]          19:19

-Z-

zero [1] 9:25

Index Page 5



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov



1400-713 (720)

NOV 4 1999

Honorable Paul S. Sarbanes
United States Senator
Tower 1, Suite 1700
100 South Charles Street
Baltimore, Maryland 21201-2700

Dear Senator Sarbanes:

Thank you for your letter of October 18, 1999, on behalf of your constituent, Mr. Milton E. Hill, regarding his employment with the Bureau of Land Management (BLM).

The Federal Government provides two avenues of redress for employees who believe that they have been subjected to discriminatory or otherwise illegal treatment on the job. The Equal Employment Opportunity (EEO) Program ensures the investigation and impartial hearing of allegations related to discrimination based on sex, religion, national original, color, race, or physical or mental handicap or to reprisal for having used the EEO system, and it provides for final review by the EEO Commission. The Administrative Grievance Program addresses allegations of violations of Federal regulations regarding employment that ultimately may be heard by the Merit Systems Protection Board. It would appear from Mr. Hill's letter that his concerns may appropriately be raised under either or both of these programs.

For information on EEO Program procedures, we suggest that Mr. Hill contact Ms. Michelle Stroman, Servicing EEO Officer for the BLM's headquarters office. Ms. Stroman may be reached at (202) 452-7790. For information on administrative grievance procedures, we suggest that he contact Ms. Karen Ryan, Servicing Personnel Officer for the BLM's headquarters office. Ms. Ryan may be reached at (703) 440-1500.

The BLM observes a standing policy of "zero tolerance" for discrimination and harassment in the workforce, and we trust that the information provided above will be of assistance to Mr. Hill. We appreciate your interest in this matter and if we can be of further assistance, please do not hesitate to contact us.

Sincerely,

Warren Johnson, Jr.
Assistant Director
Human Resources

EXHIBIT

JW

7/27/07

PENGAD 800-631-6989

Interrogatory #1-2/8



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http: www.blm.gov

1400-713 (720)

NOV 1 ...

Honorable John W. Warner
United States Senator
4900 World Trade Center
101 West Main Street
Norfolk, Virginia 23510-1690

Dear Senator Warner:

Thank you for your letter of October 19, 1999, on behalf of your constituent, Mr. Milton E. Hill, regarding his employment with the Bureau of Land Management (BLM).

The Federal Government provides two avenues of redress for employees who believe that they have been subjected to discriminatory or otherwise illegal treatment on the job. The Equal Employment Opportunity (EEO) Program ensures the investigation and impartial hearing of allegations related to discrimination based on sex, religion, national original, color, race, or physical or mental handicap or to reprisal for having used the EEO system, and it provides for final review by the EEO Commission. The Administrative Grievance Program addresses allegations of violations of Federal regulations regarding employment that ultimately may be heard by the Merit Systems Protection Board. It would appear from Mr. Hill's letter that his concerns may appropriately be raised under either or both of these programs.

For information on EEO Program procedures, we suggest that Mr. Hill contact Ms. Michelle Stroman, Servicing EEO Officer for the BLM's headquarters office. Ms. Stroman may be reached at (202) 452-7790. For information on administrative grievance procedures, we suggest that he contact Ms. Karen Ryan, Servicing Personnel Officer for the BLM's headquarters office. Ms. Ryan may be reached at (703) 440-1500.

The BLM observes a standing policy of "zero tolerance" for discrimination and harassment in the workforce, and we trust that the information provided above will be of assistance to Mr. Hill. We appreciate your interest in this matter and if we can be of further assistance, please do not hesitate to contact us.

Sincerely,

Warren Johnson, Jr.
Assistant Director
Human Resources

EXHIBIT
3N

2
7 /02/05

Interrogatory # — 2/2



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

1400-713 (720)

**NOV 2 9 1999**

Honorable Albert Russell Wynn
Member, United States House
    of Representatives
9200 Basil Court, #316
Springdale, Maryland 20774

Dear Mr. Wynn:

Thank you for your letter of November 9, 1999, on behalf of your constituent, Mr. Milton E. Hill, regarding his employment with the Bureau of Land Management (BLM).

The Federal Government provides two avenues of redress for employees who believe that they have been subjected to discriminatory or otherwise illegal treatment on the job. The Equal Employment Opportunity (EEO) Program ensures the investigation and impartial hearing of allegations related to discrimination based on sex, religion, national original, color, race, or physical or mental handicap or to reprisal for having used the EEO system, and it provides for final review by the EEO Commission. The Administrative Grievance Program addresses allegations of violations of Federal regulations regarding employment that ultimately may be heard by the Merit Systems Protection Board. It would appear from Mr. Hill's letter that his concerns may appropriately be raised under either or both of these programs.

For information on EEO Program procedures, we suggest that Mr. Hill contact Ms. Michelle Stroman, Servicing EEO Officer for the BLM's headquarters office. Ms. Stroman may be reached at (202) 452-7790. For information on administrative grievance procedures, we suggest that he contact Ms. Karen Ryan, Servicing Personnel Officer for the BLM's headquarters office. Ms. Ryan may be reached at (703) 440-1500.

The BLM observes a standing policy of "zero tolerance" for discrimination and harassment in the workforce, and we trust that the information provided above will be of assistance to Mr. Hill. We appreciate your interest in this matter and if we can be of further assistance, please do not hesitate to contact us.

