# POSITION DESCRIPTION (Please Read Instructions on the Back)

**1. Agency Position No.:** 04455

**2. Reason for Submission:** ☒ New  ☐ Redescription  ☐ Reestablishment  ☐ Other  ☐ nation (Show any positions replaced)

**3. Service:** ☒ Hdqrts.  ☐ Field

**4. Employing Office Location:** Washington, D.C.

**5. Duty Station:** Washington, D.C.

**6. OPM Certification No.:**

**7. Fair Labor Standards Act:** ☒ Exempt  ☐ Nonexempt

**8. Financial Statements Required:** ☐ Executive Personnel Financial Disclosure  ☐ Employment and Financial Interests

**9. Subject to IA Action:** ☐ Yes  ☒ No

**10. Position Status:** ☒ Competitive  ☐ Excepted (Specify in Remarks)  ☐ SES (Gen.)  ☐ SES (CR)

**11. Position is:** ☐ Supervisory  ☐ Managerial  ☒ Neither

**12. Sensitivity:** ☒ 1—Non-Sensitive  ☐ 2—Noncritical Sensitive  ☐ 3—Critical Sensitive  ☐ 4—Special Sensitive

**13. Competitive Level Code:**

**14. Agency Use:**

### 15. Classified/Graded by

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | Senior Business Management Specialist | GS | 1101 | 14 | [sig] | 7/31/00 |
| e. Recommended by Supervisor or Initiating Office | Senior Business Management Specialist | GS | 1101 | 14 | | |

**16. Organizational Title of Position (if different from official title):**

**17. Name of Employee (if vacant, specify):** Milton Hill

**18. Department, Agency, or Establishment:** Department of the Interior

- **a. First Subdivision:** Bureau of Land Management
- **b. Second Subdivision:** Business and Fiscal Resources
- **c. Third Subdivision:**
- **d. Fourth Subdivision:** Property and Acquisition & Headquarters Services
- **e. Fifth Subdivision:**

**19. Employee Review**—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional):

**20. Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor:**
Joe Federline
Acting, Group Manager
Signature: Joe Federline   Date: 7/24/00

**b. Typed Name and Title of Higher-Level Supervisor or Manager (optional):**

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action:
Dawn Leatherwood Phillips
Personnel Management Specialist
Signature: Dawn Leatherwood Phillips   Date: 7/31/00

**22. Position Classification Standards Used in Classifying/Grading Position:**
see evaluation statement
USOPM Handbook of Occupational Families [illegible], GS-1101, dtd 4/99; USOPM PCS AAGEG, B/90 YRS-98

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

### 23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks:**

EXHIBIT: July 2000 P.D.
EXHIBIT: Sr. Business Specialist P.D. 7-2000

**25. Description of Major Duties and Responsibilities (See Attached)**

NSN 7540-00-634-4265   Previous Edition Usable   5008-106   OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

## POSITION DESCRIPTION

## SENIOR BUSINESS MANAGEMENT SPECIALIST
## GS-1101-14

## INTRODUCTION

This position is located in the Property and Acquisition Management and Headquarters Services Group (WO-850) within the Directorate of the Assistant Director, Business and Fiscal Resources. The Group is responsible for the policies and oversight of Bureau-wide Acquisition, Grant, and Property Management business systems. The Group is also responsible for training development and coordination of all business programs within the Business and Fiscal Resources Directorate which includes budget, acquisition and property management, financial management, and management systems.

## I.  SUMMARY OF RESPONSIBILITIES AND MAJOR DUTIES

### A. RESPONSIBILITIES

1. **The Business and Economic Development Program (BEDP)** The employee is responsible for leading the Bureau of Land Management's BEDP. The BEDP was established by the acquisition-related sections of the Small Business Act (15 U.S.C. 631, *et seq.*) and other acquisition legislation. The Headquarters BUDS is the BLM advocate for the Government-wide policy to provide maximum contract and sub-contract opportunities to small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns. The BLM acquires goods and services worth about $250 million each year.

