# M. NEDD'S APPLIC. FOR THE ASSOC. STATE DIRECTOR—EASTERN STATES POSITION



EXHIBIT
Nedd Application
&
Qualifications Summary

14

w/o Rec'd
05/08/00
/HL

3756 Del Mar Drive<br>
Dale City, VA, 22193<br>
May 7, 2000

Bureau of Land Management
Personnel Office ES-953
7450 Boston Blvd.
Springfield, VA 22153

In response to announcement ES-00-20, for Associate State Director, GS-0340-14/15, I have enclosed the following documents:

- Resume (4 pages);
- Statement of Knowledge, Skills and Abilities (6 pages); and
- Fiscal Year 1999 Employee Performance Plan and results report (3 pages).

Should you have any questions, please do not hesitate to contact me at the address listed above or on 703/680-5809.

Sincerely,

Michael D. Nedd

/5

Form 1400-86(335)  
(September 1982)

UNITED STATES  
DEPARTMENT OF THE INTERIOR  
BUREAU OF LAND MANAGEMENT

## VACANT POSITION APPLICATION

TO: ES-953 _____  
(Servicing Personnel Office and Code)

TO BE COMPLETED BY APPLICANT

FROM: (Applicant's Name and Complete Mailing Address)

Michael D. Nedd  
3756 Del Mar Drive  
Dale City, VA 22193

I wish to be considered for the position identified below.

All documents required in the vacancy announcement are enclosed [ ] Yes [ ] No *(if "No," explain)*

_____  (Signature of Applicant)   (Date)

| ANNOUNCEMENT NO. | POSITION TITLE | SERIES/GRADE | LOCATION |
|---|---|---|---|
| ES-00-20 | Associate State Director | GS-0340-14/15 | Springfield, VA |

### BOTTOM PORTION TO BE COMPLETED BY SERVICING PERSONNEL OFFICE

The following action was taken with respect to your application for the position described above:

[✓] You were rated among the *best qualified*. Your name was referred to the Selecting Official.

[ ] You were rated as *qualified* but did not rank high enough for referral to the Selecting Official.

[ ] You were rated as *qualified for placement other than promotion*. Your name was referred to the Selecting Official.

[ ] You were rated as *not qualified*. You failed to meet the following requirements:
  [ ] Basic experience
  [ ] General experience
  [ ] Specialized experience
  [ ] Professional experience
  [ ] Other (specify)

[ ] Your application was not considered because:
  [ ] It was received after the closing date/execution date of _____.
  [ ] You were outside the area of consideration, which was _____.
  [ ] You lacked required appointable status.
  [ ] Other (specify)

[✓] You have been selected. You will be advised of the effective date and other details pertinent to your new assignment.

[ ] You were not selected. The person selected for the position was _____.

Reviewed by _Marge Rothenberg_ (signature)   Date 7/3/00

*Your interest in furthering your career goals with the Bureau of Land Management is appreciated.*

16



**POSITION:** Eastern States Associate State Director, GS-0340-14/15, Announcement ES-00-20

## QUALIFICATIONS SUMMARY

Over the past twenty years, I have acquired extensive knowledge and experience in managing large and complex organizations with up to 250 staff members and an operating budget of more than $155 million. I am a multi-disciplined executive with more than fourteen years of diverse, hands-on experience in managing Architectures, complex Enterprise Projects, National IRM/Data Centers and IT Program Management - Vision and Mission Statements, Budgeting, Performance Measures, Risk Management, IT/Business Alignment, Investment and Asset Portfolio, Strategic and Tactical Planning. I possess the ability, skills and knowledge to institute appropriate actions to ensure projects stay within budget, within scope and are completed on schedule.

**Department of the Interior - Bureau of Land Management (BLM), Washington, DC**
<u>Deputy Chief Information Officer (CIO), GS-340-15,</u> October 1996 - Present
Serves as the Deputy CIO and senior Information Resources Management (IRM) subject matter expert, managing an annual operating budget in excess of $130 million and 180 plus employees and contractors, provides vision and leadership for the Headquarters (HQ) Office, National Center and Field Offices (FO) in Bureauwide IRM Program Management and related resources.

