# PD FOR THE ASSOC. STATE DIRECTOR— EASTERN STATES POSITION (M. Nedd)



EXHIBIT
PD
Eastern States
Associate Dir.

7

# POSITION DESCRIPTION (Please Read Instructions on the Back)

1. Agency Position No. **91006**

2. Employing Office Location: **Alexandria, VA**  Duty Station: **Alexandria, VA**

In lieu of PD#91002

MERIT PAY

| Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Civil Service Commission | | | | | | |
| b. Department, Agency, or Establishment | | | | | | |
| c. Bureau | | | | | | |
| d. Final Office | ASSOCIATE STATE DIRECTOR | GM | 340 | 15 | | |

Organization: **Department of the Interior** — **Office of the Director**

a. First Subdivision: **Bureau of Land Management**

b. Second Subdivision: **Eastern States Office**

Typed Name and Title of Higher-Level Supervisor: **G. Curtis Jones, Jr. Eastern States Director**

Typed Name and Title of Officer Taking Action: **Michele A. Lutcza, Position Classification Specialist**

Associate State Director

The Associate State Director is the immediate assistant and alter-ego of the State Director, and is directly accountable to the State Director. Within the framework of applicable laws, regulations, delegations of authority, directives, and other guidelines or limitations, incumbent assures the performance of all necessary activities relating to he administration of the lands and resources under the State Office jurisdiction.

## Major Duties

**Program Management** – As the full assistant to the State Director, participates in the management of all natural resources within the State Office jurisdiction to provide the optimum public benefit now and in the future. Advises the State Director and actively participates in establishing program goals and objectives. Determines work priorities c istent with long-range planning goals for the State Office. Directs t ccomplishment of the approved operating budget, exercising ab opriate control to assure program quantity and quality goals are met according to established standards. Performs workload analyses and establishes organization and staffing priorities in response to workload demands. Interprets Departmental and Bureau policy and directives as they affect State Office programs. Anticipates changing priorities and workloads and makes adjustments as necessary. Uses a participative management approach that ensures interdisciplinary input. Makes final State Office resource and land-use planning and programming decisions and resolves long-range and day-to-day planning and program conflicts. Evaluates all program accomplishments in terms of general program direction and the annual work plan to ensure that they relate to stated goals and objectives.

The incumbent will participate in Bureauwide taskforces and standing committees as leader or team member. The goal of these taskforces will be the improvement of management systems, operating procedures and other processes and policies for Bureauwide implementation.

**Personnel Management and Supervision** – Supervises, directly or indirectly, through subordinate managers, a large workforce of full-time permanent employees, and a fluctuating workforce of seasonal and temporary employees in the accomplishment of the program. Plans work to be accomplished, sets priorities, determines schedules, and assigns work. Counsels both supervisors and employees on work problems. Participates in the e uation of the performance of employees, including key supervisors and ma gers. Reviews evaluations completed by subordinate managers. Works with State Office Deputy State Directors and District Managers to coordinate and approve changes affecting their organizations, and keeps the State Director informed of the effects and impacts of decisions. Exercises a prime advisory role in approving selections for key positions. Supports th reau Equal Employment O tunity Program (EEO)

9

by positive example and appropriate action. Makes fair and unprejudiced
selections, promotions, awards, and training decisions as well as other
related decisions. Ensures the design of vacancies and training
opportunities provide opportunities for all employees to advance their
careers.

Public Affairs and Cooperative Relations - As a focal point and frequent
spokesman for the Bureau at the State Office level, assures a public
awareness of Bureau programs and coordinates them with key officials in
affected Federal agencies, state, county, and local governments, private
landowners, corporations, special interest groups, Congressional
delegations, and involved individuals.

Automation - Advocates and leads the State Office commitment to automation
by supporting and implementing the Bureau's Automation/Modernization/IRM
initiatives. Develops long-range objectives and establishes guidance and
direction to ensure the use of automation in mission accomplishment.
Utilizes automated equipment (hardware and software), data, and systems to
perform managerial tasks relating to accomplishment of State BLM
functions.

