RECEIVED

| Form DI-1892 REV. 3/98 | U. S. Department of the Interior Complaint of Discrimination |

1. Complainant's Name: Milton E. Hill
   Street Address: P.O. Box 1031
   City, State, Zip Code: Lanham, MD 20706
   Home Phone: (301) 568-4651

   Place of Employment: DOI - BLM
   Address: 1620 "L" Street N.W.
   City, State, Zip Code: Washington, DC 20036
   Work Phone: (202) 452-7751

2. DOI Office which you believe discriminated against you?
   Bureau: Bureau of Land Mgmt
   Address: 1849 "C" Street NW
   City/State: Washington DC
   Division/Office: WO
   Region: Bureauwide

3. Basis(es) for believing you were discriminated against? (Check one or more, and provide the specific information.)
   ✓ Race
   ___ Color
   ___ Region
   ✓ Sex
   ___ National Origin
   ___ Age (Date of Birth) ___
   ___ Physical Handicap
   ___ Mental Handicap
   ✓ Reprisal
   (Date of previous EEO activity) ___

4. Allegation(s) of discrimination? (For each allegation, state the date and the specific incident causing you to believe that you have been discriminated against FOR EXAMPLE I was discriminated against on January 1, 1992, when I was not selected for the position of Analyst. (Use additional pages as necessary.)

   See Attachment (EEO Complaint)

5. Have you discussed your complaint with an EEO Counselor? Yes ✓ No ___ (If yes, name of Counselor)
   Floyd Watson, Pamela Veronica Burgess   Date you first contacted the Counselor  Oct 12, 1999

6. Are you agreeable to using the Alternative Dispute Resolution (ADR) process? Yes ✓ No ___

7. Have you presented these allegations to any other forum? If so, please indicate: NO
   ___ Negotiated Grievance Procedure   ___ Merit Systems Protection Board   ___ Court (Civil Action)

8. List the remedies which you believe will resolve your complaint: (Use additional pages, as necessary.)
   See Attachment (Complaint Resolution)

9. Complainant's Signature: Milton E. Hill   Date: May 19, 2000

   For Agency Use:
   Complaint Docket Number: ___   Date Received of Postmarked: ___

EXHIBIT ROI, p. 33

LLM-00-042

000032

October 12, 1999

BUREAU OF LAND MGMT.
EASTERN STATES
BRANCH PERSONNEL

99 NOV -2 PM 2: 59

RECEIVED
7450 BOSTON BOULEVARD
SPRINGFIELD, VA 22153

To:  Lynda Nix
     EEO Manager, ES

From: Milton E. Hill
      Senior Management Analyst

Subject: EEO Complaint

This memo is to inform you that I would like to file an informal EEO Complaint to be handled by your office and would like to request that a counselor be assigned to me *As Soon As Possible*. Thanks for your assistance in this matter.

Sincerely,

Milton E. Hill
(202) 208 - 7555

cc:  John Davis
     Attorney at Law

000633

## EEO COMPLAINT

March 13, 2000

To:        Pamela Wood, EEO Counselor

From:      Milton E. Hill  *[signature]*

Subject:   EEO Complaint

Basis of Complaint:   Race, Sex, Retaliation, Reprisal

*[handwritten notation]*

For almost ten years, there has been a continued, deliberate, and focused campaign of discrimination (racial and sexual), creation of a hostile environment, reprisals, defamation of character, disparate treatment, and retaliation against me by the Bureau of Land Management (BLM) and Department of the Interior officials. Additionally, an agreed upon settlement agreement was ignored and violated and not implemented. Actions of retaliation and reprisals intensified after I filed an initial EEO complaint; and, have continued thereafter.

Throughout this period, I have requested relief from, and investigation of, these actions against me. I used the proper chain of command - from my immediate supervisor to the Secretary of the Interior. No actions were ever taken, no relief was ever given, and no correction of the problem was ever instituted.

These negative and unlawful acts have negatively affected me economically, politically, career-wise, and health wise.

The issues relating to my EEO complaint include/are, but not inclusive of:

1. Non-selection (and not making the "cert") for Group Manager, Management Systems Group, WO, GS-15

2. Non-selection for Supervisory Personnel Spec, GS-15, WO

3. Non-selection for Associate State Director, Utah, GS-15

4. Non-selection for District Manager, GS-14, Las Cruces, NM

5. Illegally refusing to allow me to apply for the SES Development Program

000034

HILL, Milton (con't)

6. Retraction of career enhancing details with the Department of the Interior and with the Office of Environmental Policy and Compliance

7. Refusal of supervisors to provide me performance appraisal and comparable awards for FY 1998

8. Refusal to allow me to apply for career enhancing/growth training

9. Refusal to provide me monetary awards for exceptional work accomplished - FY 1998, FYs 1993-1997

10. Illegally allowing co-workers and peers to have input on my performance appraisal

11. Falsification and fabrication of my personnel documents

12. Fabrication and conspiracy by the "appointed" job vacancy selection groups and BLM officials to prevent me from fairly competing for jobs

13. Refusal by BLM officials to provide me appropriate and adequate office space, equipment, supplies, etc. in order to accomplish my job and tasks

14. Refusal by BLM officials to provide me travel vouchers and funds in order to perform my job and tasks

15. Refusal to provide me a job description in order for me to know what my tasks and duties are. I was the only person in my group not to be provided one.

16. Refusal to reprimand supervisors who practiced bigotry and bias against me.

17. Refusal to provide and approve skill enhancing training

18. Refusal by supervisory and management officials to resolve my concerns through the customary management process

19. Continued practice of BLM managers to attempt to degrade and dehumanize me; and, deliberately make false statements against me

20. Continued practice of BLM officials, not in my change of command, being allowed to negatively impact my career

000055

HILL, Milton (con't)

21. Deliberately, and consistently, assigning me to non-career enhancing details and jobs, without my approval and without consulting me

22. Deliberate creation of hostile environments towards me

23. Continued disparate treatment towards me

24. Refusal to implement prior agreements

25. Deliberate non-selection of me to career enhancing and promotional positions where less qualified persons were chosen.

26. Deliberate attempt to "steer" me away from career enhancing assignments and into less visible and non-essential jobs

27. Falsifying my work accomplishments

28. Creation of artificial "solid steel ceilings" barriers that prevented me from getting promotions or substantive assignments

29. Continuous practice of supervisors refusing to provide me performance appraisals and monetary awards

30. Refusal by DOI and BLM managers to respond to my requests for relief from discriminatory practices and retaliation/reprisal (Carolyn Russell, Maureen Sjik, Marilyn Johnson, Richard Lamond, Mike Dombeck, Tom Fry, Denise Meridith, Nina Hatfield, Peter Liebauer, Roger Wilabeuel.

31. Refusal to provide my attorney and me a copy of the ROI

32. Refusal to provide me a copy of the EEO counselor's report

33. Refusal to submit my application for the Assistant Director Eastern States Office position

000036