**September 22, 1999**

To:    **Robert Doyle**
       AD, Business and Fiscal Resources

From:  **Milton E. Hill**
       Senior Management Analyst

Subject:    **URGENT!** - Unresolved Issues

I would like to take this opportunity to thank you for meeting with me on June 29 and August 5, 1999 in an attempt to come to closure on my FY 1998 EPPR and subsequent awards. As you stated, "we need to come to closure on these matters and move forward." I couldn't agree more. As we approach the new millennium, I have set many goals for myself both on a personal level as well as a professional one. However, in order to reach my professional goals, it is imperative that we overcome the obstacles and barriers which keep myself as well as many other qualified African-Americans from reaching their career potential in BLM. It would be detrimental to BLM and the Department of Interior if we enter the Year 2000 with African-Americans, especially men, still having to be confronted with the "glass-ceiling". Some of the specific issues

1. Peter Niebauer and Roger Hildebeidel, my immediate supervisors, have repeatedly refused to provide me an FY 98 EPPR and subsequent awards for my outstanding accomplishment. This is not a new occurrence. Rather, it has been a consistent practice by BLM Management toward me over the past ten years. Employee ratings and recognition for outstanding work are critical areas in the supervisor's performance appraisal. This is a request for action to be taken against these two and a written explanation about why they have repeatedly taken these adverse actions against me.

2. It disturbs me that during the meeting you stated, "I got input from five of your peers when developing your EPPR." For the record, all five were **WHITE** employees.

    **Were ALL employees treated this way?**
    **Why was I singled out for this type of treatment?**
    **How do you justify rating me based on peer input?**
    **How can peers rate me?**
    **Why not query my customers?**
    **Please provide answers to these questions.**

3. It disturbs me that you are willing to cover up for white managers who lack competence and demonstrate bigoted behavior while you were unwilling to provide me, an African-American male any opportunity for advancement in my career. For example, when I requested your assistance in applying for the DOI-SES program in 1998, you informed me, "you did not know me well enough" for not signing my SES

packet. However, please remember that you had no problem supporting other white employees whom you hardly knew. Yet you still know nothing about me or my abilities but you were willing to sign-off on my FY 98, 12-months past due. But also let it be known that you refused to sign off on a monetary award for my outstanding achievements.

4. Per your instructions, I have attached a list of my accomplishments for FY 98 and past years in which I was never compensated. As I informed you during the meeting, I believe my accomplishments for FY 98 warrant a QSI; and, my previous years' work warrant QSIs as well. Along with the QSI, I should have received award recognition in a minimum of $5,000 for each year.

5. My supervisors Niebauer and Hildebeidel have problems with giving me performance ratings and awards but have no problems giving me complex assignments or drafting letters to attempt to prevent me from attending long-term beneficial training (i.e. Industrial College of the Armed Forces)

6. Additional adverse actions taken toward me include the following:

    - refusing to assist me or provide support when I was developing small business seminars, presentations, and conferences dealing with budget and acquisition issues.

    - Refusal to grant me training under the guise "we don't have the money in the budget."

    - Making me pay for my own training under the guise "we(BLM) don't have the money in the budget."

    - Making me pay for cell phone and pager usage (in order to respond rapidly to customers) under the guise "we don't have the money in the budget."

    - Refusal to provide me a position description. I was the only employee in the office to not receive one. It should be noted that after this refusal, I drafted and submitted a position description to the personnel office and to Niebauer. He still refused to provide me one. The draft was submitted over two years ago.

    - refusal to sign my travel vouchers under the guise "no one had informed them of the travel." They deliberately delayed my vouchers. Each time, I forwarded them documentation where they had already approved the travel. These actions just constituted petty harassment.

    - Making false and misleading statements against me to investigators in hopes of

preventing me from attending the National Defense University training. Fortunately, the investigators saw thru these lies.

- Not allowing me to participate in career enhancing detail job assignments.

- When I had a family crisis that resulted in my having to care for my niece and nephew along with my son and daughter, I was refused my request to adjust my work hours. This caused me to have to leave work and pick up the kids from the day care, then return to work (with the kids), complete my assignments, feed them and go over their homework, and return home at a reasonable hour to put them to bed. This denial in work hours also caused me to have to come in to complete assignments on the weekends after completing my military reserve duties.

- Refused to assist me in getting a parking space. Since most of my clients were "west of the Mississippi River", this would have allowed me to stay later hours and to expedite my time home. No explanation for this denial was ever given.

- Disapproving "Hill" assignments for me while approving them for less qualified employees.

- Disapproving "Departmental" assignments for me while approving them for less qualified employees.

