ORIGINAL

1

| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF THE INTERIOR |
| 2 | BUREAU OF LAND MANAGEMENT |
| 3 | WASHINGTON, D.C. 20240 |
| 4 | COMPLAINT OF DISCRIMINATION |
| 5 | ------------------------------------x |
| 6 | Filed by:     Milton Hill |
| 7 | Filed against: Bureau of Land Management |
| 8 | Office: |
| 9 | Case No.:     LLM-00-042 |
| 10 | ------------------------------------x |
| 11 | JOSEPH JOHN FEDERLINE, |
| 12 | a witness in the above matter, was affirmed/sworn |
| 13 | and interviewed on Friday, May 25, 2001, at |
| 14 | 11:18 a.m., at the location 1849 C Street, |
| 15 | Northwest, Room 6071, Washington, D.C., |
| 16 | before me, Dawn A. Jaques, C.S.R. and Notary |
| 17 | Public in and for the District of Columbia. |
| 18 | APPEARANCES: |
| 19 | Investigator Lonnie King |
| 20 | 9537 Kilimanjaro Road |
| 21 | Columbia, Maryland 21045 |
| 22 | (301) 596-3301 |

000288

WORD-FOR-WORD REPORTERS & TRA
(301) 431-3900   and   (202)


EXHIBIT
ROI pp. 298,
294, 295-296

```
1                        I-N-D-E-X

2    WITNESS:                                          PAGE:
                         Joseph
3                        Federline

4       Examination by Mr. King  ............   3

5

6                          -oOo-

7

8    INTERVIEW EXHIBIT                                 PAGE:

9                       (None filed)

10

11

12

13

14

15

16

17

18

19

20                         000289

21

22
```

```
1                    P R O C E E D I N G S
2           BY MR. KING:
3           Q.   My name is Lonnie King.  I've been
4    hired by the Bureau of Land Management to
5    investigate a complaint of discrimination filed
6    by Mr. Milton Hill.
7                Before I get into the questions with
8    Mr. Hill's complaint, will you please raise your
9    right hand?
10               Do you affirm or swear what you're
11   going to tell me is the truth to the best of your
12   knowledge and belief?
13          A.   I do.
14          Q.   Give me your full name, spell your last
15   name, and give us your grade and position.
16          A.   I'm Joseph John Federline.  I'm the
17   Group Manager, Property and Acquisition
18   Management and Headquarters Services.
19          Q.   And give me your race, sex.
20          A.   I'm Caucasian, male.
21          Q.   Did you ever file an EEO complaint?
22          A.   No.
```

000290

1    Q.  Let me ask you about issue number one
2    here for just a moment.  I think you have them
3    there, right?
4    A.  No, I left mine.
5    Q.  Issue number one, Mr. Hill says, in
6    March of 1999, his name was not referred to the
7    selecting official for the Group Manager position
8    of Vacancy Announcement 99-12.  Is that the
9    position that you applied for?
10   A.  I'm not aware of it.  I don't think so.
11   Q.  But you were selected as a group
12   manager, right?
13   A.  That is correct.
14   Q.  But you don't think it was on this
15   position?
16   A.  No.  I think it might have been the
17   group manager for the Management Systems Group,
18   but I'm not sure.  That doesn't sound like it's
19   the one that I applied for, but it may be.  I
20   don't know.
21   Q.  Who was the selecting official when you
22   got selected?  Who selected you?

000291

```
 1        A.    Bob Doyle, I think.
 2        Q.    Bob Doyle?
 3        A.    Uh-huh. I know I went through a panel.
 4        Q.    Issue number two, he indicates that in
 5   April of '99, his name was not referred to the
 6   selecting official for the vacant position of
 7   Associate State Director.
 8              Were you supervising him in April of
 9   '99?
10        A.    No, I was not.
11        Q.    So then you wouldn't know anything
12   about that?
13        A.    No.
14        Q.    Number three, in July '99, he was not
15   selected for the Las Cruces, New Mexico, District
16   Manager position. Were you supervising him then?
17        A.    No, I was not.
18        Q.    So then you would have no knowledge of
19   that one at all?
20        A.    No. I was acting in certain periods of
21   time, but that was in fiscal year 2000.
22        Q.    Let's take number five. In March of
```

