Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

1. Name (Last, First, Middle): HILL, MILTON E.
2. Social Security Number: [redacted]
3. Date of Birth: 12/02/48
4. Effective Date: 06/04/00

**FIRST ACTION**

| | |
|---|---|
| 5-A. Code: 721 | 5-B. Nature Of Action: REASSIGNMENT |
| 5-C. Code: VGP | 5-D. Legal Authority: 5 U.S.C. 5107 |
| 5-E. Code: | 5-F. Legal Authority: |

**SECOND ACTION**

| | |
|---|---|
| 6-A. Code: | 6-B. Nature of Action: |
| 6-C Code: | 6-D. Legal Authority: |
| 6-E. Code: | 6-F. Legal Authority: |

7. FROM: Position Title and Number
MANAGEMENT AND PROGRAM ANALYST
WO85000    0027650

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0345 | 14 | 08 | $88741 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $81376 | $7365 | $88741 | $0 |

14. Name and Location of Position's Organization
WASHINGTON OFFICE, BUR OF LAND
ASST DIR. BUSN & FISCAL RESRCS
PRPTY & ACQ MGMT & HDQS SRVCS

WASHINGTON, DC

15. TO: Position Title and Number
MANAGEMENT & PROG ANALYST
WO85000    0027650

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 14 | 08 | $88741 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $81376 | $7365 | $88741 | $0 |

22. Name and Location of Position's Organization
WASHINGTON OFFICE, BUR OF LAND
ASST DIR. BUSN & FISCAL RESRCS
PRPTY & ACQ MGMT & HDQS SRVCS

WASHINGTON, DC

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 | 1 | M   SEX | NO (X) |

1 - None   3 - 10-Point/Disability   5 - 10-Point Other
2 - 5-Point   4 - 10-Point Compensable   6 - 10-Point/Compensable/30%

0 - None   2 - Conditional
1 - Permanent   3 - Indefinite

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0   WAIVED FEGLI COVERAGE | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 02/09/71 | F   FULL-TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 | E   E - Exempt / N - Nonexempt | | 8888 |

1 - Competitive Service   3 - SES General
2 - Excepted Service   4 - SES Career Reserved

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS   00 | N | 18 | 8 | NONSENSITIVE/LOW RI |

45. Remarks
RESULT OF CHANGE IN CLASSIFICATION STANDARDS.

EXHIBIT
SF 50-B
6-04-00

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | *Lashawn M. Barber* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | AUTHORIZING OFFICIAL |
|---|---|---|---|
| IN05 | 1868 | 06/03/00 | 000870766 |