08/24/2007 11:09 FAX 202 219 1790      DIVISION OF GENERAL LAW                                    ☒002
Case 1:06-cv-01233-JDB    Document 15-33    Filed 10/31/2007    Page 1 of 1

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| | |
|---|---|
| 1. Name (Last, First, Middle) | 2. Social Security Number   3. Date of Birth   4. Effective Date |
| HILL, MILTON E. | [redacted]   12/02/48   08/13/00 |

## FIRST ACTION
| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 721 | REASSIGNMENT |
| 5-C. Code | 5-D. Legal Authority |
| N2M | REG 335.102 |
| 5-E. Code | 5-F. Legal Authority |

## SECOND ACTION
| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
MANAGEMENT & PROG ANALYST
WO85000    0027650

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 0343 | 14 | 08 | $88741 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | |
| $81376 | $7365 | $88741 | $0 | | |

14. Name and Location of Position's Organization
WASHINGTON OFFICE, BUR OF LAND
ASST DIR. BUSN & FISCAL RESRCS
PRPTY & ACQ MGMT & HDQS SRVCS

WASHINGTON, DC

15. TO: Position Title and Number
SENIOR BUSINESS MGMT. SPEC
WO85000    0004455

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1101 | 14 | 08 | $88741 | PA |
| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $81376 | $7365 | $88741 | $0 | | |

22. Name and Location of Position's Organization
WASHINGTON OFFICE, BUR OF LAND
ASST DIR. BUSN & FISCAL RESRCS
PRPTY & ACQ MGMT & HDQS SRVCS

WASHINGTON, DC

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point Other    2-5-Point  4-10-Point Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional    1-Permanent  3-Indefinite | M  SEX | YES   NO  X |
| 27. FEGLI   WAIVED FEGLI COVERAGE   B0 | 28. Annuitant Indicator   9  NOT APPLICABLE | | 29. Pay Rate Determinant |
| 30. Retirement Plan   1  CSRS | 31. Service Comp. Date (Leave)   02/09/71 | 32. Work Schedule   F  FULL-TIME | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied   1  1-Competitive Service  3-SES General   2-Excepted Service  4-SES Career Reserved | 35. FLSA Category   E  E-Exempt  N-Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status   8888 |
|---|---|---|---|
| 38. Duty Station Code   11-0010-001 | 39. Duty Station (City - County - State or Overseas Location)   WASHINGTON, DISTRICT OF COLUMBIA | | |
| 40. Agency Data   CLS  00 | 41. VET-STAT   N | 42. EDUC LVL   18 | 43. SUPV LVL   8 | 44. POSITION SENSITIVITY   NONSENSITIVE/LOW RI |

45. Remarks

---

EXHIBIT
SF 50-B
eff date 8-13-00

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | LaShawn M. Barker |
| 47. Agency Code   IN05 | 48. Personnel Office ID   1868 | 49. Approval Date   08/24/00 | AUTHORIZING OFFICIAL   000387894 |