# CONDENSED TRANSCRIPT

### UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### 1400 L STREET, N.W., SUITE 200
### WASHINGTON, D. C. 20005

Milton Hill,

      Complainant,

                              EEOC No. 100-A2-7056

v.                            Agency Nos.  LLM-97-036
                                            LLM-00-042

Gayle Norton, Secretary      DATE:  March 19, 2002
U. S. Department of the Interior,

      Agency.

~~~~~~~~~~~~~~~~~~~~~~~~~~

The Sworn Interview of **MILTON EARL HILL**, taken in the

above matter in the offices of the **UNITED STATES**

**DEPARTMENT OF THE INTERIOR**, 1849 "C" Street, N.W., Main

Interior Building, Washington, D. C., on the 15th day of

May, 2002, beginning at 9:04 a.m.

### A P P E A R A N C E S

**ON BEHALF OF THE COMPLAINANT:**
    Stephen Domenic Scavuzzo, Esquire

**ON BEHALF OF THE DEPARTMENT OF THE INTERIOR:**
    Phyllis Leslie, Attorney-Advisor
    **UNITED STATES DEPARTMENT OF THE INTERIOR:**

## County Court Reporters, Inc.
### CCR

**Toll Free 800 262-8777**

Registered Professional Reporters
Certified Video Technicians
Professional Reporting since 1975

**FAX 540 667-6562**

STEPHENSON, VA 22656    WASHINGTON, DC 20007    LEESBURG, VA 20175    HARRISONBURG, VA 22801
1160 Jordan Springs Road    1000 Potomac St., NW, Suite 300    110 Market Street NE    22 East Market Street

Member: National Court Reporters Association • Virginia Court Reporters Association • Pennsylvania Court Reporters Association
Maryland Court Reporters Association     Society for the Technological Advancement of Court Reporting

CCR@COURTREPORTINGSERVICES.COM                  WWW.COURTREPORTINGSERVICES.COM

REPLY EX A

Page 266

1   Interrogatory M...
2       A.  Yes.
3       Q.  ...which is dealing with October of '96
4   to September of 1997...
5       A.  Yes.
6       Q.  ...did you receive any comments for
7   that performance appraisal?
8       A.  No, I did not.
9       Q.  Did you sign that performance
10  appraisal?
11      A.  Yes.
12      Q.  Concerning the performance appraisal
13  that was dated October of 1997 to September
14  30th, 1998, did you receive any comments on
15  that performance appraisal?
16      A.  No.
17      Q.  Did you sign that performance
18  appraisal?
19      A.  I signed that one also.
20      Q.  Do you have a copy of a signed
21  version?
22      A.  No, I do not.
23      Q.  Did you talk to Mr. Doyle and ask him
24  why there were no comments?
25      A.  Yes.  I also talked with Mr. Neibower.

Page 267

1   Mr. Doyle, to answer your question
2   specifically, said that, his exact words were
3   that he could not locate Mr. Neibower, he had
4   retired, and I just figured once you tell me
5   that that's just BS.  That's an insult to my
6   intelligence because Neibower is on a detail
7   here until, a detail here in the Washington
8   office until November if '99.  So, he had
9   plenty of time to contact him and get
10  information.
11      Also, he has his home phone number.
12  He can call him and, really, part of your job
13  as supervisor is that you have to do a
14  performance appraisal.  That should have been
15  done a year prior.  I also...
16      Q.  Concerning...
17      A.  ...spoke.  Oh, excuse me.
18      Q.  Sorry.  Concerning the decision to
19  include the comments or not...
20      A.  Yes.
21      Q.  ...who ultimately bears the
22  responsibility for determining whether to
23  include comments?
24      A.  It's the supervisor.
25      Q.  Is there anything, let me see.  Now,

Page 268

1   going back to Allegation Number 7 where it
2   says in September of 1999 management officials
3   allowed Complainant's co-workers and peers to
4   have input on your performance appraisal, can I
5   confirm that the date September of 1999 is the
6   date that you found out that allegedly
7   management officials allowed Complainant's, your
8   co-workers, and peers to have input on your
9   performance appraisal?
10      A.  Yes, and that was, and the reason I
11  found out was when I had filed I got
12  information when I talked with the EEO
13  counselor.  It was about that time frame,
14  estimated, and she says well, he got, he
15  meaning Bob Doyle said he got input from other
16  employees.  He didn't say who.
17      So, you know, I may be in error here,
18  but I'm just, again I'm just saying deductive
19  reasoning.  If you're saying that I'm the only
20  person that you got other employees, I don't
21  know anyone else who does this.  Never in my
22  career of 30 years have I had someone to say
23  having employees to have input on my rating,
24  the same people that we're competing for the
25  same job for and who is he talking about?  He

Page 269

1   never says what employees.  He says employees
2   plural.
3       So, I'm saying well, all right, who
4   did I work with?  Well, about 10 or 15
5   percent of my work I did some things with Joe
6   Federline in the small business arena, but at
7   that time about 60 or 70 percent of my work
8   was non-small business.
9       Q.  How were you harmed by management
10  officials allowing Complainant's, your co-
11  workers, and peers to have input on your
12  performance appraisals?
13      A.  I was harmed because they don't know
14  what I do or did and they're biased and they
15  have hidden, hidden agendas in that why would
16  they give me an outstanding rating when we all
17  will be competing for a job, the same type of
18  jobs.  That's not even logical.
19      Q.  Does the performance appraisal, though,
20  indicate that you achieved the results for all
21  the critical areas...
22      A.  Yes.
23      Q.  ...for fiscal year 1998?
24      A.  Yes.
25      Q.  You still however believe that there

County Court Reporters, Inc.
CCR
Registered Professional Reporters
Certified Video Technicians
Professional Reporting Since 1975

TOLL FREE 800.262.8777                                              FAX 540.667.6562
CCR@COURTREPORTINGSERVICES.COM                     WWW.COURTREPORTINGSERVICES.COM

STEPHENSON, VA        •        WASHINGTON, DC        •        LEESBURG, VA        •        HARRISONBURG, VA
Corporate Offices: 1160 Jordan Springs Road, STEPHENSON, VA 22656