COPY

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - - -x
 5  MILTON HILL              :
 6         Plaintiff,        :
 7      vs.                  : Case No: 06-1233 (JDB)
 8  KEMPTHORNE               :
 9         Defendant.        :
10  - - - - - - - - - - - - -x
11
12
13                                  Washington, D.C.
14                                  Friday, July 27, 2007
15
16
17  Deposition of:
18              WARREN JOHNSON, JR.,
19  the Deponent, called for examination by counsel for Defendant,
20  pursuant to notice and agreement as to time and place at 501
21  3rd Street, N.W, Washington, D.C., before Sean Williams, a
22  Notary Public in and for the District of Columbia.
23
24
25
```

**REPLY EX B**

1   Q.   All right. All right, continue, if you would.
2   Okay, my question, though, is that Mr. Hill came to you
3   sometime before he went to the War College and said he wanted
4   to be considered, correct? Is that how it worked or was it
5   some other way?
6       A.   No, he came to visit me and asked if I would support
7   his request to go, and I said yes. I had just gotten to the
8   organization and I said yes.
9       Q.   I see. When did you come to the organization?
10      A.   In June of '98.
11      Q.   June of '98, all right. Now wouldn't the usual
12  protocol be that you would direct that type of an inquiry to
13  your supervisor?
14      A.   Well, that's where I thought Mr. Hill was going, was
15  getting some support to take to his supervisor, to go through
16  the nomination process.
17      Q.   I see.
18      A.   And my recommendation was not a recommendation to
19  the department and it was not a nomination. It would support
20  Mr. Hill in terms of his request to be considered for the
21  college.
22      Q.   Who makes the decision that he's actually permitted
23  to go to, in this case, the War College?
24      A.   Well, it would have to start with his supervisor.
25      Q.   I see. Do you recall who his supervisor was in June

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

**REPLY EX B**

1  of '98?
2      A.   No.  No, I don't.
3      Q.   Do you recall at this time Mr. Hill expressing any
4  concern about discrimination at the BLM to you?
5      A.   Not to me.
6      Q.   All right.  Now -- all right.  Eventually, he was
7  selected to go -- well, he went to the War College, correct?
8      A.   Correct.
9      Q.   And did -- and that arrangement ended, correct?  He
10 came back at some point?
11     A.   He completed the War College.
12     Q.   All right.  Well, do you recall when he completed
13 it?
14     A.   I don't know.  I can't recall.  It's a year-long
15 program.
16     Q.   A year-long -- all right.  Now do you recall when he
17 came back from the War College what his positions were or what
18 his details were?
19     A.   No.
20     Q.   Do you recall him being detailed to the Office of
21 the Secretary?  One moment.
22          Office of Environmental Policy?
23     A.   I do not recall him being detailed there.  I do
24 recall him -- do recall he was trying to broker a detail to
25 that office.

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

**REPLY EX B**