# CONDENSED TRANSCRIPT

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1400 L STREET, N.W., SUITE 200
WASHINGTON, D. C. 20005

Milton Hill,

    Complainant,

                                EEOC No. 100-A2-7056
v.                              Agency Nos.  LLM-97-036
                                          LLM-00-042
Gayle Norton, Secretary     DATE:  March 19, 2002
U. S. Department of the Interior,

    Agency.

~~~~~~~~~~~~~~~~~~~~~~~~~

The Sworn Interview of **MILTON EARL HILL,** taken in the above matter in the offices of the **UNITED STATES DEPARTMENT OF THE INTERIOR,** 1849 "C" Street, N.W., Main Interior Building, Washington, D. C., on the 15th day of May, 2002, beginning at 9:04 a.m.

### A P P E A R A N C E S

**ON BEHALF OF THE COMPLAINANT:**
    Stephen Domenic Scavuzzo, Esquire

**ON BEHALF OF THE DEPARTMENT OF THE INTERIOR:**
    Phyllis Leslie, Attorney-Advisor
    **UNITED STATES DEPARTMENT OF THE INTERIOR:**

---

County Court Reporters, Inc.
CCR

Toll Free 800 262-8777    Registered Professional Reporters    FAX 540 667-6562
                                Certified Video Technicians
                                Professional Reporting Since 1975

STEPHENSON, VA 22656    WASHINGTON, DC 20007    LEESBURG, VA 20175    HARRISONBURG, VA 22801
1160 Jordan Springs Road    1000 Potomac St., NW, Suite 300    110 Market Street NE    22 East Market Street

REPLY EX C

Member: National Court Reporters Association • Virginia Court Reporters Association • Pennsylvania Court Reporters Association
Maryland Court Reporters Association    Society for the Technological Advancement of Court Reporting

CCR@COURTREPORTINGSERVICES.COM            WWW.COURTREPORTINGSERVICES.COM

Case 1:06-cv-01233-JDB   Document 18-4   Filed 12/10/2007   Page 2 of 2
Hill, Milton Baur #13265-3-5/15/07 Leslie A/ Scavuzzo/C

83 (Pages 330 to 333)

Page 330

1  Q. Concerning these four people do you
2  have any evidence to demonstrate that they, in
3  fact, refused to submit your application?
4  A. No.
5  Q. Was it any of their responsibility,
6  either Mr. Tom Frye, Mr. Warren Johnson, Mr.
7  Neibower or Mr. Doyle, was it any of their
8  responsibilities to submit your application for
9  the Assistant Director Eastern States Office
10 position?
11 A. Yes.
12 Q. Whose responsibility are you alleging
13 that it was?
14 A. The Director, Tom Frye.
15 Q. Why are you alleging that it was his
16 responsibility?
17 A. Because he's the one who said he would
18 do it. He didn't have to say it, he could
19 have said I'm not going to do it.
20 Q. Do you have any evidence to document
21 that, in fact, Mr. Tom Frye said that he would
22 forward your application?
23 A. No. It was in a meeting with Warren
24 Johnson in attendance.
25 Q. But you also recall, in addition to

Page 331

1  giving Mr. Tom Frye a copy of the application
2  on the exact same date that you allegedly met
3  with him, you also recall mailing a copy of
4  the application to the Eastern States Office,
5  is that correct?
6  A. Yes, correct.
7  Q. Okay. How were you harmed when you
8  allege that Mr. Tom Frye did not forward or
9  refused to submit your application for this
10 particular position?
11 A. I was not given an equal opportunity
12 or chance to compete for the job.
13 Q. Did you mail your application to the
14 Eastern States Office in a timely fashion?
15 A. Yes.
16 Q. How were you not given an opportunity
17 to compete for the job?
18 A. Well, it was as Tom Frye said. He
19 says that the selecting official was the
20 Eastern States Director, Gail Gordon, and that
21 she was the one who made the selection and
22 insinuating that he had no input in it. If
23 you are the Bureau Director, you have input
24 into everything that's going on in the Bureau.
25 That's a lie.

Page 332

1  Q. Concerning your discussions with Mr.
2  Tom Frye, do you have any document or anything
3  to demonstrate that you talked to him about
4  forwarding your application?
5  A. We just have the formal letter that
6  we, I'm not sure if I even put that in there,
7  in terms of that was the October of '99
8  letter, I think. I'm not sure if it put on
9  there about the forwarding of the application.
10 Q. Concerning this particular allegation,
11 how are you alleging that when Mr. Tom Frye
12 refused to allegedly submit your application
13 for this position that that, in fact, resulted
14 in a discriminatory act against you?
15 A. Because it didn't give me an
16 opportunity to compete fairly for a position.
17 Q. Are you alleging that it was based on
18 race?
19 A. No. I'm, I'm alleging that it was
20 based on I think bias towards me.
21 Q. How do you define bias towards you?
22 A. And bias towards me meaning negative,
23 negative thought patterns, negative approaches
24 toward things that I do.
25 Q. Have you ever interacted with Mr. Tom

Page 333

1  Frye outside of this November of 1999 session
2  concerning the Eastern States Assistant Director
3  position where you've had a chance to witness
4  any negative thought patterns from Mr. Tom Frye
5  towards you?
6  A. Oh, yes, you know, he just avoids you.
7  He avoids you. When he sees you coming down
8  the hallway he goes the other way, refuses to
9  return...
10 Q. Well, what dates did Mr. Tom Frye...
11 A. I don't know the exact dates, but it's
12 19, the same period of time, the fall of 1999
13 on the whole theory, spring of 2000.
14 Q. Do you have any specific instances?
15 A. I recall that he refused to return
16 phone calls, he refused, after this meeting
17 refused to meet with me. He wrote me a
18 letter saying he wasn't going to meet with me
19 and he wasn't going to help me and...
20 Q. Do you still have a copy of that
21 letter?
22 A. Yeah, that's included here. Okay, it
23 would be in Attachment G and, about the, let's
24 see...
25 Q. G as in God?

County Court Reporters, Inc.
CCR

TOLL FREE 800.262.8777                Registered Professional Reporters         FAX 540.667.6562
CCR@COURTREPORTINGSERVICES.COM           Certified Video Technicians            www.COURTREPORTINGSERVICES.COM
                                       Professional Reporting Since 1975

STEPHENSON, VA    •    WASHINGTON, DC    •    LEESBURG, VA    •    HARRISONBURG, VA
Corporate Offices: 1160 Jordan Springs Road, STEPHENSON, VA 22656