# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILTON HILL,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary,<br>U.S. Department of the Interior,<br><br>Defendant. | Civil Action No. 06-1233 (JDB) |

## ORDER

Upon consideration of [15] defendant's motion for summary judgment, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that defendant's motion for summary judgment is **GRANTED** as to Counts 1, 4, 7, and 8 of the amended complaint; it is further

**ORDERED** that defendant's motion for summary judgment is **DENIED** as to Counts 2, 3, and 5 of the amended complaint; and it is further

**ORDERED** that a status conference shall be held on September 29, 2008, at 9:00 a.m.

**SO ORDERED**.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge

Date: _September 9, 2008_