Sincerely,

*Concetta B. Stewart*

Warren Johnson, Jr.
Assistant Director
Human Resources

RECEIVED

DEC 1999

LANDOVER OFFICE
ALBERT R. WYNN, MD

EXHIBIT
3
7/27/07

Interrogatory #17  4/8



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

November 23, 1999

Mr. Milton E. Hill
P.O. Box 1021
Lanham, Maryland 20706

Dear Mr. Hill:

On October 13, 1999, you sent a letter to Senator Paul Sarbanes in which you appealed for his assistance in matters related to your career with the Bureau of Land Management (BLM). Senator Sarbanes has referred your letter to BLM, and has requested a review and a report on the matters you raised in your letter. At our November 1, 1999, meeting I asked you whether you had ever expressed the thought that I might be a racist. You told me you had not done so, nor did you indicate you had any problems with me. Yet, your October 13, 1999, letter clearly names me as a top-level management official that you believe has assaulted your career. Specifically, your allegations against BLM's management officials, including me, include the following allegations:

- We attempted to degrade and demoralize you as a human being;

- We constructed barriers to your career through denying enhancing training and assignments;

- We subjected you to an extremely hostile environment;

- We consistently falsified your documents;

- We made false statements against you;

- We refused to compensate you for exceptional job accomplishments; and

- We demanded and demoralized you on a daily basis by denying you assignments and basic office necessities.

This seems to be a clear contradiction to your expressions to me in the November 1, 1999, meeting.



EXHIBIT
1

PENGAD 800-631-6989

*Interrogatory #175/8*

2

In light of the fact that you were less than candid with me in our meeting, I fail to see any benefit to another meeting. Furthermore, your failure to be completely candid with me has led me to decide that under these circumstances, it would be unfair to me, and perhaps you, for me to be involved in any management decisions concerning your career. Therefore, I have decided to recuse myself from any decisions by BLM management that may affect your career.

Sincerely,

Tom Fry
Acting Director

6/8

# Vacancy Announcement

## DEPARTMENT OF THE INTERIOR
## INTERIOR, Bureau of Land Management

**Vacancy Announcement Number:** WO-99-15

**Opening Date:** 02/10/1999
**Closing Date:** 03/11/1999

**Position:** SUPERVISORY HUMAN RESOURCES SPECIALIST
GS-0301-15

**Salary:** $80658 per year - $104851 per year

**Promotion Potential:** GS-15

**Duty Location:**    WASHINGTON, DC 1 vacancy

**Applications will be accepted from:**
Federal Employees Eligible for Transfer or Reinstatement, or Persons Eligible for Non-Competitive Appointment (VRA, Severely Physically Disabled, Returning Peace Corp Volunteers, etc.) Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 or more years of continuous active service may apply.

**Major Duties:**
Incumbent serves as the Chief, Human Resources Management for the Executive Services/Initiative Group, Assistant Director for Human Resources Management. The incumbent supervises, through subordinate team leaders, the work of the Executive Services Team and the Executive Initiative Team. This includes position management identifying skills/personnel needs recruits, evaluates employees, coaches, evaluates, rewards, mentors, and disciplines employees, counsel employees on matter of performance, conduct, and ethics, serves as the performance rating officials. Allocated and monitors the Group's operating budget. Develops and maintains close working relationships with internal and external entitles on program and policy issues. Serves as principal liaison for areas of program responsibility in Washington with the Office of the Solicitor, other Federal bureaus and agencies, interest groups, associations state agencies and the public.

**Qualifications Required:**
APPLICANT MUST HAVE(1)YEAR OF SPECIALIZED EXPERIENCE EQUIVALENT TO THE NEXT LOWER GRADE LEVEL IN THE FEDERAL SERVICE. SPECIALIZED EXPERIENCE: EXPERIENCE WHICH HAS EQUIPPED THE APPLICANT WITH THE PARTICULAR KNOWLEDGE, SKILLS, AND ABILITIES TO SUCCESSFULLY PERFORM THE DUTIES OF THE POSITION AND WHICH IS TYPICALLY IN OR RELATED TO THE WORK OF THE POSITION TO BE FILLED. SUBMISSION OF KASOCS IS STRONGLY ENCOURAGED. APPLICANTS MUST PROVIDE PROOF OF CTAP ELIGIBILITY IN ORDER TO RECEIVE CTAP CONSIDERATION.

**Knowledges, Skills and Abilities Required:**
1. Mastery current knowledge of the principles, laws, regulations and procedures of the Federal Personnel System and Federal Strategic Personnel Initiatives.

2. Mastery knowledge of advanced management and organization principles and practices along with a comprehensive knowledge of position management, workforce planning and programming principles, in order to direct a Human Resource Management organization involved with complex, controversial and/or high visible/sensitive work products.

3. Ability to lead, supervise and direct the work of professional technical and support personnel in order to foster an environment for creating a healthier organization and the advancement of diversity initiative.

4. Extensive knowledge of evaluating the HRM Program functions, to make program assessments and to modify managerial and programmatic procedures and automated processes.

5. Ability to communicate effectively, written and orally with high ranking officials of the Bureau, Department, other Federal agencies and outside interest groups.

6. Expert knowledge of HRM automated information systems technology to plan, organize, and direct automated human resources systems initiative, develops applicable standards and guides to advise system planners on requirements and to integrate implementation and operational efforts.

**Other Information:**
This position is subject to a suitability investigation as defined in 5 CFR 731.302 and E.O. 10450.

**THE DEPARTMENT OF THE INTERIOR IS AN EQUAL OPPORTUNITY EMPLOYER**
Selection for this position will be made solely on the basis of merit, fitness, and qualifications. All applicants will receive consideration without regard to race, color, age, sex, marital status, religion, national origin, political affiliation, handicap, sexual orientation or other non-merit factors.

If appointed to this position, while a BLM employee you cannot hold an active real estate license, and you cannot have an interest in Federal lands, or hold stocks in firms that have interest in Federal lands.