The Headquarters Business Utilization Development Specialist (BUDS) is the manager who is responsible to implement small business programs within the BLM. The employee negotiates Bureau-wide monetary goals with the Department of the Interior for contracts awarded to these business concerns. The Headquarters BUDS is also responsible for monitoring performance by BLM States and Center against the Business and Economic Development Program (BEDP) goals, and facilitates the achievement of the goals by identifying those offices falling short and offering ideas for improving performance.

The Headquarters BUDS leads the effort with the State and Center BUDS to set-aside acquisitions for these business concerns in order to achieve the goals. The effort includes reviewing the BLM advanced acquisition plan and solicitations that are not unilaterally set aside by the Contracting Officer and recommending a set aside if two or more capable small business concerns can be found. The Headquarters BUDS coordinates with the Small Business Administration (SBA), the Department of the Interior (DOI) Office of Small and Disadvantaged Business Utilization (OSDBU), and BLM acquisition operations offices positive steps to achieve the goals and SBA appeals. The Headquarters BUDS establishes or facilitates partnerships Chambers of Commerce and Trade Associations that represent small, disadvantaged and women-owned business; such as the National Black Chamber of Commerce, the National

Hispanic Chamber of Commerce, and the Pan-Asian Chamber of Commerce to increase business opportunities for these firms and facilitate the achievement of BLM goals. The employee collects information on outreach endeavors and submits the BLM annual report for the DOI awards program. The employee also leads the BLM BEDP awards program for outstanding achievers.

2.   "Greening the Government Through Waste Prevention, Recycling and Federal Acquisition" The employee is also responsible for co-managing with the Protection and Response Group the implementation of Executive Order 13101 and the Department of the Interior Strategic Plan and Action Plan for *"Greening the Government Through Waste Prevention, Recycling and Federal Acquisition"*. The employee is responsible for managing for the BLM Property and Acquisition functions of the *Greening* program to achieve goals in the DOI Strategic Plan through the Action Plan. The employee is also responsible for the annual *Greening* report on Bureauwide performance and recommending improvements to overall performance.

The acquisition goals are to (1) purchase products that have the highest percentage of recovered materials practicable, considering price, availability and performance, focusing on products designated in the Comprehensive Procurement Guideline (CPG). The acquisition goals are also to (2) purchase environmentally preferable products (EPPs), and (3) bio-based content products (BCPs).

The property goals are to (1) operate Government fleet vehicles using re-refined oil, retread tires (when replacing tires), reclaimed engine coolant, and on a pilot basis, biodegradable lubricating oil in small engines; (2) use recycled-content bathroom tissue, paper towels and plastic bags in the operation of all leased and owned facilities (3) use copy paper with at least 30% postconsumer material, (4) use bathroom tissue, and paper towels that have been manufactured without the use of diking and bleaching at all BLM facilities, and (5) use either recycled content carpet or factory refurbished carpet for all new installations in BLM facilities.

The manager in the Protection and Response Group is responsible for environmental management of the *Greening* program and reporting to the DOI and Federal Environmental Executives.

B.   MAJOR DUTIES

The responsibilities described above are achieved by performance of the following major duties:

1.   Business and Economic Development Program (BEDP)  Provides leadership and management of BLM BEDP as follows:

By January 31 of each fiscal year, negotiates annual fiscal year BEDP goals for the Bureau of Land Management (BLM) with the Department of the Interior (DOI) Office of Small and Disadvantaged Business Utilization (OSDBU). The goals are to reflect improvement or continuing effort to maintain the same level of prior accomplishments. The goals are separate dollar goals for contracts to the following businesses:

 (i) Small business,
   Within minority business entities, there are separate goals for:
 (ii) Section 8(a) disadvantaged firms,
 (iii) Small disadvantaged firms receiving contracts resulting from direct, open competition, and
 (iv) Non-profit, educational and large minority firms
 (v) Women-owned business,
 (vi) Subcontracts to small business
 (vii) Subcontracts to minority business and
 (viii) Subcontracts to women-owned business.