● Manages the day-to-day operation for Bureauwide Information Technology (IT) Security, Enterprise Architecture, Telecommunications, Internet/Intranet, National IRM/Data Center, IT Capital Asset and Investment Portfolio, Strategic Planning, Budget Formulation and Execution, Enterprise Systems Acquisition and Development, Data and Records/Privacy Management. Currently leading an effort to enhance the level of our Capability Maturity Model.

● Enhanced our IT/Business Alignment processes by restructuring the Bureau's IT Investment Board to assure major investments in IT and related resources are fully aligned with the Bureau's business.

● Currently playing a major role in developing the Bureau's IT Architecture, a strategic information asset base that defines the technology needed to support the business operations, and allows for transitional processes for implementing new technologies in response to the changing needs of the business (IT/Business Alignment).

● Pursues value-added opportunities and forms alliances and partnerships with other Federal, State and Local entities to leverage IT resources through commingling and joint projects. Actively involved as a member of the **Federal CIO Council Interoperability Committee.**

● Represents the Bureau Director and/or CIO in policy and program direction with officials from the Secretarial Offices, other agencies, the Office of Management and Budget, the General Accounting Office, and Congressional members.

● Achieved Year 2000 compliance for all Information Systems and related resources ahead of schedule and without any disruption on or after January 1, 2000. This achievement was a significant contributor to the overall Departmental "A" rating from Congress.

17

2                                    MICHAEL D. NEDD

**EXPERIENCE** (CONT.)

Department of the Interior - Bureau of Land Management (BLM), Washington, DC and Springfield, VA
  <u>Branch Chief, Information Resources Management (IRM), GS-334-14,</u> April 1991 - September 1996
  Provided the vision and leadership for an IRM operational environment. Managed a team of managers, technical staff and contractors with an operating budget in excess of $1.5 million.

  - Successfully implemented the Headquarters segment of the Bureau's multi-million dollar IT modernization project.

  - Served as the principal advisor to the Assistant Director (AD) for Management and Information Services on National IRM issues between July 1995 through September 1996.

  - Successfully developed the Bureau's three-year IRM Strategic Direction and associated policies toward its implementation.

  - Led a team of subject matter experts and developed the Bureau's IRM Mission Statements, IRM Functional Model and Organizational structure, including a National IRM Center.

  - Led the development of the Department of Interior's Systems Architecture Framework.

Department of the Interior - National Park Service, Gateway National Recreation Area, Brooklyn, NY
  <u>Chief, Office of Information Management (OIM), GS-334-12,</u> June 1989 - April 1991
  As Chief, OIM, with an operating budget in excess of $2 million and a staff of up to 18 members, provided support for the HQ sites, five subunits, NY Area Park Police and a Job Corps Training Center. Frequently served as Acting Administrative Officer, managing the Personnel, Budget, Contract and Procurement Branches and the Office of Information Management.

South Carolina Department of Highways And Public Transportation
  <u>Systems and Software Support Analyst,</u> December 1988 - June 1989
  Assisted the DataBase Administrator (DBA) in maintaining an Enterprise ADABAS system.

Future Systems & Design, Sumter, SC
  <u>Applications and Systems Integration Specialist - Part-time,</u> January 1985 - March 1989
  Performed independent analysis in a minicomputer and microcomputer environment. Trained users, designed, developed, tested, and implemented computer systems.

South Carolina Employment Security Commission
  <u>Employment Counselor,</u> October 1986 - December 1988
  Developed and initiated public employment services for Veterans.

U.S. Army
  <u>Lead Shipment Specialist - Civilian,</u> August 1985 - October 1986
  <u>Warrant Officer and other Combat Specialties,</u> 1976 - April 1985
  Served in highly specialized combat units around the world as a special operations mission fighter and logistically activated "The 3rd Ranger Battalion." As a Logistics Officer, provided vision and leadership for automated and manual property accountability of military equipment and material in excess of 400 million dollars. Managed a military and civilian staff that provided contracting, acquisition, financial, military material, and facilities management.