F   rs

1. Knowledge Required by the Position: Mastery of the concepts,
principles, and practices of multiple-use land management sufficient to
direct the use of the Bureau public land and resources within jurisdiction
of the State Office for the continuing benefit of the public and for the
resources themselves.

Comprehensive knowledge of Departmental and Bureau policies, procedures,
and regulatory requirements regarding the development and use of public
natural resources in a multiple use framework.

Working knowledge of a variety of resource disciplines, such as wildlife,
range, lands, and minerals to understand interrelationships between
assigned program goals and the management and development of multiple
resources.

Extensive knowledge and understanding of management principles, practices,
methods and techniques to integrate multi-disciplinary staff and programs
into Bureau interdisciplinary goals and objectives.

Knowledge of automation principles and technology to lead, advocate, and
manage the use of automation in accomplishing the program goals and
objectives of the State Office.

K    edge of IBM compatible PC equipment and ability to utilize word
pr  ssing, "E" mail, spread sheets, and data base management systems to
carry out managerial responsibilities of the position.

2. Supervisory Controls - Receives administrative direction from the
State Director on assignments in terms of broadly defined missions,
functions and objective   As the alter-ego to the   ate Director, the
incumbent independently   es an in-depth understan   g of the policies and

management style of the State Director to complete assignments with
consistency and continuity. The incumbent will independently determine
project plans and steps necessary to effectively foster and implement
program objectives. Together with the State Director, evaluates program
effectiveness in terms of meeting expected results, using Bureau goals and
objectives as well as feedback from users.

3. Guidelines - Guidelines include Federal land management laws,
regulations, rules, and Bureau policies, some of which are very specific,
but most are only broadly defined. Sound managerial theory and practice
must be exercised in overseeing the great variety of programs directed.
Many guidelines are in developmental phases, and the incumbent will be
involved in the developmental process. Considerable adaptation and
interpretation of existing guidelines is required to accomplish objectives
and goals and yet satisfy the demands of the users of public lands.

4. Complexity - Assignments involve a great variety of professional and
technical specialties as well as individual priorities which must be
integrated into a cooperative yet multiple-use program for management of
all the natural resources within the State Office jurisdiction. The
public land and natural resources involved are characterized by such
t's as as: (1) scattered land patterns, (2) economic dependency of
i    :tant segments of the public, including individuals (e.g. ranchers),
co  .unities dependent upon payments in lieu of taxes or upon resources
administered by the BLM, and private sector corporations who use public
land for profit, and (3) the public interest of conservation groups and
others not economically tied to BLM administered land or resources. The
conflicting interests of the various user groups requires careful planning
and implementation of BLM policy. An added complexity is the integration
of automation/modernization/IRM into the overall mission accomplishment of
the State Organization, and by the widely dispersed location of the
subordinate offices.

5. Scope and Effect - Participating in the management of the State Office
is a continuing process of planning, implementing, adjusting and
evaluating. The decisions made affect not only the employees of the
organizations, but also affect individual resources and the users of the
resources throughout the State Office jurisdiction. For many, the BLM
administered resources are their source of livelihood. For others the
land and its resources are valued as sources of inspiration because of
their natural beauty, as buffers from the encroachment of city life and
man-made pollution, and as recreational havens. Decisions on the
disposition of some resources, such as energy, minerals, forestry and
range used for livestock production, can have regional and national
effects. Decisions on the integration of automation/modernization/IRM
into State office programs will also have an effect on implementation of
th- Bureau's goals and objectives.

6. Personal Contacts - Contacts are with Bureau, State, and subordinate
District and Resource Area officials, as well as similar level officials
in other Federal agencies such as Forest Service, Minerals Management
Service, Fish and Wildlife Service, and Soil Conservation Service. Other
contacts are with State and municipal officials, business and industry
representatives, private landholders, public organi    'ions and
Congressional officials.