Why is it that these managers, such as Niebauer and Hildebeidel, who continue to **openly** exhibit tendencies of bigotry, incompetence, and not performing the very basic duties of managers, continue to be promoted, placed in decision making positions, receive substantial monetary awards with no accountability or actions taken against them while wasting and misusing governmental funds?

Additional listings of negative and disparate actions taken against me are listed on attachment 3. When we come to resolutions on these matters, then I think we can move on. Thanks in advance for your effort and hope to discuss, and resolve, these issues soon.

Again Thanks,

*[signature]*
Milton E. Hill

cc:   John Davis
      Attorney at Law
      1003 K Street, NW
      Suite 505

000056

## Attachment 1
## FY 98 Outstanding Accomplishments Not Compensated For

1. Completion and Implementation of the Acquisition Redesign Report and Study.* Sr Analyst on team that reviewed, analyzed and streamlined the bureau's acquisition process, revised and reduced the procurement staffing and increased productivity. Implementation of the recommendations resulted in over 60 per cent staff reduction and over $20 million in cost savings. Final report was put on the bureau's Website for other Departments to utilize without them having to "re-invent the wheel." Successfully tied the report to the BLM Strategic Plan and the GPRA guidelines.

2. Completion of Alaska Validation Review.* Team leader on 3-person team that conducted the initial procurement and organizational validation review for the bureau. Study was completed within 50 per cent of the allotted time. Team developed interviews, interview questions(electronically), format of report, draft and final of the report, exit conference with acting Alaska State Directors and the the DSD's, and follow up on recommendations. All recommendations were accepted and implemented. Approximate cost savings/avoidances were $1.1 million. Successfully tied the report to the BLM's Strategic Plan and the GPRA guidelines.

3. Completion of Quality in Contracting (QUIC) Initiative.* Was bureau's lead on the project that developed and implemented the Department-wide acquisition and tracking system. Project complied with the GPRA guidelines to streamline the acquisition review and customer service process and reduce expensive audits and reviews. Successfully worked with business center staffers, bureau acquisition personnel, and Departmental staffers in implementing the IT and related requirements. BLM was the first bureau to pilot and implement and the program. Approximate cost savings/avoidances exceeded $1.5 million.

4. Completion of Correspondence Redesign Study. Sr Analyst on 5-person project that improved the bureau's correspondence and mail delivery processes. All recommendations were accepted and incorporated.

5. Business and Economic Development Program Initiative. Successfully worked with bureau and Department procurement staffers, SBA staffers, business organization staffs and other Department small business personnel in taking the program to the next level. The bureau exceeded every goal in the program and doubled its dollars and percentage goals for awards to women owned businesses (to $11 million).

Major Initiatives included:

- Signing of MOU's with National Hispanic Chamber of Commerce, National Black Chamber of Commerce, International Society of Black Firefighters, National Society of Hispanic Firefighters

- BLM winning a national award from the National Black Chamber of Commerce on its assistance and granting of contracts toward small and minority business owners

- Working with the SBA, developed an electronic commerce training program to assist small businesses in their dealings with the federal government

- Developed a computer disk containing points of contacts in the federal and private sectors for business owners to utilize regarding funding sources, various business ventures, business web sites, etc.

- Worked with SBA and minority and women organizations to participate in procurement seminars and fairs

- Participated in, and assisted in coordinating, the Procurement and Job Fairs for Congressmen Al Wynn and Elijah Cummings of the state of Maryland

000055

**Attachment 2**
**Other Outstanding Accomplishments Not Compensated For (FYs 1992 thru 1997)**

- *Business and Economic Development Program Manager*

  I was responsible for implementing and administering programs that had the potential of increasing business opportunities for small, disadvantaged, and women-owned businesses. I inherited a dormant program and elevated it into a viable working endeavor within 15 months by working individually with bureau acquisition personnel, Small Business Administration (SBA) officials, congressional staffers and private business organizations. I worked effectively and expanded the outreach efforts to, or signed MOU's with the Hispanic Coalition, the National Black Chamber of Commerce, the Chamber of Commerce, the Hispanic Chamber of Commerce, Howard University Small Business Center, the Coalition of Minority Businesses, the National Association for Equal Opportunity in Higher Education, the Hispanic Firefighters Association, the International Black Firefighters Association, the Women's Caucus, the Congressional Black Caucus, and the Hispanic Caucus, trade fairs and exhibits.. First time efforts also included development and issuance to customers a marketing/outreach packet that included listing of names, websites, addresses of every business specialist in the federal, state and local governments, in addition to listings of international trade contacts, having minority representatives to come to the BLM conferences to personally interact with procurement staffers. These efforts resulted in over $117 million awarded to small businesses in 1997, $14 million to minority businesses (a 14 per cent increase from the prior year and a 47 per cent increase above the goal), $7 million awarded to 8(a) certified firms (a 116 per cent increase from the prior year and an 82 per cent increase above the goal), and over $8 million to women owned businesses ( a 75 per cent increase above the prior year and a 177 per cent increase above the goal). Additionally, subcontract dollars awarded to small, women-owned businesses increased by over 1,300 per cent).