1  2000, Mr. Hill was not allowed to apply for the
2  SES development program.
3          Were you supervising him in March of
4  2000?
5      A.   No.
6      Q.   So then you don't know anything at all
7  about him not applying for the SES development
8  program?
9      A.   No, I don't.
10     Q.   Number six, in April 1999 and April
11 2000, management officials refused to allow
12 Mr. Hill to apply for career enhancing growth
13 training, and on that one he indicates that he
14 talked to you about getting some career
15 enhancement and growth training.
16         Do you recall any conversation that he
17 had with you on that?
18     A.   I think it had been just when he came
19 back from a 10-month to a year training session
20 from the Army War College, and I might have been
21 acting at that time, and he asked if he could go
22 to -- I think it was like a three or four-month

000293

1  program, and I said that everyone in the office
2  is certainly authorized to take some training,
3  but right now we've got to be fair with everyone
4  in the office.
5      We have to make sure that there's funds
6  for everybody to go to the training that they
7  need, and I think we set aside something like
8  $2,000 for every individual in the group for
9  their career enhancing training, so I said if
10 it's within those budget lines, certainly it
11 would be approved.  I think this training was --
12 I think it was something like seven or $8,000.
13     Q.  So then you turned that one down
14 because it was beyond the $2,000?
15     A.  Yes.
16     Q.  Did you ever approve any training for
17 him at all?
18     A.  I've only been his supervisor I guess
19 for about six months, and during that time frame,
20 I don't recall him requesting any training.
21     Q.  You're his supervisor right now?
22     A.  Yes.  I was just selected for the group

1  manager job about six months ago.
2      Q.  Let's go to issue number seven.  In
3  September 1999, management officials allowed
4  Mr. Hill's co-workers and peers to have input on
5  his performance appraisal.
6      Were you supervising him in September
7  of '99?
8      A.  No.
9      Q.  Number eight, in August of 2000,
10 management officials falsified and fabricated
11 Mr. Hill's personnel documents.
12     Were you supervising him in August of
13 2000?
14     A.  I was his acting supervisor at that
15 time.
16     Q.  Do you have any knowledge of any
17 falsification and fabrication of his personnel
18 documents?
19     A.  The only recollection that I have is he
20 was complaining that he did not have an
21 up-to-date position description -- was that 2000
22 or 2001?  Yeah, August 2000.

1          We had a meeting with Personnel and EEO
2     to present his position description for the job
3     that he's currently doing in the Property and
4     Acquisition Group.  We discussed that position
5     description, and I think he wanted to bring up
6     his past history during that time.  We tried to
7     keep him on point saying that this is the
8     position that management has for you at this
9     time.  He said he does not agree with that
10    position description.
11         We said that we prefer for him to agree
12    with the position, but that management does not
13    require him to agree with the position on the
14    work that they have for him to do.  It was the
15    only position description for the work to be done
16    that was classified in his current grade level.
17         He complained about only one thing in
18    the position description, that under supervisory
19    controls, he would report to the Bureau
20    Procurement Chief, which was my position at that
21    particular time, and I clarified that for him
22    saying, no, he would just coordinate with him,

1  not report to him, but if it would make it

2  acceptable to him, we would change that position

3  description -- I mean under supervisory controls

4  to say he would be reporting to the Group Manager

5  under supervisory controls to make sure that it

6  was clear. He said yes, and we both initialled

7  that position description, so that's what my

8  recollection at that time was.

9        Q.   Let me take you to number nine. In

10 September of 1999, he alleges that BLM officials

11 refused to provide him funds to travel in order

12 to perform his job and tasks.

13        Are you aware of anything like that?

14        A.   No, I'm not.

15        Q.   Number 10, in January 1999, BLM

16 managers attempted to degrade and dehumanize

17 Mr. Hill and deliberately made false statements

18 against him.