Department of the Interior (DOI) Career Transition Assistance Plan (CTAP) procedures apply in filling this vacancy.  5 CFR 330, Career Transition Assistance for Surplus and Displaced Federal Employees requires the following order of selection for this position:
a) At Bureau option, personnel actions listed in 5 CFR 330.606 (b);
b) Any well-qualified SSP candidate who applies within the local commuting area (Surplus and displaced employees will be given equal consideration);
c) At Bureau option, personnel actions not subject to RPL;
d) Qualified RPL candidates in the local commuting area;
e) At Bureau discretion, any other former displaced well-qualified DOI employee, e.g. a well-qualified RPL candidate who applies from outside the local commuting area;
f) Well-qualified ICTAP applicants in the local commuting area;
g) Other outside applicants (other agencies, nonstatus, etc).
Well-qualified means an applicant who possesses the knowledge, skills, and abilities which clearly exceed the minimum qualification requirements for the position.

Veterans who are preference eligibles or who have been separated from the are armed forces under honorable conditions after 3 or more years of continuous active service may apply.

NOTE TO CAREER TRANSITION ASSISTANCE PROGRAM (CTAP) APPLICANTS:  IF YOU ARE CTAP OR ICTAP APPLICANT, YOU MUST BE DETERMINED TO BE DETERMINED TO BE WELL-QUALIFIED FOR THIS POSITION IN ORDER TO RECEIVE SPECIAL SELECTION PRIORITY.  TO BE WELL-QUALIFIED, YOU MUST MEET THE OPM QUALIFICATION REQUIREMENTS FOR THE POSITION PLUS RECEIVE AN EVALUATION OF AT LEAST 'ACCEPTABLE' OR EQUIVALENT ON ALL KASOCS.  IF YOU ARE APPLYING UNDER CTAP OR ICTAP, YOU MUST PROVIDE PROOF OF ELIGIBILTY FOR THIS PROGRAM WITH YOUR APPLICATION.

**How To Apply:**

000303

All applicants must submit one of the following three documents:

-OF 612, Optional application for Federal employment

-SF 171, Application for Federal Employment

-Resume or other written format that involves the information identified in OF 510, Applying for a Federal Job

-A college transcript is required if your current job series is not in the same job series as the position being advertised.

The following document(s) are optional:

-DI-1935, Applicant Background Survey Form.(To be used for statistical purposes only and is not used in the evaluation process or shared with the Selecting Official.) For each period of your employment in which you performed a mixture of duties, please indicate the approximate percent of time you spent performing each different type of work. All applications must be received in the Personnel Office by the closing date of the announcement. Application materials should not be submitted in notebooks or binders and should not contain extraneous materials such as training certificates or position descriptions. Only materials submitted with the application package for this vacancy will be used in the evaluation process. All application materials submitted in response to this vacancy announcement will be retained as part of the merit promotion file and cannot be returned to the applicant. The use of the Government or envelopes to mail job applications is a violation of OPM and Postal Service regulations. Applications submitted in postage paid Government envelopes WILL NOT BE CONSIDERED. Further, violators may be subject to disciplinary action and a fine as prescribed by law. Applications submitted by FAX machine or in government postage/envelope will not be considered.

PRIVACY ACT REQUIREMENTS (PL 93-579): The application forms prescribed are used to determine qualifications for employment or promotion, and are authorized under Title 5, United States Code, Section 3302 and 3361. If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.

Direct Deposit required as a condition of employment.

A smoke free environment is the policy of this office. Smoking will be permitted only in designated areas.

-SF 50, for non BLM Applicants, to show competitive civil service status.

-DD 214 or other proof for applicants claiming veterans preference.

In addition, applicants claiming 10-point veterans preference also must submit an 'Applications for 10-point Veterans Preference,' SF-15 and other proof requested by the SF-15. 'Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continous active service may apply.'

**For More Information Contact:**
BRANCH OF HUMAN SERVICES
7034401500
BUREAU OF LAND MANAGEMENT
EASTERN STATES
SERVICING PERSONNEL OFFICE
7450 BOSTON BLVD
SPRINGFIELD, VA 22153

## The Federal Government is an Equal Opportunity Employer

0003562



JOB DETAILS

? HELP    HOME

Exit to USAJobs     Exit to Customer Survey     Print Info

Use BACK on your browser to return to Job Search Results.

```
USAJOBS                                    FEDERAL -- STATUS CANDIDATES
                                           ----------------CONTROL NO ID9797
SUPERVISORY PERSONNEL MANAGEMENT SPECIALIST
                                           OPEN PERIOD 04/19/1999 - 05/18/1999
SERIES/GRADE: GS-0201-15/
SALARY: $ 80,658 TO $ 104,851, ANNUAL      PROMOTION POTENTIAL: GS-15
ANNOUNCEMENT NUMBER:  WO-99-27
DUTY LOCATIONS: 0001  WASHINGTON,   DC

HIRING AGENCY: INTERIOR, BUREAU OF LAND MANAGEMENT

REMARKS: APPLICATIONS WILL BE ACCEPTED ONLY FROM CURRENT CAREER EMPLOYEES,
         CAREER CONDITIONAL EMPLOYEES, OR PERSONS ELIGIBLE FOR TRANSFEROR
         REINSTATEMENT.  PRIORITY CONSIDERATION WILL BE GIVEN TO CANDIDATES
         ELIGIBLE UNDER THE CTAP AND I CTAP PLACEMENT PROGRAMS.  PRIORITY
         CONSIDERATION WILL BE GIVEN TO AGENCY EMPLOYEES ELIGIBLE UNDER THE
         CTAP PLACEMENT PROGRAM.

CONTACT:         HUMAN RESOURCES MANAGEMENT
                 PHONE: (703) 440-1500

                 BUREAU OF LAND MANAGEMENT
                 EASTERN STATES
                 BRANCH OF HUMAN RESOURCES
                 SPRINGFIELD, VA  22153
```