Within 30 days after receiving final Bureau-wide BEDP goals from the DOI, negotiates annual fiscal year BEDP goals within the BLM for the Washington Office, the National Business Center, State Offices, and the National Interagency Fire Center. The goals are based on past accomplishments and planned acquisitions.

Developing team dynamics among BLM acquisition operations office and Business Utilization and Development Specialists (BUDS), assists as requested, in identifying projects suitable for acquisition in support of socioeconomic development programs. Facilitates activities to ensure effective, efficient accomplishment of tasks, providing instruction, guidance, and clarification when required.

Performs an ongoing program to review new or revised higher-level acquisition regulations and directives issued by DOI related to the BEDP, and develops, issues, reviews, and updates BLM acquisition policies and procedures related to the BEDP. Comments on proposed laws and regulations affecting BLM BEDP programs.

Reviews the BLM's advance acquisition planning reports, ensuring that program managers are familiar with and carry out their responsibilities in this area.

Provides advice and guidance to BLM State, Center and Field Offices on BEDP matters.

Provides liaison between BLM and the DOI on BEDP statutes, policies and initiatives.

Participates in acquisition management reviews of BLM States, Centers and Field Offices to ensure that (1) the BLM conforms with existing socioeconomic statutes and regulations, (2) Contracting Officers and BUDS are coordinating effectively with the SBA Procurement Center Representative, and (3) the Contracting Officers are using SBA tools, such as PRONET at http://www.sba.gov to provide maximum practicable opportunities in acquisitions and subcontracts to small business, HUBZone small business, small disadvantaged business, and women-owned small business. Develops procedures for BEDP improvement.

Reviews and analyzes BLM BEDP accomplishments quarterly, and recommends improvements. Conducts recognition of BEDP accomplishments program.

Represents the BLM and the DOI at Federal, State, and local small business programs, trade fairs, and other socioeconomic development advocacy events; providing marketing assistance and counseling to small and socially and economically disadvantaged business enterprises. Counsels and assists small business concerns and provides information about doing business with the BLM. This includes (1) referring these concerns to the BLM procurement Web site at site at (2) informing them how to search for opportunities in the BLM Advanced Procurement Plan that is on the Internet, (3) informing them how to register centrally for electronic acquisition opportunities in the Interior Department Electronic Acquisition System.

Develops partnerships with the SBA, the DOI, and other Government agencies and socioeconomic development advocacy groups. Provides assistance to solve disagreements between the Small Business Administration (SBA) and the cognizant Contracting Office. Advises the Bureau Procurement Chief, the AD, B&FR, and the DOI OSDBU in appeals by the SBA of the Contracting Officer's decision not to set aside an acquisition.

Advises BLM contracting officers and BUDS at the National Business Center and Oregon State Office on the acceptability of prime contractor subcontracting plans, recommending improvements.

Represents the BLM in meetings with BLM contractors with complaints or questions about the BLM's socioeconomic programs, informing BLM managers of systematic practices which impair or impede access to acquisition opportunities, and proposes remedial measures.

Prepares and issues responses to Congressional, FOIA, and other special interest correspondence regarding the BLM BEDP program; provides assistance and guidance to the BLM State, Center and Field Offices, and the Office of the Assistant Director and the Director in their preparation of similar correspondence to ensure accuracy and consistency among these entities.

Provides briefings, seminars, and workshops on the BEDP program. Sponsors and participates in conferences and training designed to increase small business participation.

Serves as the BLM or DOI representative on intra and interagency committees, task forces, work groups, and other entities responsible for Federal BEDP programs.

"Greening the Government Through Waste Prevention, Recycling and Federal Acquisition"
Provides leadership and management of Property and Acquisition functions of the "Greening" Program as follows:

To promote achievement of the vision and goals established in the *Strategic Plan for Greening the Department of the Interior Through Waste Prevention, Recycling, and Federal Acquisition*, the employees lead the implementation of the DOI Action Plan in the BLM.

Participates as a member of the DOI *Greening* Group responsible for implementing the acquisition and property management and environmental strategies to achieve the items listed in the action plan.