18

3                     MICHAEL D. NEDD

## EXECUTIVE MANAGEMENT DEVELOPMENT

**OPM's Executive Potential Program (EPP)**, March 1993 - March 1994

Successfully completed the EPP, a senior management/executive preparatory program. Through training and developmental assignments, enhanced my abilities in the areas of leadership, communications, managing organizational change, managing conflicts, and managing a culturally diverse work force. Completed two Executive Developmental assignments:

● **Office of Congressman James Clyburn (6/93 - 9/93)** - Analyzed and studied environmental issues. Prepared written briefs on proposed legislation and rendered professional advice to the Congressman.

● **Associate State Director for BLM's Eastern States (3/94 - 7/94)** - Managed the day-to-day activities of a 260-person, $15 million, Public Land Management organization with activities spanning 31 states east of the Mississippi River.

## EDUCATION

**IBM Institute for Executives**, Palisades, NY
The CIO's Role in Transformation, July 1999
Executive's Role in the Information Age, February 1999

**Federal Executive Institute**, Charlottesville, VA, March 1998
Leadership for a Democratic Society Executive Development Program.

**National Defense University**, Fort McNair, Washington DC, April 1995
21 Graduate Hours - Advanced Management of Information Resources Management (CIO)

**Strayer University**, Woodbridge, VA, June 1991 - September 1997
M.S. - Information Systems (1997), Magna Cum Laude
B.S. - Information Systems (1992), Magna Cum Laude

**Central Carolina College**, Sumter, SC, June 1985 - May 1989
A.S. - Computer Technology (1987), Summa Cum Laude
A.S. - Business Management (1989), Magna Cum Laude

Successfully completed numerous IT technical training and courses between 1985 - Present

## AWARDS, HONORS & ASSOCIATIONS

Performance Awards, 1995, 1996, 1997, 1998 and 1999
Member, Greater Shiloh Baptist Church, 1993 - Present
Mentor, My Pal Mentor Program, Alexandria, VA, 1992 - Present
Mentor, Washington DC Mentor Inc., 1992 - Present
Instructor, United States Karate Association, 1984 - Present
Official, International Association of Approved Basketball Officials, 1980 - Present
Member, Tau Epsilon Sigma Honor Society, 1992 - Present
Member, Alpha Chi Honor Society, 1987 - Present
Karate Champion, First Place Men's Open Black Belt and Forms, 1982, 1983, 1985 and 1986
Guyana Junior Judo Champion, 1974
U.S. Army Ranger Tab, Airborne and Expert Infantry Badge
U.S. Army Good Conduct Medal (2nd Award)
U.S. Army Commendation and Achievement Medals with bronze and oak leaf cluster

19

## MICHAEL D. NEDD

| Title: **Deputy CIO and Deputy Assistant Director, IRM** GS-340-15, 10/99 - present | Employees supervised: 10 as first level and 140 + as second and third level | Immediate Supervisor: Hord W. Tipton, (202) 208-7701 |
|---|---|---|
| Title: **Deputy CIO and Deputy Assistant Director, IRM** GS-340-15, 10/96 - 9/99 | Employees supervised: 8 as first level and 170 + as second and third level | Immediate Supervisor: Gayle Gordon, (703) 440-1700 |
| Title: **Chief, IRM, Eastern States** GS-334-14, 7/95 - 10/96 | Employees supervised: 12 as first level and 18 as second level | Immediate Supervisor: Marilyn Johnson, (602) 906-5500 Charles Bush, (703) 440-1745 |
| Title: **Chief, IRM, Washington Office** GS-334-14, 4/91 - 7/95 (Acting Chief in 91 and early 92) | Employees supervised: 18 | Immediate Supervisor: Terry Call, (retired) (410) 997-9115 |
| Title: **Legislative Assistant Congressman James Clyburn,** for an Executive Development, 6/93 - 9/93 | Employees supervised: None | Immediate Supervisor: Chief of Staff, W.E. DeLoach (deceased) and Administrative Assistant, Yelberton Watkins, (202) 225-3315 |
| Title: **Associate State Director, Eastern States, GS-343-15,** Executive Development Program, 3/94 - 7/94 | Employees supervised: 10 as first level and 260+ as second and third level | Immediate Supervisor: Pete Culp, (703) 440-1700 |