- *Completed the first ever BLM quality management implementation plan.*

  Submitted Total Quality Management plan that illustrated how TQM could be realistically integrated into the bureau's culture; and, how to ensure accountability, responsibility and success

- *Developed and implemented the Productivity Enhancement Fund (PEF)*

  Inherited a program that was completely dormant and revised it. Successfully managed the program and coordinated with state office, WO, and Departmental officials in developing and reviewing projects that realized cost savings of over $25 million while costing approximately $800,000. During my tenure, was the only time matching funds were received from the Department. Worked with budget analysts to assure that all

projects were included in the annual budgets which assured accountability, responsibility and the ability to track each project financially.

- *Senior Analyst on Eastern States Office (ESO) Reorganization Study*

Study completed restructured the Eastern States Office and improved its operations. I was responsible for devising the structure for the Wild Horse and Burros program, the Equal Opportunity Office, and developing the DSD for Administration office. All recommendations were accepted and incorporated. Approximately $3 million in cost savings/avoidances were realized

- *Solo Analyst on Correspondence Staff Office Study*

Study resulted in the creation of the first ever BLM Correspondence Office. I developed the questionnaires, organized the interviews, utilized quantitative analyses and reinvention techniques in the study. Scheduled 13 month project was completed in eight. Cost savings were estimated at $1.1 million.

- *Solo Analyst on Hazardous Materials Office Study*

Completed the study and a proposal for change, in the Departmental Manual, converting the Hazardous Materials Staff becoming a Division. Recommendations were accepted and implemented. Cost savings were approximately $ 500,000.

- *Senior Analyst on International Staff Office Study*

Coordinated with field and WO staffers and the USDA-Forest Service on the feasibility of a BLM International Affairs Office. All study recommendations and workload analyses were accepted and implemented. The International Affairs Office became a reality within nine months of the completion of the report.

- *Senior Analyst on Phoenix Training Center Study*

Sr analyst on 4-person study that looked at the viability and profitability of establishing a "state of the art" training center in Phoenix, AZ.

- *Senior Analyst on the Office of the Solicitor Study*

Worked on five person team that the first comprehensive nationwide study on the workload, organizational and management capabilities, and restructuring and re-engineering of the Office of the Solicitor. Electronic, confidential, questionnaires for clients and employees were developed and distributed. Scheduled for ten months, the final report, travel, analyses of the questionnaires and workload data, and the exit

COMPLAINT RESOLUTION
MARCH 13, 2000
MILTON E. HILL

1. Meritorious Service Award for exceptional work accomplishments

2. Promotion to ES-1101/6, effective 1 Jan 1993

3. $300,000 in ~~punitive~~ damages

4. Payment of medical expenses not covered by insurance

5. Kellogg Executive Development Training

6. Carnegie-Mellon Executive Development Training

7. 30-month reassignment to one of the following:

- International Affairs Office (DOI) to work on Africa/US related issues

- Vice President Gore's NPR Team

- Work with HBCU's to increase business opportunities with the public and private sectors

- Vice Chief of Staff, DOI

8. Monetary award of $7,500 per year, FYs 1992 to 1999 for exceptional work accomplished and never compensated for

9. Restoration of 90 hours of annual leave not properly forwarded

10. Payment of attorney fees
11. Restoration of leave used for discrimination complaint

000061

conferences were all completed within six months. All recommendations were accepted by management and implemented. The report was given high praise by employees and management for its professionalism, lack of bias, and being well written. Approximate cost savings/avoidances were in excess of $2.5 million.

- *Development and Submission of Management Analyses Handbook*

    Developed the first BLM handbook that included how to perform in-depth analysis of organizations and programs. The handbook included areas explaining how the budget and appropriation processes worked, sections dealing with TQM, Re-engineering, acquisition, workload analyses, public administration, quantitative analyses, and human resources management. Handbook was used as a base document for the bureau's reorganization initiative.

- *Senior Analyst on project that converted the Farmington Resource Area Office to a District Office*

    Worked on three person team that, for the first time ever, converted a bureau resource area office into a district office. Effectively utilized workload analysis, IRM data, and quantitative analysis in completing the project. Scheduled for six months, the project and report was completed in three. All recommendations were accepted by management and implemented. During this period, the Departmental approving office (Office of Management Improvement) was abolished and the report was languishing in an empty office. I personally walked the report thru the Assistant Secretary's office and expounded on what the report entailed and its significance in order to gather approving signatures. As a result, the conversion was approved on time. Cost savings/avoidances exceeded $1 million.