19        Do you know anything about that, sir?

20        A.   No.

21        Q.   Number 11, in August of 2000,

22 management officials allowed other management

1    officials not in Mr. Hill's chain of command to
2    negatively impact his career.
3         Do you know anything about that?
4    A.   No, I do not.
5    Q.   Number 12, in December 1999 and
6    July 2000, management officials deliberately and
7    consistently assigned Mr. Hill to non-career
8    enhancing jobs without his approval and without
9    consulting him. Do you know anything about that?
10   A.   No, I do not. I was the -- I mean, he
11   was in the group that I was in. I was the Bureau
12   Procurement Chief, and his position was the
13   Business and Economic Development Program
14   Specialist for the Bureau, which is in charge of
15   increasing diversity in contracting from the
16   Bureau of Land Management.
17   Q.   Let's go to Number 13. In December
18   1999, management officials deliberately attempted
19   to steer Mr. Hill away from career enhancing
20   assignments into less visible and nonessential
21   jobs. Do you know anything about that?
22   A.   No.                000298

1   Q. Number 14, in January 1999, management
2   officials falsified Mr. Hill's work
3   accomplishments.
4   Do you know anything about that?
5   A. No.
6   Q. Number 15, in November 1999, management
7   officials refused to submit Mr. Hill's
8   application for the Assistant Director, Eastern
9   States Office position.
10  Do you know anything about that?
11  A. No.
12  Q. Number 16, since August 1998,
13  management officials refused to provide Mr. Hill
14  performance appraisals and comparable awards.
15  Do you know anything about that?
16  A. What year was that? I'm sorry.
17  Q. August of '98.
18  A. No.
19  Q. When did you become his supervisor?
20  A. Six months ago I was selected.
21  Q. But you acted before then. When did
22  your acting begin?          000299

1   A.   The acting began in the middle of '99,
2   just for about three months.
3   Q.   So you couldn't --
4   A.   In the middle of 2000, sorry, not '99.
5   Q.   Did he ever perform well enough for you
6   to recommend him for an award?
7   A.   Not within the six months that I was
8   supervisor.
9   Q.   How was his performance as you
10  supervised him?  Did you know what he was doing?
11  A.   No.
12  Q.   You didn't?
13  A.   No.
14  Q.   Is that because -- well, why was that?
15  Why did you not know what he was doing?
16  A.   He would not communicate with me when I
17  was acting.
18  Q.   By that you mean what?
19  A.   Well, I requested that he perform a
20  particular task, and then he wouldn't respond.
21  Q.   Did you write him up?  Did you write
22  memos to that effect?                  000500

```
 1         A.    Not when I was acting, only just
 2   recently.
 3         Q.    So you're all beginning to document it
 4   now?
 5         A.    That's correct, because I was not his
 6   supervisor at that time.  Even though I was
 7   acting, you know, under those conditions, I did
 8   not really have supervisory authority over him.
 9         Q.    Anything you want to add, sir?
10         A.    Not that I -- no.
11         Q.    All right.  We're going to conclude the
12   interview right now.  Thank you very much.  We're
13   going to mail this to you -- or, no, it's going
14   to come back, and Michelle Stroman is going to
15   hand deliver it to you, and I'm going to give it
16   to you around next Tuesday or Wednesday.
17               Review it and send it to me, Lonnie
18   King, 9537 Kilimanjaro Road, Columbia, Maryland,
19   21045.  If you have any questions, you can call
20   me at 301-596-3301.  Thank you.
21               (Whereupon, at 11:32 A.M., the taking
22               of the instant interview was concluded.)
```

000201

```
 1            UNITED STATES DEPARTMENT OF THE INTERIOR
                     BUREAU OF LAND MANAGEMENT
 2                    WASHINGTON, D.C.  20240
                      COMPLAINT OF DISCRIMINATION
 3    ----------------------------------------------x
      Filed by:           Milton Hill
 4    Filed against:      Bureau of Land Management
      Office:
 5    Case No.:           LLM-00-042
      ----------------------------------------------x
 6                   ACKNOWLEDGMENT OF DEPONENT
 7
 8            I, JOSEPH JOHN FEDERLINE, do hereby
 9    acknowledge that I have read and examined pages 3
10    through 14, inclusive, of the transcript of my
11    deposition taken on Friday, May 25, 2001, and
12    that:
13    (Check appropriate box):
14                ( ) the same is a true, correct and
                  complete transcription of the answers
15                given by me to the questions therein
                  recorded.
16                (✓) except for the changes noted in
                  the attached errata sheet, the same is
17                a true, correct and complete
                  transcription of the answers given by
18                me to the questions therein recorded.
19
20
21    ____June 1, 2001____         ____Joseph John Federline____
              DATE                              SIGNATURE
22                             000202
```