Full vacancy announcement follows. Please be sure to review for complete qualification and "How to
Apply" information.

```
                        Vacancy Announcement
                     DEPARTMENT OF THE INTERIOR
                  INTERIOR, BUREAU OF LAND MANAGEMENT


Vacancy Announcement Number: WO-99-27

Opening Date:  04/19/1999
Closing Date:  05/18/1999

Position:  SUPERVISORY PERSONNEL MANAGEMENT SPECIALIST
           GS-0201-15

Salary: $80658 per year - $104851 per year

Promotion Potential: GS-15
```

EXHIBIT
C



Duty Location: 1 vacancy at WASHINGTON, DC

AD, Human Resources Management, Executive Services/Initiative Group

Applications will be accepted from:

Open to current Federal employees serving under a career or career conditional appointment, former Federal employees with reinstatement eligibility, or persons eligible for non-competitive appointment under
Special Authorities.  Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 or more years of continuous active service may apply.

Governmentwide

Major Duties:  Incumbent serves as the Chief, Human Resources Management for the Executive Services/Initiate Group, Assistant Director for Human Resources Management.  The incumbent supervises, through subordinate team leaders, the work of the Executive Services Team and the Executive Initiative Team.  This includes position management identifying skills/personnel needs recruits, evaluates employees, coaches, evaluates, rewards, mentors, and disciplines employees, counsel employees on matter of performance, conduct, and ethics, serves as the performance rating officials.  Allocated and monitors the Group's operating budget.  Develops and maintains close working relationships with internal and external entities on program and policy issues.  Serves as principal liaison for areas of program responsibility in Washington with the Office of the Solicitor, other Federal bureaus and agencies, interest groups, associations state agencies and the public.

Qualifications Required:
Applicant must have one year of specialized experience equivalent to the next lower grade, which has equipped the aplicant with the paticular knowledge, skills, and abilities to successfully perform the duties of the position.  Experience is typically in or relate to the work of the position described.

Knowledges, Skills and Abilities Required:
Candidates should submit a narrative statement on a separate page(s) with specific responses to the knowledge, skills, and abilities (KSAs) in this announcement.  Failure to submit your narrative response to the KSAs for this job may negatively affect your eligibility and/or rating for this position.

1.  Mastery current knowledge of the principles, laws, regulations and procedures of the Federal Personnel System and Federal Strategic Personnel Initiatives.

2.  Mastery knowledge of advanced management and organization principles and practices along with a comprehensive knowledge of position management, workforce planning and programming principles, in order to direct a Human Resource Management organization involved with complex, controversial and/or high visible/sensitive work products.

3.  Ability to lead, supervise and direct the work of professional technical and support personnel in order to foster and environment for creating a healthier organization and the advancement of diversity initiative.

4.  Extensive knowledge of evaluating the HRM Program Functions, to make program assessments and to modify managerial and programmatic procedures and automated processes.

5.  Ability to communicate effectively, written and orally with high ranking officials of the Bureau, Department, other Federal agencies and outside interest groups.

6.  Expert knowledge of HRM automated information systems technology to plan, organize, and direct automated human resources systems initiative, develops

applicable standards and guides to advise system planners on requirements and to integrate implementation and operational efforts.

Basis of Rating:
For CTAP and ICTAP, well-qualified means that the applicant meets the qualification standard and eligibility requirements for the position, meets minimum educational and experience requirements, meets all selective factors where applicable, and is able to satisfactorily perform the duties of the position upon entry.

The information provided in the KSA responses will be heavily relied upon in the rating process. Applicants must prepare a concise narrative addressing EACH of the KSAs listed. Show how your experience and/or education provided you with that KSA. Responses must be separate from the application form.

Pay, Benefits and Work Schedule:
All Federal employees are required by PL 104-134 to have federal payments made by Direct Deposit.

Conditions of Employment:
Under Executive Order 11935, only United States citizens and nationals (residents of American Samoa and Swains Island) may compete for civil service jobs. Agencies are permitted to hire noncitizens only in very limited circumstances where there are no qualified citizens available for the position.

This is not a drug-testing designated position.

A background security investigation will be required for all new hires. Appointment will be subject to the applicant's successful completion of a background security investigation and favorable adjudication. Failure to successfully meet these requirements will be grounds for termination.

Some travel will be required.

Other Information:
Time in grade restrictions must be met by the closing date of the announcement.

If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be subject to fine, imprisonment, or other disciplinary action.

How To Apply:
Applications must be received by the closing date of the announcement to receive consideration.

All status candidates and reinstatement eligibles (current and former government employees) must submit a copy of their SF 50 showing career, career-conditional, or reinstatement eligibility.

Applications mailed using government postage and/or internal federal government mail systems are in violation of agency and postal regulations and will not be accepted.

      Please submit the following documents to the address provided in this announcement:

    (1) A written application for employment. You may use OF-612 (Optional Application for Federal Employment), a resume, or submit an alternative format. You must include all of the information specified in this vacancy announcement and all information listed in the Office of Personnel Management's brochure "Applying for a Federal Job (OF-510). Applications must be Typed or Printed clearly in dark ink.

    (2) Narrative assessment of your qualifications in terms of the Knowledge, Abilities, Skills and Other Characteristics (KASOCS) identified within this

announcement.  Describe experience (paid or unpaid), education, training and
self-development as related to the KASOCS.


All current Federal employees must provide a copy of their current Performance
Appraisal (must be within 15 months from the closing date of the
announcement).