Coordinates with the BLM Procurement Chief and Property Manager in the WO-850 Group and the National Business Center leads for various items in the Action Plan.

Coordinates and submits acquisition and property management information for *"Greening"* programs reports.

Serves as the BLM or DOI representative on interagency committees, task forces, work groups, and other entities responsible for Federal *"Greening"* programs.

## II. FACTORS

### Factor 1. Knowledge Required by the Position

-- Mastery of acquisition and other business management principles applicable to Federal socioeconomic development programs and extensive knowledge of statutes, Executive Orders, and Federal, DOI policies and regulations, which impact socioeconomic development programs and the *"Greening"* program..

-- Extensive knowledge of acquisition and socioeconomic statutes, Executive Orders, Office of Management and Budget circulars, Comptroller General decisions, and administrative board and court decisions to interpret regulations and higher-level policies for the BLM, and identify and analyze acquisition issues and their impact on BLM-wide socioeconomic programs that affect small, minority and women-owned business concerns and to lead and manage the implementation of the *"Greening"* Program action items.

-- Extensive knowledge of socioeconomic laws; such as, the Small Business Act, and Executive Order 13101, *"Greening the Government Through Prevention, Recycling and Federal Acquisition"*, Government-wide policies, and the Federal and Interior Acquisition Regulations sufficient to develop, coordinate and issue BLM policies and procedures.

-- Broad knowledge of the BLM's mission and acquisition and property management programs to develop BLM-wide Business and Economic Development Program (BEDP) and *"Greening"* policies and procedures, and lead the achievement of BEDP and *"Greening"* goals.

-- Mastery of leadership skills including motivation, role modeling, leveraging resources, and team building.

-- Mastery of management skills including planning, organizing, analyzing, and evaluating, and clear and concise written and oral communication skills.

-- Extensive knowledge to effectively present, clarify, and defend, when necessary, the BLM's or the DOI's position on BEDP and *"Greening"* matters before peers in the acquisition community within and outside the DOI, higher-level management, and the public sector groups.

— Knowledge necessary to effectively evaluate and provide constructive recommendations to improve BEDP and *"Greening"* policies and guidance.

— Knowledge of functions and capabilities of the BLM acquisition and property management offices.

— Knowledge of FOIA and Congressional inquiries policies and procedures.

Factor 2. Supervisory Controls

The ~~Bureau Procurement Chief~~ Group Manager (WO-850) gives broad general direction and guidance and generally makes assignments only when they are initiated by higher management or for special projects. ~~The Bureau Property Manager also give broad direction with respect to the property management action items on the DOI "Greening" Action Plan.~~ Work assignments usually are self-generated. The employee is primarily responsible for leading and managing the BLM BEDP mandated by public law and the *"Greening"* program. The employee works independently, leading the coordination with the BLM State/Center Procurement Analysts and the NBC leads to plan, organize, and complete assignments and manage the BEDP workload and the DOI *"Greening"* Action Plan items to achieve each program's goals and objectives. The completed work is accepted as being technically authoritative, and is reviewed from an overall standpoint in terms of appropriateness, attainment of program goals and objectives, and accuracy.

Factor 3. Guidelines

Guidelines include socioeconomic laws; Federal, Departmental, and BLM Federal Acquisition Regulations and Manuals; Executive Orders (EO), including EO 13101 on the Federal *"Greening"* program; OMB circulars; Comptroller General Decisions; and other legal precedents applicable to the BEDP and *"Greening"* programs; as well as unofficial "Best Practice" guides; such as, handbooks, circulars, and publications of private firms and small business advocacy organizations. The employee exercises judgment and considerable creativity to ensure uniform application of guidelines among closely related or seemingly conflicting directives. The employee develops supplemental guidance only when existing guidance limits ability to efficiently and effectively perform BEDP and *"Greening"* program requirements and achieve BEDP and *"Greening"* goals.