Michael D. Nedd
May 7, 2000

2o

Michael D. Nedd - Announcement Number: ES-00-20, Associate State Director, Eastern States

**1. Knowledge of Natural Resource Programs, law, regulations, policy formulation governing or affecting management of public lands and resources:**

Since 1989, through the various positions I have held, such as Deputy Assistant Director, Acting Associate State Director (ASD); Special Assistant (SA); Manager; IRM Chief; Task Force Leader/member; and Acting Administrative Officer; I have been involved with Natural Resources Programs, as they relate to administration, policy development/interpretation, planning and usage.

Currently, as the Deputy Assistant Director for Information Resources Management (IRM) and Field Committee Member (since 1997), I coordinate and/or facilitate natural resources programs and related activities. In this capacity, I provide strategic direction and leadership to ensure the Bureau's resources are effectively and efficiently managed.

In 1994 I served as the Eastern States Acting Associate State Director (ASD) and Special Assistant (February 1994 - July 1994) and in this capacity had a major role in several policy decisions. I also successfully completed a 120-day developmental assignment in Congressman Clyburn's office on Capitol Hill, where I analyzed and studied various issues and legislation and prepared written briefs which outlined the status of those legislation in Committees.

**2. Knowledge of and ability to implement and administer the law, regulation, executive orders, Secretarial order, etc. governing natural and cultural resources management programs:**

As outlined in KSA 1, since 1989, I have held several key positions and dealt with a variety of areas and issues that included successful implementation of policies, program improvements and increased awareness of laws and regulations governing natural and cultural resources.

As Deputy Chief Information Officer/Deputy Assistant Director for Information Resources Management (IRM) and in my past positions as Chief for IRM Operations in field offices and also at the Headquarters, I have carried out executive level mandates, as well as federal and Bureau policies and procedures related to developing, managing and implementing IRM activities. These responsibilities have high potential for political and economic impacts on the Bureau's mission and their dealings with other external partners, especially in today's environment where there is a high dependency on Information and Technology. In light of recent legislation affecting IRM, carrying out complex programs and ensuring the agency's technology investments are warranted is challenged by the diverse views of the congressional representatives, and other Federal, State and Local Officials.

In this capacity and as a member of the BLM's Field Committee (since 1997), I provide vision and leadership to ensure effective and efficient program management. As the focal point on key matters of technical, administrative and program support nature, I provide high-level leadership to Washington Office (WO) staff as well as field personnel. I ensure that laws, regulations, executive orders, Secretarial orders, policies, and viewpoints of the Director and/or Assistant Director are properly comprehended and translated into actions by the appropriate WO and/or field manager or staff. This includes administering and interpreting law, regulations and policies and initiating efforts to develop, revise and refine policies accordingly. I am able to resolve policy issues whether the source is internal or external and provide advice and counsel to the Director or Assistant Director on unprecedented issues having potentially widespread ramifications.

While on assignment to Eastern States as the Acting Associate State Director (ASD) and as a Special Assistant (February 1994 - July 1994), I actively worked with the Executive Management Team (EMT) through a collaborative management efforts, and made decisions relative to the vast area of responsibilities. As a result, I facilitated several major policy decisions governing the use of resources, such as Lead-Zinc Mining on the Mark Twain National Forest in Missouri, application to drill on the Miccosukee Indian Land near the Everglades, and a Draft Florida Resource Manage Plan (RMP).

2(

Michael D. Nedd - Announcement Number: ES-00-20, Associate State Director, Eastern States

In 1993, while on a 120-day developmental assignment in Congressman Clyburn's office on Capitol Hill, I analyzed and studied various issues and legislation and prepared written briefs which outlined the status of those legislation in Committees, support or opposition by various interest groups, budgetary impact, and present and/or past Administration positions on the legislation and/or similar issues. These issues included Environmental Justice, Superfund Reauthorization, Wetlands, Clean Water Reauthorization, and Endangered Species.