- *Historically Black Colleges and Universities (HBCU) Initiatives*

    Wrote the report identifying financial and structural barrier preventing implementation, was team leader and assisted in implementing BLM initiatives at Alabama A & M, Florida A & M, Howard University, Bowie State University, University of Arkansas-Pine Bluff, successfully coordinated over $2 million in "real" funds and over $3.5 million in inkind contributions to selected HBCU's. Worked with BLM budget staffers to incorporate the efforts into the budget process. This allowed managers to be held accountable and responsible for funding received and corresponding results. Working with Alabama A & M University officials and Idaho state officials, successfully placed the first African American students, as employees, in the Idaho State Office.

- *Completion of Human Resource Management Implementation Plan*

    Completed comprehensive study that restructured and reconfigured the BLM's Human Resource Management Office that made it more responsive to the customers while creating a learning and positive atmosphere for employees.

- *Public Land Appreciation Day Initiative*

    Per directions from the BLM Deputy Director, I was assigned to work on the first ever Public Lands Appreciation Day (PLAD) initiative to include the African American contributions in the settling and "taming of the west." I successfully solicited contributions from the Department of Defense by working with General Colin Powell's office and the Historical Office at Fort Leavenworth, KS. I worked with Department of Interior historians, the Kentucky Horse Park, the Black Cowboys Museum in Colorado, and Howard University. As a result, the event won accolades as being highly successful and informative. I received artifacts, video and audio displays, speakers, paintings, drawings, and exhibits that totaled over $200,000. The cost to the DOI/BLM was less than $3,500.

- *Chair, Program Redesign, Vice President Gore National Performance Review Team*

    Was the team leader on a seven person team consisting of natural resource managers from various bureaus within the Department of the Interior. The team reviewed Departmental organizational systems and processes and developed recommendations for improvements in operational efficiency and effectiveness. We were given a six month completion date which we exceeded by completing the project in five months. The final report was electronically completed. All recommendations were accepted and incorporated. National accolades were received for this endeavor. Approximate cost savings/avoidances exceeded $2.5 million.

- *Senior Technical Advisor, Federal Quality Institute (FQI)*

    Selected to serve as one of five technical advisors with the FQI to work on the new procurement action for the TQM Federal Supply Schedule. I reviewed over 500 proposals submitted by individuals and businesses who wished to participate in the TQM arena as consultants of Government agencies. I reviewed proposals, identified problem areas, wrote appraisals of the proposals, and determined which offer conformed to the solicitation and was technically acceptable. I developed innovative electronic check lists and appraisal summaries that improved and streamlined the review process. The team also began the first ever Booksellers and Awards program at the National Quality Conference. This program brought together authors, publishing companies and speakers in establishing a book display booth and a resource center where conference goers could actually talk with the authors and purchase books on Quality and Productivity while attending the conference.

- *Congressional Legislative Assistant*

    Selected for a Congressional Fellowship by the American Political Science Association (APSA) where I worked in the US House of Representatives in the historic 104th Congress. Received training with the Congressional Research Service, worked in the Congressional district and was crosstrained in Canada, as an exchange student, on their congressional and political operations. I worked on legislation involving the appropriation and budgetary processes, procurement, education, veterans affairs, natural resources, international trade, law enforcement and economic empowerment. Worked with DoD officials and private enterprises in support of the Buy American Act, and worked with local communities and the Dept of Justice in implementing the Community Oriented Policing Services (COPS) program.

- *Senior Analyst on the BLM ReEngineering Initiative*

    Worked as an analyst on the 8-person oil and gas reinvention team where we developed and instituted initiative that improved the way the BLM operated the oil and gas management process and responsiveness to the customer requirements. The team focused on quality management concepts, usage of quality tools, and a disciplined problem solving process in designing a new oil and gas management process. Recommendations were accepted and implemented.

- *Staff Assistant, Office of the Secretary*

    Prepared high level and program issue and decision documents which had major impacts on DOI programs and those of other Executive Departments, local and state governments and Native American tribes and allottees. Working with the DOI information resource management staffers, I developed and implemented an electronic correspondence tracking system. This system improved the office ability to locate and track documents from congressional, field and citizens. Thereby, reducing response time and decreasing bureaucratic procedures and processes.

- *Chief, Workforce Diversity*

    Developed and designed the initial bureau Workforce Diversity Office. Developed a recruitment plan to resolve the workforce disparity in skills and race, did a workload analysis in developing position descriptions and staffing requirements to adequately operate the office. Identified broad problem areas and trends, projections on future work force planning and the direction of natural resources management programs.