WORD-FOR-WORD REPORTERS & TRANSCRIBERS
(301) 431-3900   and   (202) 775-1842

# ERRATA SHEET

INTERVIEW OF:     Joseph Federline
TAKEN ON:         Friday, May 25, 2001
IN THE MATTER OF: Complaint of Milton Hill

| PAGE | LINE | AS APPEARS IN TRANSCRIPT | CHANGE TO |
|------|------|--------------------------|-----------|
| 3 | 15 | name, and give us your grade and position | name, and give us your position |
| 3 | 21 | Q. Did you ever file an EEO complaint? | Q. Have you ever been through this process before? |
| 5 | 1 | A. Bob Doyle, I think. | A. Bob Doyle. |
| 6 | 20 | from the Army War College, and I might have been | from the Army War College, but I don't |
| 6 | 21 | acting at that time, .... | think I was acting at those times, |
| 10 | 8 | recollection at that time was. | recollection at that time. |
| 11 | 15 | increasing diversity in contracting from the | increasing diversity in contracting for the |
| 14 | 5 | A. That's correct, because I was not his | A. That's correct. |
| 14 | 6 | supervisor at that time. Even though I was | Delete |
| 14 | 7 | acting, you know, under those conditions, I did | Delete |
| 14 | 8 | not really have supervisory authority over him. | Delete |

Distribution:   Lonnie King, Milton Hill/dq

000303

## Explanation to go with Joseph Federline's Errata Sheet

I do not recall being asked the question: Did you ever file an EEO complaint? The question that I recall was: Have you ever been through this process before?

You asked question number 6 - In April 1999 and April 2000, management officials refused to allow Mr. Hill to apply for career enhancing growth training, and on that one he indicates that he talked to you about getting some career enhancement and growth training. Do you recall any conversation that he had with you?

I was not Milton Hill's Acting Supervisor in either April 1999 or April 2000. But I do recall having a conversation with Milton about training when I was either Acting Group Manager or Group Manager. I said that I would approve any training to further his career that was within the Group's budget and would allow equal opportunity for all in the group to have at least one training course. The course that he requested at that time cost much more than was budgeted.

The question in lines 3 and 4 on page 14 is: So you're beginning to document that now? The answer is: "That's correct." I request that the remainder of the answer in lines 6 through 8 on page 14 be deleted because it is not accurate. I had full supervisory authority when I was "Acting" Group Manager, Property and Acquisition Management and Headquarters Services. I believe that Milton would not respond to my requests when I was Acting Group Manager because he did not agree with the position description that I provided him in August, 2000. I had full authority to provide him with the Senior Business Management Specialist, GS-1101-14 position description as Acting Group Manager.

000304

1        CERTIFICATE OF NOTARY PUBLIC

2            I, DAWN A. JAQUES, a Notary Public in

3   and for the District of Columbia, before whom the

4   foregoing deposition was taken, do hereby certify

5   that witness whose testimony appears in the

6   foregoing pages was duly sworn by me; that the

7   testimony of said witness was taken by me in

8   shorthand at the time and place mentioned in the

9   caption hereof and thereafter reduced to

10  typewriting under my supervision; that said

11  deposition is a true record of the testimony

12  given by said witness; that I am neither counsel

13  for, related to, nor employed by any of the

14  parties to the action in which this deposition is

15  taken; and, further, that I am not a relative or

16  employee of any attorney or counsel employed by

17  the parties thereto, nor financially or otherwise

18  interested in the outcome of the actions.

19          000305              _____
                                Dawn A. Jaques, C.S.R.
20                              Notary Public in and for
                                the District of Columbia
21

    My commission expires:
22  December 14, 2004.


WORD-FOR-WORD REPORTERS & TRANSCRIBERS
(301) 431-3900   and   (202) 775-1842

PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
(OTHER THAN COMPLAINANT)
FOR DISCRIMINATION COMPLAINT INVESTIGATIONS

GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to EEO Commission activities, to the intelligence agencies of the Federal Government, or to others for uses as published in the Federal Register.

EFFECTS OF NONDISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

(Signature of Interviewer) _____ Date: 5/21/01

(Signature of Witness) Joseph Federline
Place: _____

000306