Faxed materials will not be accepted.

Individuals who have special priority selection rights under the Agency Career
Transition Assistance Program (CTAP) or the Interagency Career Transition
Assistance Program (ICTAP) must be well qualified for the position to receive
consideration for special priority selection. See Basis for Rating for
definition of "well qualified".

    Federal employees seeking CTAP/ICTAP eligibility must submit proof that
they meet the requirements of 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for
ICTAP.  This includes a copy of the agency notice, a copy of their most recent
Performance Rating and a copy of their most recent SF-50 noting current
position, grade level, and duty location.  Please annotate your application to
reflect that you are applying as a CTAP or ICTAP eligible.


For additional information about this position please contact:
Contact:                    HUMAN RESOURCES MANAGEMENT
                            7034401500
Please submit your application package to:
                            BUREAU OF LAND MANAGEMENT
                            EASTERN STATES
                            BRANCH OF HUMAN RESOURCES
                            SPRINGFIELD, VA   22153


The Federal Government is an Equal Opportunity Employer.

Selection for this position will be made without regard to political,
religious, or labor organization affiliation or non-affiliation, marital
status, race, color, sex, national origin, non-disqualifying handicapping
condition or age.

Selection will be made without regard to race, color, religion, sex, national
origin, political affiliation, marital status, physical handicap, age,
membership or non-membership in an employee organization, personal favoritism
or other non-merit factors.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

000359

**SUPERVISORY HUMAN RESOURCES SPECIALIST**
**GS-301-15**

## I    INTRODUCTION

This position is located on the Executive Services/Initiatives Group, Assistant Director for Human Resources Management. The incumbent supervises, through subordinate team leaders, the work of the Executive Services Team and the Executive Initiatives Team.

The primary role of the Executive Services Team is to provide personnel services and support to the Director, the Deputy Director, the Assistant Directors, the State Directors, all other Senior Executive Service employees, and all Schedule C Employees. The team leader also facilitates and serves as technical advisor to the National Personnel Management Committee.

The primary role of the Executive Initiatives Team is counsels and advises the AD on HR program initiatives from OPM, and the Department, develop HR initiatives to meet the Bureau's long-term goals and objectives, participates on inter/intra-agency working groups or committees for the purpose of discussing, evaluating, and/or recommending policy or regulatory changes, and provide organizational development consultation and services to the Bureau. The team also provide program policy and direction on employee development and training, ethics, and IAS.

The group is also responsible for coordinating national HRM related initiatives (e.g. freezes, early-out) that require WO coordination, troubleshooting human resources that come from Congress or the White House, and reviewing and obtaining approval for awards that require Bureau or higher level approvals.

## II    MAJOR DUTIES

Supervises the group including position management, identifying skills/personnel needs, recruits, evaluates, and terminates employees; coaches, evaluates, rewards, mentors, and disciplines employees; counsels employees on matters of performance, conduct, and ethics; serves as the performance rating official. Manages the workflow of the organization through the subordinate team leaders.

Allocates and monitors the Group's operating budget, and approves overtime and compensatory time, travel, and training. Assures adequate resources are available to accomplish the work of the Group by maintaining the administrative and programmatic records.

Develops and maintains close working relationships with internal and external entities on program and policy issues, serving as principal liaison for areas of program responsibility in Washington with the Office of the Soliciter, other Federal bureau and agencies, interest groups, associations, state agencies and the public.

48 of 71  Def. Response

EXHIBIT

7

PENGAD 800-631-6989

Participates in strategic and tactical planning; provides input to the BLM budget group on long-range program and fund acquisition strategies.

## III   FACTOR LEVELS

**Factor 1** - Knowledge Required by the Position

Comprehensive knowledge of the principles, laws, regulations, and procedures of the Federal Personnel System and Equal Employment Opportunity System.

Comprehensive knowledge of advanced management and organizational principles and practices, along with a comprehensive knowledge of planning and programming principles, in order to direct a human resources management organization involved with complex, controversial, and/or highly visible work products.

Knowledge of the substantive nature of Bureau programs and activities as well as agency missions, policies, and objectives.

General knowledge of current human resources management principles, practices, and techniques in the public and private sector.

Ability to effectively communicate with individuals at all levels throughout the Bureau, Department, other Federal agencies and in private organizations to establish and maintain effective working relationships. Skill in delivering formal presentations/briefing to all levels of the Department

Willingness to support the goals and objectives of the equal employment opportunity program.

**Factor 2** – Supervisory Controls

Works under the general supervision of the Assistant Director, Human Resources Management. The AD-HRM provides guidance regarding overall Department and Bureau policies and issues. The incumbent has the responsibility for independently planning, designing, and carrying out programs, projects, studies related to major HRM issues within the Bureau. Results of the work are considered technically authoritative and are normally accepted without significant change.

**Factor 3** - Guidelines

Guidelines include policies, regulations, practices, and methods of NRM as carried out in a Federal government organizational environment. Methods are adapted to fit the conditions and requirements of the Department and the Bureau and the nature of personnel program areas involved. Written guidelines in the form of manuals, supplements, instructions, decisions, etc. are present for major program components, while other dimensions of the work represent unique

49 of 71  Def. Response

2

and precedent setting situations for which no guidelines exist. The incumbent, and the staff, must utilize an extreme degree of judgement in recommending changes to the HRM processes of the Bureau.

**Factor 4 - Complexity**

The work of the organization is complicated by a number of factors. The primary operational customers are the Director, the Deputy Director, the Assistant Directors, the State Directors, all other Senior Executive Service employees, and all Schedule C Employees. Because of the significant impact these positions have on the Bureau's ability to function, management advisory services are more difficult, complex, and responsible than traditional operating personnel offices.