Factor 4. Complexity

The work consists of an extensive array of duties involving a broad range of activities and depth of analysis for the highly specialized fields of the BEDP and the *"Greening"* program. Work involves complex projects of BLM-wide and Department-wide scope. The work is subject to continuing changes to ensure increased effectiveness, efficiencies and improved quality in response to the needs of the public, the BLM, the DOI, other Federal agencies, and Congress. The employee, independently and with State Procurement Analysts', Bureau Procurement Chief's

and Bureau Property Manager's contributions, develops new information, considers data from a wide variety of sources, and modifies and originates approaches, methods, and procedures to plan and carry out successful program goals and objectives. The employee must rely on acquired knowledge, experience, and expertise in the areas of organizational, leadership, and management skills in addition to formal and informal guidelines and regulations. Program needs of the BLM are varied, encompassing the entire spectrum of land and ecosystem management. A general knowledge of the BLM's mission, organization, projects, and programs is required.

Factor 5. - Scope and Effect

The purpose of the work is to perform program administration and analysis activities for the BEDP and *"Greening"* programs, and to resolve problems relating to those programs using accepted procedures and precedents and innovative approaches. The purpose of the work is to provide expertise and leadership by furnishing advisory, planning, or reviewing services on specific problems, projects, or programs within the BEDP and *"Greening"* programs; or, facilitating solutions to a wide range of recommendations. Examples include formulating approaches to BEDP and *"Greening"* problems or issues when the problems require extensive analysis of a variety of unusual conditions, questions, or concerns or establishing procedures for implementing policies or guidelines. The BEDP work is crucial in encouraging expansion of the national industrial base by developing new or improved small, minority or women-owned firms to assure increased opportunities to contract and subcontract with the BLM, other Federal, State, and local entities and with prime contractors. This work primarily affects the economic well-being of small and socially and economically disadvantaged businesses located principally in the Western United States. The *"Greening"* program work is crucial because it provides an active, systematic way to protect the natural processes that sustain life on our planet. The BEDP and *"Greening"* work affects a wide range of acquisition and property management activities, such as the operation of acquisition and property management programs in various locations, and the accomplishment of significant goals. The BEDP affects the timely support of other Federal departments or agencies; has a significant economic effect on those working in various industries, since it establishes rules and guidelines under which the BLM's major acquisition programs are accomplished and which members of those industries must follow in doing business with the BLM. The *"Greening"* program has far reaching effect to protect the natural processes that sustain life on our planet.

Factor 6. - Personal Contacts

Frequent and extensive contacts with high-level DOI and BLM decision makers in Washington D.C.; State/Center and field offices; BLM and DOI Business Utilization Development Specialists (BUDS), BLM contracting officers, property managers, National Business Center managers, program managers, and technical personnel; representatives of other Federal agencies; State and local government officials, local and national chambers of commerce, industrial and trade associations, and small business advocacy entities; Government contractors and representatives from small and small socially and economically disadvantaged business concerns.

Factor 7. - Purpose of Contacts

Contacts are to plan and advise on BEDP and "Greening" program requirements, coordinate actions with affected offices, resolve related problems, and motivate and facilitate activities. The purpose of contacts is to influence, negotiate, motivate, gain new information, clarify issues and encourage support of Federal BEDP and "Greening" programs in order to achieve BLM-wide results. As BEDP manager, the purpose of contacts with potential contractors is to ensure that BEDP requirements are met and goals are achieved by providing small and socially and economically disadvantaged businesses with opportunities to compete for contracts and subcontracts. For the "Greening" Program, the purpose is to lead and manage the Acquisition and Property Management items in the DOI Action Plan to achieve the goals in the "Greening" Strategic Plan.

Factor 8. - Physical Demands

The work is somewhat sedentary; however walking and standing is required during visits to contractor facilities, participation in trade fairs, conferences and seminars. Some physical lifting required in the transport and set-up of display materials. Considerable travel by automobile and airplane is necessary in fulfilling the requirements of this position.

Factor 9. - Work Environment

Work is performed in an office environment with significant travel to attend meetings, review field operations, visit contractors, participate in trade fairs, seminars, and conferences.