**3. Ability to present and discuss major program objectives before state and local government, and other Federal agencies, private industry, special interest groups, and public meeting:**

I am currently, and have been for the past eighteen years, dealing with the public and other officials as key representative of my respective agencies. I communicate with agency staff and other individuals at meetings, seminars, and conferences. I have built an expansive network that includes internal BLMers at all levels and at various federal agencies. I have a direct link to peers and senior officials within the Federal Government, the Corporate arena and a host of state and local officials. I am frequently called upon to serve on Ad Hoc groups, especially in responding to congressional officials and/or representatives at GAO or OMB. I work and/or meet with Interior Department, OMB and GAO officials to articulate the Bureau's position on key matters. I am an active member of the Federal Government's Chief Information Officer (CIO) Interoperability Committee and have led several subgroup initiatives.

In 1997, I played a major role in brokering an agreement with the Forest Service to partner and develop joint projects for maximizing Information Technology (IT) and related resources. As a result, an Interagency Agreement was signed to allow sharing of resources and we have since formed interagency teams to address IT and related resources focal areas. We also developed a joint "concept of operations" plan to implement the terms of our agreement. While I am quite proficient in the IRM arena, my skills also translate into other areas, including natural resources. While serving as the Acting Associate State Director for Eastern States in 1994, I -

☞ Oversaw the finalization of a Quitclaim deed and made several trips associated with this issue and other matters.

☞ Visited Cameron Parish, Louisiana to present a Quitclaim deed to Congressional Officials on behalf of the Director.

☞ Facilitated activities associated with effective program management through briefings and/or issue papers with the Assistant Secretary, Bureau's Headquarters Executive Leadership Team (ELT) members and their staff, Congressional Officials, other Interior and non-Interior Agency Top Officials, to articulate positions on Natural Resources issues, such as GLO Records Automation, Lead-Zinc Mining on the Mark Twain National Forest in Missouri, application to drill on the Miccosukee Indian Land near the Everglades, and the Draft Florida Resource Management Plan (RMP).

☞ Served as the senior official on several public and town hall meetings relative to Rangeland Reform, Florida RMP, Mark Twain National Forest, and the Miccosukee Indian Land.

During 1993, while assigned to Congressman Clyburn's office, I served in the capacity of Legislative Assistant and researched several issues relative to the Congressman's District and/or pending bills in the House. This included determining the involved agencies' position, concerns of other Congressional Members who opposed the Bills, and impact on the Congressman's District (residents and businesses). The issues were Wetland, Endangered Species, Environmental Justice, Superfund Reauthorization (funds to clean identified hazardous sites), and Clean Water Act. In this capacity, I -

Michael D. Nedd - Announcement Number: ES-00-20, Associate State Director, Eastern States

☞ Met with Top Officials from the DOE, EPA, Army Corps of Engineer, DOI and other interested parties on behalf of the Congressman to address issues dealing with the environment.

☞ Visited several counties in Congressman Clyburn's district and met with Federal, State and Local officials to coordinate legislative efforts.

☞ Facilitated and/or coordinated town hall meetings on issues dealing with Employment Reauthorization and Unemployment Compensation (due to my experience as an Employment Counselor in 1986 - 1988), Plant/Business Closing, Environmental Justice, Superfund Reauthorization, and Wetlands.

☞ As part of my research and meetings with Congressional, Federal, State, Local and Nonprofit Organization officials, and constituent, there were a few areas of major differences between the respective parties, which would have a significant impact on the Congressman's District. Accordingly, I broker two agreements that resulted in several drafted position papers and briefs for the Congressman outlining these proposals:

- Three federal agencies involved with Wetlands administration and management would sign an agreement to ensure there is adequate coordination between them. In addition, the permitting agency would review its permit issuing processes to reduce the 180 days processing period; and
- One of the major, influential nonprofit organizations pledged to review its position on the Superfund Reauthorization. This would require reconsideration by the federal agencies involved to allow environmental offenders to voluntarily pay a reasonable amount into superfund instead of extensive litigation. I proposed the Congressman's amendments to proposed legislation including language to force the parties into a mediation process if they could not agree on an amount. This was an alternative to the litigation process that usually takes an enormous time to settle, while the affected communities have to continue living in the environmental harmful site, unless and until the Federal Government steps in and cleans up the site.