The staff also responds to sensitive inquiries raised by the Department, Congress, or the White House regarding human resources issues within the Bureau. This may requiring obtaining information from a large number of offices within the Bureau and coordinating a single response.

Additionally, the Executive Initiatives Group is tasked with developing HR initiatives to meet the Bureau's long-term goals and objectives, requiring a high degree of creativity and innovation.

**Factor 5 - Scope and Effect**

The work performed, services provided, and initiatives implemented affect the entire human resources management community within the Bureau and may influence policy decisions at the Department level.

**Factor 6 - Personal Contacts**

Contacts are with managers at all levels of the Bureau and with senior officials at the Department and OPM, well as individuals from other Federal agencies and from the private sector.

**Factor 7 - Purpose of Contacts**

The purposes of contacts is to provide services and advice to senior BLM management officials, influence the future direction of human resources management with the Bureau, the Department, and OPM.

**Factor 8 - Physical Demands**

The work is primarily sedentary, although some slight physical effort may be required.

**Factor 9 - Work Environment**

Work is in an office setting. Travel will be required.

3

50 of 71 Def. Response

Form 1400—68a(335)
(March 1984)

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT

## CANDIDATE REFERRAL ROSTER

### CANDIDATE(S) FOR PROMOTION

*(For position with promotion potential, this section will also
include any candidate who has competed through the panel process.)*

GS-15

| NAME | TITLE AND GRADE | LOCATION |
|------|-----------------|----------|
| Wallace, Carl | Personnel Mgmt. Spec. | Defense Human Resources |
| Clutch, Dan B. | GS-0201-14 | Arlington, Va |
| Fox, Ron R. | Deputy State Director GS-0341-14 | DOI/BLM/Eastern States Springfield, Va |
| Gleich, Cynthia   Dup | Supv. Admin. Tech. Spec. NT-0233-05 | Naval Warfare Center Indian Head, MD |
| Hill, Milton E. | Mgmt. & Program Analyst GS-0343-14 | DOI/BLM/Washington Office Washington, DC |
| Jimmerson –Howard, Shirley | Personnel Staffing Specialist GS-212-13 | Depart. Of Army Alexandria, Va |
| Potucek, Lorinda S. | Supv. Personnel Mgmt. Spec. GS-0201-14/6 | Bureau Of The Census Suitland, MD |
| Schermerhon, Roger L. | Supv. Personnel Mgmt. Spec. GM-0201-14 | Pentagon Washington, DC |
| Sterling, Maxcine | Depart. Worklife Program Mgr. GS-0201-14 | Depart. Of Transportation Washington, DC |
| Stewart, Concetta B.   Dup | Supv. Personnel Mgmt. Spec. GS-0201-15/3 | DOI/BLM/Assist. Human Resources Washington, DC |
| Dup Ward, Paul J. | Personnel Officer GS-0201-13 | DOI/BLM/Nevada State Office Reno, NV |

### LATERAL CANDIDATE(S) FOR NON-COMPETITIVE PLACEMENT INTO THE FULL PERFORMANCE LEVEL

| NAME | TITLE AND GRADE | LOCATION |
|------|-----------------|----------|
| Baker, Judith K. | Supv. Admin. Officer GS-0341-15/4 | U.S. Department Of Agriculture Lincoln, Nebraska |
| Jenkins, Teresa M. | Supv. Personnel Mgmt. Spec. GS-0201-15 | Depart. of Defense Education Act. Alexandria, Va |
| Johnson, Gerilyn | Supv. Personnel Mgmt. Spec. GS-0201-14 | Pentagon Washington, DC |
| Pazzuta, Shaaron | Supv. Personnel Mgmt. Spec. GS-0201-15 | U.S. Customs Service Washington, DC |
| Soto, Joyce I. | Personnel Officer GS-0201-15 | U.S. Secret Service Washington, DC |

53 of 71 Def. Response

EXHIBIT

8

FORM 800-631-6989

53

**United States Office of Personnel Management**

**Operating Manual**

 **Qualification Standards for General Schedule Positions**

Group Coverage Qualifications Standards for

# Administrative and Management Positions

*The text below is extracted verbatim from Section IV-A (pp.13-17) of the* ***Operating Manual for Qualification Standards for General Schedule Positions*** *[MANUAL], but contains minor edits to conform to web-page requirements.*

This qualification standard covers positions in the General Schedule that involve the performance of two-grade interval administrative and management work. It contains common patterns of creditable experience and education to be used in making qualifications determinations. Related individual occupational requirements are contained in Section IV-B of the [MANUAL]. Section V of the same manual identifies the occupations that have test requirements. This same information is available through the index of this Web page.

A list of the occupational series covered by this standard is provided below.

This standard may also be used for two-grade interval positions other than those listed if the education and experience pattern is determined to be appropriate.

## EDUCATION AND EXPERIENCE REQUIREMENTS

The following table shows the amounts of education and/or experience required to qualify for positions covered by this standard.



| GRADE | EDUCATION | EXPERIENCE | |
|---|---|---|---|
| | | GENERAL | SPECIALIZED |
| GS-5 | 4-year course of study leading to a bachelor's degree | 3 years, 1 year of which was equivalent to at least GS-4 | None |
| GS-7 | 1 full year of graduate level education *or* superior academic achievement | None | 1 year equivalent to at least GS-5 |
| GS-9 | master's or equivalent graduate degree *or* 2 full years of progressively higher level graduate education leading to such a degree *or* LL.B. or J.D., if related | None | 1 year equivalent to at least GS-7 |
| GS-11 | Ph.D. or equivalent doctoral degree *or* 3 full years of progressively higher level graduate education leading to such a degree *or* LL.M., if related | None | 1 year equivalent to at least GS-9 |
| GS-12 and above | None | None | 1 year equivalent to at least next lower grade level |

Equivalent combinations of education and experience are qualifying for all grade levels for which both education and experience are acceptable.