**4. Ability to direct a large, physically dispersed organization, delegating responsibility as necessary to accomplish organizational goals:**

For the past twenty years, I have managed organizations (up to 260-employees not including contractors) and provided strategic direction and leadership to assure full and appropriate coordination, integration, and operation of major program mission and activities.

Since becoming the **Deputy Chief Information Officer/Deputy Assistant Director in 1997, my challenge has been building, maintaining and managing a very complex organization (180 employees plus and a host of contractor supporting staff), with physically dispersed groups and staff located in Washington, D.C., a National Information Resources Management (IRM) Center located in Denver, CO, and program training support staff in Phoenix, AZ.**

Currently as the senior IRM official, through a team of managers, I provide direction and leadership for the Bureau's Information Resources Management (IRM) day-to-day operations, toward attaining the goals and objectives as outlined in the Strategic Plan and Annual Performance Plan. In this capacity:

☞ Manages the Directorate's budget of $65 million and to a larger extent, a Bureauwide IT and related resources budget totaling more than $130 million. This includes program justification and budget formulation and execution.

Michael D. Nedd - Announcement Number: ES-00-20, Associate State Director, Eastern States

☞ Ensures IRM related costs stay within budget allocation and provide direction, guidance and coordination to assure cost-effective acquisition, integration and configuration of the Bureau's IT resources.

☞ Initiates and reviews program planning, funding requests and program progress.

☞ Analyzes and evaluates IRM requirements to ensure use, procedures, standards and conformance to policies is within the intended scope. Accordingly, I implement changes and/or recommend adjustments to policy and procedures to ensure compliance with existing laws.

☞ Works diligently to implement and enhance state-of-the-art technology throughout the Bureau.

☞ Currently updating the Bureau's Information Resources Management (IRM) Strategic Plan (2000 - 2005)..

☞ Currently updating the Bureau's IT Capital Asset Plan that is the blueprint for acquisitions of major IT assets to meet the Bureau's business needs.

☞ Re-chartered the Bureau's first ever IT Investment Board (ITIB). This is a senior level (SES) decision-making body, representative of the Bureau's Business Managers, that selects, controls and evaluates major IT and related resources investments that impact the Bureau's mission, priorities, program interrelationships, funding, staffing, and other budgetary aspects.

☞ Successfully revamp the Bureau's Life Cycle Management policies and begin the process of institutionalizing a "cradle to grave" methodology with distinct phases such as Initiation, Design, Development, Implement, Operate and Support/maintain and Post-implementation Evaluation.

**5. Knowledge of personnel management and EEO policies, procedures and the ability to apply them to developing and motivating a workforce:**

For the past twenty years, I have managed organizations (up to 260-employees not including contractors) and **provided leadership that encouraged and provided employees with exceptional career enhancement opportunities.** These opportunities resulted in fostering and establishing upward mobility positions, selections for various management training programs, such as the Congressional Fellows Program, Federal Government's Executive Potential Program (EPP), Women Executive Leadership (WEL) Program, and our agency's Management and Leadership (M&L) Program. While serving in the military, as a non-commissioned and then as a commissioned officer, I had the unique opportunity in leading people from all walks of life and dealing with many challenging "people" issues.

In all of my twenty years, **I strived to create an environment that values all employees and promotes job satisfaction.** I believe one of the key factors that contribute to employee satisfaction is publicly recognizing and rewarding outstanding performers. I ensure outstanding performers are recognized in a timely manner through our awards program, select them for membership on various task forces, select them for beneficial and some high profile, long-term assignments, and encourage and promote career progression and development. At the same time, I did not hesitate to take appropriate action to correct poor performance, either through additional training, referrals to appropriate professional services, disciplinary and/or other adverse actions.