Some of the occupational series covered by this standard include both one- and two-grade interval work. The qualification requirements described in this standard apply only to those positions that typically follow a two-grade interval pattern. While the levels of experience shown for most positions covered by this standard follow the grade level progression pattern outlined in the table, users of the standard should refer to **E.3.**_(p)_ in the "General Policies and Instructions" (Section II of the [MANUAL]) for guidance on crediting experience for positions with different lines of progression.

_Undergraduate Education:_ Successful completion of a full 4-year course of study in _any field_ leading to a bachelor's degree, in an accredited college or university, meets the GS-5 level requirements for many positions covered by this standard. Others have individual occupational requirements in Section IV-B that specify that applicants must, in general, (1) have specific course work that meets the requirements for a major in a _particular field(s)_, or (2) have at least 24 semester hours of course work in the field(s) identified. Course work in fields closely related to those specified may be accepted if it clearly provides applicants with the background of knowledge and skills necessary for successful job performance. One year of full-time undergraduate study is defined as 30 semester hours or 45 quarter hours.

_Superior Academic Achievement:_ The superior academic achievement provision is applicable to all occupations covered by this standard. See the "General Policies and Instructions" for specific guidance on applying the superior academic achievement provision.

_Graduate Education:_ Education at the graduate level in an accredited college or university in the amounts shown in the table meets the requirements for positions at GS-7 through GS-11. Such education must demonstrate the knowledge, skills, and abilities necessary to do the work.

One year of full-time graduate education is considered to be the number of credit hours that the school attended has determined to represent 1 year of full-time study. If that information cannot be obtained from the school, 18 semester hours should be considered as satisfying the 1 year of full-time study requirement.

Part-time graduate education is creditable in accordance with its relationship to a year of full-time study at the school attended.

For certain positions covered by this standard, the work may be recognized as sufficiently technical or specialized that graduate study alone may not provide the knowledge and skills needed to perform the work. In such cases, agencies may use selective factors to screen out

applicants without actual work experience.

*General Experience:* For positions for which individual occupational requirements do not specify otherwise, general experience is 3 years of progressively responsible experience, 1 year of which was equivalent to at least GS-4, that demonstrates the ability to:

1. Analyze problems to identify significant factors, gather pertinent data, and recognize solutions;
2. Plan and organize work; and
3. Communicate effectively orally and in writing.

Such experience may have been gained in administrative, professional, technical, investigative, or other responsible work. Experience in substantive and relevant secretarial, clerical, or other responsible work may be qualifying as long as it provided evidence of the knowledge, skills, and abilities (KSA's) necessary to perform the duties of the position to be filled. Experience of a general clerical nature (typing, filing, routine procedural processing, maintaining records, or other nonspecialized tasks) is not creditable. Trades or crafts experience appropriate to the position to be filled may be creditable for some positions.

For some occupations or positions, applicants must have had work experience that demonstrated KSA's in addition to those identified above. Positions with more specific general experience requirements than those described here are shown in the appropriate individual occupational requirements.

*Specialized Experience:* Experience that equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least the next lower grade level in the normal line of progression for the occupation in the organization. Applicants who have the 1 year of appropriate specialized experience, as indicated in the table, are not required by this standard to have general experience, education above the high school level, or any additional specialized experience to meet the minimum qualification requirements.

*Combining Education and Experience:* Combinations of successfully completed post-high school education and experience may be used to meet total qualification requirements for the grade levels specified in the table, and may be computed by first determining the applicant's total qualifying experience as a percentage of the experience required for the grade level; then determining the applicant's education as a percentage of the education required for the grade level; and then adding the two percentages. The total percentages must equal at least 100 percent to qualify an applicant for that grade level. Only graduate education in excess of the amount required for the next lower grade level may be used to qualify applicants for positions at grades GS-9 and GS-11.

(When crediting education that requires specific course work, prorate the number of hours of related courses required as a proportion of the total education to be used.)

The following are examples of how education and experience may be combined. They are examples only, and are not all-inclusive.

- The position to be filled is a Quality Assurance Specialist, GS-1910-5. An applicant has 2 years of general experience and 45 semester hours of college that included 9 semester hours in related course work as described in the individual occupational requirements in Section IV-B. The applicant meets 67 percent of the required experience and 38 percent of the required education. Therefore, the applicant exceeds 100 percent of the total requirement and is qualified for the position.

- The position to be filled is a Management Analyst, GS-343-9. An applicant has 6 months of specialized experience equivalent to GS-7 and 1 year of graduate level education. The applicant meets 50 percent of the required experience but none of the required education, since he or she does not have any graduate study beyond that which is required for GS-7. Therefore, the applicant meets only 50 percent of the total requirement and is not qualified for the position. (The applicant's first year of graduate study is not qualifying for GS-9.)

- The position to be filled is a Music Specialist, GS-1051-11. An applicant has 9 months of specialized experience equivalent to GS-9 and 2 1/2 years of creditable graduate level education in music. The applicant meets 75 percent of the required experience and 50 percent of the required education, i.e., the applicant has 1/2 year of graduate study beyond that required for GS-9. Therefore, the applicant exceeds the total requirement and is qualified for the position. (The applicant's first 2 years of graduate study are not qualifying for GS-11.)