In 1998, an **agency-wide survey was conducted and the results indicated:** 1). Managers were not good at providing leadership and communicating needed information; 2). Poor performers were not being held accountable; 3). Our reward system was less that adequate; 4). Professional communication among the workforce needed improvements; and 5). A lack of value for each other

Michael D. Nedd - Announcement Number: ES-00-20, Associate State Director, Eastern States

and people that are of a different race, religion, cultural, sex, etc.

Since I had already instituted a plan to address many of these issues within my own Directorate, as a member of our Bureau's Field Committee and I volunteered to take on the task of finding a meaningful and "nonthreatening" way to educate the entire Bureau on the "Value of Diversity." I formed a steering committee and held a series of discussions, focused sessions and piloted various methods for delivering training, workshops and focus sessions for 8,500 plus employees throughout the United States. As a result, and with the help of a contractor, we are visiting our twelve State Offices and six National Centers to deliver and facilitate workshops and focus sessions on "Valuing Diversity in the Workplace." In addition, via our internal network system, we will be hosting a series of national televised broadcast to our 250 offices.

**Since being selected as the Deputy Chief Information/Deputy Assistant Director in 1997, my challenge has been building and maintaining a high performance unit that consists of multiple groups.** The Directorate has undergone several reorganizations in the last few years and had not worked together as a Directorate prior to this time. Customer feedback indicated that two of the groups were having a hard time providing quality customer service and support. To compound this problem, several of the staff members were "known" poor performers, who were reassigned to the Directorate as a result of the 1995 and 1996 reorganizations. Because this was a newly formed Directorate, our budget was slim and I did not have many options to add core skills (new hires, etc.).

**I solicited input from every staff member to determine their perspective of the issues, along with their suggestions for correcting them.** The feedback indicated there was room for improvement in areas such as communications, awards and recognition, performance rating, career progression and development. One of my first tasks was to ensure each and every employee was aware that they are "valued employees." **I was willing to try new and innovative approaches toward creating an environment that promotes job satisfaction, while ensuring they are rewarded for their contribution to the organization.**

I formed a group that represented each of the Directorate's functional areas, thereby engaging all of our staff in the process of identifying areas for improvement. As a result, I -

☞ Realigned functions within the groups to ensure consistency with their mission. I also conducted a skills' assessment and reassigned individuals accordingly, to ensure the groups' skills-mix was consistent and adequate to perform their mission. I filled several key Managerial and critical staff positions.

☞ Ensured managers and their employees jointly developed performance standards, as a way of getting the employees to accept responsibility (ownership) for their actions while establishing attainable standards/accountability.

☞ Issued policy and guidance for developing two to three Individual Career Development Plans (IDP). One of the key features of the IDP policy is, employees now have the opportunity to jointly review their IDP with their supervisor at the beginning of the rated year, or any other time when there is a performance standards review (in progress reviews) and amend that IDP as needed. The intent is to ensure the employees and the managers are having discussions about career development at the same time they are discussing and agreeing on expectations and performance.

In order to improve communications and morale within our Directorate among our employees, supervisors and managers, I -

☞ Formed a Communication Advisory Group (CAG) that is made up of rank-and-file employees. This was one way for me to ensure proper attention, along with the appropriate actions, is given to

Michael D. Nedd - Announcement Number: ES-00-20, Associate State Director, Eastern States

issues, concerns, and suggestions raised by our employees. The CAG has the option of bringing any issue directly to me or our Management Team. With input from this group, I instituted policies and guidelines for professional communications in the work place and reinforced the Bureau's standard for professional communications and curbing workplace violence.

In an attempt to help build self-esteem, promote teamwork, and inspire excellence, I -

☞ Instituted a "Peer" award program (non-monetary awards) that allows employees to be recognized by their peers and our customers for their contributions toward high quality "value added" customer service and support. In addition to this peer award program, we also have a "Peer of the Month" program whereby the Communication Advisory Member (CAG) selects the recipient of this award.

☞ Engaged contractors and other Human Resources Development professionals to provide individual and group training in the areas of team building, customer services, conflict management, stress management, skills' assessments, personality types (Myers-Briggs), developing performance measures, business processing reengineering, project management, and a host of other areas.