## USING SELECTIVE FACTORS FOR POSITIONS COVERED BY THIS STANDARD

Selective factors must represent knowledge, skills, or abilities that are essential for successful job performance and cannot reasonably be acquired on the job during the period of orientation/training customary for the position being filled. For example, while the individual occupational requirements for Recreation Specialist provide for applicants to meet minimum qualifications on the basis of education or experience in any one of a number of recreational fields, a requirement for knowledge of therapeutic recreation may be needed to perform the duties of a position providing recreation services to persons with physical disabilities. If that is the case, such knowledge could be justified as a selective factor in filling the position.

# OCCUPATIONAL COVERAGE

A list of the occupational series covered by this qualification standard is provided below. The occupational series marked with an asterisk have individual occupational requirements in Section IV-B of the **Operating Manual for Qualification Standards for General Schedule Positions**. Refer to the Index for links.

GS-006 Correctional Institution Administration*
GS-011 Bond Sales Promotion*
GS-018 Safety and Occupational Health Management*
GS-023 Outdoor Recreation Planning*
GS-028 Environmental Protection Specialist
GS-030 Sports Specialist*
GS-062 Clothing Design*
GS-080 Security Administration
GS-105 Social Insurance Administration
GS-106 Unemployment Insurance*
GS-107 Health Insurance Administration
GS-132 Intelligence
GS-142 Manpower Development
GS-160 Civil Rights Analysis
GS-188 Recreation Specialist*
GS-201 Human Resources Management
GS-244 Labor Management Relations Examining*
GS-249 Wage and Hour Compliance*
GS-260 Equal Employment Opportunity
GS-301 Miscellaneous Administration and Program
GS-334 Computer Specialist* (Replaced by GS-2210)
GS-340 Program Management
GS-341 Administrative Officer
GS-343 Management and Program Analysis
GS-346 Logistics Management
GS-360 Equal Opportunity Compliance
GS-362 Electric Accounting Machine Project Planning
GS-391 Telecommunications*
GS-501 Financial Administration and Program
GS-505 Financial Management*
GS-526 Tax Specialist*
GS-560 Budget Analysis
GS-570 Financial Institution Examining*
GS-669 Medical Records Administration*
GS-670 Health System Administration*
GS-671 Health System Specialist*
GS-672 Prosthetic Representative
GS-673 Hospital Housekeeping Management*
GS-685 Public Health Program Specialist*
GS-828 Construction Analyst*
GS-901 General Legal and Kindred Administration
GS-920 Estate Tax Examining
GS-930 Hearings and Appeals

GS-950 Paralegal Specialist
GS-958 Pension Law Specialist*
GS-965 Land Law Examining*
GS-967 Passport and Visa Examining*
GS-991 Workers' Compensation Claims Examining
GS-993 Railroad Retirement Claims Examining
GS-996 Veterans Claims Examining
GS-1001 General Arts and Information*
GS-1008 Interior Design*
GS-1010 Exhibits Specialist*
GS-1020 Illustrating*
GS-1035 Public Affairs
GS-1040 Language Specialist*
GS-1051 Music Specialist*
GS-1054 Theater Specialist*
GS-1056 Art Specialist*
GS-1071 Audiovisual Production*
GS-1082 Writing and Editing
GS-1083 Technical Writing and Editing*
GS-1084 Visual Information*
GS-1101 General Business and Industry*
GS-1103 Industrial Property Management*
GS-1104 Property Disposal
GS-1130 Public Utilities Specialist
GS-1140 Trade Specialist*
GS-1144 Commissary Store Management*
GS-1145 Agricultural Program Specialist*
GS-1146 Agricultural Marketing*
GS-1147 Agricultural Market Reporting
GS-1150 Industrial Specialist*
GS-1160 Financial Analysis*
GS-1161 Crop Insurance Administration*
GS-1162 Crop Insurance Underwriting*
GS-1163 Insurance Examining*
GS-1165 Loan Specialist*
GS-1169 Internal Revenue Officer*
GS-1170 Realty
GS-1171 Appraising
GS-1173 Housing Management
GS-1176 Building Management
GS-1361 Navigational Information*
GS-1397 Document Analysis*
GS-1421 Archives Specialist
GS-1630 Cemetery Administration
GS-1640 Facility Management*
GS-1654 Printing Management*
GS-1670 Equipment Specialist*
GS-1702 Education and Training Technician
GS-1712 Training Instruction*
GS-1715 Vocational Rehabilitation*
GS-1801 General Inspection, Investigation, and

Compliance*
GS-1810 General Investigating
GS-1811 Criminal Investigating*
GS-1812 Game Law Enforcement
GS-1816 Immigration Inspection
GS-1831 Securities Compliance Examining*
GS-1850 Agricultural Commodity Warehousing Examining*
GS-1854 Alcohol, Tobacco and Firearms Inspection*
GS-1864 Public Health Quarantine Inspection*
GS-1889 Import Specialist*
GS-1890 Customs Inspection*
GS-1894 Customs Entry and Liquidating*
GS-1910 Quality Assurance*
GS-1980 Agricultural Commodity Grading*
GS-2001 General Supply
GS-2003 Supply Program Management
GS-2010 Inventory Management
GS-2030 Distribution Facilities and Storage Management
GS-2032 Packaging
GS-2050 Supply Cataloging
GS-2101 Transportation Specialist*
GS-2110 Transportation Industry Analysis*
GS-2123 Motor Carrier Safety*
GS-2125 Highway Safety*
GS-2130 Traffic Management*
GS-2150 Transportation Operations*
GS-2161 Marine Cargo*
GS-2210 Information Technology Management

- To Top of This Page
- To Qualifications Standards Front Page
- To OPM Web Site Index
- To OPM Home Page

*Page created 22 March 1999*