To enhance our Management Team's skills, for the past year or so, during our weekly meeting, they have been receiving focused sessions on "Leadership Tidbits" (about 15 - 30 minutes). Again, these include areas dealing with conflict management, building organization's values, communications, interpersonal skills, diversity and cultural awareness, team building, and motivating employees.

**6. Demonstrated ability to communicate (orally and writing) with high level officials of the Department, other Federal and State agencies, members of Congress, interest groups and individual users:**

For the past twenty years I have been communicating both orally and in writing with individuals of different backgrounds, education levels and cultures;

☞ I have written and implemented policies (manuals, guidance handbook, Informational Bulletin and Instruction Memorandum), standard operating procedures, authored and published several applications and systems training manuals (see KSA 2, 4 and 5).

☞ I analyzed and studied environmental issues and provided Congressional officials with briefs on various legislation (see KSA 2 and 3).

☞ As agency representative and while working on Capital Hill, I met with both public and private sector senior officials and other interested parties to articulate and form agreements. I visited Congressional District and met with Federal, State, Local and Nonprofit Organization officials to coordinate legislative efforts (see KSA 3).

I facilitated and/or coordinated public and town hall meetings relative to natural resources, environmental, IRM and a host of other issues, such as Rangeland Reform, Employment Reauthorization, Unemployment Compensation, Plant/Business Closing, Environmental Justice, Superfund Reauthorization, Wetlands, Florida Resource Management Plan, Mark Twain National Forest, and the Miccosukee Indian Land (see KSA 3).

26

Form DI-2002
December 1997

## U.S. DEPARTMENT OF THE INTERIOR
### EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

| | |
|---|---|
| Employee's Name: Michael D. Nedd | Rating Period: 10/1/98 - 9/30/99 |
| Title/Series/Grade: Deputy Assistant Director, IRM, GS-340-15 | Bureau/Office: WO-500 |
| Duty Location: Washington, DC | Social Security No.: ▇▇▇▇ |

### PART I. PERFORMANCE PLAN

**CRITICAL RESULTS** *(List no more than five)* | **RESULTS** *(Enter: Achieved or Not Achieved)*
---|---
A. As the alter ego to the Assistant Director (AD) for Information Resources Management (IRM), serves as the focal point on key matters of a technical, administrative and program support nature. Assists in establishing wide-ranging, substantive policy and performs managerial actions as required. For FY99, continue to provide added managerial leadership and emphasis in developing, identifying and/or enhancing Bureau IT Security, IT architecture, and IRM Competencies. | achieve
B. Provides managerial leadership in the administration of WO's IRM Program. Modifies program emphasis to reflect changing situations and provides advice and counsel on unprecedented issues having potential widespread ramifications. Reviews and approves programming and budgeting plans for directorate functions. Issues Bureau directives, instructions, and policy memorandums regarding IRM program matters. | achieve
C. Assists the AD in providing program direction and leadership for attaining Bureau goals and objectives. Coordinates with other Agencies, Directorates, States Offices and National Centers to achieve Blueprint goals and objectives. Provides direction and instructions to Bureau Officials on all IRM related matters. Makes Directorate level technical, procedural, and policy decisions. Coordinates and manages BLM activities relative to our partnership and sharing of IT resources with the U.S. Forest Service and other agencies. | achieve
D. Represents the AD and/or Director in policy and program direction with Officials from Secretarial offices, other Executive Agencies, the Office of Management and Budget, the Government Accounting Office, members and committees of Congress, and State and local government. | achieve
E. Creates an environment of inclusion, equality and equity, thereby providing opportunities in training, promotion, recognition and succession career planning and development for all employees. Actively supports and fosters commitments to BLM's workforce diversity improvements through demonstrated actions and performance. | achieve
F. Provides managerial leadership to ensure the Bureau's Information Technology Year 2000 (Y2K) activities are focused and given sufficient attention, while improving Business Practices and ensuring Y2K compliance. This includes ensuring related activities remain on schedule and are accurately validated and reported. | achieve

**PERFORMANCE INDICATORS.** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgment, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results Not Achieved" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of a great amount of money or resources, or a breach of security.